UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| TAE-AHN LEA | ) | |
| | ) | |
| PLAINTIFF, | ) | CIVIL ACTION NO. 3:19-CV-419-GNS- RSE |
| v. | ) | |
| | ) | |
| STEVE CONRAD, ET AL. | ) | |
| | ) | *ELECTRONICALLY FILED* |
| DEFENDANTS | ) | |

**MOTION FOR PARTIAL SUMMARY JUDGMENT**

Comes the Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 56(a) hereby moves the Court for Summary Judgment with relation to his 42 U.S.C. § 1983 claims against Defendant Kevin Crawford for unlawful search and seizure in violation of the Fourth Amendment. Specifically, the Plaintiff submits that summary judgment is appropriate in relation to two components of the traffic stop: the search of the Plaintiff via pat down/frisk of the Plaintiff and the prolonged seizure of the Plaintiff following the request for a pat down/frisk. There are no material factual issues outstanding in relation to either of these incidents and judgment in favor of the Plaintiff is proper as a matter of law.

A memorandum in support of the Plaintiff's motion accompanies this pleading.

Respectfully submitted,

SAM AGUIAR INJURY LAWYERS, PLLC

*/s/ Sam Aguiar*
Sam Aguiar
Lonita K. Baker
1900 Plantside Drive
Louisville, KY 40299
Telephone (502) 400-6969
Facsimile: (502) 491-3946
sam@kylawoffice.com
lonita@kylawoffice.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Sam Aguiar*
*Counsel for Plaintiff*