# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE
# CIVIL ACTION NO. 3:19-CV-419-GNS-RSE

**TAE AHN LEA**                                                                              **PLAINTIFF**

**vs.**          **MOTION FOR SUMMARY JUDGMENT**
                                **(electronically filed)**

**STEVE CONRAD,** *et al.*                                                              **DEFENDANTS**

**\*\*\*\*\*\*\*\*\*\***

Come Defendants, Steve Conrad, William Hibbs, Kevin Crawford, Gabriel Hellard, Jeffrey McCauley, Jason McNeil, and Kiersten Holman, by counsel, and pursuant to FRCP 56, move this Court for summary judgment. A Memorandum in support of the Motion is attached hereto and incorporated herein.

Respectfully submitted,

MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY

 /s/ *Susan K. Rivera*
PETER F. ERVIN
SUSAN K. RIVERA
Assistant Jefferson County Attorney
First Trust Centre
200 S. Fifth Street, Suite 300N
Louisville, Kentucky 40202
Phone (502) 574-3076
Fax (502) 574-4215
Susan.rivera@louisvilleky.gov
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

It is hereby certified that on January 18, 2022, the foregoing was electronically filed with the clerk of the court by using the ECF system which will send an electronic copy to all counsel of record.

 /s/ *Susan K. Rivera*
Susan K. Rivera