| From: | Huckleberry, Gerald |
|---|---|
| To: | LMPD 9th Division |
| Cc: | Johnson, Eric W; Bates, Ryan C; Judah, Joshua J; Bogan, Michael L; Burkett, Tim; Kessinger, Todd; Baker, Loyd D; Parks, Shara; Felty, Todd |
| Subject: | FW: Weekly Maps 7-29-18 through 8-4-18 |
| Date: | Tuesday, August 7, 2018 6:43:44 PM |
| Attachments: | Weekly Maps 7-29-18 through 8-4-18.pdf |
| | HIbbs7-29-18to8-4-18.xls |
| | image003.png |
| | image005.png |
| | image009.png |

Team,

    See below and attached on where we need to concentrate our efforts this week.  Lt. Huck

## **Homicides**

| Address | DATE_OCCU | HOUR_OCCU | DISTRICT | CSSTATUS | DISPOSTN | CHRGDESC |
|---|---|---|---|---|---|---|
| 4137   W BROADWAY | 31-Jul-18 | 0333 | 2 | CLR | CBA | MURDER |

## **Shootings**

| INCI_ID | DATE_REPT | DIVISION | REETN | STREET |
|---|---|---|---|---|
| 8018059053 | 02-Aug-18 | 1 | | S 22ND ST / W BROADWAY |
| 8018058277 | 30-Jul-18 | 2 | 110 | S 41ST ST |
| 8018058434 | 31-Jul-18 | 2 | 4137 | W BROADWAY |
| 8018058977 | 01-Aug-18 | 2 | | S 41ST ST / HALE AVE |
| 8018059627 | 04-Aug-18 | 2 | | S 43RD ST / W MARKET ST |
| 8018057981 | 29-Jul-18 | 3 | 11300 | BOLD FORBES BLVD |
| 8018059617 | 03-Aug-18 | 6 | 4502 | FEGENBUSH LN |

## **Robberies/Assaults**

| INCI_ID | | Address | DATE_OCCU | HOUR_OCCU | DISTRICT | CSSTATUS | DISPOSTN | CHRGDESC |
|---|---|---|---|---|---|---|---|---|
| 8018057916 | 530 | S 20TH ST | 29-Jul-18 | 0230 | 1 | OPEN | | WANTON ENDANGERMENT-1ST DEGREE |
| 8018058338 | 2922 | PORTLAND AVE | 30-Jul-18 | 1830 | 1 | OPEN | | ASSAULT - 1ST DEGREE |
| 8018059053 | | S 22ND ST / W BROADWAY | 31-Jul-18 | 2359 | 1 | OPEN | | ASSAULT - 1ST DEGREE |
| 8018059327 | 400 | W JEFFERSON ST | 03-Aug-18 | 0032 | 1 | OPEN | | ASSAULT - 2ND DEGREE |
| 8018058277 | 110 | S 41ST ST | 30-Jul-18 | 1602 | 2 | OPEN | | ASSAULT - 1ST DEGREE |
| 8018058277 | 110 | S 41ST ST | 30-Jul-18 | 1602 | 2 | OPEN | | WANTON ENDANGERMENT-1ST DEGREE |
| 8018058434 | 4137 | W BROADWAY | 31-Jul-18 | 0333 | 2 | CLR | CBA | ASSAULT - 1ST DEGREE |
| 8018058962 | 1048 | S 43RD ST | 01-Aug-18 | 1800 | 2 | OPEN | | WANTON ENDANGERMENT-1ST DEGREE |
| 8018058977 | | S 41ST ST / HALE AVE | 01-Aug-18 | 1831 | 2 | OPEN | | ASSAULT - 1ST DEGREE |
| 8018059058 | | GREENWOOD AVE / WOODWAY LN | 02-Aug-18 | 0202 | 2 | CLR | CBA | WANTON ENDANGERMENT-1ST DEGREE-POLICE OFFICER |
| 8018059344 | 1547 | W ST CATHERINE ST | 03-Aug-18 | 0000 | 2 | OPEN | | ROBBERY - 1ST DEGREE |
| 8018059623 | 2701 | WYANDOTTE AVE | 03-Aug-18 | 2300 | 2 | CLR | CBA | WANTON ENDANGERMENT-1ST DEGREE |
| 8018059627 | | S 43RD ST / W MARKET ST | 04-Aug-18 | 0127 | 2 | OPEN | | ASSAULT - 1ST DEGREE |
| 8018059642 | 1202 | BRASHEAR DR | 04-Aug-18 | 0329 | 2 | OPEN | | WANTON ENDANGERMENT-1ST DEGREE |
| 8018057929 | 1080 | AMPHITHEATER RD | 29-Jul-18 | 1100 | 3 | OPEN | | ROBBERY - 1ST DEGREE |
| 8018057981 | 11300 | BOLD FORBES BLVD | 29-Jul-18 | 1443 | 3 | OPEN | | ASSAULT - 1ST DEGREE |
| 8018058008 | 7511 | GERALD AVE | 29-Jul-18 | 1707 | 3 | CLR | CBA | WANTON ENDANGERMENT-1ST DEGREE |
| 8018058137 | 2801 | FORDHAVEN RD | 30-Jul-18 | 0800 | 3 | OPEN | | CRIMINAL ABUSE-1ST DEGREE-CHILD 12 OR UNDER |
| 8018058236 | 9205 | DEMPLEY AVE | 30-Jul-18 | 1333 | 3 | CLR | CBA | WANTON ENDANGERMENT-1ST DEGREE |
| 8018058976 | 4705 | OAK PARK DR | 01-Aug-18 | 1500 | 3 | CLR | CBA | WANTON ENDANGERMENT-1ST DEGREE |
| 8018059742 | 431 | GHEENS AVE | 04-Aug-18 | 1404 | 3 | OPEN | | ASSAULT - 2ND DEGREE |
| 8018059852 | 6501 | EVANGELINE AVE | 04-Aug-18 | 2330 | 3 | OPEN | | ROBBERY - 1ST DEGREE |
| 8018057901 | 1810 | BERRY BLVD | 29-Jul-18 | 0445 | 4 | OPEN | | ASSAULT - 2ND DEGREE |
| 8018057914 | 1137 | SCHILLER AVE | 29-Jul-18 | 0751 | 4 | CLR | CBA | WANTON ENDANGERMENT-1ST DEGREE |
| 8018057963 | 4501 | S 6TH ST | 29-Jul-18 | 1241 | 4 | CLR | CBA | ASSAULT - 2ND DEGREE |
| 8018057992 | 3704 | LENTZ AVE | 29-Jul-18 | 1410 | 4 | OPEN | | WANTON ENDANGERMENT-1ST DEGREE |
| 8018058058 | 37 | COLONIAL OAKS CT | 29-Jul-18 | 2213 | 4 | OPEN | | WANTON ENDANGERMENT-1ST DEGREE |
| 8018058088 | 834 | DRESDEN AVE | 30-Jul-18 | 0300 | 4 | OPEN | | ROBBERY - 1ST DEGREE |
| 8018058317 | 604 | E OAK ST | 30-Jul-18 | 1755 | 4 | CLR | CBA | WANTON ENDANGERMENT-1ST DEGREE |
| 8018058494 | 212 | W TENNY AVE | 31-Jul-18 | 1043 | 4 | OPEN | | WANTON ENDANGERMENT-1ST DEGREE |
| 8018059037 | 1517 | CLARA AVE | 05-Mar-18 | 0001 | 4 | OPEN | | CRIMINAL ABUSE-2ND DEGREE-CHILD 12 OR UNDER |
| 8018059059 | 401 | WINKLER AVE | 02-Aug-18 | 0252 | 4 | OPEN | | ROBBERY - 2ND DEGREE |
| 8018059156 | 1143 | LINCOLN AVE | 02-Aug-18 | 1340 | 4 | OPEN | | ROBBERY - 1ST DEGREE |
| 8018059322 | 401 | WINKLER AVE | 02-Aug-18 | 2322 | 4 | OPEN | | ROBBERY - 2ND DEGREE |
| 8018059422 | | DEARCY AVE / OLEANDA AVE | 03-Aug-18 | 1000 | 4 | OPEN | | ASSAULT - 2ND DEGREE |
| 8018059443 | 3110 | TAYLOR BLVD | 03-Aug-18 | 1230 | 4 | OPEN | | ROBBERY - 1ST DEGREE |
| 8018059649 | 5001 | S 3RD ST | 04-Aug-18 | 0330 | 4 | OPEN | | ROBBERY - 1ST DEGREE |
| 8018059770 | | S 3RD ST / YORK ST | 04-Aug-18 | 1615 | 4 | OPEN | | ROBBERY - 2ND DEGREE |
| 8018059843 | 1423 | ARCADE AVE | 04-Aug-18 | 2130 | 4 | OPEN | | ROBBERY - 1ST DEGREE |
| 8018058432 | 135 | POPE ST | 31-Jul-18 | 0200 | 5 | OPEN | | WANTON ENDANGERMENT-1ST DEGREE |
| 8018058727 | 308 | N HITE AVE | 01-Aug-18 | 0155 | 5 | CLR | CBA | WANTON ENDANGERMENT-1ST DEGREE |
| 8018059248 | | MADELLE AVE / WINTON AVE | 02-Aug-18 | 1711 | 5 | CLR | CBA | WANTON ENDANGERMENT-1ST DEGREE |
| 8018057876 | 2592 | MASEMURE CT | 28-Jul-18 | 2330 | 6 | OPEN | | WANTON ENDANGERMENT-1ST DEGREE |
| 8018058076 | 3011 | MID DALE LN | 30-Jul-18 | 0001 | 6 | OPEN | | ROBBERY - 1ST DEGREE |
| 8018058076 | 3011 | MID DALE LN | 30-Jul-18 | 0001 | 6 | OPEN | | ASSAULT - 2ND DEGREE |
| 8018058439 | 2206 | HEATHER LN | 31-Jul-18 | 0300 | 6 | OPEN | | WANTON ENDANGERMENT-1ST DEGREE |
| 8018058879 | 3121 | BROOKLAWN CAMPUS DR | 01-Aug-18 | 1500 | 6 | OPEN | | CRIMINAL ABUSE-1ST DEGREE |
| 8018059062 | 4812 | BARDSTOWN RD | 02-Aug-18 | 0348 | 6 | OPEN | | ROBBERY - 2ND DEGREE |
| 8018059617 | 4502 | FEGENBUSH LN | 03-Aug-18 | 2328 | 6 | OPEN | | ASSAULT - 1ST DEGREE |
| 8018059755 | 7001 | HEAVRIN AVE | 03-Aug-18 | 2300 | 6 | OPEN | | WANTON ENDANGERMENT-1ST DEGREE |
| 8018057949 | 4801 | OUTER LOOP | 29-Jul-18 | 1250 | 7 | OPEN | | WANTON ENDANGERMENT-1ST DEGREE |
| 8018058397 | 8506 | SHEPHERDSVILLE RD | 30-Jul-18 | 2131 | 7 | OPEN | | ROBBERY - 2ND DEGREE |
| 8018058420 | 5400 | HAMES TRCE | 31-Jul-18 | 0015 | 7 | OPEN | | ROBBERY - 1ST DEGREE |
| 8018058725 | 5511 | LA FLEUR WAY | 01-Aug-18 | 0205 | 7 | OPEN | | ROBBERY - 1ST DEGREE |
| 8018058789 | 8205 | ROCHELLE RD | 09-Mar-17 | 0000 | 7 | OPEN | | CRIMINAL ABUSE-1ST DEGREE-CHILD 12 OR UNDER |
| 8018059633 | 1006 | INDUSTRIAL BLVD | 04-Aug-18 | 0210 | 7 | OPEN | | ASSAULT - 2ND DEGREE |
| 8018059650 | 8005 | BLUE LICK RD | 04-Aug-18 | 0335 | 7 | OPEN | | ROBBERY - 1ST DEGREE |
| 8018051510 | 4906 | OUTER LOOP | 29-Jul-18 | 2037 | 7 | CLR | CBA | WANTON ENDANGERMENT-1ST DEGREE |
| 8018057896 | 4210 | SPRINGBOURNE WAY | 27-Jul-18 | 2300 | 8 | OPEN | | ASSAULT - 2ND DEGREE - DOMESTIC VIOLENCE |

**From:** LMPD Analytic Crime Services
**Sent:** Tuesday, August 7, 2018 10:06 AM
**To:** Hibbs, William; McKnight, Jacob; Huckleberry, Gerald; Thompson, Dale
**Subject:** Weekly Maps 7-29-18 through 8-4-18

Have a great week.

Louisville Metro Police Department (LMPD)
LMPD Analytic Crime Services
LMPDAnalyticCrimeServices@louisvilleky.gov

| INCI_ID | DATE_REPT | DIVISION | STREETNBR | STREET | VIC_COUNT | PRIMARY_WPN | X | Y | DOB | RACE | SEX | AGE | NAME_ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8018057981 | 29-Jul-18 | 3 | ███ | ████████ | | ████ | | | ████ | | | | ████ |
| 8018058277 | 30-Jul-18 | 2 | █ | ████ | 3 | FIREARM | 1190754.75 | 282031.22 | | B | M | 25 | 3354538 |
| 8018058434 | 31-Jul-18 | 2 | █ | ████ | 1 | FIREARM | 1189039.12 | 277237.28 | | B | M | 18 | 4134890 |
| 8018058977 | 01-Aug-18 | 2 | | ████ | 1 | FIREARM | 1189390.25 | 273814.87 | | B | M | 20 | 3618260 |
| 8018059053 | 02-Aug-18 | 1 | | █████ | 1 | FIREARM | 1198701 | 276524.5 | | B | M | 18 | 3947501 |
| 8018059617 | 03-Aug-18 | 6 | █ | ███ | 1 | OTHER WPN | 1241266 | 251966.45 | | B | M | 57 | 2740546 |
| 8018059627 | 04-Aug-18 | 2 | | █████ | 1 | FIREARM | 1189813.75 | 281880.81 | | B | M | 28 | 3436839 |

| LWMAINID | INCI_ID | STREETNBR | STREET | Address | DATE_REPT | HOUR_REPT | DATE_OCCU | HOUR_OCCU | DISTRICT | NEIGHBORHD | CSSTATUS | DISPOSTN | X | Y | CHRGCNT | UCR_CODE | ARR_CHRG | CHRGDESC | CHARGETYPE | ATTM_COMP | PREMISE1 | WEAPON1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2962483 | 8018058434 | 4137 | W BROADWAY | 4137  W BROADWAY | 31-Jul-18 | 0333 | 31-Jul-18 | 0333 | 2 | 212 | CLR | CBA | 1189039.12 | 277237.28 | 1 | 09A | 09150 | MURDER | F | COM | 20 | 12 |

| LWMAININD | INCI_ID | STREETNBR | STREET | Address | DATE_REPT | HOUR_REPT | DATE_OCCU | HOUR_OCCU | DISTRICT | NEIGHBORHD | CSSTATUS | DISPOSTN | X | Y | CHRGCNT | UCR_CODE | ARR_CHRG | CHRGDESC | CHARGETYPE | ATTM_COMP | PREMISE1 | WEAPON1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2962027 | 801805787 | 2592 | MASEMURE CT | 2592  MASEMURE CT | 29-Jul-18 | 0004 | 28-Jul-18 | 2330 | 6 | 625 | OPEN | | 1236438 | 259613 | 1 | 13A | 13201 | WANTON ENDANGERMENT-1ST DEGREE | S | COM | 20 | 85 |
| 2962046 | 801805789 | 4210 | SPRINGBOURNE WAY | 4210  SPRINGBOURNE WAY | 29-Jul-18 | 0320 | 27-Jul-18 | 2300 | 8 | 812 | OPEN | | 1264525.1 | 294655.2 | 1 | 13A | 13161 | ASSAULT - 2ND DEGREE - DOMESTIC VIOLENCE | S | COM | 20 | 40 |
| 2962050 | 801805790 | 1810 | BERRY BLVD | 1810  BERRY BLVD | 29-Jul-18 | 0530 | 29-Jul-18 | 0445 | 4 | 423 | OPEN | | 1195994.3 | 257356.3 | 1 | 13A | 13160 | ASSAULT - 2ND DEGREE | S | COM | 13 | 30 |
| 2962061 | 801805791 | 1137 | SCHILLER AVE | 1137  SCHILLER AVE | 29-Jul-18 | 0751 | 29-Jul-18 | 0751 | 4 | 412 | CLR | CBA | 1215322.4 | 270441 | 1 | 13A | 13201 | WANTON ENDANGERMENT-1ST DEGREE | S | COM | 20 | 85 |
| 2962063 | 801805791 | 530 | S 20TH ST | 530  S 20TH ST | 29-Jul-18 | 0952 | 29-Jul-18 | 0230 | 1 | 112 | OPEN | | 1199602.2 | 277965 | 1 | 13A | 13201 | WANTON ENDANGERMENT-1ST DEGREE | S | COM | 20 | 11 |
| 2962074 | 801805792 | 1080 | AMPHITHEATER RD | 1080  AMPHITHEATER RD | 29-Jul-18 | 1109 | 29-Jul-18 | 1100 | 3 | 322 | OPEN | | 1200486.3 | 243938.4 | 1 | 120 | 12002 | ROBBERY - 1ST DEGREE | S | COM | 50 | 12 |
| 2962089 | 801805794 | 4801 | OUTER LOOP | 4801  OUTER LOOP | 29-Jul-18 | 1439 | 29-Jul-18 | 1250 | 7 | 735 | OPEN | | 1231925 | 236730.2 | 1 | 13A | 13201 | WANTON ENDANGERMENT-1ST DEGREE | S | COM | 18 | 99 |
| 2962100 | 801805796 | 4501 | S 6TH ST | 4501  S 6TH ST | 29-Jul-18 | 1241 | 29-Jul-18 | 1241 | 4 | 436 | CLR | CBA | 1203826.2 | 254421.3 | 1 | 13A | 13160 | ASSAULT - 2ND DEGREE | S | COM | 20 | 20 |
| 2962114 | 801805798 | 11300 | BOLD FORBES BLVD | 11300  BOLD FORBES BLVD | 29-Jul-18 | 1443 | 29-Jul-18 | 1443 | 3 | 334 | OPEN | | 1179335.6 | 219196.2 | 1 | 13A | 13150 | ASSAULT - 1ST DEGREE | S | COM | 25 | 12 |
| 2962124 | 801805799 | 3704 | LENTZ AVE | 3704  LENTZ AVE | 29-Jul-18 | 1415 | 29-Jul-18 | 1410 | 4 | 423 | OPEN | | 1198904 | 255294.7 | 1 | 13A | 13201 | WANTON ENDANGERMENT-1ST DEGREE | S | COM | 13 | 12 |
| 2962138 | 801805800 | 7511 | GERALD AVE | 7511  GERALD AVE | 29-Jul-18 | 1707 | 29-Jul-18 | 1707 | 3 | 315 | CLR | CBA | 1180390 | 237602.1 | 1 | 13A | 13201 | WANTON ENDANGERMENT-1ST DEGREE | S | COM | 20 | 85 |
| 2962181 | 801805805 | 37 | COLONIAL OAKS CT | 37  COLONIAL OAKS CT | 29-Jul-18 | 2213 | 29-Jul-18 | 2213 | 4 | 436 | OPEN | | 1205520.5 | 249198.1 | 1 | 13A | 13201 | WANTON ENDANGERMENT-1ST DEGREE | S | COM | 13 | 35 |
| 2962198 | 801805807 | 3011 | MID DALE LN | 3011  MID DALE LN | 30-Jul-18 | 0003 | 30-Jul-18 | 0001 | 6 | 625 | OPEN | | 1241570 | 261652.3 | 1 | 120 | 12002 | ROBBERY - 1ST DEGREE | S | ATT | 13 | 20 |
| 2962198 | 801805807 | 3011 | MID DALE LN | 3011  MID DALE LN | 30-Jul-18 | 0003 | 30-Jul-18 | 0001 | 6 | 625 | OPEN | | 1241570 | 261652.3 | 2 | 13A | 13160 | ASSAULT - 2ND DEGREE | S | COM | 13 | 20 |
| 2962209 | 801805808 | 834 | DRESDEN AVE | 834  DRESDEN AVE | 30-Jul-18 | 0400 | 30-Jul-18 | 0300 | 4 | 423 | OPEN | | 1202298 | 257598.3 | 1 | 120 | 12002 | ROBBERY - 1ST DEGREE | S | COM | 20 | 12 |
| 2962246 | 801805813 | 2801 | FORDHAVEN RD | 2801  FORDHAVEN RD | 30-Jul-18 | 1010 | 30-Jul-18 | 0800 | 3 | 322 | OPEN | | 1191544.9 | 240164.2 | 1 | 13A | 13231 | CRIMINAL ABUSE-1ST DEGREE-CHILD 12 OR UNDER | S | COM | 44 | 40 |
| 2962339 | 801805823 | 9205 | DEMPLEY AVE | 9205  DEMPLEY AVE | 30-Jul-18 | 1337 | 30-Jul-18 | 1333 | 3 | 315 | CLR | CBA | 1177257.5 | 230064.2 | 1 | 13A | 13201 | WANTON ENDANGERMENT-1ST DEGREE | S | COM | 20 | 40 |
| 2962372 | 801805827 | 110 | S 41ST ST | 110  S 41ST ST | 30-Jul-18 | 1602 | 30-Jul-18 | 1602 | 2 | 211 | OPEN | | 1190754.8 | 282031.2 | 1 | 13A | 13150 | ASSAULT - 1ST DEGREE | S | COM | 13 | 11 |
| 2962372 | 801805827 | 110 | S 41ST ST | 110  S 41ST ST | 30-Jul-18 | 1602 | 30-Jul-18 | 1602 | 2 | 211 | OPEN | | 1190754.8 | 282031.2 | 2 | 13A | 13201 | WANTON ENDANGERMENT-1ST DEGREE | S | COM | 13 | 11 |
| 2962399 | 801805831 | 604 | E OAK ST | 604  E OAK ST | 30-Jul-18 | 1755 | 30-Jul-18 | 1755 | 4 | 412 | CLR | CBA | 1210908.7 | 270773 | 1 | 13A | 13201 | WANTON ENDANGERMENT-1ST DEGREE | S | COM | 20 | 85 |
| 2962453 | 801805839 | 8506 | SHEPHERDSVILLE RD | 8506  SHEPHERDSVILLE RD | 30-Jul-18 | 2250 | 30-Jul-18 | 2131 | 7 | 735 | OPEN | | 1233152.8 | 230954.3 | 1 | 120 | 12003 | ROBBERY - 2ND DEGREE | S | COM | 23 | 99 |
| 2962471 | 801805842 | 5400 | HAMES TRCE | 5400  HAMES TRCE | 31-Jul-18 | 0015 | 31-Jul-18 | 0015 | 7 | 723 | OPEN | | 1250160.9 | 244170.3 | 1 | 120 | 12002 | ROBBERY - 1ST DEGREE | S | COM | 20 | 12 |
| 2962482 | 801805843 | 135 | POPE ST | 135  POPE ST | 31-Jul-18 | 0310 | 31-Jul-18 | 0200 | 5 | 521 | OPEN | | 1219078.9 | 278266.9 | 1 | 13A | 13201 | WANTON ENDANGERMENT-1ST DEGREE | S | COM | 29 | 40 |
| 2962483 | 801805843 | 4137 | W BROADWAY | 4137  W BROADWAY | 31-Jul-18 | 0333 | 31-Jul-18 | 0333 | 2 | 212 | CLR | CBA | 1189039.1 | 277237.3 | 1 | 13A | 13150 | ASSAULT - 1ST DEGREE | S | COM | 20 | 12 |
| 2962486 | 801805843 | 2206 | HEATHER LN | 2206  HEATHER LN | 31-Jul-18 | 0600 | 31-Jul-18 | 0300 | 6 | 625 | OPEN | | 1233739.8 | 260190.8 | 1 | 13A | 13201 | WANTON ENDANGERMENT-1ST DEGREE | S | COM | 20 | 85 |
| 2962521 | 801805849 | 212 | W TENNY AVE | 212  W TENNY AVE | 31-Jul-18 | 1043 | 31-Jul-18 | 1043 | 4 | 436 | OPEN | | 1204551 | 249999.9 | 1 | 13A | 13201 | WANTON ENDANGERMENT-1ST DEGREE | S | COM | 20 | 35 |
| 2962708 | 801805872 | 5511 | LA FLEUR WAY | 5511  LA FLEUR WAY | 01-Aug-18 | 0216 | 01-Aug-18 | 0205 | 7 | 724 | OPEN | | 1235351 | 220922.4 | 1 | 120 | 12002 | ROBBERY - 1ST DEGREE | S | COM | 20 | 12 |
| 2962710 | 801805872 | 308 | N HITE AVE | 308  N HITE AVE | 01-Aug-18 | 0255 | 01-Aug-18 | 0155 | 5 | 521 | CLR | CBA | 1224560.5 | 279651.6 | 1 | 13A | 13201 | WANTON ENDANGERMENT-1ST DEGREE | S | COM | 29 | 12 |
| 2962756 | 801805878 | 8205 | ROCHELLE RD | 8205  ROCHELLE RD | 01-Aug-18 | 1056 | 09-Mar-17 | 0000 | 7 | 723 | OPEN | | 1240444.5 | 231520.3 | 1 | 13A | 13231 | CRIMINAL ABUSE-1ST DEGREE-CHILD 12 OR UNDER | S | COM | 20 | 40 |
| 2962820 | 801805833 | 2922 | PORTLAND AVE | 2922  PORTLAND AVE | 30-Jul-18 | 1838 | 30-Jul-18 | 1830 | 1 | 111 | OPEN | | 1196747 | 285147 | 1 | 13A | 13150 | ASSAULT - 1ST DEGREE | S | COM | 13 | 35 |
| 2962825 | 801805887 | 3121 | BROOKLAWN CAMPUS DR | 3121  BROOKLAWN CAMPUS DR | 01-Aug-18 | 1519 | 01-Aug-18 | 1500 | 6 | 613 | OPEN | | 1231140.5 | 261170.8 | 1 | 13A | 13230 | CRIMINAL ABUSE-1ST DEGREE | S | COM | 29 | 40 |
| 2962881 | 801805896 | 1048 | S 43RD ST | 1048  S 43RD ST | 01-Aug-18 | 1807 | 01-Aug-18 | 1800 | 2 | 212 | OPEN | | 1188006.4 | 274637.4 | 1 | 13A | 13201 | WANTON ENDANGERMENT-1ST DEGREE | S | COM | 20 | 11 |
| 2962887 | 801805897 | 4705 | OAK PARK DR | 4705  OAK PARK DR | 01-Aug-18 | 1839 | 01-Aug-18 | 1500 | 3 | 315 | CLR | CBA | 1181152.1 | 235570.7 | 1 | 13A | 13201 | WANTON ENDANGERMENT-1ST DEGREE | S | COM | 29 | 85 |
| 2962888 | 801805897 | | S 41ST ST / HALE AVE | S 41ST ST / HALE AVE | 01-Aug-18 | 1831 | 01-Aug-18 | 1831 | 2 | 212 | OPEN | | 1189390.3 | 273814.9 | 1 | 13A | 13150 | ASSAULT - 1ST DEGREE | S | COM | 13 | 12 |
| 2963936 | 801805903 | 1517 | CLARA AVE | 1517  CLARA AVE | 01-Aug-18 | 2345 | 05-Mar-18 | 0001 | 4 | 423 | OPEN | | 1198636.1 | 258635.2 | 1 | 13A | 13241 | CRIMINAL ABUSE-2ND DEGREE-CHILD 12 OR UNDER | S | COM | 20 | 40 |
| 2962950 | 801805905 | | S 22ND ST / W BROADWAY | S 22ND ST / W BROADWAY | 01-Aug-18 | 0123 | 31-Jul-18 | 2359 | 1 | 112 | OPEN | | 1198701 | 276524.5 | 1 | 13A | 13150 | ASSAULT - 1ST DEGREE | S | COM | 13 | 11 |
| 2962955 | 801805905 8 | | GREENWOOD AVE / WOODWAY LN | GREENWOOD AVE / WOODWAY LN | 02-Aug-18 | 0202 | 02-Aug-18 | 0202 | 2 | 212 | CLR | CBA | 1188573.4 | 274934.3 | 1 | 13A | 13221 | WANTON ENDANGERMENT-1ST DEGREE-POLICE OFFICER | S | COM | 13 | 35 |
| 2962956 | 801805905 | 401 | WINKLER AVE | 401  WINKLER AVE | 02-Aug-18 | 0307 | 02-Aug-18 | 0252 | 4 | 424 | OPEN | | 1205143.9 | 262312.9 | 1 | 120 | 12003 | ROBBERY - 2ND DEGREE | S | COM | 13 | 40 |
| 2962959 | 801805906 | 4812 | BARDSTOWN RD | 4812  BARDSTOWN RD | 02-Aug-18 | 0420 | 02-Aug-18 | 0348 | 6 | 624 | OPEN | | 1246361.3 | 249498.3 | 1 | 120 | 12003 | ROBBERY - 2ND DEGREE | S | COM | 14 | 12 |
| 2963044 | 801805915 | 1143 | LINCOLN AVE | 1143  LINCOLN AVE | 02-Aug-18 | 1357 | 02-Aug-18 | 1340 | 4 | 423 | OPEN | | 1202270.8 | 263505.4 | 1 | 120 | 12002 | ROBBERY - 1ST DEGREE | S | COM | 20 | 12 |
| 2963115 | 801805924 | | MADELLE AVE / WINTON AVE | MADELLE AVE / WINTON AVE | 02-Aug-18 | 1711 | 02-Aug-18 | 1711 | 5 | 525 | CLR | CBA | 1228853.8 | 281652.8 | 1 | 13A | 13201 | WANTON ENDANGERMENT-1ST DEGREE | S | COM | 13 | 35 |
| 2963173 | 801805932 | 401 | WINKLER AVE | 401  WINKLER AVE | 02-Aug-18 | 2352 | 02-Aug-18 | 2322 | 4 | 424 | OPEN | | 1205143.9 | 262312.9 | 1 | 120 | 12003 | ROBBERY - 2ND DEGREE | S | COM | 23 | 40 |
| 2963178 | 801805932 | 400 | W JEFFERSON ST | 400  W JEFFERSON ST | 03-Aug-18 | 0032 | 03-Aug-18 | 0032 | 1 | 123 | OPEN | | 1207681.5 | 278058.2 | 1 | 13A | 13160 | ASSAULT - 2ND DEGREE | S | COM | 50 | 30 |
| 2963194 | 801805934 | 1547 | W ST CATHERINE ST | 1547  W ST CATHERINE ST | 03-Aug-18 | 0222 | 03-Aug-18 | 0000 | 2 | 223 | OPEN | | 1201246.4 | 272936.8 | 1 | 120 | 12002 | ROBBERY - 1ST DEGREE | S | COM | 18 | 12 |
| 2963251 | 801805942 | | DEARCY AVE / OLEANDA AVE | DEARCY AVE / OLEANDA AVE | 03-Aug-18 | 1107 | 03-Aug-18 | 1000 | 4 | 424 | OPEN | | 1200807.5 | 258777.8 | 1 | 13A | 13160 | ASSAULT - 2ND DEGREE | S | COM | 13 | 30 |
| 2963268 | 801805944 | 3110 | TAYLOR BLVD | 3110  TAYLOR BLVD | 03-Aug-18 | 1243 | 03-Aug-18 | 1230 | 4 | 424 | OPEN | | 1201757.6 | 260870 | 1 | 120 | 12002 | ROBBERY - 1ST DEGREE | S | COM | 12 | 12 |
| 2963405 | 801805962 | 4502 | FEGENBUSH LN | 4502  FEGENBUSH LN | 03-Aug-18 | 2328 | 03-Aug-18 | 2328 | 6 | 624 | OPEN | | 1241266 | 251966.5 | 1 | 13A | 13150 | ASSAULT - 1ST DEGREE | S | COM | 13 | 95 |
| 2963409 | 801805962 | 2701 | WYANDOTTE AVE | 2701  WYANDOTTE AVE | 03-Aug-18 | 2338 | 03-Aug-18 | 2300 | 2 | 234 | CLR | CBA | 1194814 | 267772.7 | 1 | 13A | 13201 | WANTON ENDANGERMENT-1ST DEGREE | S | COM | 20 | 11 |
| 2963413 | 801805962 | | S 43RD ST / W MARKET ST | S 43RD ST / W MARKET ST | 04-Aug-18 | 0127 | 04-Aug-18 | 0127 | 2 | 211 | OPEN | | 1189813.8 | 281880.8 | 1 | 13A | 13150 | ASSAULT - 1ST DEGREE | S | COM | 13 | 12 |
| 2963418 | 801805963 | 1006 | INDUSTRIAL BLVD | 1006  INDUSTRIAL BLVD | 04-Aug-18 | 0250 | 04-Aug-18 | 0210 | 7 | 736 | OPEN | | 1221766.9 | 240828.1 | 1 | 13A | 13160 | ASSAULT - 2ND DEGREE | S | COM | 18 | 35 |
| 2963425 | 801805964 | 1202 | BRASHEAR DR | 1202  BRASHEAR DR | 04-Aug-18 | 0329 | 04-Aug-18 | 0329 | 2 | 225 | OPEN | | 1202031.8 | 268010 | 1 | 13A | 13201 | WANTON ENDANGERMENT-1ST DEGREE | S | COM | 13 | 20 |
| 2963432 | 801805964 | 5001 | S 3RD ST | 5001  S 3RD ST | 04-Aug-18 | 0357 | 04-Aug-18 | 0330 | 4 | 436 | OPEN | | 1204334.9 | 249171.8 | 1 | 120 | 12002 | ROBBERY - 1ST DEGREE | S | COM | 13 | 20 |
| 2963433 | 801805965 | 8005 | BLUE LICK RD | 8005  BLUE LICK RD | 04-Aug-18 | 0359 | 04-Aug-18 | 0335 | 7 | 736 | OPEN | | 1227710.4 | 233763.3 | 1 | 120 | 12002 | ROBBERY - 1ST DEGREE | S | ATT | 13 | 20 |
| 2963506 | 801805974 | 431 | GHEENS AVE | 431  GHEENS AVE | 04-Aug-18 | 1404 | 04-Aug-18 | 1404 | 3 | 322 | OPEN | | 1203276.1 | 247133.7 | 1 | 13A | 13160 | ASSAULT - 2ND DEGREE | S | COM | 29 | 95 |
| 2963517 | 801805975 | 7001 | HEAVRIN AVE | 7001  HEAVRIN AVE | 04-Aug-18 | 1600 | 03-Aug-18 | 2300 | 6 | 624 | OPEN | | 1244280.5 | 255508.5 | 1 | 13A | 13201 | WANTON ENDANGERMENT-1ST DEGREE | S | COM | 13 | 11 |
| 2963529 | 801805977 | | S 3RD ST / YORK ST | S 3RD ST / YORK ST | 04-Aug-18 | 1632 | 04-Aug-18 | 1615 | 4 | 411 | OPEN | | 1207612.5 | 274491.2 | 1 | 120 | 12003 | ROBBERY - 2ND DEGREE | S | COM | 11 | 40 |
| 2963584 | 801805984 | 1423 | ARCADE AVE | 1423  ARCADE AVE | 04-Aug-18 | 2200 | 04-Aug-18 | 2130 | 4 | 423 | OPEN | | 1199577.6 | 260804.8 | 1 | 120 | 12002 | ROBBERY - 1ST DEGREE | S | COM | 50 | 12 |
| 2963593 | 801805985 | 6501 | EVANGELINE AVE | 6501  EVANGELINE AVE | 04-Aug-18 | 2340 | 04-Aug-18 | 2330 | 3 | 322 | OPEN | | 1205591.1 | 245012.9 | 1 | 120 | 12002 | ROBBERY - 1ST DEGREE | S | COM | 13 | 11 |
| 2963924 | 801805151 | 4906 | OUTER LOOP | 4906  OUTER LOOP | 29-Jul-18 | 2037 | 29-Jul-18 | 2037 | 7 | 735 | CLR | CBA | 1232462.1 | 235267.9 | 1 | 13A | 13201 | WANTON ENDANGERMENT-1ST DEGREE | S | COM | 18 | 40 |

| Address | DATE_OCCU | HOUR_OCCU | DISTRICT | CSSTATUS | DISPOSTN | CHRGDESC |
|---|---|---|---|---|---|---|
| 4137 W BROADWAY | 31-Jul-18 | 0333 | 2 | CLR | CBA | MURDER |

| | | | | |
|---|---|---|---|---|
| 8018059053 | 02-Aug-18 | 1 | | S 22ND ST / W BROADWAY |
| 8018058277 | 30-Jul-18 | 2 | 110 | S 41ST ST |
| 8018058434 | 31-Jul-18 | 2 | 4137 | W BROADWAY |
| 8018058977 | 01-Aug-18 | 2 | | S 41ST ST / HALE AVE |
| 8018059627 | 04-Aug-18 | 2 | | S 43RD ST / W MARKET ST |
| 8018057981 | 29-Jul-18 | 3 | 11300 | BOLD FORBES BLVD |
| 8018059617 | 03-Aug-18 | 6 | 4502 | FEGENBUSH LN |

| INCI_ID | STREET | | DATE | TIME | DISTRICT | STATUS | DISP | CHARGDESC |
|---|---|---|---|---|---|---|---|---|
| 8018057916 | 530 | S 20TH ST | 29-Jul-18 | 0230 | 1 | OPEN | | WANTON ENDANGERMENT-1ST DEGREE |
| 8018058338 | 2922 | PORTLAND AVE | 30-Jul-18 | 1830 | 1 | OPEN | | ASSAULT - 1ST DEGREE |
| 8018059053 | | S 22ND ST / W BROADWAY | 31-Jul-18 | 2359 | 1 | OPEN | | ASSAULT - 1ST DEGREE |
| 8018059327 | 400 | W JEFFERSON ST | 03-Aug-18 | 0032 | 1 | OPEN | | ASSAULT - 2ND DEGREE |
| 8018058277 | 110 | S 41ST ST | 30-Jul-18 | 1602 | 2 | OPEN | | ASSAULT - 1ST DEGREE |
| 8018058277 | 110 | S 41ST ST | 30-Jul-18 | 1602 | 2 | OPEN | | WANTON ENDANGERMENT-1ST DEGREE |
| 8018058434 | 4137 | W BROADWAY | 31-Jul-18 | 0333 | 2 | CLR | CBA | ASSAULT - 1ST DEGREE |
| 8018058962 | 1048 | S 43RD ST | 01-Aug-18 | 1800 | 2 | OPEN | | WANTON ENDANGERMENT-1ST DEGREE |
| 8018058977 | | S 41ST ST / HALE AVE | 01-Aug-18 | 1831 | 2 | OPEN | | ASSAULT - 1ST DEGREE |
| 8018059058 | | GREENWOOD AVE / WOODWAY LN | 02-Aug-18 | 0202 | 2 | CLR | CBA | WANTON ENDANGERMENT-1ST DEGREE-POLICE OFFICER |
| 8018059344 | 1547 | W ST CATHERINE ST | 03-Aug-18 | 0000 | 2 | OPEN | | ROBBERY - 1ST DEGREE |
| 8018059623 | 2701 | WYANDOTTE AVE | 03-Aug-18 | 2300 | 2 | CLR | CBA | WANTON ENDANGERMENT-1ST DEGREE |
| 8018059627 | | S 43RD ST / W MARKET ST | 04-Aug-18 | 0127 | 2 | OPEN | | ASSAULT - 1ST DEGREE |
| 8018059642 | 1202 | BRASHEAR DR | 04-Aug-18 | 0329 | 2 | OPEN | | WANTON ENDANGERMENT-1ST DEGREE |
| 8018057929 | 1080 | AMPHITHEATER RD | 29-Jul-18 | 1100 | 3 | OPEN | | ROBBERY - 1ST DEGREE |
| 8018057981 | 11300 | BOLD FORBES BLVD | 29-Jul-18 | 1443 | 3 | OPEN | | ASSAULT - 1ST DEGREE |
| 8018058008 | 7511 | GERALD AVE | 29-Jul-18 | 1707 | 3 | CLR | CBA | WANTON ENDANGERMENT-1ST DEGREE |
| 8018058137 | 2801 | FORDHAVEN RD | 30-Jul-18 | 0800 | 3 | OPEN | | CRIMINAL ABUSE-1ST DEGREE-CHILD 12 OR UNDER |
| 8018058236 | 9205 | DEMPLEY AVE | 30-Jul-18 | 1333 | 3 | CLR | CBA | WANTON ENDANGERMENT-1ST DEGREE |
| 8018058976 | 4705 | OAK PARK DR | 01-Aug-18 | 1500 | 3 | CLR | CBA | WANTON ENDANGERMENT-1ST DEGREE |
| 8018059742 | 431 | GHEENS AVE | 04-Aug-18 | 1404 | 3 | OPEN | | ASSAULT - 2ND DEGREE |
| 8018059852 | 6501 | EVANGELINE AVE | 04-Aug-18 | 2330 | 3 | OPEN | | ROBBERY - 1ST DEGREE |
| 8018057901 | 1810 | BERRY BLVD | 29-Jul-18 | 0445 | 4 | OPEN | | ASSAULT - 2ND DEGREE |
| 8018057914 | 1137 | SCHILLER AVE | 29-Jul-18 | 0751 | 4 | CLR | CBA | WANTON ENDANGERMENT-1ST DEGREE |
| 8018057963 | 4501 | S 6TH ST | 29-Jul-18 | 1241 | 4 | CLR | CBA | ASSAULT - 2ND DEGREE |
| 8018057992 | 3704 | LENTZ AVE | 29-Jul-18 | 1410 | 4 | OPEN | | WANTON ENDANGERMENT-1ST DEGREE |
| 8018058058 | 37 | COLONIAL OAKS CT | 29-Jul-18 | 2213 | 4 | OPEN | | WANTON ENDANGERMENT-1ST DEGREE |
| 8018058088 | 834 | DRESDEN AVE | 30-Jul-18 | 0300 | 4 | OPEN | | ROBBERY - 1ST DEGREE |
| 8018058317 | 604 | E OAK ST | 30-Jul-18 | 1755 | 4 | CLR | CBA | WANTON ENDANGERMENT-1ST DEGREE |
| 8018058494 | 212 | W TENNY AVE | 31-Jul-18 | 1043 | 4 | OPEN | | WANTON ENDANGERMENT-1ST DEGREE |
| 8018059037 | 1517 | CLARA AVE | 05-Mar-18 | 0001 | 4 | OPEN | | CRIMINAL ABUSE-2ND DEGREE-CHILD 12 OR UNDER |
| 8018059059 | 401 | WINKLER AVE | 02-Aug-18 | 0252 | 4 | OPEN | | ROBBERY - 2ND DEGREE |
| 8018059156 | 1143 | LINCOLN AVE | 02-Aug-18 | 1340 | 4 | OPEN | | ROBBERY - 1ST DEGREE |
| 8018059322 | 401 | WINKLER AVE | 02-Aug-18 | 2322 | 4 | OPEN | | ROBBERY - 2ND DEGREE |
| 8018059422 | | DEARCY AVE / OLEANDA AVE | 03-Aug-18 | 1000 | 4 | OPEN | | ASSAULT - 2ND DEGREE |
| 8018059443 | 3110 | TAYLOR BLVD | 03-Aug-18 | 1230 | 4 | OPEN | | ROBBERY - 1ST DEGREE |
| 8018059649 | 5001 | S 3RD ST | 04-Aug-18 | 0330 | 4 | OPEN | | ROBBERY - 1ST DEGREE |
| 8018059770 | | S 3RD ST / YORK ST | 04-Aug-18 | 1615 | 4 | OPEN | | ROBBERY - 2ND DEGREE |
| 8018059843 | 1423 | ARCADE AVE | 04-Aug-18 | 2130 | 4 | OPEN | | ROBBERY - 1ST DEGREE |
| 8018058432 | 135 | POPE ST | 31-Jul-18 | 0200 | 5 | OPEN | | WANTON ENDANGERMENT-1ST DEGREE |
| 8018058727 | 308 | N HITE AVE | 01-Aug-18 | 0155 | 5 | CLR | CBA | WANTON ENDANGERMENT-1ST DEGREE |
| 8018059248 | | MADELLE AVE / WINTON AVE | 02-Aug-18 | 1711 | 5 | CLR | CBA | WANTON ENDANGERMENT-1ST DEGREE |
| 8018057876 | 2592 | MASEMURE CT | 28-Jul-18 | 2330 | 6 | OPEN | | WANTON ENDANGERMENT-1ST DEGREE |
| 8018058076 | 3011 | MID DALE LN | 30-Jul-18 | 0001 | 6 | OPEN | | ROBBERY - 1ST DEGREE |
| 8018058076 | 3011 | MID DALE LN | 30-Jul-18 | 0001 | 6 | OPEN | | ASSAULT - 2ND DEGREE |
| 8018058439 | 2206 | HEATHER LN | 31-Jul-18 | 0300 | 6 | OPEN | | WANTON ENDANGERMENT-1ST DEGREE |
| 8018058879 | 3121 | BROOKLAWN CAMPUS DR | 01-Aug-18 | 1500 | 6 | OPEN | | CRIMINAL ABUSE-1ST DEGREE |
| 8018059062 | 4812 | BARDSTOWN RD | 02-Aug-18 | 0348 | 6 | OPEN | | ROBBERY - 2ND DEGREE |
| 8018059617 | 4502 | FEGENBUSH LN | 03-Aug-18 | 2328 | 6 | OPEN | | ASSAULT - 1ST DEGREE |
| 8018059755 | 7001 | HEAVRIN AVE | 03-Aug-18 | 2300 | 6 | OPEN | | WANTON ENDANGERMENT-1ST DEGREE |
| 8018057949 | 4801 | OUTER LOOP | 29-Jul-18 | 1250 | 7 | OPEN | | WANTON ENDANGERMENT-1ST DEGREE |
| 8018058397 | 8506 | SHEPHERDSVILLE RD | 30-Jul-18 | 2131 | 7 | OPEN | | ROBBERY - 2ND DEGREE |
| 8018058420 | 5400 | HAMES TRCE | 31-Jul-18 | 0015 | 7 | OPEN | | ROBBERY - 1ST DEGREE |
| 8018058725 | 5511 | LA FLEUR WAY | 01-Aug-18 | 0205 | 7 | OPEN | | ROBBERY - 1ST DEGREE |
| 8018058789 | 8205 | ROCHELLE RD | 09-Mar-17 | 0000 | 7 | OPEN | | CRIMINAL ABUSE-1ST DEGREE-CHILD 12 OR UNDER |
| 8018059633 | 1006 | INDUSTRIAL BLVD | 04-Aug-18 | 0210 | 7 | OPEN | | ASSAULT - 2ND DEGREE |
| 8018059650 | 8005 | BLUE LICK RD | 04-Aug-18 | 0335 | 7 | OPEN | | ROBBERY - 1ST DEGREE |
| 8018051510 | 4906 | OUTER LOOP | 29-Jul-18 | 2037 | 7 | CLR | CBA | WANTON ENDANGERMENT-1ST DEGREE |
| 8018057896 | 4210 | SPRINGBOURNE WAY | 27-Jul-18 | 2300 | 8 | OPEN | | ASSAULT - 2ND DEGREE - DOMESTIC VIOLENCE |

# 1st Division Aggravated Assault/Robbery, Hot Spots, Shooting Incidents & Homicides
## 7/29/2018 Through 8/4/2018



**Legend**

- Homicide
- Shooting

**Aggravated Assault Hot Spots**
**Crime Density**
- Low
- Moderate
- High

# 2nd Division Aggravated Assault/Robbery, Hot Spots, Shooting Incidents & Homicides
## 7/29/2018 Through 8/4/2018



**Legend**

- 🟦 Homicide
- 🟢 Shooting

**Aggravated Assault Hot Spots**

**Crime Density**

- Low
- Moderate
- High

LMPD Analytic Crime Services (ACS)
RLC 8/7/18
250X1500

0  0.275  0.55  1.1 Miles

# 4th Division Aggravated Assault/Robbery, Hot Spots, Shooting Incidents & Homicides
## 7/29/2018 Through 8/4/2018

**Legend**

■ Homicide

● Shooting

**Aggravated Assault Hot Spots**

**Crime Density**

■ Low

■ Moderate

■ High

411

412

423

424

435

436

# 6th Division Aggravated Assault/Robbery, Hot Spots, Shooting Incidents & Homicides
## 7/29/2018 Through 8/4/2018

0 0.275 0.55 1.1 Miles

LMPD Analytic Crime Services (ACS)
RLC 8/7/18
250X1500