1                UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF KENTUCKY
2                    AT LOUISVILLE

3

4

5  CIVIL ACTION NO. 3:19-CV-419-GNS-RSE

6

7

    TAE-AHN LEA                            PLAINTIFF
8

9

10
                VIDEOCONFERENCE/TELECONFERENCE
11  VS           DEPOSITION FOR THE PLAINTIFF

12

13

14  STEVE CONRAD, et al              DEFENDANTS

15  * * *               * * *           * * *
16

17  DEPONENT:      GABRIEL HELLARD
                (MARCH 25, 2021)
18

19

20

21

22

23               Nancy L. Nunnelley, RMR
        Kentucky Certification No. 20042B131
24            4413 Chenwood Lane
         Louisville, Kentucky 40299
25     Phone: (502) 594-1728  Fax: (502) 267-4156
    Email:  nunnelleycourtreporter@gmail.com

1    <u>APPEARANCES:</u>

2                        (ALL PARTIES AND THE WITNESS APPEARED
                          VIA VIDEOCONFERENCE/TELECONFERENCE)
3

4    <u>For the Plaintiff</u>

5            Sam Aguiar, Esquire
             Lonita K. Baker, Esquire
6            Josephine Buckner, Esquire
             Sam Aguiar Injury Lawyers, PLLC
7            1201 Story Avenue
             Suite 301
8            Louisville, Kentucky 40206
             sam@kylawoffice.com
9            jbuckner@kylawoffice.com
             lonita@kylawoffice.com
10
             ALSO PRESENT:   Tae-Ahn Lea
11                           Tija Jackson

12

13   <u>For the Defendants</u>

14           Peter Ervin, Esquire
             Jefferson County Attorney's Office
15           200 South Fifth Street
             Suite 300N
16           Louisville, Kentucky 40202
             peter.ervin@louisvilleky.gov
17

18   <u>Videographer</u>
19
             Rich Ramey
20           richramey@bellsouth.net

21                        * * *

22

23

24

25

1                          <u>INDEX</u>

2    <u>EXAMINATION:</u>

3      BY MR. SAM AGUIAR                              4
       BY MR. PETER ERVIN                             90
4

5    <u>EXHIBITS:</u>

6      PLAINTIFF'S EXHIBIT NO. 1 - CITATIONS         89

7

8

9                            * * *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1         The videoconference/teleconference

2   videotaped deposition of GABRIEL HELLARD taken with

3   the witness being at Louisville Metro Police

4   Department in Louisville, Kentucky, on Thursday,

5   March 25, 2021, at about the hour of 1:02 P.M., said

6   deposition being taken pursuant to Notice for use in

7   accordance with the Federal Rules of Civil Procedure.

8   ***                    ***                    ***

9         VIDEOGRAPHER:  The date is March 25th,

10  2021.  The time is 1:02 P.M.  We're on the record for

11  the deposition of Gabriel Hellard.  Would you please

12  swear in the witness.

13        GABRIEL HELLARD, after first being duly

14  sworn, deposed and said as follows:

15  EXAMINATION BY MR. SAM AGUIAR

16        MR. AGUIAR:  Sir, good afternoon.  Go

17  ahead and give us your name, please.

18        DETECTIVE HELLARD:  Gabriel Hellard.

19     Q.   All right.  And where do you work?

20     A.   Louisville Metro Police Department.

21     Q.   And what is your job title?

22     A.   Currently a detective.

23     Q.   Okay.  And where are you a detective?

24     A.   The Criminal Interdiction Division.  It's a

25  unit within Louisville Metro Police Department,

1  specifically the firearms intelligence squad,

2  attached with the ATF.

3          Q.   When did you graduate high school?

4          A.   2008.

5          Q.   All right.  And did you go to college?

6          A.   I did.

7          Q.   Where did you go to college?

8          A.   University of Louisville.

9          Q.   And did you graduate?

10         A.   I did.

11         Q.   What year did you graduate?

12         A.   2013.

13         Q.   And what was your degree in?

14         A.   It's a bachelor's of science, minor in

15  sociology.  It's justice administration.

16         Q.   Okay.  And then take me from graduation

17  until now, where have you worked?

18         A.   I finished working at UPS, which paid for

19  my school.  I took a job with the Louisville Metro

20  Police Department, and I've been with Louisville

21  Metro Police ever since.

22         Q.   All right.  What year did you start with

23  LMPD?

24         A.   2013.

25         Q.   And did you start out on patrol?

1      A.   I had to go through the academy first.

2  Once I graduated from the academy, I went to patrol.

3      Q.   And what division?

4      A.   In training you go to -- well, at the time

5  you go to two different divisions.  I trained in the

6  Fourth Division.  It's the busiest division within

7  the department.  And I went to the Fifth Division.

8  Finished my training in the Fifth Division, and I

9  transferred back to the Fourth Division.

10      Q.   Okay.  And where did you go from the

11  Fourth?

12      A.   Just throughout my career, is that what

13  you're asking?

14      Q.   Yeah.  We're just working through the

15  progression.  So you were patrol in the Fourth.  And,

16  you know, what was --

17      A.   I was a patrol -- I was a patrol officer in

18  the Fourth for a little over three years, I guess.

19  And then I went to -- made detective in the Ninth

20  Mobile Division.  I was in Ninth Mobile Division

21  until, I don't know, 2019, whenever they merged into

22  one big thing called Criminal Interdiction Division.

23  I've been here ever since.

24      Q.   Within Ninth Mobile what squads did you

25  work on?

1        A.   I just was on the violent crime squad.   I

2    couldn't tell you which squad it was in particular.

3    I can't remember.

4        Q.   Was it a street squad?

5        A.   It was a street squad.

6        Q.   And did you work on anything but street

7    squads while you were in Ninth Mobile?

8        A.   We would do small task force with the

9    marshals, do warrant roundups, people that were

10   wanted for probation violation, parole violations,

11   felony warrants, stuff like that.   But as far as just

12   like job title, I was just a street squad detective

13   in Ninth Mobile.

14       Q.   Okay.   Are you married?

15       A.   I'm not.

16       Q.   Do you have any kids?

17       A.   I do.

18       Q.   How many?

19       A.   I have two.

20       Q.   Okay.   Are they minors, I would assume?

21       A.   Yeah.

22       Q.   How old are you?

23       A.   I'm 30, be 31 in June.

24       Q.   Okay.   Do you take any prescription

25   medications?

1          A.   I do not.

2          Q.   What made you want to be a police officer?

3          A.   Not any one thing in particular.  You know,

4     I grew up less fortunate, and police officers in my

5     life were somebody that I looked up to, they were a

6     positive role -- positive role model.  And I've

7     always wanted to help out, be a positive role.  It's

8     the biggest, I guess, motivating factor to do it.  I

9     mean, it's the same thing everybody else says, I

10    wanted to make a difference, but legitimately I

11    wanted to make a positive difference.

12         Q.   Where did you grow up?

13         A.   I grew up in Lebanon Junction, Kentucky.

14    It's in Bullitt County, the very end of Bullitt

15    County and in and out of Larue County where the rest

16    of my family lives.

17         Q.   And what made you decide to try to get on

18    Ninth Mobile?

19         A.   There's different niches for different

20    police officers.  You know, some guys like traffic

21    stuff and DUIs.  For me, I've always worked in the

22    city.  And I've always seen families over and over

23    and over again have to deal with losing loved ones to

24    gun violence.  And Ninth Mobile was always trying to

25    make a positive difference in the community by going

1    after violent felony offenders to reduce some of that

2    gun violence.  That was it for me.

3         Q.   Do you recall throughout your time within

4    LMPD undergoing any sort of training for implicit

5    bias?

6         A.   I'm sorry.  What was the question?

7         Q.   Do you recall at anytime throughout being

8    with LMPD going through implicit bias training?

9         A.   Yeah, I do.  I couldn't tell you when it

10   was, but I can remember going through implicit bias

11   training.

12           MR. AGUIAR:  Did you-all hear me there?

13   Do I need to repeat that?  Did I freeze up?

14           THE REPORTER:  Yes.

15           MR. ERVIN:  Must have, Sam.

16           MR. AGUIAR:  Oh, I'll be damn.  Sorry

17   about that.

18           What's your understanding of what implicit bias

19   is?

20        A.   My understanding of implicit bias is

21   something where it's -- you have a bias towards

22   certain things or certain people or anything like

23   that.  It's just kind of imbedded in you from the way

24   you've grown up, you know, the -- the things that

25   contributed to you in growing up, you know, the

1    environment around you, would cause you to be

2    implicit, to have just like an underlying bias.

3         Q.   And, you know, are there any -- throughout

4    the time you've been doing police work have you

5    identified any sort of biases that you have that

6    you've had to overcome?

7         A.   No, sir.

8         Q.   Throughout your time with LMPD what have

9    you done in terms of community projects to, you know,

10   go out and just service the community?

11        A.   I'm not sure what -- in what capacity?

12   Like, in my official capacity or on my own free time

13   as, like, volunteer work?

14        Q.   In official capacity.

15        A.   I mean, do you want me to start at the

16   beginning as far as being a patrol officer or

17   specifically Ninth Mobile?

18        Q.   Ninth Mobile.

19        A.   When we were in Ninth Mobile, we partnered

20   with Dare to Care and delivered food and drinks to

21   many of the shelters here in Louisville.  I couldn't

22   tell you how many times we did it.  It's not like

23   it's something that I led.  It's just something that

24   I was a part of.  It was organized by people above

25   me.  But we would go out and, like, I've been to the

1   Center For Women and Families and helped deliver

2   meals there to get them through, you know, length of

3   time.

4        At one point in time I was on Operation Trust.

5   It was back in 2014, 2015.  And we delivered food

6   over off of 18th Street, off of Dixie.  I can't

7   remember exactly where it was.  It was a church, I

8   believe.  But they were an outreach program to give

9   food to men and women and children that were, you

10  know, less fortunate.

11       Q.   Did you enjoy those -- did you enjoy those

12  experiences?

13       A.   Absolutely.

14       Q.   What did you like most about them?

15       A.   There's a negative stigma against the

16  police where everyone just thinks that we just go out

17  and, you know, do, like, just law enforcement type

18  work all the time.  But it's more than that.  Like,

19  that's why I asked you if you wanted me to start at

20  the beginning.  When I was a patrol officer, I would

21  just get out of my car and just walk and be seen,

22  walk Shepherd Square, Smoketown.  At one point in

23  time that ZIP code was the 13th deadliest ZIP code in

24  the United States.  And I'd make sure I got out and

25  was seen.  I tried to develop relationships.  It's an

1    important part of being a police officer.  It's, you

2    know, I can go out and do a job and go after violent

3    criminals, at the same time try to show a light and

4    the, you know, positive side of, you know, I'm here

5    to protect you, I'm here to help you, I'm hear to

6    listen, what's the problems.  It's an important part

7    of being who I am.

8         Q.   Yeah, would you agree an important part of

9    being a police officer is making sure you can do

10   whatever you can to build trust with the communities

11   that you're serving?

12        A.   Yes.  Absolutely.

13        Q.   And would it be fair to say that especially

14   with you being a white police officer, that's

15   important to build -- when you're working within a

16   black community or predominantly black community,

17   it's important to try to build trust with that black

18   community, correct?

19        A.   I think it's important to try to build

20   trust in any community, period, not just the black

21   community because I'm a white police officer.

22        Q.   While you were within the Ninth Mobile do

23   you recall whether or not your commanding officers or

24   upper command would track -- would track your

25   citations to make sure they weren't racially

1    disproportionate?

2         A.   I know that they kept stats of everything

3    that we turned in on a citation.   But I don't know

4    the details of what those stats were.   That's not my

5    job.   That would be my sergeant's job or the admin

6    sergeant's job or the lieutenant's job or the major's

7    job.   It just wasn't my job.   I don't know what their

8    stats are.   I don't know what they kept track of and

9    what they didn't keep track of.

10        Q.   Okay.   When you perform traffic stops,

11   would you complete a stops form afterwards?

12        A.   Before I went to Ninth Mobile, yes.   When I

13   went to -- and you already know the answer.   When I

14   went to Ninth Mobile, we didn't do them for every one

15   of them.   It's something that I've already said I

16   fell short on.   But I felt like a lot of that was --

17   I was always explained and it's just not even by

18   command or any one specific person in general, just

19   overall that that traffic stop form that you're

20   referring to was, like, prior to body cameras.   And

21   then we got body cameras, and everything is filmed,

22   so then you're able to see everything.   So it's just

23   like it was an outdated form.   But it's still -- I

24   mean, it's still a form in effect now as far as I'm

25   aware of.

```
 1          Q.   Who within LMPD advised you that you no

 2   longer had to fill out a stops form after you went to

 3   Ninth Mobile?

 4             MR. ERVIN:   Objection to the form.   You

 5   can answer.

 6             THE WITNESS:   I couldn't hear what Peter

 7   said.   I heard him object, but I couldn't hear what

 8   he said.

 9             MR. ERVIN:   You can answer.

10             THE WITNESS:   Go ahead and answer?

11             MR. ERVIN:   You can answer the question.

12          A.   No -- no one specific person ever said, you

13   don't have to fill them out once I went to Ninth

14   Mobile.   Nobody in particular said that.   Just wasn't

15   something that seemed to be enforced.

16          Q.   Did anybody within Ninth Mobile while you

17   were there come and express concerns that stops forms

18   weren't being filled out?

19          A.   Not that I'm aware of.

20          Q.   The stops forms that you filled out back

21   when you were on patrol, they're required after every

22   traffic stop, correct?

23          A.   Yes, according to policy.

24          Q.   And within those stops forms you would

25   record -- you'd fill them out regardless of whether
```

1    or not a citation was issued, correct?

2         A.   From what I can remember, you fill it out

3    for a verbal warning or a written warning or a

4    citation, yes, from what I can remember.

5         Q.   And within those forms would you have to

6    articulate any sort of reasonable suspicion if you

7    did a pat-down?

8         A.   Not that I'm aware of.  No, not that I can

9    remember.  From what I can remember on that stops

10   form, it's -- it's just kind of like yes or no.

11   Like, did you pat somebody down, yes or no.  Did you

12   search a car, yes or no.  Was there probable cause,

13   yes or no.

14        Q.   When you think back to your work on the

15   street squad and Ninth Mobile, take me through the

16   different roles and responsibilities that you had.

17        A.   You know, we tried to identify different

18   areas of the city that were having a spike in violent

19   crime or just crime in general, like, you know,

20   stolen cars.  It's not necessarily a violent crime,

21   but if there's a spike in stolen cars, I know through

22   my own experience and training that oftentimes

23   shooters, shooting suspects, gang members use stolen

24   cars to go out and commit crimes in.

25             So we would try to identify these hot spot

1   areas where these -- where this crime had -- crimes

2   had risen.  And we would go out into those areas and

3   be seen.  When I say be seen, just that's anything, I

4   mean, from pedestrian stops to just getting out of

5   the car to play basketball with some kid or making a

6   traffic stop and people driving by seeing our lights,

7   seeing us out of the car in a uniform.  We would go

8   to different areas and just do enforcement.

9         And then we worked with federal partners to do

10  warrant roundups.  I've already told you that.  I've

11  worked with the marshals on several occasions.  So,

12  like, violent felony offenders, warrants, I've done

13  many things in Ninth Mobile.  It wasn't just, like,

14  one specific role.  I've done many things.  If any of

15  the divisions needed help because they had -- well,

16  like, the Third Division, they had Biff's gun store

17  was robbed, and the ATF was out working that case.

18  And we went down to the Third Division to try to

19  assist in locating guns that were stolen from Biff's

20  gun store.

21        I've been to St. Matthews to the bars out

22  there.  I can't remember what the bars' names are out

23  in St. Matthews.  Like, Drake's I think was one of

24  them.  But St. Matthews asked us for help.  So we

25  would go out there.

```
 1          But ultimately I didn't do anything any
 2    different than what patrol officers do every day.  We
 3    just -- we had a unit that was assigned to it, that
 4    that's all they did, which is proactive police work.
 5    It wasn't -- we weren't necessarily tied to a radio
 6    like a patrol officer where you had to, you know, go
 7    out and answer so many different calls and just kind
 8    of be tied to that radio of having to go from call to
 9    call to call.  A lot of criminal activity is
10    intercepted by just officers being able to be out in
11    the community and being seen and being able to be
12    proactive.  The Oklahoma city bomber, Timothy
13    McVeigh, was pulled over for, like, a broken
14    taillight or not having a license plate.  He was
15    arrested off of that.
16               MR. ERVIN:  All right.
17          A.   He committed a bombing
18               MR. ERVIN:  Let's just answer the
19    question.
20          Q.   Just to be clear, you were finished with
21    your answer there, or did you have anything else you
22    wanted to throw in?
23          A.   I just -- I don't know.  I mean, we had
24    many different roles.  But ultimately, I guess that's
25    the gist of it.  We didn't just do one specific
```

1    thing.

2         Q.   When you joined the Ninth Mobile, what

3    specific training was given to you when you began?

4         A.   I'm not sure that we had any specific

5    training besides just my basic in-service classes and

6    classes that I decided to take to better myself.

7    It's on my own.  I don't know if there is anything in

8    particular.

9         Q.   While you were on a street squad, how would

10   you use traffic stops as a crime reduction tool?

11        A.   I'm not sure what you want out of that

12   question.  I'm not sure what you're -- what you're

13   asking me there besides, like, how is a traffic stop

14   effective with being on a street squad?

15        Q.   Were you given any sort of instruction or

16   training within the Ninth Mobile to -- to use traffic

17   stops as a mechanism to fight violent crime?

18        A.   I wasn't given any sort of specific

19   training.  It's just from being trained in the

20   academy and being a patrol officer and being a

21   detective for as long as I have been, I know that

22   traffic stops are a tool to fight violent crime, to

23   fight crime in general.  It's not just violent crime.

24   You might pull over a truck that has a stolen air

25   conditioner in the back of it.  The guy just stole it

 1    from a burglary, and you just intercepted it.

 2         And traffic stops are just a tool.  It wasn't

 3    just -- I'm not really sure what you want out of

 4    that.  Like, people -- people get from point A to

 5    point B.  So, you know, the city has gangs, and you

 6    have east end gangs and you have west end gangs.  And

 7    people get from point A to point B, whether that's on

 8    foot or on a bicycle or in a car or in a stolen car.

 9    And a traffic stop can be used as a tool to try to

10    intercept some of that and reduce that -- to reduce

11    that, reduce that crime.

12         Q.   Correct me if I'm wrong, it's my

13    understanding the mission of the Ninth Mobile was to

14    reduce violent crime, is that fair?

15         A.   I don't remember what the mission is, but I

16    would say in a general sense, yes, the Ninth Mobile

17    was developed to reduce violent crime.

18         Q.   And would it be fair to say that one of the

19    tools that you had available to you on a street squad

20    was to use traffic stops as a mechanism to identify

21    violent crime?

22         A.   You're asking me if it's fair -- if it's

23    fair to say that a tool that I could use was traffic

24    stops to reduce violent crime?

25         Q.   Yes.

1      A.   Yes.

2      Q.   And how would you decide -- how would you

3 do that?  How did you use traffic stops as a way to

4 fight violent crime?

5      A.   We would go to violent crime hot spot areas

6 of the city and make traffic stops.  I mean, there's

7 many different factors that could play into that.

8 Like, I don't know, front windshield tint on cars.

9 You can only have your front windshield tint so low.

10 It can only go to the AS1 line.  I know through my

11 training and experience that oftentimes gang members

12 tint their entire windshield because they don't want

13 to be seen.  Not just by the police, they don't want

14 to be seen by anyone.

15      Q.   And what were other indicators?  You know,

16 I get that one right there, I understand.  That's

17 what I'm looking for, you know, you see a vehicle

18 with windshield tint that could be indicative of, you

19 know, from your training and experience of how a gang

20 member operates.  What else were you looking for on

21 vehicles?

22      A.   I'm not looking for anything in particular

23 on a vehicle.  I didn't just try to go out and make

24 random traffic stops.  I tried to focus in on who's

25 who and who's been verified in a gang or I would try

1   to figure out who's wanted.  I liked to work with the

2   marshals.  I liked to work with the fugitive unit.

3   So I've tried to figure out who's a felon and who's

4   wanted and where do they live, and I focused a lot of

5   my attention on more investigative stuff.

6          But, you know, we would go out and ride in

7   areas of the city where violent crime had spiked.

8   And just being out in the area alone and being seen

9   was a deterrent for that violent crime.  Making a

10  traffic stop on anyone, Tae-Ahn Lea, for example,

11  like, during the traffic stop of Mr. Lea a car could

12  have driven by that was occupied by gang members on

13  their way from one end of town to the other end of

14  town to, you know, do anything, and they could have

15  seen that and said, oh, crap, you know, the cops are

16  out or, you know, the jump-out boys as a lot of

17  people called us, are out; maybe we should come back.

18  And that alone would be a deterrent for that crime.

19          Q.   So when we think back to --

20          A.   It's a visual presence.

21          Q.   So when we think back to August of 2018,

22  you know, when you were out with Crawford, were there

23  certain things you were looking for to determine

24  whether to pull a vehicle over or was it just

25  basically they committed a traffic violation, we're

1  pulling them over, didn't let anybody -- you know,

2  anyone you saw you were hitting them up?

3       A.   You're being too vague.

4       Q.   Sure.

5       A.   When Crawford was driving specifically on

6  the day that Tae-Ahn Lea got stopped or when I'm

7  driving or in general riding around?

8       Q.   In general riding around, you know, were

9  there certain situations where you'd let some people

10 go if they rolled through a stop sign, or was it

11 basically any time you saw a violation, light them

12 up?

13      A.   I don't know how to answer that question

14 for you.  I just told you that I like to try to hone

15 in on more specific stuff, more investigative type

16 stuff.  I couldn't tell you what Crawford did or

17 didn't do.  I'm not Crawford.

18      Q.   What training did you receive on pat-downs,

19 when you can do a pat-down?

20      A.   Training through the basic academy and

21 trained through in-service, studying case law myself.

22      Q.   And what did you learn?  What's your

23 understanding of when you can do a pat-down and when

24 you just can't?

25      A.   It's all according to Terry V Ohio.  But my

1   understanding of it is, if you believe the subject to

2   be armed, may be armed, may have just committed

3   offense, is committing an offense or is about to

4   commit an offense, you know, it's my basic

5   understanding of it.

6        Q.   What training did you receive on removing a

7   person from a vehicle?  When can you do that and when

8   can't you?

9        A.   It would be the same thing, through the

10  basic academy and through in-service and then just

11  studying case law on my own.  You know, I know that

12  you can remove people for officer safety reasons.

13  There's specific case law for it, Pennsylvania versus

14  Mimms and Maryland versus Wilson says you can get the

15  driver and all the occupants of a vehicle out.  That

16  officer specifically in those cases did that for his

17  own safety, it was officer safety of it.  That's the

18  only reason that he gave.  And they said that that

19  was good enough.  I'm not saying that that's why I

20  would or would not get somebody out every time or

21  choose not to get them out or anything like that.

22  You -- that's what my understanding of it is.

23       Q.   When you were doing traffic stops in the

24  Ninth Mobile and you approached the driver, was that

25  something you did every time, ask the driver to get

1   out of the vehicle?

2        A.   No.

3        Q.   How about frisks, what have you been taught

4   about when frisks are permissible versus when they're

5   not?

6        A.   I just told you what the -- with the prior

7   with the pat-down.

8        Q.   So is it your understanding that the

9   standard's the same as a pat-down and a frisk?

10        A.   For a pat-down and a frisk?

11            MR. ERVIN:  Object to the form of the

12   question.  I'm not sure that I understand there's a

13   difference between a pat-down, a frisk and a search.

14   If there are differences, I'd appreciate you

15   qualifying the question with a definition.

16        Q.   Okay.  Do you -- do you consider a pat-down

17   and a frisk to be the same thing?

18        A.   I think what you're wanting is a frisk

19   is --

20            MR. ERVIN:  Don't guess.  Just try and

21   answer the question, if you know.

22        A.   For me a frisk is more of a manipulation of

23   the clothes rather than a pat-down.

24        Q.   Okay.  We're on the same page.  But just to

25   use your language then, so we're clear for the

1    record, what's your understanding of when you can do

2    a manipulation of the clothes?  Were you basically

3    saying same standard as a pat-down or do you think

4    it's different?

5         A.   I believe that a frisk would be warranted

6    if I believed that the subject was armed or could be

7    armed.

8         Q.   How about handcuffing a suspect, what's

9    your understanding of when you're allowed to handcuff

10   a suspect?

11        A.   I don't know that there's a clear-cut case

12   law on when you can or cannot handcuff somebody.  I

13   have always been made aware that you can handcuff

14   somebody for articulable reasons, such as like

15   officer safety.  I don't know how many different

16   reasons you can or cannot handcuff somebody for.

17        Q.   Were you provided any sort of training

18   regarding K-9 sniffs and whether or not they're

19   allowed if it's going to prolong the traffic stop?

20        A.   I don't have K-9 officer training.  I'm not

21   a K-9 officer.  I have a general understanding of

22   some of it just from working with guys that are.  But

23   I'm not a K-9 handler, so I've never had any sort of

24   training training.  I do know, you know, the U.S.

25   versus Rodriguez where -- I mean, I can't give it to

1    you verbatim, but I know U.S. versus Rodriguez where

2    you could have a K-9 used on a vehicle as long as it

3    didn't prolong the stop.

4        Q.   Thinking back to when you were in the Ninth

5    Mobile, what, you know, what would drive your

6    decisions on whether or not to request a K-9 to do a

7    sniff on a vehicle?

8        A.   There's many different factors.  I mean,

9    it's not just black and white.  Do I have reasonable

10   suspicion to believe something is going on.  Do I

11   have probable cause to search the car and I just want

12   to use the dog because the car's cluttered and the

13   dog could, you know, pinpoint an odor and say you

14   need to search here specifically.  I mean, there's

15   just so many different variables in that.  Like I

16   say, highway interdiction stuff.  If it's a car that

17   has a false safe in it that you're not going to be

18   able to find but a dog could find it, you would use

19   the dog to find that odor.  And then that's where you

20   would need to look for your false hide or safe or

21   whatever.

22       Q.   Do you have any understanding of why a

23   sniff was requested on Tae-Ahn Lea's vehicle?

24       A.   I do not.

25       Q.   That wasn't your call, right?

1          A.   I called for Jeff specifically, the police

2     officer.  He was our closest backup.  And we go out

3     -- we went out and would ride, you know, these hot

4     spot areas, and we would let our partners know, hey,

5     I'm making a traffic stop; this is where I'm at, in

6     the event that something happened, you know,

7     anything, say somebody got out of the car, took off

8     running and the car fled and just anything, you just

9     out of courtesy you let your partners know.  But I

10    notified Jeff specifically because he was our closest

11    backup, hey, we're stopping a car.  I didn't call for

12    K-9.  If I needed to call for K-9, I would have said

13    something specifically like, you know, can you start

14    over here with a dog for a K-9 search, something like

15    that.  I was just notifying backup.

16         Q.   Where was Mc -- what's your understanding

17    of where McCauley was at the time when you called for

18    him?

19         A.   I don't know.  It's been two and a half

20    years.  It's not that day.  And I don't know where he

21    was.

22         Q.   Was it Holman and McNeil that were on your

23    squad that were out working that day, too?

24         A.   I know that they showed up.

25         Q.   How did you know that McCauley was closer

1   than Holman and McNeil?

2        A.   I don't recall.  It's been two and a half

3   years.

4        Q.   Did you-all use any sort of a radio that

5   you could have got on and all of them would have been

6   able to hear?

7        A.   What do you mean?

8        Q.   Did you-all have any sort of ability to

9   communicate with each other, you know, and, like, you

10  know, through a radio or some way?  How would you-all

11  communicate if you-all needed to talk to each other

12  at the same time?

13       A.   Yes, we have a radio.  You can hear it on

14  the video, on the body camera video.

15       Q.   And was that radio, did you have, you know,

16  some sort of dedicated way just to communicate with

17  your squad or are we talking about just, you know,

18  general open channel?

19       A.   I mean, I communicated with anyone working,

20  my partners working that we were making a traffic

21  stop.  You can hear it on the video.

22       Q.   What did you look at to prepare for this

23  deposition?

24       A.   What's that?

25       Q.   What did you look at to prepare for this

1   deposition?

2           A.   I watched my body camera video, read over

3   my PSU transcripts.

4           Q.   Anything else?

5           A.   No.

6           Q.   Were you ever instructed by anyone within

7   the Ninth Mobile to focus your traffic stops on -- on

8   black drivers?

9           A.   No, sir.

10          Q.   Did you?  Did you focus your traffic stops

11  primarily on black drivers?

12          A.   No, sir.

13          Q.   Were you ever advised within Ninth Mobile

14  to focus your traffic stops on males versus females?

15          A.   Sir, I was not advised to focus my traffic

16  stops on anyone in particular.  We were just

17  instructed to try to reduce violent crime by being

18  proactive.

19          Q.   Let me see if this works here.  We had a

20  fun time yesterday with tech issues.  So try and make

21  sure that doesn't happen again today.

22           While I'm pulling that up, what was the

23  frequency of traffic stops that you would have?  I

24  guess let's narrow that down to a daily basis.  If

25  you had to think about each day, what was that -- you

1    know, and you didn't have any task force issues going

2    on, you didn't have any sort of warrant service or

3    surveillance, how many traffic stops were you

4    engaging in a day?

5         A.   I couldn't give you a specific.  I couldn't

6    even give you a roundabout.  There's just no way to

7    tell.  Depends on if it's raining, depends on if it's

8    cold, depends on how many officers were working.

9         Q.   Well, let's look at the factors that were

10   in place in August of 2018.  It's, you know,

11   summertime, so it's, you know, fairly warm.  You at

12   least had your squad that day with at least six of

13   you, right?  Was that the amount of people that were

14   on the street squad?  Was it six or how many?

15        A.   I don't remember.

16        Q.   Who was your sergeant at the time?

17        A.   It was Sergeant Billy Keeling, William

18   Keeling.

19        Q.   And was he out in the streets with you-all

20   or did he work in the office?  How did that work?

21        A.   For the most part they were always out with

22   us.

23        Q.   So on a day like that, you know, where you

24   know you at least had Holman, McNeil, you, Crawford,

25   McCauley available, you know, normal day, how many

1    traffic stops are we talking?

2          A.   I don't know.  I can't give you a number.

3    I'm not going to guess.

4          Q.   Okay.  Josh Doerr, you know, said on a warm

5    day, you know, all other factors aside, he's thinking

6    maybe three to four an hour.  Does that sound -- is

7    that consistent with what your memory is?

8          A.   I don't know.  It just -- I mean, it

9    depends.  If you had -- say you stopped the first --

10   I'm not trying to not answer your question.  I

11   just -- I don't want to give you false information.

12   If you stopped the first car and the first car had a

13   convicted felon in it with a gun and he had to be

14   arrested, you had to do that entire traffic stop,

15   process that entire thing, you know, tow the car, go

16   to the jail.  If it's a hot day in the summer and

17   it's during shift change at the jail, they could be

18   back, you know, backed up at the jail just processing

19   people in 10 or 15 people.  So you could be there for

20   an hour or hours.  So you might have only done one

21   traffic stop, I mean, for several hours.  Or you

22   could stop the first car and it would be nothing and

23   go on to the next stop.  I don't know.  There are

24   just a lot of variables there.

25         Q.   I gotcha.  Would it be fair to say that

```
 1   your street squad spent more time doing traffic stops
 2   as a crime reduction tool than any other crime
 3   reduction tactic?
 4        A.   I would say we spent quite a bit of time as
 5   a whole unit doing traffic stops.  But I'm a grown
 6   man, and I'm a -- I'm an individual police officer,
 7   so I'm allowed to do other things as well.  So like I
 8   said, I would work with, you know, trying to track
 9   down wanted people just in general.  Or we would work
10   with the marshals, or, you know, I would have to be
11   at the office writing up an investigative letter that
12   were cases going to federal court.
13        You know, but as a whole -- as a whole I think
14   it's fair to say that the unit spent quite a bit of
15   time making traffic stops, yes.  But you made
16   pedestrian stops.  It just -- it's all variable.  The
17   unit was just a proactive unit that just -- it wasn't
18   just fixed on one thing.  We used multiple different
19   tools, like, you know, there's -- there's cameras at
20   the park, you know, Shelby Park and Smoketown,
21   Shepherd Square area.  There's cameras all over the
22   park.  And our civilian analyst monitors stuff like
23   that.  It wasn't uncommon for them to say, hey, you
24   know, this guy is over here and he's got a gun on him
25   and we suspect him to be such and such and he's
```

1    wanted.  And, you know, we would go over there and ID

2    who it was and verify who it was, and if it was him,

3    then we would get out and, you know, get him and take

4    him into custody.  There was just -- it wasn't just

5    traffic stops.  I mean, overall, you know, the unit

6    did quite a few traffic stops, yes.

7         Q.   Were you ever given any training on not the

8    stops forms but the STOPS -- STOPS policy for each --

9    for each traffic stop, the requirements of what you

10   needed to do on a traffic stop?

11        A.   Do you mean, like, on an in-house setting

12   or do you mean just in general?  Because, you know,

13   like in the basic academy you're taught the basic

14   layout on how to conduct a traffic stop.  But if

15   you're looking for some sort of, like, narrowed-down

16   focused on just, like, Ninth Mobile doing traffic

17   stops, I don't recall any sort of specific training

18   on anything like that.

19        Q.   Yeah.  So I think what we're talking about

20   here together is the basic academy stuff.  So what

21   were those steps that you learned that you needed to

22   do in the basic academy for a traffic stop?

23        A.   Are you talking about now or are you

24   talking about the day that Tae-Ahn Lea was stopped or

25   prior to?

1    Q.   The day that Tae-Ahn Lea was stopped will

2    be good.

3    A.   The policies changed since then.  I don't

4    really remember what all you had to do at that time.

5    Policies changed.

6    Q.   Let me see if I can make it --

7    A.   I can go -- I mean, I don't want to, you

8    know, I'd have to go back and read policy from then

9    to be able to tell you.

10    Q.   Yeah.  Let me see if I can make it easier.

11    So back when you think about the time that Tae-Ahn

12    Lea was stopped, you know, do you recall the first

13    step of STOPS being the officer will greet the

14    violator and identify himself/herself by name?

15    A.   Are you telling me that that's what it is?

16    Q.   I'm asking if you recall that being one of

17    the -- the first step under STOPS.

18    A.   I don't recall.  I don't remember what it

19    was at that time.  I mean, that sounds familiar to

20    me, yes, absolutely.  But I don't -- I mean, that's

21    the basic -- that's, you know, the basics of what we

22    are required to do by policy, yes.  But I don't

23    remember.

24    Q.   And why do you think that's important, to

25    make sure that you go up to the violator, greet them

1    and identify yourself by name?

2            MR. ERVIN:  Objection to the form of the

3    question.  You can answer.

4        A.  I guess so that the person that you've

5    stopped knows who they're dealing with.

6        Q.  Do you remember another step being that the

7    officer should explain the reason for stopping the

8    violator?

9        A.  Sir, you're asking me questions on

10   Crawford's behalf.  I didn't stop Tae-Ahn Lea.  I was

11   a support officer for that.

12       Q.  I just need you to answer the questions.

13   Do you want me to repeat it?

14       A.  Yes, please.

15       Q.  Okay.  Do you remember -- do you remember

16   if one of the steps to STOPS being that the officer

17   should explain the reason for stopping the violator?

18       A.  I know that -- I know that that is one of

19   the requirements of STOPS.  I just don't know that

20   that was what it was at that time.  I know that it is

21   now.  Sounds familiar to me.  But I don't have the

22   policy in front of me to read it to tell you --

23       Q.  Got it.

24       A.  -- whether it was then and it is now or

25   whether that's a now thing.

1          Q.   Fair to say that at least to your

2    understanding, it's a now thing, that that's -- that

3    that is a requirement that's in place now?

4          A.   Yes.

5          Q.   Okay.   Do you know whether or not a

6    requirement that's in place now is that the officer

7    will ask the operator of the vehicle if there was a

8    legitimate reason for doing what he or she did?

9          A.   Yes.

10         Q.   And do you think it's important, do you

11   think that's, you know, an important step that an

12   officer should take?

13         A.   I don't think my opinion on it is relevant

14   to it.   It's a policy, so it's just something that

15   has to be abided by.   Does that make sense?

16         Q.   So it's a policy.   So you got to do it,

17   right?

18         A.   Correct.   But I feel like you're asking me

19   for my opinion on it.

20         Q.   I am.

21         A.   It's not relevant.   It's a policy.   I have

22   to --

23              MR. ERVIN:   You can answer the question.

24   You can answer the question.

25         A.   I mean, I think it could be important,

1    yeah, like, you know, I stopped a car one time

2    because they were going extremely fast, and they were

3    on their way to the hospital.  So, yes, that's -- I

4    mean, it's important.  But that's just important, you

5    know, to me, if that makes any sense.

6              MR. AGUIAR:  I tell you what, let's --

7    let's go ahead and jump off the record here.  Peter,

8    if it's okay with you, it's 1:52.  We'll come back at

9    2 o'clock?

10             MR. ERVIN:  Yeah.  I might need another

11   minute or so.  I've got to run out to my truck and

12   get something.

13             MR. AGUIAR:  Go run out to your truck.

14   Let's plan on 2:05.

15             MR. ERVIN:  Sounds good.

16             MR. AGUIAR:  All right.

17             VIDEOGRAPHER:  The time is 1:53.  We now

18   leave the video record.

19             (RECESS)

20             VIDEOGRAPHER:  The time is 2:06.  We now

21   return to the video record.

22             MR. AGUIAR:  So what I'm going to pull up

23   here, hopefully if you can see my screen, it should

24   be a uniform citation.  It's actually a bunch of

25   them.  But can you see the screen?

1       A.   Yeah, I can see it.  It was going in and

2   out, but now I can see it.

3       Q.   Okay.  So what I want to do is just go

4   through some citations right here.  And we'll start

5   each one.  So this citation I have up on the screen

6   right here, it's page 1 of 26.  That's you down at

7   the bottom, right?

8       A.   Yeah.  Yes, sir.

9       Q.   And the violation date we've got here is

10  June 22nd of 2018, correct?

11      A.   Yes, sir.

12      Q.   And the individual cited looks like black

13  male, correct?

14      A.   Yes, sir.

15      Q.   And when we look at the post arrest

16  complaint, do I understand correctly that the vehicle

17  was initially stopped for an improper turn and one

18  headlight?

19      A.   It says, "Detective observed above subject

20  operating listed vehicle eastbound on Chestnut with

21  one headlight.  Subject then turned southbound onto

22  South Ninth Street into the far left lane making an

23  improper turn."

24      Q.   And then in this situation, you know, this

25  is a stop that ultimately allowed you to identify

1  marijuana, is that right?

2      A.   It says, "Upon stop subject told detective

3  he had marijuana and handed a bag of marijuana to

4  detective."

5      Q.   They found crack cocaine, too, correct?

6      A.   "Upon search detective found a bag of

7  suspected crack cocaine in center console."

8      Q.   So the next -- the next citation we were

9  able to find with you on it was June 28th of 2018.

10 Just to confirm, is that your name down at the bottom

11 left?

12     A.   It is.

13     Q.   Okay.  And this right here is a black male

14 suspect, correct?

15     A.   It is.

16     Q.   And in this situation was he -- was he

17 initially stopped because of failing to use a turn

18 signal?

19     A.   It says, "Detectives observed above subject

20 operating listed vehicle failed to use turn signal

21 when turning southbound onto Poplar Level Road from

22 Shady Villa.  Upon stop detective could smell the

23 odor of marijuana coming from vehicle and observed

24 subject's daughter three years old in front passenger

25 seat not secured in child safety device.  Search of

1    vehicle detective located a baggie of marijuana in

2    the center console.  Directly outside of vehicle by

3    rear left tire was a baggie of marijuana and a single

4    pill identified as Oxycodone, Schedule II.  The

5    baggie of marijuana was not crushed by the front tire

6    as if it was previously there, and it was in the

7    exact location where detective searched subject as if

8    he attempted to discard the evidence."

9         Q.   What we see right here, the initial basis

10   for the stop, was it a failure to use a turn signal?

11        A.   Yes, sir.

12        Q.   The next one we were able to find with you

13   on it is dated July 7 -- or July 1st of 2018.

14   Signature down at the bottom left looks like it's you

15   and Crawford?

16        A.   This is Crawford's citation.

17        Q.   And then next to officer signature it's

18   Crawford, and then your name is there, too, correct?

19        A.   As a witness.  Just like on mine, it was

20   Detective Doerr is a witness and Detective Settle is

21   a witness.  Just another officer that was there.

22        Q.   Okay.  So --

23        A.   Like a support role.  So this one was me as

24   support role.

25        Q.   Right.  And this one right here, suspect,

1  black male, correct?

2      A.   Yes, sir.

3      Q.   And this individual right here, was it a --

4  when you look -- and feel free to take your time

5  reviewing -- was the initial basis for the stop

6  window tint?

7      A.   "Detectives observed listed subject

8  operating listed vehicle southbound on 32nd Street.

9  The tint on the vehicle was excessively dark.  Upon

10 approach detective smelled marijuana coming from

11 inside the vehicle.  Detective observed the listed

12 subject's small child standing in the seat.  No child

13 seat or booster seat was observed in the vehicle.  A

14 tint meter was used on the front windows which showed

15 four percent.  Marijuana was located in the ashtray,

16 a partially smoked marijuana cigarette."

17      It's -- this was not my stop.  It was

18 Crawford's stop.  But he's got on here it was

19 operating with excessive window tint.

20      Q.   The next one, same day, July 1st, 2018.

21 Person cited, another black male, correct?

22      A.   Yes, sir.

23      Q.   And take a look at it, but, you know,

24 again, it looks like you're as a witness but Crawford

25 was the citing officer, correct?

1         A.   Yes.   Crawford's the lead on it.   He's the

2    first officer.   Then I'm the second officer.   It

3    says, "Above subject's a front right passenger in a

4    vehicle stopped for traffic violation.   Excessive

5    window tint measured at 4 percent.   Upon contact

6    detectives smelled odor of marijuana coming from the

7    vehicle.   Search of the vehicle detective located a

8    marijuana cigar in ashtray.   Neither occupants

9    claimed ownership of marijuana."

10         Is this the same -- is this a passenger for the

11   other car?

12         Q.   Yeah.   You started reading.   This is the

13   passenger in the other car, same one.   So I just

14   wanted to make sure that, yeah, we were on the same

15   page.

16         A.   So it's one stop?

17         Q.   One stop.

18         A.   Okay.

19         Q.   The next one I've got that we had right

20   here, again, it looks like Crawford's stop.   You're

21   listed as a witness, correct?

22         A.   Yes, sir.

23         Q.   The date of this violation that's listed is

24   July 4th of 2018, correct?

25         A.   Yes, sir.

1      Q.   All right.  Black male is the one who was

2   cited, right?

3      A.   Yes, sir.

4      Q.   And this vehicle, you know, take a look

5   obviously, but it looks like improper turn and

6   failing to come to a complete stop at a stop sign

7   were listed as the basis for the stop?

8      A.   It says, "Detective observed listed subject

9   operating listed vehicle northbound on Shelby Street

10   at the intersection of Shelby Street and Goss.

11   Vehicle failed to come to a complete stop at the stop

12   sign turning east onto Goss.  Vehicle also conducted

13   an improper turn.  Upon activating emergency

14   equipment detectives observed subject make movements.

15   A Glock 22 handgun was fully concealed on the floor

16   by the subject's leg."

17      Q.   This -- this area right here, Shelby and

18   Goss, Logan Street, was that a hot spot at one point

19   for you-all, do you remember?

20      A.   I patrolled that area when I was a patrol

21   officer.  That is the -- I don't know how to explain

22   it to you.  I need a map.  It's the outside edge of,

23   like, Smoketown, Shepherd Square.  It's like a main

24   thoroughfare from Smoketown to Broadway or Shepherd

25   Square to Broadway.  So it would be -- I don't know.

1    I couldn't tell you right, you know, like, if that

2    street was a hot spot.  It's just it's a main

3    passageway.  Does that make sense?

4         Q.  Yeah.  Let me just make sure.  So when you

5    think back to, you know, this time in the Ninth

6    Mobile, don't know -- you don't remember one way or

7    the other if this was in a -- if this was in a hot

8    spot?

9         A.  I know that right there where that street

10   is, is -- I mean, you're basically -- I can't tell

11   you that it's in the hot spot, but you're -- but what

12   I'm telling you is, like, this area right here is a

13   hot spot and like all of a sudden one street over is

14   not a hot spot?  Does that make sense.  Like it's --

15        Q.  That makes sense.  You can keep explaining

16   if you want.

17        A.  It's right there.

18        Q.  Okay.  All right.  The next -- the next

19   citation, same day, July 4th, 2018, looks like

20   Crawford's stop, and then you're a witness on this

21   one?

22        A.  Yes, sir.

23        Q.  Individual stopped, black male, correct?

24        A.  Yes, sir.

25        Q.  And he was -- at least according to the

1   citation the basis for the stop was a expired

2   registration decal, is that right?

3        A.   "Detectives observed above subject

4   operating listed vehicle eastbound on West Chestnut

5   with expired registration decal, 4/18."  And this was

6   July '18, 2018.

7        Q.   Right.  At least reading the citation, it

8   appears to be that expired registration was the basis

9   for the stop, correct?

10        A.   Yes, sir.

11        Q.   Next one, July 11th was the one we could

12   find.  This was your stop, right?

13        A.   I'm the lead on it.

14        Q.   You're the lead on it.  And this individual

15   right here is a black male, correct?

16        A.   Yes, sir.

17        Q.   And take a look through it.  What was the

18   -- what was the original basis for the stop?

19        A.   "Above subject operating listed vehicle

20   failed to come to a complete stop eastbound on

21   Garland Avenue at 15th Street.  Vehicle window tint

22   on windshield was also past the factory AS1 line.

23   Upon stop detectives observed subject make furtive

24   movement to his lap area and bend over.  Also upon

25   contact detective could smell odor of marijuana

1   coming from vehicle.  Subject stated he put a baggie

2   of marijuana in his shoe.  Detective retrieved baggie

3   of marijuana from right shoe.  Upon search detective

4   located revolver in rear trunk in a hidden panel on

5   left side.  Subject's a convicted felon."

6        So it looks like the basis of the stop is he

7   failed to come to a complete stop eastbound on

8   Garland at 15th at a stop sign, and he also had

9   excessive window tint past the factory AS1 line.

10       Q.   7/14/18 was the next one that we could find

11  for you, the date of the violation at least on the

12  citation.  That's -- this was your stop, correct?

13       A.   I'm the lead on it.

14       Q.   Okay.  And the person cited in this

15  situation was a black female, correct?

16       A.   Yes.

17       Q.   And take a look, what was the basis for

18  this stop?

19       A.   "Detectives observed above subject

20  operating listed vehicle eastbound on Colorado Avenue

21  with one working headlight.  Upon stop and approach

22  detectives could smell odor of marijuana coming from

23  vehicle and observed a partially smoked marijuana

24  cigarette in plain view, center console cup holder

25  ashtray.  Subject had a gun in passenger seat next to

1    marijuana blunt that was recovered.  Subject also had

2    a warrant for her arrest."  Basis of the stop was for

3    one working headlight.

4          Q.   When you think back to around this time, do

5    you remember what your work schedule was?

6          A.   I believe it was 4:00 in the afternoon to,

7    like, 2 o'clock in the morning.

8          Q.   Okay.  7/15/2018, when we look at this

9    citation right here, Crawford's stop and you're a

10   witness, is that right?

11         A.   He's the lead on it, yes, sir.

12         Q.   Okay.  And this individual was a black

13   male, correct?

14         A.   I mean, that's what he has checked.

15         Q.   Yeah.  That's what's checked is a black

16   male on the citation, correct?

17         A.   Yes, sir.  That's the way it's checked.

18         Q.   And this stop right here, at least per the

19   citation, indicates that the basis for the stop was

20   an improper U turn, right?

21         A.   It says careless driving.  It says,

22   "Detective observed listed subject operating listed

23   vehicle southbound on Newburg.  Vehicle conducted an

24   improper U turn into the third lane of Newburg

25   northbound."  He's charged with careless driving.

1      Q.   Okay.  Another one 7/15/2018, Crawford's

2   stop.  You're listed as a witness, right?

3      A.   Yes.

4      Q.   And the person cited here is a black male,

5   correct?

6      A.   Yes, sir.

7      Q.   And this was a stop for speeding, is that

8   right, at least that's what it indicates?

9      A.   It says, "Detective observed listed subject

10  operating listed vehicle southbound on Shepherdsville

11  Road.  Subject was traveling at 55 miles per hour in

12  a 45 mile per hour zone.  Upon approach detective

13  smelled marijuana coming from the vehicle.  In plain

14  view detective observed a marijuana nugget in plain

15  view.  A container was located in the vehicle that

16  marijuana was held in.  A baggie of marijuana was

17  located in a backpack.  Subject stated it was his."

18       He was charged with careless driving.  I mean,

19  the complaint says 55 in a 45.  Charged him with

20  careless driving.

21      Q.   Okay.  When you think back to around this

22  time, Shepherdsville Road, in this area, Whispering

23  Hills Road, was that a hot spot?

24      A.   I don't recall.

25      Q.   Do you recall at any time while being

1    within the Ninth Mobile if that area was a hot spot?

2        A.   I don't recall.  I know that we -- we went

3    to the Newburg area several times.  I just don't know

4    -- I don't have the specifics.  You'd have to ask a

5    sergeant, probably an admin sergeant maybe.

6        Q.   Let me try to go quicker through the rest

7    of these.  So the next citation that we've got right

8    here the violation date is 7/15 of 2018, correct?

9        A.   Yes, sir.

10       Q.   And this one right here identifies, again,

11   Crawford is the lead and you as the witness?

12       A.   That's what it looks like, yes, sir.

13       Q.   And the person cited is a black female,

14   right?

15       A.   It is.

16       Q.   Okay.  And then instead of going through

17   the whole basis for the stop and everything, this --

18   there was a traffic stop that led to the citation.

19   Take a look.  Let me know if that's at least what

20   this appears to indicate.

21       A.   I have -- I have to read it.  I just -- I

22   mean, it's from 2018.  I have to read it.  (Examining

23   document).  Okay.  What's the question?

24       Q.   A traffic stop is what led to the ultimate

25   citation?

1          A.   It is.  She was stopped for not using a

2     turn signal and looked like she had marijuana, a

3     scale and a gun.

4          Q.   We've got another one, another citation

5     here violation date 7/15/2018 where you're identified

6     at least as the lead on it, correct?

7          A.   Yes.

8          Q.   But to be fair, this one in particular,

9     this -- if we look at this citation right here, it

10    doesn't tell us whether or not it was a traffic stop,

11    right?

12         A.   That is citation number 2, I guess, of, you

13    know, you're missing one.  There's a one and there's

14    a two.  That's page 2.

15         Q.   Uh-huh.  And our person cited here is a

16    black male, correct?

17         A.   Yes.

18         Q.   The next citation we've got here identifies

19    Crawford as lead and you as a witness, correct?

20         A.   Yes.

21         Q.   Date is 7/18 of '18?

22         A.   Yes.

23         Q.   All right.  And our -- our person cited

24    here is a black male, correct?

25         A.   Yes.  That's what's checked.

Q.   All right.  Citation here indicates the basis for the stop was a failure to signal, right?

A.   Yes, the basis of the stop was failure to signal.

Q.   Next citation right here, we're going to -- I mean, I'll represent it's a passenger in the same vehicle, and if there are any issues with that, we can go back and talk about it.

A.   This guy is a passenger in the one we just looked at?

Q.   Yes.

A.   Okay.

Q.   And black male, correct?

A.   That's what's checked.

Q.   Next citation we've got right here lists you as the lead, correct?

A.   Yes.

Q.   All right.  And the date on this one for the violation is 7/27/18?

A.   Yes.

Q.   And the individual who's cited is a black male, correct?

A.   Yes.

Q.   And what was the base -- I guess right here the basis for the stop?

1     A.   It's not a traffic stop.  It's just an

2  investigation.  It says, "Detectives observed above

3  subject sitting in above vehicle at apartment complex

4  with signs stating no loitering, no trespassing.

5  Upon contact detective observed above subject having

6  marijuana in a baggie on his lap and a blunt used to

7  smoke marijuana.  Subject stated he did not live at

8  the location."

9     Q.   Okay.  All right.  Next citation we were

10  able to find here, date on it's 7/19 of '18, correct?

11     A.   It's 7/29/2018.

12     Q.   Sorry.  7/29 of '18.  I apologize.

13  Crawford's lead.  You're listed as a witness?

14     A.   Yes.

15     Q.   And our cited individual here is a black

16  female, correct?

17     A.   Yes, that's what's checked.

18     Q.   All right.  And what was the basis for this

19  stop?

20     A.   (Examining document).  He charged her with

21  careless driving and an improper turn.  The basis of

22  the stop in the complaint says, "Listed subject

23  operating listed vehicle northbound on Dr. W.J. Hodge

24  Street.  Subject conducted a right turn from the left

25  lane nearly colliding with the detective's vehicle.

1    Subject then conducted an improper turn onto

2    Broadway.  Subject stated the address on her OL was

3    incorrect."  She got charged for the DOT charge as

4    well.

5        Q.   Next one we've got here, a violation date

6    is 8/2 of '18, correct?

7        A.   Yes, sir.

8        Q.   All right.  Crawford's lead.  You're listed

9    as a witness?

10       A.   Yes, sir.

11       Q.   And our person cited here is a black male,

12   correct?

13       A.   That's what's checked, yes, sir.

14       Q.   And what's the basis for our stop here

15   that's listed?

16       A.   He's got in his narrative, "Detective

17   observed listed subject operating listed vehicle

18   northbound on Jackson Street.  The registration plate

19   was in the incorrect spot and not visible.  Upon

20   activating emergency equipment, vehicle was extremely

21   slow to stop.  Subject consented to search.  A large

22   bag of suspected crack cocaine was partially in the

23   subject's anal cavity.  The amount was much more than

24   personal use.  Subject does not have an operator's

25   license."

```
 1            It's improper display of registration plate is
 2   what the IDR is, 00425, the bottom charge, that's the
 3   basis of the stop.
 4            Q.   8 -- the next citation we've got here is
 5   same day, 8/2 of '18, correct?
 6            A.   8/2 of '18, yes, sir.
 7            Q.   You're listed as the lead on this one,
 8   right?
 9            A.   Yes.
10            Q.   And the cited individual here is a black
11   male, correct?
12            A.   It is.
13            Q.   And this person appears to have been, at
14   least per your indication, a passenger in a vehicle
15   stopped for an improper turn, is that right?
16            A.   "Above subject front passenger stopped for
17   traffic violation, improper turn from East College
18   Street northbound onto South Brook Street.  Vehicle
19   turned into the left lane instead of immediate right
20   lane.  Upon stop and having subject step out of the
21   vehicle, detective performed pat-down for weapons and
22   felt a baggie with a crystal-like substance in
23   subject's left jeans pocket recognizing it to be
24   narcotics (methamphetamine).  Upon probable cause
25   search of subject detective felt another baggie of
```

1    suspected methamphetamine in subject's underwear.

2    Detective retrieved another bag from inside pouch of

3    subject's underwear.  Amount of narcotics and

4    packaging is consistent with trafficking narcotics."

5         He was a passenger in a vehicle stopped for a

6    traffic violation.

7         Q.  If I'm reading this correctly, this was the

8    same violation that Tae-Ahn Lea committed, right, he

9    made a turn -- turn into the left lane instead of the

10   immediate right lane?

11        A.  Yes, sir.

12        Q.  And I know this is tedious, but just to put

13   you at ease, we're not going to be going through your

14   video.  So I'm just going to finish up with these,

15   ask you a couple of questions and I've got to follow

16   up with a couple things you said on your transcript.

17   And, you know, so then we're going to be done.  So I

18   just want to at least put you at ease there.

19        A.  We can take as much time as you want.  It's

20   okay.

21        Q.  So now I'm on page at least 19 of 26 of

22   this document here.  This citation, the violation

23   date is 8/3 of '18, correct?

24        A.  Yes, sir.

25        Q.  And on this one Crawford's listed as lead

1    and you're listed as a witness, right?

2         A.   Yes, sir.

3         Q.   The cited individual here is a black male,

4    correct?

5         A.   That's what's checked.

6         Q.   And then right here, what's our listed

7    reason for the stop?

8         A.   "Detective observed listed subject

9    operating listed vehicle northbound on 15th Street.

10   Subject turned east onto Oak Street failing to use a

11   right turn signal.  Upon approach detective smelled

12   marijuana coming from the vehicle.  In plain view

13   detective observed a small baggie of marijuana.

14   Subject does not have an OL."

15        Basis of the stop was failing to signal.

16        Q.   Next one we were able to identify the date

17   on this citation is 8/9 of '18, correct?

18        A.   Yes, sir.

19        Q.   All right.  And again we got Crawford as

20   lead and you as a witness, right?

21        A.   Yes, sir.

22        Q.   And our cited individual here is a black

23   male, correct?

24        A.   That's what's checked.

25        Q.   And this individual here -- well, this is

1   Tae-Ahn Lea's citation, isn't it?  So -- this is

2   Tae-Ahn's citation, right?

3        A.   Yes, sir.

4        Q.   And Tae-Ahn, the only thing he was cited

5   for as a result of that stop was the improper turn,

6   correct?

7        A.   It says, "Detective observed listed subject

8   operating listed vehicle westbound on Algonquin.

9   Subject turned north onto Dixie Highway into the left

10  lane conducting an improper turn."

11       That's the only thing he was charged for was

12  improper turn.

13       Q.   And then we've got next citation here,

14  August 9, 2018, correct?

15       A.   Yes, sir.

16       Q.   And we got Crawford is lead, you as a

17  witness, right?

18       A.   Yes, sir.

19       Q.   And this individual right here, the basis

20  of this stop was what?

21       A.   It says, "Listed subject was operating

22  listed vehicle" -- I don't know.  I mean, Oak

23  Street's an east or west.  I don't know if it says

24  east or if that says west.  "Operating a vehicle on

25  Oak Street.  Subject was driving at a high rate of

1    speed, well above the posted speed limit.  The

2    registration on the vehicle expired in May 2018."

3         He charged him careless driving and expired

4    registration.

5         Q.   Next one we got here that we were able to

6    find is, this citation is dated 8/12 of 2018,

7    correct?

8         A.   Yes, sir.

9         Q.   And here we've got Crawford as lead, and

10   then we've got you and Doerr listed as witnesses,

11   right?

12        A.   Yes.

13        Q.   And our person cited here, black male,

14   right?

15        A.   Yes, sir.

16        Q.   And what's the basis right here listed for

17   the stop?

18        A.   "Detective observed listed subject

19   operating listed vehicle southbound on 22nd Street.

20   The tint on the vehicle was excessively dark and past

21   the AS1 portion.  A tint meter was later used which

22   showed five percent.  Upon approach detectives

23   smelled marijuana coming from inside the vehicle.

24   Subject stated he had it on his person.  A small

25   baggie of marijuana was recovered from his right

1    front jeans pocket."

2           Excessive tint was the basis of the stop.

3    That's what he's charged with.

4           Q.   Next one we've got here, same date,

5    August 12, 2018, you're listed as lead on this one,

6    correct?

7           A.   Yes.

8           Q.   All right.  And then we've got Doerr and

9    Crawford as witnesses, right?

10          A.   Yes.

11          Q.   Our individual cited here is a black male,

12   correct?

13          A.   Yes.

14          Q.   And what's the basis for our stop here

15   that's listed?

16          A.   "Detective observed above subject operating

17   listed vehicle make an improper turn southbound from

18   South 28th Street to westbound Muhammad Ali, go into

19   the far left lane of travel instead of immediate

20   right lane.  Upon stop detective observed marijuana

21   blunt in plain view of center console.  Search of

22   vehicle detective located additional baggie of

23   marijuana with one MDMA ecstasy pill inside, brown in

24   color."

25          Basis of the stop was improper turn.

1        Q.   This is another one of those situations

2   where a turn was made into the far left lane as

3   opposed to the immediate right lane?

4        A.   That's what it says, yes, sir.

5        Q.   Next citation that we have here, let me

6   just look up, the one we just went through, the cited

7   vehicle on that one is a black Dodge 2017, right?

8        A.   Yes.  Some sort of Dodge vehicle.  Well,

9   it's a Charger.  It says vehicle identifies is --

10  vehicle identifier is a Charger.

11       Q.   Just wanted to make sure this is different.

12  So the next citation that we've got here below it,

13  violation date is also 8/12 of '18, correct?

14       A.   The date on it is 8/12/18, yes, sir.

15       Q.   Okay.  And you're listed as lead on this

16  one, right?

17       A.   Yes, sir.

18       Q.   And our individual cited here is a black

19  male, correct?

20       A.   That's what's checked, yes, sir.

21       Q.   And this individual right here was a

22  passenger, right?

23       A.   "Above subject was a front seat passenger

24  stopped in vehicle for a series of traffic

25  violations.  Upon subjects exiting vehicle detective

1   observed in plain view in back seat a baggie of

2   suspected Xanax pills.  Upon search of persons

3   co-defendant gave detectives a baggie of suspected

4   cocaine hidden in her shorts.  She stated above

5   subject gave her both baggies and told her to hide it

6   from detectives."

7           This is a situation where there's multiple

8   people in a car.  And this person cited is a

9   passenger in the vehicle.  I don't know who made the

10  stop on the car.  Just because my name's on it as the

11  lead doesn't mean that I am the one that stopped this

12  car, just for the record.

13          Q.  No.  We're on the same -- we're on the same

14  page.  And I also wanted to clarify for the record,

15  this right here, this citation, this isn't going to

16  clarify what the initial basis for the stop was,

17  right?  All we know is that there were several

18  traffic violations.  We don't know what they are,

19  right?

20          A.  Yeah.  It just says for a series of traffic

21  violations.

22          Q.  Okay.

23          A.  If there's -- if there's -- you know, if

24  other people were cited, you might would be able to

25  see that.

 1          Q.    So we got two left here.   The next one we

 2   were able to find, this citation is dated 8/17 of

 3   '18, correct?

 4          A.    It looks like 8/17/18, yes, sir.

 5          Q.    And Crawford's listed as lead, and you're a

 6   witness, correct?

 7          A.    Yes, sir.

 8          Q.    Our cited individual here is a black

 9   female, correct?

10          A.    Yes, sir, that's what's checked.

11          Q.    And you can take a look obviously.   What

12   was the basis for the stop that's listed?

13          A.    "Detective observed listed subject

14   operating listed vehicle westbound on Central Avenue.

15   Detective paced listed vehicle for several blocks on

16   Central Avenue between 48 and 50 mile per hour in a

17   35 mile per hour zone.   Subject advised detective a

18   gun was under her seat, a loaded handgun was located

19   under the driver's seat fully concealed.   Subject

20   does not have an active CCW license."

21           She was charged with careless driving instead

22   of the -- the speeding charge.

23          Q.    Got it.   There's no speeding, right, that

24   was listed as a charge.   The CD, that's careless

25   driving, right?

1     A.   Careless driving for driving well over the

2  posted speed limit of 35.  She was traveling between

3  48 and 50 is what he paced her at.

4     Q.   All right.  And then the last one that we

5  identified at least between late June and August of

6  2018 is right here.  And we've got the date of this

7  violation that's listed or the day of -- yeah, the

8  violation date is August 24th of 2018, correct?

9     A.   Yes, sir.

10    Q.   And you're listed as the lead on this one,

11 right?

12    A.   Yes.

13    Q.   And our cited individual here is a black

14 male, correct?

15    A.   Yes.

16    Q.   What was the basis for this stop?

17    A.   It says, "Detective observed above subject

18 operating listed vehicle northbound on Clay Street

19 with canceled registration plate per NCIC.  Upon stop

20 subject stated he had marijuana in the center

21 console.  Detective also smelled the odor of

22 marijuana upon contact.  Upon search detective

23 located a Mason jar with baggies of marijuana in

24 center console with a bottle of codeine.  In back

25 seat was a backpack with big bag containing smaller

1    individual baggies of marijuana, two large baggies of

2    hydrocodone pills, digital scale and additional

3    baggies.  All the above is indicative of narcotics

4    trafficking."

5         The basis of the stop was he had a canceled

6    registration plate or, you know, like, no/expired

7    registration, but it's a canceled registration plate

8    altogether.  The vehicle shouldn't be on the roadway.

9         Q.  So just going through, you know, I want to

10   make sure that I got this right.  One of these that

11   we looked at was the individual who was loitering in

12   the apartment complex.  And I think you'd clarified

13   that wouldn't be an actual traffic stop, right?

14        A.  I mean, as far as, like, a vehicle making a

15   moving violation traffic stop, no.  That's an

16   investigative stop or, you know, just, I mean, it

17   wasn't a moving -- I mean, he was in a car, but it

18   wasn't a traffic stop or traffic offense.

19        Q.  I gotcha.  I think you put it well.  It

20   was, you know, it was an investigative stop because

21   you wanted to see what else was going on, right?

22        A.  The person said he was -- from what I can

23   recall, was he was loitering in an apartment complex

24   with signs posted no trespassing, no loitering.

25        Q.  Okay.  That one aside, these other 25 that

1   we looked at, all of the cited individuals are black,

2   correct?

3        A.   I don't know.  We have to go back through

4   them all.  I wasn't paying any attention to it.

5        Q.   When you think back to the time of Tae-Ahn

6   Lea, do you recall whether or not you were criminally

7   citing anybody that was white for traffic -- as a

8   result of traffic stops?

9        A.   I don't know what your question is.

10       Q.   Would it surprise you to learn that none of

11  your citations within this time frame where you were

12  listed as either a witness or as, you know, the lead,

13  as we've called it, that none of the traffic stops

14  resulted in citations of anyone that was white?

15       A.   Are these just the citations that you've

16  pulled or are these all the citations to everyone in

17  general where I was a part of it but not necessarily

18  wrote down as a lead or as a witness?

19       Q.   We pulled all the ones where you were

20  listed under the officer's signature.

21       A.   So there's potentially other people that

22  were cited where I was there but I wasn't listed?

23       Q.   Do you recall during this time frame any

24  traffic stops that resulted in the citation of anyone

25  in the vehicle that was white?

1      A.   I don't recall.  This is 2000 -- you're

2  talking about 2018.  It's not -- it's not like I

3  didn't make traffic stops or wasn't a part of traffic

4  stops on people that were white.  I was.  But I can't

5  recall you a specific.

6      Q.   Was one of your primary focuses during this

7  time frame, though, to identify black males to pull

8  over?

9      A.   Was -- what's the question again?  Will you

10  say it one more time?

11      Q.   Sure.  Was one of your focuses during this

12  time frame to identify black males to pull over?

13      A.   No, sir.  I think you've already asked me

14  that question before, though.

15      Q.   If you weren't doing the stops forms,

16  what's your understanding of how the Ninth Mobile was

17  able to track the racial composition of the

18  individuals you were pulling over?

19      A.   I don't know how the Ninth Mobile tracked

20  any of their stats.  I didn't have to -- it's not --

21  it wasn't part of my job.

22      Q.   Okay.  Do you know whether or not they

23  tracked that?

24      A.   I don't know.  I know that they tracked

25  stuff.  I don't know what they tracked.  I've told

1   you -- I already told you that earlier.

2        Q.   The only things I got left for you are

3   going to relate to just a couple of things you said

4   in your PSU statement, which I'll put up for you and

5   let you read.  So let's take five so I can get those

6   together, and then we'll call it a day, okay?

7        A.   Okay.

8             VIDEOGRAPHER:   The time is 2:47.  We now

9   leave the video record.

10            (RECESS)

11            VIDEOGRAPHER:   The time is 2:55.  We now

12   return to the video record.

13            MR. AGUIAR:  Detective Hellard, to wrap

14   up, I wanted to go through and ask you a few things

15   about what you said in your PSU transcript.  Have you

16   had an opportunity to review the interview that you

17   gave to PSU?

18        A.   I have.

19        Q.   Okay.  What I'm looking at here is, let's

20   see, I just want to make sure I got the record right.

21   So we're on page 3 of the statement, and I'm

22   beginning at line 103.  What I have highlighted here

23   is, "I remember seeing the driver do something with

24   his right hand down at his side."

25            And my question for you is, you know, do you

 1   recall what you saw Tae-Ahn Lea doing with his right

 2   hand down at his side?

 3          A.   You're on page 4, just to clarify.

 4          Q.   Hold on just to be clear because I want to

 5   make sure we're on the same page.  So what I'm

 6   looking at right here, hopefully you see the same

 7   thing, is I've got Interview With Detective Gabriel

 8   Hellard.  I'm looking at the top right, and it says

 9   page 3.

10          A.   Okay.  On the -- I see what you're saying.

11   Up there at the top, go up, see where it says 4/9?

12          Q.   Yes.

13          A.   That's what I was looking at.

14          Q.   We're on the same page.  Let me just

15   clarify again.  I'll ask you the question again.  So

16   what we're looking at right here is page 3 of your

17   interview that you gave to Sergeant Tiffany Tatum on

18   3/8/19.  And if we go to line 103 and 104, I'd

19   highlighted where it says, "I remember seeing the

20   driver do something with his right hand down at his

21   side."  And what I'm asking you is, do you recall

22   what you remember seeing Tae-Ahn Lea doing with his

23   right hand down to his side?

24          A.   I don't know specifically what he was

25   doing.  I can't see into the vehicle all that great.

1   I could just see movement with his right hand, right

2   arm.  I could see the movement from the passenger

3   side mirror and just, you know, angles of approaching

4   the vehicle.  But can't tell you exactly what he was

5   doing.

6        Q.  And you saw that in his passenger side

7   side-view mirror?

8        A.  I'm able to see -- I'm -- the passenger, I

9   get out, I'm making my approach, and I'm looking into

10  the passenger side mirror.  I'm looking through the

11  back window, like, the back window, looking through

12  the back seat window, I'm looking through the

13  passenger side front window.  And I'm just trying to

14  get as clear of a picture as I can as to how many

15  people are in the vehicle and watching what they're

16  doing as I'm making that approach.  I'm looking at

17  all of it, not just one specific -- not just the side

18  mirror, but the whole picture as I'm making an

19  approach.

20       Q.  Later in your statement, same page, I'm

21  looking at starting at line 120 down to 122 I've got

22  highlighted where it says, "He got him out of the

23  car.  I can't speak on, you know, what -- what he saw

24  or what he perceived and -- and things of that

25  nature."

1          Are you speaking about Crawford there?

2          A.   Yeah.   I cannot speak on -- I can't tell

3    you, like, what he sees or what he's perceiving.   I

4    can only tell you, you know, what I'm seeing or

5    perceiving.   Does that make sense?   Like, we're all

6    human beings.   You're seeing something different from

7    your side of the car versus what I'm seeing or you're

8    smelling something different from your side of the

9    car versus what I'm smelling.   You're hearing -- you

10   know, I'm not him.   I can't speak on his behalf.

11          Q.   Right.

12          A.   Okay.

13          Q.   Right.   And be fair to say that you don't

14   know what Crawford's reasonable, you know, or what

15   his grounds were for pulling Tae-Ahn out of the

16   vehicle, is that fair?   You don't know?

17          A.   Yeah, and it's in there.   It's noted in

18   there.   Yeah, I don't -- I don't know.   He doesn't

19   have to tell me.   I don't -- I don't need to know.

20   Did I have red flags going off in my own head, yes.

21   But I don't -- I don't know what Crawford's

22   perceiving or what he's seeing.   I don't know.

23          Q.   Go back to your -- what you just said.

24   What were the red flags that were going off inside

25   your head?

1        A.   For the entire stop or for what?

2        Q.   Before Tae-Ahn exited the vehicle, what red

3   flags were going off in your head?

4        A.   The car had heavy window tint, like the

5   owner or occupants of it wouldn't want them to be

6   identified by people from outside the vehicle.  It

7   was slow to stop when Crawford tried to pull it over.

8   And that's, you know, that's narrated in my -- in my

9   statement.  When people are slow to stop, in my

10  training and experience, from doing this job as long

11  as I have, and from talking to other officers and

12  from talking to just people on the street, when

13  people are slow to stop, they're trying to figure out

14  what they want to do, you know.  It could be

15  anything.  And it's just a red flag.

16       And then as I approached the vehicle, I'm

17  seeing him make some type of movement with his hand.

18  I was always taught to keep my hands on the steering

19  wheel when I was pulled over by the police.  And he

20  had done -- he was doing something with his right

21  arm, right hand.  I don't know what he was doing.

22  But it was just something in the back of my mind to

23  -- for me to be aware of.

24       And then when I got up to the vehicle, I

25  noticed pretty much immediately that there was what

1    looked like a baseball bat shoved in between the

2    passenger seat and the center console.  And, of

3    course, in my mind I'm thinking, well, maybe just

4    shoved a baseball bat in between the seat.  I don't

5    know.  And then I -- so I asked him about it pretty

6    quickly.  And he said, yeah.  I don't know exact --

7    what my exact wording was, but, you know, I said,

8    like, "Is that a baseball bat?"  And he said yeah.

9    Yes.  So he had a weapon in the vehicle.

10        And then from my recollection of it,

11   Crawford's, you know, talking to him, interviewing

12   him, asking him different things, and his phone

13   rings.  It's extremely loud.  It's hooked up to the

14   -- sorry.  It's hooked up to the -- to the car, to

15   the in-car speakers.  And he answers the phone, and

16   he's talking to the person on the phone rather than

17   talking to Crawford and that or answering Crawford's

18   questions, who's a police officer who has him pulled

19   over for a traffic violation.  So these are all red

20   flags for me.

21        Q.   All right.  Real quick, see if this comes

22   up.  Can you see the video?

23        A.   Yes.

24        Q.   All right.

25        A.   I can see the -- I can see the screen.

1  It's -- I can see --

2        Q.  Can you see --

3        A.   It's starting to go now.  It's kind of

4  choppy, but it's going.

5        Q.  Okay.

6        A.   It's frozen now.

7        Q.   It is.  I've got it on pause.  So just for

8  the record, you know, this is from your body camera

9  right here.  Unfortunately, when I look at it right

10 now, it looks perfect, but if you-all are looking at

11 it, it looks choppy, you know, if you can't answer

12 something based upon that, fair enough.  But I'm

13 going to play just a quick segment, okay?

14       A.   Okay.

15              (PLAYING VIDEO)

16       Q.   Okay.  That's your voice calling for

17 McCauley that we hear?

18       A.   That's my voice notifying my partner that

19 we're making a traffic stop.

20       Q.   Okay.  And then you'd indicated that it was

21 a slow stop, right, that Tae-Ahn -- that it was --

22 that he took, I guess, is that what you call it, a

23 slow stop?

24       A.   A slow roll to stop.

25       Q.   Okay.

1      A.   He slow rolled to stop, like, he just -- if

2    you went back and -- it was choppy on my screen.   I

3    wish I could better explain it for you.   But he makes

4    the turn.   Crawford goes to initiate the stop.   It's

5    been so long and it's not documented on the video.

6    You know how there's a 30-second delay where you

7    don't have any audio.   I don't know at what point in

8    time he hit his lights and sirens, but you can hear

9    that siren obviously once the video kicks on.   So I

10   don't know how long during that first 30 seconds when

11   he first makes the turn and he makes the improper

12   turn that Crawford actually initiates the emergency

13   equipment and initiates the stop.

14        But from there, several seconds, an extended

15   period of time goes by where he just slowly is

16   rolling to a stop.   And that's -- that's an alarm for

17   me.   We're on a city street.   We had just turned.   So

18   you're not going very fast.   I don't know how fast he

19   was going, but you're not going very fast.   We're on

20   a city street.   The police car pulls you over, you

21   know, attempts to pull you over.   With that loud of a

22   siren and the red and blue lights, you would think it

23   wouldn't take you much more than just a couple

24   seconds to pull over.            But he slow rolls to

25   stop.   In my experience people do that when they want

1    you to think that they're trying to pull over for

2    you, but at the same time they're trying to get rid

3    of evidence, like, swallow narcotics or take a gun

4    off of their person and hide it underneath of the

5    seat in the back seat.  It looks like you're trying

6    to pull over, but you're slowly pulling over, you

7    know, slowly rolling to a stop over an extended

8    length.  It's a red flag for me.

9         Q.   Tae-Ahn was in the left lane.  And in order

10   for him to pull over, you know, he had to merge to

11   the right, correct?

12        A.   He didn't have to.  I've had people stop

13   right there, but right where they're at, it's just

14   kind of like they freeze.  But the logical thing to

15   do would be to get into the right lane to pull over.

16        Q.   And Tae-Ahn gets into the right lane,

17   correct?

18        A.   Looks like he's already in the right lane

19   that whole time.  I mean, you'd have to go back and

20   go from left lane to right lane.  And then we could

21   watch it from there.

22        Q.   Okay.  Yeah.  And to be fair --

23        A.   He looks like he's already in it.  I mean,

24   you've got a white car on the left of us that appears

25   to be in the left lane.  So he's already in the right

1    lane.

2              (PLAYING VIDEO)

3         Q.   The next question I got for you is, if

4    Tae-Ahn is in front of businesses, do you see here on

5    the right, we've got a business on the right?

6         A.   Further up.

7         Q.   Yeah.  At least at this point right here

8    you wouldn't want to see him just stop and block

9    traffic, parked traffic at the business, right?

10        A.   He could pull into the business parking

11   lot.  I can't control where he's going to pull over

12   at.

13        Q.   The area where he pulls over does happen to

14   be right past the parking lots for the two

15   businesses, doesn't it?

16        A.   That's what it looks like, yes, sir.

17        Q.   I don't want to belabor the point too much.

18   Now, in terms of what you'd identified for -- one of

19   your concerns I think you said was window tint, is

20   that right?

21        A.   One of my red flags?

22        Q.   Yes.

23        A.   Sure, is dark window tint.  I can't see

24   into the vehicle.  I don't know what they're doing.

25   I don't know how many people is in the car.  You

1  know, they could be in the car armed with a handgun

2  and as soon as I walk up, they could just point it at

3  me and shoot at me.  I'm sure you've seen videos on

4  the Internet of it.  Traffic stops are inherently one

5  of the most dangerous things police officers do.  The

6  car itself is a weapon.

7            (PLAYING VIDEO)

8       Q.  So when you walked up to the vehicle, the

9  windows were partially down, right?

10      A.  Yes, sir.

11      Q.  Did that alleviate some of your concerns?

12      A.  Yes, sir.  Once -- once I got up here and I

13  could see into the vehicle, absolutely.

14      Q.  And...

15            (PLAYING VIDEO)

16      Q.  When you got up to the front passenger

17  door, at least by that point, Tae-Ahn had both of his

18  hands on the steering wheel, correct?

19      A.  I can only see his right arm.  I can't see

20  his left arm.  I don't know where it's at.

21      Q.  That's fair.  His right arm was on -- he

22  had his right arm and his right hand on the steering

23  wheel?

24      A.  His right arm is on the steering wheel.  I

25  can't see his left.

1          Q.   At that point did that alleviate some of

2    your concerns that you had about his right arm?

3          A.   Yes.

4          Q.   Real quick.

5          A.   It still doesn't negate the fact that he's

6    sitting next to a weapon, though.

7          Q.   All right.  Still on page 3 beginning at

8    line 130, "The guy was, like, passively aggressive as

9    far as like verbal -- it says lie -- he just verbally

10   aggressive.  Like, he had an attitude the whole time

11   over the whole stop."

12          Help me explain that.  You know, what was --

13   what was -- what did you observe that made you think

14   Tae-Ahn had an attitude the whole time over the whole

15   stop?

16          A.   You can get him out of -- if you played the

17   video to where, you know, you get him out of the car

18   and I'm standing there with him, you could see it.

19   We could just watch it.

20          Q.   Help me --

21            MR. ERVIN:  Just answer the question.

22          Q.   Yeah.

23          A.   Well, like, he's -- he's cussing at us.

24   It's like a -- an aggressive tone.  His tone of voice

25   was aggressive.  And he's cussing at us the whole

1    time.  And it just -- I felt like that myself and

2    Crawford were speaking to him respectfully and in a

3    professional manner.  And I didn't feel like I was --

4    we were receiving that in return, especially with him

5    cussing.

6         Q.  Now I'm on page 4 of your interview, lines

7    141 and 142.  You state, "And he's not answering a

8    direct question, uh, like, do you have anything on

9    you?"

10        What were you -- what were you explaining

11   there?

12        A.  I'm trying to go through the stop to the

13   best of my ability off of memory.  I'm trying to walk

14   the issue through the whole thing.  Like, I don't

15   have my body camera right in front of me.  I'm just

16   having to recall things.  So my statement's not

17   perfect.  But it says, he gets him out of the car and

18   he asks him if he's got any drugs or weapons or

19   something like that.  And the guy says, no, you're

20   not searching me.  I don't remember exactly how he

21   said all of that.  But I just -- I know that that's

22   the gist of it.  He says, no, you're not searching me

23   and you're not searching my car.  He's not answering

24   a direct question, do you have anything on you.

25        It's a vague answer, and it's something that we

1  see all the time where people do -- where people do

2  this and they answer in a certain way to throw you

3  off or to distract you.  Do you have a weapon on you?

4  No.  Versus, like, do you -- I'm not -- not even,

5  like, pertaining to this.  Do you have a weapon on

6  you, no, versus just seems like he's trying to go off

7  some place.  And I'm going off of recollection to the

8  best of my ability, you know, six months later.

9          Q.   All right.  Can you see the screen?

10         A.   Yes.  It's a black screen.

11         Q.   Yeah.  All right.  Let me see if I can play

12  it.

13              (PLAYING VIDEO)

14         Q.   Okay.  All right.  Were you able to see,

15  you know, Crawford ask him four different times if he

16  had weapons or drugs on him?

17         A.   This is an edited video.  I'm trying to

18  give you a timeline on my PSU statement.  And this is

19  an edited video.

20         Q.   Right.

21         A.   So for you to ask me the question and for

22  me to be able to answer it fairly to you, I need to

23  -- you're going to have to do the timeline of him

24  getting him out of the car and then asking him and

25  then line that up with my PSU statement, which is

1    still -- this is us looking at the actual video

2    versus me trying to recall things off of my memory

3    six months later.

4         Q.   All right.   The video -- at least what we

5    see in the video shows that Tae-Ahn answered his

6    question, you know, whether or not there were any

7    weapons or drugs on him, multiple times, right?

8         A.   This is an edited video.

9         Q.   Okay.   What do you mean by -- I mean, with

10   all due respect, are you suggesting that we put words

11   in his mouth?

12        A.   No, I'm not trying to say that there's

13   anything wrong here as far as that.   I'm saying I

14   don't know at which part -- I don't know what

15   question you're trying to have me answer based off of

16   the timeline here.   When you -- when Crawford's on

17   that side of the car talking to him, it's the first

18   thing I noticed.   You're showing me Crawford's body

19   camera video.   The first thing I notice is how loud

20   the background noise is from the road.

21        And when I'm on the passenger side of that

22   vehicle, I can't hear what's being said.   So the

23   first thing I notice is I don't know that he even

24   asked him about weapons in the car because I can't

25   hear.   So you're showing me an edited video where

1    he's asked this four different times, and I don't

2    know that.  Because for part of it I'm on the

3    passenger side of the vehicle.  I can't hear.

4         So then I come around to the driver's side.

5    I'm trying to give you a PSU statement from when I'm

6    now on the driver's side and I'm trying to observe

7    Crawford with Tae-Ahn Lea, and I'm trying to watch

8    our back on the traffic and I'm trying to make sure

9    that he doesn't dart back into the car.  That's why

10   you see me step around him and block that driver's

11   side door.  That way he doesn't just jump back into

12   the car.

13        So I'm listening and watching a whole lot of

14   different things here.  And you're asking me for

15   specifics from a PSU transcript that's six, seven

16   months down the road that's just not perfect.  To the

17   best of my ability and to the best of my

18   recollection, this is as accurate as it's going to

19   get.  It's also why we have body camera video.  That

20   way we can go back and look at it.

21             MR. ERVIN:  Just answer the question.

22             THE WITNESS:  At this point I don't even

23   know what the question is.

24             MR. ERVIN:  I agree.

25        Q.   I don't think I remember what the question

1    is, either.  Let's move on to the next one.

2          So I'm on page 5 of your statement here where

3    you're referencing a quick records check just to kind

4    of see who we're dealing with and things of that

5    nature.  At this point right here, are you

6    referencing, you know, the ability that you have at

7    the scene to, you know, run background on Tae-Ahn,

8    his license, registration and CourtNet?

9          A.   So the CourtNet, CourtNet can show you

10   quite a bit in the State of Kentucky.  And so in a

11   hurry you can CourtNet somebody's name and see if

12   they have, you know, circuit court cases that would

13   make them a convicted felon.  You have the ability to

14   see cases and see if they have a warrant for their

15   arrest to where you would need to go ahead and detain

16   them and then determine whether that warrant was

17   valid or not.

18         But if you just -- it's just a quick check to

19   see what you may or may not have.  And it could -- it

20   can help you get the job done a whole lot quicker

21   rather than having to jump in line on the service

22   channel.  Like, Tae-Ahn said that he had never -- I

23   can't remember exactly, but I think he said he had

24   never been in any trouble.  So if you run Tae-Ahn

25   Lea's name in the State of Kentucky, he wouldn't have

1   had any sort of CourtNet history for a traffic

2   offense or drugs or weapons or anything like that.

3   So there would be, like, no record of a warrant in

4   the State of Kentucky to where you would need to

5   detain him.  But then you would still need to get on

6   the service channel and run him through NCIC for the

7   country to see if he had anything anywhere else.

8   It's just a quick check.

9        Q.   When you think back to that day, do you

10  have any idea of why the dog sniff was requested

11  before a CourtNet was done?

12       A.   I don't -- I don't know.  I don't have

13  those answers for you.  I'm not Crawford.  I called

14  for Jeff to -- I called Jeff, you hear me on the

15  radio.  I say, "Jeff, we're stopping this car."  I'm

16  letting my partner know -- I'm letting my partners

17  know, hey, we're stopping a car; this is where we're

18  at.  And then Crawford talked to Jeff on his own.

19  And I stayed with Tae-Ahn Lea.  I don't know what

20  their conversation was.  I don't -- I don't know.

21       Q.   Okay.  While you were working within the

22  Ninth Mobile and doing traffic stops, from time to

23  time, you know, if you had Crawford being the lead

24  and you're there with him as well, would you run

25  CourtNet from time to time to help him out?

1     A.   I can't say that I didn't because I don't

2  know with 100 percent certainty.  But my job is to --

3  if I'm support role, my job is to just be cover as

4  best as I can.  So, I mean, you hear me tell Tae-Ahn

5  Lea, like, "I can't leave you to go close the door."

6  Tae-Ahn Lea says, "Will you go shut my door."  I say,

7  "I can't leave you to go close your door."  I'm

8  covering.  Like, if he wants the door closed,

9  Crawford would need to close the door because I'm

10  just a support role at that point.

11     Would I personally pull my phone out, my work

12  phone and CourtNet somebody if I'm standing there

13  with somebody that's not been searched that could

14  have a weapon on him or a knife on him or, you know,

15  narcotics on him that they could discard on the

16  ground while I'm paying attention to my phone to look

17  through a records check, no, that's not common

18  practice.  My focus is on you and keeping you safe

19  and keeping me safe and keeping us safe.  So I like

20  to keep my hands free.

21     But have I?  Probably.  Do I do it all the

22  time?  No, because it would be a bad tactic.  Be a

23  bad tactic for me to pull my phone out and be messing

24  with my phone and, you know, he could just take off

25  or fight me or whatever.  So I need to have my hands

1   free to the best of my ability.

2         Q.   Now I'm on page 6 of your interview with

3   PSU beginning at line 260.  "I think the whole stop

4   took, like, 24 minutes or something, which is pretty

5   average time.  It's -- it's kind of fast honestly.

6   It -- traffic stops usually about 30 minutes I feel

7   like."

8          Is that -- you know, what were you basing that

9   on when you said that?

10        A.   What was I basing what part on?

11        Q.   Your statement that traffic stops usually

12   run about 30 -- about 30 minutes.

13        A.   I guess my own experience.  My own

14   experience is an experience of officers around me

15   working violent crime where we're doing

16   investigations, where we're not just stopping

17   somebody on the interstate like the traffic unit just

18   for speeding and trying to reduce speeding.  We're

19   trying to reduce violent crime.  So oftentimes our

20   stuff led to investigations.  And it takes time.

21         And to get a stop done in 20 minutes, 21

22   minutes, 22 minutes, 24 minutes, with, you know,

23   having the car slow to stop and then him being

24   resistant to get out and then refusing a search of

25   his person, or refusing search of his car and then

1   having the dog run the car and having, you know,

2   outside people show up, that takes our attention off

3   of the stop, having to run him on the service channel

4   to see if he's wanted, having to sit down and write

5   out a hand citation, to get all of that done in 20,

6   24 minutes.  I don't remember exactly how long the

7   whole stop is.  It felt pretty quick.

8           Q.  And were you critical or are you critical

9   for -- of Tae-Ahn's mother for coming to the scene?

10          A.  I don't know what you mean by critical.

11          Q.  Do you think that -- you know, do you think

12  that she obstructed the process?

13          A.  I think that she -- I mean, it says it

14  right here on the PSU statement.  I don't know.

15  Yeah, I mean, the stop would have been even shorter

16  had the mother not shown up to begin with.  If she

17  did and she just stayed off to the side and didn't

18  cause any sort of alarm or attention to us.  What she

19  was doing in fact is honestly called interfering with

20  governmental operations.  She's taking the attention

21  off our traffic stop and putting all the focus onto

22  her and is delaying what we're doing.  And putting

23  that focus on her is interfering with our operation,

24  our traffic stop.

25           So had she not shown up, it would have been

1   even shorter.  Which, I mean, it was a quick stop to

2   begin with.  But, yeah, it would have been even

3   shorter had she not shown up.

4       I'm indifferent to the fact she showed up.

5   It's fine.  People show up all the time.  It's not

6   anything I'm not used to.  But she had caused enough

7   alarm to pull Crawford away from the traffic stop.

8   And he had to put his attention on her.  And by doing

9   so, yeah, it delayed the stop.

10      Q.   Did she cause you any sort of alarm?

11      A.   I mean, it raises a red flag for me, just

12  something that I need to be aware of.  I don't know

13  that she's armed or not armed.  Someone else was with

14  her.  I don't know if he's armed or not armed.  And

15  then another person showed up and stood off to the

16  side as well.  I don't know if they're armed or not

17  armed.  And the whole purposes of what we're there

18  for was a traffic stop.  So now my attention is on

19  that as well.  So it's something that I'm having to,

20  you know, stay consciously aware of.  But that's why

21  we asked for another car to show up, to back us up so

22  that they could keep an eye on them while we

23  continued to get the traffic stop done as, you know,

24  as efficiently as we could.

25      Q.   Would you agree that a traffic stop in and

1    of itself can be -- it can be a nervous situation for

2    anybody?

3          A.   You mean the person pulled over or you mean

4    the police?

5          Q.   Person pulled over.

6          A.   Yeah, I'd say so.

7          Q.   And did it ever cross your mind that

8    Tae-Ahn Lea may have just been nervous because that's

9    part of something that goes along with a traffic

10   stop, people get nervous?

11         A.   I don't think that's unreasonable, no.  I

12   think he's allowed to be nervous.

13         Q.   Well, I appreciate your time, Detective

14   Hellard.  Sorry it went longer than I expected to.

15   But I don't have anymore questions for you.

16             MR. ERVIN:  Sam, let me ask first, can we

17   make your -- or can I get a copy of each of the

18   citations that you referred to during the deposition

19   today?

20             MR. AGUIAR:  Absolutely.  Hope -- let's

21   mark those collectively as Plaintiff's 1, and I'll

22   send them to you right when we get off.

23             MR. ERVIN:  That will be great, thanks.

24      (PLAINTIFF'S EXHIBIT NO. 1 - CITATIONS WAS MARKED)

25             MR. ERVIN:  And I have just a couple of

1 questions in regard to that.

2         THE REPORTER:  Do you-all still want the

3 document on the screen, Sam?

4         MR. AGUIAR:  Oh, no.  And did you need to

5 jump right in or did you need to take five?

6         MR. ERVIN:  No, no, I can jump right in.

7 Just a second.

8 EXAMINATION BY MR. PETER ERVIN

9         MR. ERVIN:  Detective Hellard, when you

10 were going through the -- each of those citations

11 that were listed -- well, first, let me ask you this:

12 When the -- when windows are tinted on the car, day

13 or night, are you able to tell the race of the driver

14 or occupants of the car?

15         DETECTIVE HELLARD:  Not hardly at all.

16 Window tint makes it very hard to see into a car.  It

17 makes it hard -- it makes it so hard that I --

18 depending on how dark it is, you can't tell how many

19 people are in the car, whether it's one, two, three

20 or four.

21      Q.   Much less their race?

22      A.   Correct.  Much less their race.

23      Q.   Driving behind -- in this case behind

24 Mr. Lea's car, were you able to determine what his

25 race was from behind that car?

1        A.   No, I was not.

2        Q.   Were you aware of his race before the time

3   that you arrived or got near enough to car on foot to

4   see into the side windows?

5        A.   No, I was not.

6        Q.   When you are making traffic stops in the

7   evening, whether tinted windows or not, are you able

8   to determine the race of the occupants of the car

9   before they stop?

10       A.   As the evening goes on and it gets closer

11  and closer to dark, the less visibility you have in a

12  car, the more likely it is that I can't see the race,

13  the gender, how many people are in the car.

14       Q.   All right.  Yeah, and that was a poor

15  question by me.  I used the word evening.  After

16  dark?

17       A.   Oh, after dark I'm not going to say

18  100 percent, but I can hardly ever see who's in a car

19  or if it's a male or female or if they're black or

20  white or Hispanic or whatever else.

21       Q.   All right.  In regard to those citations

22  that were identified today, do you know how many of

23  those were issued or for which the stops occurred

24  after dark?

25       A.   We would have to go back and look at it.

1   But I noticed there were a few that were very late

2   into the evening, like almost midnight.  I noticed it

3   about the time Mr. Aguiar asked me what time of the

4   day I work, which was from 4 to 2 o'clock in the

5   morning.  A lot of my shift was in the dark.

6          Q.   And I know, at least I think at least three

7   of those citations included heavy tint on the

8   windows, is that right?

9          A.   I don't know how many it was specifically,

10   but there were several that were excessive windshield

11   tint -- window tint.

12          Q.   Here's the point:  The implication is, is

13   that you were targeting black males to make traffic

14   stops.  Did you understand that?  Did you get that

15   impression?

16          A.   Yeah, I got that impression.

17          Q.   And -- but during the course of your work

18   and in nighttime hours or after dark hours or where

19   there's tint on the vehicle, you don't know who

20   you're stopping, do you?

21          A.   I do not.

22          Q.   I think that's all we have for now.  Thank

23   you.

24              MR. AGUIAR:  Nothing here.  I'm getting

25   you-all that email right when we get off the record.

```
 1   So, again, appreciate your-all's time.  And I'm
 2   taking off for a few days, take my son to spring
 3   break.  So you guys enjoy.
 4             MR. ERVIN:  Have fun, Sam.
 5             MR. AGUIAR:  Thank you-all.
 6             VIDEOGRAPHER:  The time is 3:35.  This
 7   completes the video record.
 8
 9        (WITNESS EXCUSED AT 3:35 P.M.)
10
11   ***              ***              ***
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   STATE OF KENTUCKY

 2   COUNTY OF JEFFERSON

 3        I, NANCY L. NUNNELLEY, RMR, Notary Public,

 4   State of Kentucky at Large, do hereby certify that

 5   the foregoing deposition of GABRIEL HELLARD was taken

 6   at the time and place stated in the caption; that the

 7   appearances were as set forth in the caption; that

 8   prior to giving their testimony the witness was first

 9   duly sworn by me, that said testimony was taken down

10   by me in stenographic notes and thereafter reduced

11   under my supervision to the foregoing 93 typewritten

12   pages and that said typewritten transcript is a true,

13   accurate and complete record of my stenographic notes

14   so taken.

15        I further certify that I am not related by

16   blood or marriage to any of the parties hereto and

17   that I have no interest in the outcome of captioned

18   case.

19        My commission as Notary Public expires July 10,

20   2023.

21        Given under my hand this the 5th day of

22   April 2021 at Louisville, Kentucky.

23

24                        _____

25                        NOTARY PUBLIC   No. 625762
```

'

**'18** [1] - 45:6, 50:21, 52:10, 52:12, 53:6, 54:5, 54:6, 55:23, 56:17, 60:13, 62:3

# 0

**00425** [1] - 54:2

# 1

**1** [4] - 3:6, 38:6, 89:21, 89:24
**10** [2] - 31:19, 94:19
**100** [2] - 85:2, 91:18
**103** [2] - 67:22, 68:18
**104** [1] - 68:18
**11th** [1] - 45:11
**12** [1] - 59:5
**120** [1] - 69:21
**1201** [1] - 2:7
**122** [1] - 69:21
**130** [1] - 78:8
**13th** [1] - 11:23
**141** [1] - 79:7
**142** [1] - 79:7
**15** [1] - 31:19
**15th** [3] - 45:21, 46:8, 56:9
**18th** [1] - 11:6
**19** [1] - 55:21
**1:02** [1] - 4:5, 4:10
**1:52** [1] - 37:8
**1:53** [1] - 37:17
**1st** [2] - 40:13, 41:20

# 2

**2** [5] - 37:9, 47:7, 50:12, 50:14, 92:4
**20** [2] - 86:21, 87:5
**200** [1] - 2:15
**2000** [1] - 66:1
**20042B131** [1] - 1:23
**2008** [1] - 5:4
**2013** [2] - 5:12, 5:24
**2014** [1] - 11:5
**2015** [1] - 11:5
**2017** [1] - 60:7
**2018** [18] - 21:21, 30:10, 38:10, 39:9, 40:13, 41:20, 42:24, 44:19, 45:6, 49:8, 49:22, 57:14, 58:2, 58:6, 59:5, 63:6, 63:8, 66:2
**2019** [1] - 6:21
**2021** [4] - 1:17, 4:5,

4:10, 94:22
**2023** [1] - 94:20
**21** [1] - 86:21
**22** [2] - 43:15, 86:22
**22nd** [2] - 38:10, 58:19
**24** [3] - 86:4, 86:22, 87:6
**24th** [1] - 63:8
**25** [3] - 1:17, 4:5, 64:25
**25th** [1] - 4:9
**26** [2] - 38:6, 55:21
**260** [1] - 86:3
**267-4156** [1] - 1:25
**28th** [2] - 39:9, 59:18
**2:05** [1] - 37:14
**2:06** [1] - 37:20
**2:47** [1] - 67:8
**2:55** [1] - 67:11

# 3

**3** [4] - 67:21, 68:9, 68:16, 78:7
**3/8/19** [1] - 68:18
**30** [5] - 7:23, 74:10, 86:6, 86:12
**30-second** [1] - 74:6
**300N** [1] - 2:15
**301** [1] - 2:7
**31** [1] - 7:23
**32nd** [1] - 41:8
**35** [2] - 62:17, 63:2
**3:19-CV-419-GNS-RSE** [1] - 1:5
**3:35** [2] - 93:6, 93:9

# 4

**4** [5] - 3:3, 42:5, 68:3, 79:6, 92:4
**4/18** [1] - 45:5
**4/9** [1] - 68:11
**40202** [1] - 2:16
**40206** [1] - 2:8
**40299** [1] - 1:24
**4413** [1] - 1:24
**45** [2] - 48:12, 48:19
**48** [2] - 62:16, 63:3
**4:00** [1] - 47:6
**4th** [2] - 42:24, 44:19

# 5

**5** [1] - 83:2
**50** [2] - 62:16, 63:3
**502** [2] - 1:25
**55** [2] - 48:11, 48:19
**594-1728** [1] - 1:25
**5th** [1] - 94:21

# 6

**6** [1] - 86:2
**625762** [1] - 94:25

# 7

**7** [1] - 40:13
**7/14/18** [1] - 46:10
**7/15** [1] - 49:8
**7/15/2018** [3] - 47:8, 48:1, 50:5
**7/18** [1] - 50:21
**7/19** [1] - 52:10
**7/27/18** [1] - 51:19
**7/29** [1] - 52:12
**7/29/2018** [1] - 52:11

# 8

**8** [1] - 54:4
**8/12** [2] - 58:6, 60:13
**8/12/18** [1] - 60:14
**8/17** [1] - 62:2
**8/17/18** [1] - 62:4
**8/2** [3] - 53:6, 54:5, 54:6
**8/3** [1] - 55:23
**8/9** [1] - 56:17
**89** [1] - 3:6

# 9

**9** [1] - 57:14
**90** [1] - 3:3
**93** [1] - 94:11

# A

**abided** [1] - 36:15
**ability** [7] - 28:8, 79:13, 80:8, 82:17, 83:6, 83:13, 86:1
**able** [20] - 13:22, 17:10, 17:11, 26:18, 28:6, 34:9, 39:9, 40:12, 52:10, 56:16, 58:5, 61:24, 62:2, 66:17, 69:8, 80:14, 80:22, 90:13, 90:24, 91:7
**absolutely** [5] - 11:13, 12:12, 34:20, 77:13, 89:20
**academy** [8] - 6:1, 6:2, 18:20, 22:20, 23:10, 33:13, 33:20, 33:22
**accordance** [1] - 4:7
**according** [3] - 14:23, 22:25, 44:25

**accurate** [2] - 82:18, 94:13
**ACTION** [1] - 1:5
**activating** [2] - 43:13, 53:20
**active** [1] - 62:20
**activity** [1] - 17:9
**actual** [2] - 64:13, 81:1
**additional** [2] - 59:22, 64:2
**address** [1] - 53:2
**admin** [2] - 13:5, 49:5
**administration** [1] - 5:15
**advised** [4] - 14:1, 29:13, 29:15, 62:17
**afternoon** [2] - 4:16, 47:6
**afterwards** [1] - 13:11
**aggressive** [4] - 78:8, 78:10, 78:24, 78:25
**agree** [3] - 12:8, 82:24, 88:25
**Aguiar** [3] - 2:5, 2:6, 92:3
**AGUIAR** [14] - 3:3, 4:15, 4:16, 9:12, 9:16, 37:6, 37:13, 37:16, 37:22, 67:13, 89:20, 90:4, 92:24, 93:5
**ahead** [4] - 4:17, 14:10, 37:7, 83:15
**Ahn** [31] - 2:10, 21:10, 22:6, 26:23, 33:24, 34:1, 34:11, 35:10, 55:8, 57:1, 57:4, 65:5, 68:1, 68:22, 70:15, 71:2, 73:21, 75:9, 75:16, 76:4, 77:17, 78:14, 81:5, 82:7, 83:7, 83:22, 83:24, 84:19, 85:4, 85:6, 89:8
**AHN** [1] - 1:7
**Ahn's** [2] - 57:2, 87:9
**air** [1] - 18:24
**al** [1] - 1:14
**alarm** [4] - 74:16, 87:18, 88:7, 88:10
**Algonquin** [1] - 57:8
**Ali** [1] - 59:18
**ALL** [1] - 2:2
**all's** [1] - 93:1
**alleviate** [2] - 77:11, 78:1
**allowed** [5] - 25:9, 25:19, 32:7, 38:25, 89:12
**almost** [1] - 92:2

**alone** [2] - 21:8, 21:18
**ALSO** [1] - 2:10
**altogether** [1] - 64:8
**amount** [3] - 30:13, 53:23, 55:3
**anal** [1] - 53:23
**analyst** [1] - 32:22
**AND** [1] - 2:2
**and..** [1] - 77:14
**angles** [1] - 69:3
**answer** [22] - 13:13, 14:5, 14:9, 14:10, 14:11, 17:7, 17:18, 17:21, 22:13, 24:21, 31:10, 35:3, 35:12, 36:23, 36:24, 73:11, 78:21, 79:25, 80:2, 80:22, 81:15, 82:21
**answered** [1] - 81:5
**answering** [3] - 72:17, 79:7, 79:23
**answers** [2] - 72:15, 84:13
**anytime** [1] - 9:7
**apartment** [3] - 52:3, 64:12, 64:23
**apologize** [1] - 52:12
**APPEARANCES** [1] - 2:1
**appearances** [1] - 94:7
**APPEARED** [1] - 2:2
**appreciate** [3] - 24:14, 89:13, 93:1
**approach** [8] - 41:10, 46:21, 48:12, 56:11, 58:22, 69:9, 69:16, 69:19
**approached** [2] - 23:24, 71:16
**approaching** [1] - 69:3
**April** [1] - 94:22
**area** [10] - 21:8, 32:21, 43:17, 43:20, 44:12, 45:24, 48:22, 49:1, 49:3, 76:13
**areas** [7] - 15:18, 16:1, 16:2, 16:8, 20:5, 21:7, 27:4
**arm** [8] - 69:2, 71:21, 77:19, 77:20, 77:21, 77:22, 77:24, 78:2
**armed** [11] - 23:2, 25:6, 25:7, 77:1, 88:13, 88:14, 88:16, 88:17
**arrest** [3] - 38:15, 47:2, 83:15
**arrested** [2] - 17:15,

31:14
**arrived** [1] - 91:3
**articulable** [1] - 25:14
**articulate** [1] - 15:6
**AS1** [4] - 20:10, 45:22, 46:9, 58:21
**ashtray** [3] - 41:15, 42:8, 46:25
**aside** [2] - 31:5, 64:25
**assigned** [1] - 17:3
**assist** [1] - 16:19
**assume** [1] - 7:20
**AT** [2] - 1:2, 93:9
**ATF** [2] - 5:2, 16:17
**attached** [1] - 5:2
**attempted** [1] - 40:8
**attempts** [1] - 74:21
**attention** [8] - 21:5, 65:4, 85:16, 87:2, 87:18, 87:20, 88:8, 88:18
**attitude** [2] - 78:10, 78:14
**Attorney's** [1] - 2:14
**audio** [1] - 74:7
**August** [6] - 21:21, 30:10, 57:14, 59:5, 63:5, 63:8
**available** [2] - 19:19, 30:25
**Avenue** [5] - 2:7, 45:21, 46:20, 62:14, 62:16
**average** [1] - 86:5
**aware** [8] - 13:25, 14:19, 15:8, 25:13, 71:23, 88:12, 88:20, 91:2

## B

**bachelor's** [1] - 5:14
**backed** [1] - 31:18
**background** [2] - 81:20, 83:7
**backpack** [2] - 48:17, 63:25
**backup** [3] - 27:2, 27:11, 27:15
**bad** [2] - 85:22, 85:23
**bag** [5] - 39:3, 39:6, 53:22, 55:2, 63:25
**baggie** [14] - 40:1, 40:3, 40:5, 46:1, 46:2, 48:16, 52:6, 54:22, 54:25, 56:13, 58:25, 59:22, 61:1, 61:3
**baggies** [5] - 61:5, 63:23, 64:1, 64:3

**Baker** [1] - 2:5
**bars** [1] - 16:21
**bars'** [1] - 16:22
**base** [1] - 51:24
**baseball** [3] - 72:1, 72:4, 72:8
**based** [2] - 73:12, 81:15
**basic** [9] - 18:5, 22:20, 23:4, 23:10, 33:13, 33:20, 33:22, 34:21
**basics** [1] - 34:21
**basing** [2] - 86:8, 86:10
**Basis** [2] - 56:15, 59:25
**basis** [27] - 29:24, 40:9, 41:5, 43:7, 45:1, 45:8, 45:18, 46:6, 46:17, 47:2, 47:19, 49:17, 51:2, 51:3, 51:25, 52:18, 52:21, 53:14, 54:3, 57:19, 58:16, 59:2, 59:14, 61:16, 62:12, 63:16, 64:5
**basketball** [1] - 16:5
**bat** [3] - 72:1, 72:4, 72:8
**began** [1] - 18:3
**begin** [2] - 87:16, 88:2
**beginning** [5] - 10:16, 11:20, 67:22, 78:7, 86:3
**behalf** [2] - 35:10, 70:10
**behind** [3] - 90:23, 90:25
**beings** [1] - 70:6
**belabor** [1] - 76:17
**below** [1] - 60:12
**bend** [1] - 45:24
**best** [6] - 79:13, 80:8, 82:17, 85:4, 86:1
**better** [2] - 18:6, 74:3
**between** [6] - 24:13, 62:16, 63:2, 63:5, 72:1, 72:4
**bias** [7] - 9:5, 9:8, 9:10, 9:18, 9:20, 9:21, 10:2
**biases** [1] - 10:5
**bicycle** [1] - 19:8
**Biff's** [2] - 16:16, 16:19
**big** [2] - 6:22, 63:25
**biggest** [1] - 8:8
**Billy** [1] - 30:17
**bit** [3] - 32:4, 32:14, 83:10

**black** [40] - 12:16, 12:17, 12:20, 26:9, 29:8, 29:11, 38:12, 39:13, 41:1, 41:21, 43:1, 44:23, 45:15, 46:15, 47:12, 47:15, 48:4, 49:13, 50:16, 50:24, 51:13, 51:21, 52:15, 53:11, 54:10, 56:3, 56:22, 58:13, 59:11, 60:7, 60:18, 62:8, 63:13, 65:1, 66:7, 66:12, 80:10, 91:19, 92:13
**block** [2] - 76:8, 82:10
**blocks** [1] - 62:15
**blood** [1] - 94:16
**blue** [1] - 74:22
**blunt** [3] - 47:1, 52:6, 59:21
**body** [8] - 13:20, 13:21, 28:14, 29:2, 73:8, 79:15, 81:18, 82:19
**bomber** [1] - 17:12
**bombing** [1] - 17:17
**booster** [1] - 41:13
**bottle** [1] - 63:24
**bottom** [4] - 38:7, 39:10, 40:14, 54:2
**boys** [1] - 21:16
**break** [1] - 93:3
**Broadway** [3] - 43:24, 43:25, 53:2
**broken** [1] - 17:13
**Brook** [1] - 54:18
**brown** [1] - 59:23
**Buckner** [1] - 2:6
**build** [4] - 12:10, 12:15, 12:17, 12:19
**Bullitt** [2] - 8:14
**bunch** [1] - 37:24
**burglary** [1] - 19:1
**busiest** [1] - 6:6
**business** [3] - 76:5, 76:9, 76:10
**businesses** [2] - 76:4, 76:15
**BY** [4] - 3:3, 3:3, 4:15, 90:8

## C

**camera** [6] - 28:14, 29:2, 73:8, 79:15, 81:19, 82:19
**cameras** [4] - 13:20, 13:21, 32:19, 32:21
**canceled** [3] - 63:19, 64:5, 64:7

**cannot** [3] - 25:12, 25:16, 70:2
**capacity** [3] - 10:11, 10:12, 10:14
**caption** [2] - 94:6, 94:7
**captioned** [1] - 94:17
**car** [59] - 11:21, 15:12, 16:5, 16:7, 19:8, 21:11, 26:11, 26:16, 27:7, 27:8, 27:11, 31:12, 31:15, 31:22, 37:1, 42:11, 42:13, 61:8, 61:10, 61:12, 64:17, 69:23, 70:7, 70:9, 71:4, 72:14, 72:15, 74:20, 75:24, 76:25, 77:1, 77:6, 78:17, 79:17, 79:23, 80:24, 81:17, 81:24, 82:9, 82:12, 84:15, 84:17, 86:23, 86:25, 87:1, 88:21, 90:12, 90:14, 90:16, 90:19, 90:24, 90:25, 91:3, 91:8, 91:12, 91:13, 91:18
**car's** [1] - 26:12
**Care** [1] - 10:20
**career** [1] - 6:12
**careless** [9] - 47:21, 47:25, 48:18, 48:20, 52:21, 58:3, 62:21, 62:24, 63:1
**cars** [4] - 15:20, 15:21, 15:24, 20:8
**case** [7] - 16:17, 22:21, 23:11, 23:13, 25:11, 90:23, 94:18
**cases** [4] - 23:16, 32:12, 83:12, 83:14
**caused** [1] - 88:6
**cavity** [1] - 53:23
**CCW** [1] - 62:20
**CD** [1] - 62:24
**center** [7] - 39:7, 40:2, 46:24, 59:21, 63:20, 63:24, 72:2
**Center** [1] - 11:1
**Central** [2] - 62:14, 62:16
**certain** [5] - 9:22, 21:23, 22:9, 80:2
**certainty** [1] - 85:2
**Certification** [1] - 1:23
**certify** [2] - 94:4, 94:15
**change** [1] - 31:17
**changed** [2] - 34:3, 34:5

**channel** [4] - 28:18, 83:22, 84:6, 87:3
**charge** [4] - 53:3, 54:2, 62:22, 62:24
**charged** [9] - 47:25, 48:18, 48:19, 52:20, 53:3, 57:11, 58:3, 59:3, 62:21
**Charger** [2] - 60:9, 60:10
**check** [4] - 83:3, 83:18, 84:8, 85:17
**checked** [11] - 47:14, 47:15, 47:17, 50:25, 51:14, 52:17, 53:13, 56:5, 56:24, 60:20, 62:10
**Chenwood** [1] - 1:24
**Chestnut** [2] - 38:20, 45:4
**child** [3] - 39:25, 41:12
**children** [1] - 11:9
**choose** [1] - 23:21
**choppy** [3] - 73:4, 73:11, 74:2
**church** [1] - 11:7
**cigar** [1] - 42:8
**cigarette** [2] - 41:16, 46:24
**circuit** [1] - 83:12
**citation** [38] - 13:3, 15:1, 15:4, 37:24, 38:5, 39:8, 40:16, 44:19, 45:1, 45:7, 46:12, 47:9, 47:16, 47:19, 49:7, 49:18, 49:25, 50:4, 50:9, 50:12, 50:18, 51:1, 51:5, 51:15, 52:9, 54:4, 55:22, 56:17, 57:1, 57:2, 57:13, 58:6, 60:5, 60:12, 61:15, 62:2, 65:24, 87:5
**CITATIONS** [2] - 3:6, 89:24
**citations** [10] - 12:25, 38:4, 65:11, 65:14, 65:15, 65:16, 89:18, 90:10, 91:21, 92:7
**cited** [25] - 38:12, 41:21, 43:2, 46:14, 48:4, 49:13, 50:15, 50:23, 51:21, 52:15, 53:11, 54:10, 56:3, 56:22, 57:4, 58:13, 59:11, 60:6, 60:18, 61:8, 61:24, 62:8, 63:13, 65:1, 65:22
**citing** [2] - 41:25, 65:7

**city** [8] - 8:22, 15:18, 17:12, 19:5, 20:6, 21:7, 74:17, 74:20
**Civil** [1] - 4:7
**CIVIL** [1] - 1:5
**civilian** [1] - 32:22
**claimed** [1] - 42:9
**clarified** [1] - 64:12
**clarify** [4] - 61:14, 61:16, 68:3, 68:15
**classes** [2] - 18:5, 18:6
**Clay** [1] - 63:18
**clear** [5] - 17:20, 24:25, 25:11, 68:4, 69:14
**clear-cut** [1] - 25:11
**close** [3] - 85:5, 85:7, 85:9
**closed** [1] - 85:8
**closer** [3] - 27:25, 91:10, 91:11
**closest** [2] - 27:2, 27:10
**clothes** [2] - 24:23, 25:2
**cluttered** [1] - 26:12
**co** [1] - 61:3
**co-defendant** [1] - 61:3
**cocaine** [4] - 39:5, 39:7, 53:22, 61:4
**code** [2] - 11:23
**codeine** [1] - 63:24
**cold** [1] - 30:8
**collectively** [1] - 89:21
**College** [1] - 54:17
**college** [2] - 5:5, 5:7
**colliding** [1] - 52:25
**color** [1] - 59:24
**Colorado** [1] - 46:20
**coming** [9] - 39:23, 41:10, 42:6, 46:1, 46:22, 48:13, 56:12, 58:23, 87:9
**command** [2] - 12:24, 13:18
**commanding** [1] - 12:23
**commission** [1] - 94:19
**commit** [2] - 15:24, 23:4
**committed** [4] - 17:17, 21:25, 23:2, 55:8
**committing** [1] - 23:3
**common** [1] - 85:17
**communicate** [3] - 28:9, 28:11, 28:16
**communicated** [1] -

28:19
**communities** [1] - 12:10
**community** [9] - 8:25, 10:9, 10:10, 12:16, 12:18, 12:20, 12:21, 17:11
**complaint** [3] - 38:16, 48:19, 52:22
**complete** [6] - 13:11, 43:6, 43:11, 45:20, 46:7, 94:13
**completes** [1] - 93:7
**complex** [3] - 52:3, 64:12, 64:23
**composition** [1] - 66:17
**concealed** [2] - 43:15, 62:19
**concerns** [4] - 14:17, 76:19, 77:11, 78:2
**conditioner** [1] - 18:25
**conduct** [1] - 33:14
**conducted** [4] - 43:12, 47:23, 52:24, 53:1
**conducting** [1] - 57:10
**confirm** [1] - 39:10
**CONRAD** [1] - 1:14
**consciously** [1] - 88:20
**consented** [1] - 53:21
**consider** [1] - 24:16
**consistent** [2] - 31:7, 55:4
**console** [7] - 39:7, 40:2, 46:24, 59:21, 63:21, 63:24, 72:2
**contact** [4] - 42:5, 45:25, 52:5, 63:22
**container** [1] - 48:15
**containing** [1] - 63:25
**continued** [1] - 88:23
**contributed** [1] - 9:25
**control** [1] - 76:11
**conversation** [1] - 84:20
**convicted** [3] - 31:13, 46:5, 83:13
**cops** [1] - 21:15
**copy** [1] - 89:17
**correct** [58] - 12:18, 14:22, 15:1, 19:12, 36:18, 38:10, 38:13, 39:5, 39:14, 40:18, 41:1, 41:21, 41:25, 42:21, 42:24, 44:23, 45:9, 45:15, 46:12, 46:15, 47:13, 47:16, 48:5, 49:8, 50:6,

50:16, 50:19, 50:24, 51:13, 51:16, 51:22, 52:10, 52:16, 53:6, 53:12, 54:5, 54:11, 55:23, 56:4, 56:17, 56:23, 57:6, 57:14, 58:7, 59:6, 59:12, 60:13, 60:19, 62:3, 62:6, 62:9, 63:8, 63:14, 65:2, 75:11, 75:17, 77:18, 90:22
**correctly** [2] - 38:16, 55:7
**country** [1] - 84:7
**COUNTY** [1] - 94:2
**County** [4] - 2:14, 8:14, 8:15
**couple** [5] - 55:15, 55:16, 67:3, 74:23, 89:25
**course** [2] - 72:3, 92:17
**COURT** [1] - 1:1
**court** [2] - 32:12, 83:12
**courtesy** [1] - 27:9
**CourtNet** [8] - 83:8, 83:9, 83:11, 84:1, 84:11, 84:25, 85:12
**cover** [1] - 85:3
**covering** [1] - 85:8
**crack** [3] - 39:5, 39:7, 53:22
**crap** [1] - 21:15
**Crawford** [27] - 21:22, 22:5, 22:16, 22:17, 30:24, 40:15, 40:18, 41:24, 49:11, 50:19, 56:19, 57:16, 58:9, 59:9, 70:1, 71:7, 72:17, 74:4, 74:12, 79:2, 80:15, 82:7, 84:13, 84:18, 84:23, 85:9, 88:7
**Crawford's** [18] - 35:10, 40:16, 41:18, 42:1, 42:20, 44:20, 47:9, 48:1, 52:13, 53:8, 55:25, 62:5, 70:14, 70:21, 72:11, 72:17, 81:16, 81:18
**crime** [25] - 7:1, 15:19, 15:20, 16:1, 18:10, 18:17, 18:22, 18:23, 19:11, 19:14, 19:17, 19:21, 19:24, 20:4, 20:5, 21:7, 21:9, 21:18, 29:17, 32:2, 86:15, 86:19
**crimes** [2] - 15:24,

16:1
**Criminal** [2] - 4:24, 6:22
**criminal** [1] - 17:9
**criminally** [1] - 65:6
**criminals** [1] - 12:3
**critical** [3] - 87:8, 87:10
**cross** [1] - 89:7
**crushed** [1] - 40:5
**crystal** [1] - 54:22
**crystal-like** [1] - 54:22
**cup** [1] - 46:24
**cussing** [3] - 78:23, 78:25, 79:5
**custody** [1] - 33:4
**cut** [1] - 25:11

**D**

**daily** [1] - 29:24
**damn** [1] - 9:16
**dangerous** [1] - 77:5
**Dare** [1] - 10:20
**dark** [10] - 41:9, 58:20, 76:23, 90:18, 91:11, 91:16, 91:17, 91:24, 92:5, 92:18
**dart** [1] - 82:9
**date** [17] - 4:9, 38:9, 42:23, 46:11, 49:8, 50:5, 50:21, 51:18, 52:10, 53:5, 55:23, 56:16, 59:4, 60:13, 60:14, 63:6, 63:8
**dated** [2] - 40:13, 58:6, 62:2
**daughter** [1] - 39:24
**days** [1] - 93:2
**deadliest** [1] - 11:23
**deal** [1] - 8:23
**dealing** [2] - 35:5, 83:4
**decal** [2] - 45:2, 45:5
**decide** [2] - 8:17, 20:2
**decided** [1] - 18:6
**decisions** [1] - 26:6
**dedicated** [1] - 28:16
**defendant** [1] - 61:3
**Defendants** [1] - 2:13
**DEFENDANTS** [1] - 1:14
**definition** [1] - 24:15
**degree** [1] - 5:13
**delay** [1] - 74:6
**delayed** [1] - 88:9
**delaying** [1] - 87:22
**deliver** [1] - 11:1
**delivered** [2] - 10:20, 11:5

**department** [1] - 6:7
**Department** [4] - 4:4, 4:20, 4:25, 5:20
**DEPONENT** [1] - 1:17
**deposed** [1] - 4:14
**deposition** [7] - 4:2, 4:6, 4:11, 28:23, 29:1, 89:18, 94:5
**DEPOSITION** [1] - 1:11
**details** [1] - 13:4
**detain** [2] - 83:15, 84:5
**DETECTIVE** [2] - 4:18, 90:15
**Detective** [11] - 38:19, 40:20, 43:8, 47:22, 48:9, 53:16, 57:7, 63:17, 68:7, 89:13
**detective** [38] - 4:22, 4:23, 6:19, 7:12, 18:21, 39:2, 39:4, 39:6, 39:22, 40:1, 40:7, 41:10, 41:11, 42:7, 45:25, 46:2, 46:3, 48:12, 48:14, 52:5, 54:21, 54:25, 55:2, 56:8, 56:11, 56:13, 58:18, 59:16, 59:20, 59:22, 60:25, 62:13, 62:15, 62:17, 63:21, 63:22, 67:13, 90:9
**detective's** [1] - 52:25
**detectives** [10] - 41:7, 42:6, 43:14, 45:3, 45:23, 46:19, 46:22, 58:22, 61:3, 61:6
**Detectives** [2] - 39:19, 52:2
**determine** [4] - 21:23, 83:16, 90:24, 91:8
**deterrent** [2] - 21:9, 21:18
**develop** [1] - 11:25
**developed** [1] - 19:17
**device** [1] - 39:25
**difference** [4] - 8:10, 8:11, 8:25, 24:13
**differences** [1] - 24:14
**different** [22] - 6:5, 8:19, 15:16, 15:17, 16:8, 17:2, 17:7, 17:24, 20:7, 25:4, 25:15, 26:8, 26:15, 32:18, 60:11, 70:6, 70:8, 72:12, 80:15, 82:1, 82:14
**digital** [1] - 64:2
**direct** [2] - 79:8, 79:24

**directly** [1] - 40:2
**discard** [2] - 40:8, 85:15
**display** [1] - 54:1
**disproportionate** [1] - 13:1
**distract** [1] - 80:3
**DISTRICT** [2] - 1:1, 1:1
**Division** [10] - 4:24, 6:6, 6:7, 6:8, 6:9, 6:20, 6:22, 16:16, 16:18
**division** [2] - 6:3, 6:6
**divisions** [2] - 6:5, 16:15
**Dixie** [2] - 11:6, 57:9
**document** [2] - 55:22, 90:3
**document)** [2] - 49:23, 52:20
**documented** [1] - 74:5
**Dodge** [2] - 60:7, 60:8
**Doerr** [4] - 31:4, 40:20, 58:10, 59:8
**dog** [7] - 26:12, 26:13, 26:18, 26:19, 27:14, 84:10, 87:1
**done** [11] - 10:9, 16:12, 16:14, 31:20, 55:17, 71:20, 83:20, 84:11, 86:21, 87:5, 88:23
**door** [7] - 77:17, 82:11, 85:5, 85:6, 85:7, 85:8, 85:9
**DOT** [1] - 53:3
**down** [29] - 15:7, 15:11, 16:18, 22:19, 22:23, 24:7, 24:9, 24:10, 24:13, 24:16, 24:23, 25:3, 29:24, 32:9, 33:15, 38:6, 39:10, 40:14, 54:21, 65:18, 67:24, 68:2, 68:20, 68:23, 69:21, 77:9, 82:16, 87:4, 94:9
**downs** [1] - 22:18
**Dr** [1] - 52:23
**Drake's** [1] - 16:23
**drinks** [1] - 10:20
**drive** [1] - 26:5
**driven** [1] - 21:12
**driver** [6] - 23:15, 23:24, 23:25, 67:23, 68:20, 90:13
**driver's** [4] - 62:19, 82:4, 82:6, 82:10
**drivers** [2] - 29:8, 29:11

**driving** [15] - 16:6, 22:5, 22:7, 47:21, 47:25, 48:18, 48:20, 52:21, 57:25, 58:3, 62:21, 62:25, 63:1, 90:23
**drugs** [4] - 79:18, 80:16, 81:7, 84:2
**due** [1] - 81:10
**DUIs** [1] - 8:21
**duly** [2] - 4:13, 94:9
**during** [8] - 21:11, 31:17, 65:23, 66:6, 66:11, 74:10, 89:18, 92:17

### E

**ease** [2] - 55:13, 55:18
**easier** [1] - 34:10
**East** [1] - 54:17
**east** [5] - 19:6, 43:12, 56:10, 57:23, 57:24
**eastbound** [5] - 38:20, 45:4, 45:20, 46:7, 46:20
**ecstasy** [1] - 59:23
**edge** [1] - 43:22
**edited** [4] - 80:17, 80:19, 81:8, 81:25
**effect** [1] - 13:24
**effective** [1] - 18:14
**efficiently** [1] - 88:24
**either** [2] - 65:12, 83:1
**Email** [1] - 1:25
**email** [1] - 92:25
**emergency** [3] - 43:13, 53:20, 74:12
**end** [5] - 8:14, 19:6, 21:13
**enforced** [1] - 14:15
**enforcement** [2] - 11:17, 16:8
**engaging** [1] - 30:4
**enjoy** [3] - 11:11, 93:3
**entire** [4] - 20:12, 31:14, 31:15, 71:1
**environment** [1] - 10:1
**equipment** [3] - 43:14, 53:20, 74:13
**Ervin** [1] - 2:14
**ERVIN** [23] - 3:3, 9:15, 14:4, 14:9, 14:11, 17:16, 17:18, 24:11, 24:20, 35:2, 36:23, 37:10, 37:15, 78:21, 82:21, 82:24, 89:16, 89:23, 89:25, 90:6, 90:8, 90:9, 93:4
**especially** [2] - 12:13,

79:4
**Esquire** [4] - 2:5, 2:5, 2:6, 2:14
**et** [1] - 1:14
**evening** [4] - 91:7, 91:10, 91:15, 92:2
**event** [1] - 27:6
**evidence** [2] - 40:8, 75:3
**exact** [3] - 40:7, 72:6, 72:7
**exactly** [5] - 11:7, 69:4, 79:20, 83:23, 87:6
**EXAMINATION** [3] - 3:2, 4:15, 90:8
**Examining** [4] - 49:22, 52:20
**example** [1] - 21:10
**excessive** [4] - 41:19, 42:4, 46:9, 92:10
**Excessive** [1] - 59:2
**excessively** [2] - 41:9, 58:20
**EXCUSED** [1] - 93:9
**EXHIBIT** [2] - 3:6, 89:24
**EXHIBITS** [1] - 3:5
**exited** [1] - 71:2
**exiting** [1] - 60:25
**expected** [1] - 89:14
**experience** [8] - 15:22, 20:11, 20:19, 71:10, 74:25, 86:13, 86:14
**experiences** [1] - 11:12
**expired** [5] - 45:1, 45:5, 45:8, 58:2, 58:3
**expires** [1] - 94:19
**explain** [5] - 35:7, 35:17, 43:21, 74:3, 78:12
**explained** [1] - 13:17
**explaining** [4] - 44:15, 79:10
**express** [1] - 14:17
**extended** [2] - 74:14, 75:7
**extremely** [3] - 37:2, 53:20, 72:13
**eye** [1] - 88:22

### F

**fact** [3] - 78:5, 87:19, 88:4
**factor** [1] - 8:8
**factors** [4] - 20:7,

26:8, 30:9, 31:5
**factory** [2] - 45:22, 46:9
**failed** [4] - 39:20, 43:11, 45:20, 46:7
**failing** [4] - 39:17, 43:6, 56:10, 56:15
**failure** [3] - 40:10, 51:2, 51:3
**fair** [14] - 12:13, 19:14, 19:18, 19:22, 19:23, 31:25, 32:14, 36:1, 50:8, 70:13, 70:16, 73:12, 75:22, 77:21
**fairly** [2] - 30:11, 80:22
**false** [3] - 26:17, 26:20, 31:11
**familiar** [2] - 34:19, 35:21
**families** [1] - 8:22
**Families** [1] - 11:1
**family** [1] - 8:16
**far** [9] - 7:11, 10:16, 13:24, 38:22, 59:19, 60:2, 64:14, 78:9, 81:13
**fast** [5] - 37:2, 74:18, 74:19, 86:5
**Fax** [1] - 1:25
**federal** [2] - 16:9, 32:12
**Federal** [1] - 4:7
**fell** [1] - 13:16
**felon** [4] - 21:3, 31:13, 46:5, 83:13
**felony** [3] - 7:11, 9:1, 16:12
**felt** [5] - 13:16, 54:22, 54:25, 79:1, 87:7
**female** [5] - 46:15, 49:13, 52:16, 62:9, 91:19
**females** [1] - 29:14
**few** [4] - 33:6, 67:14, 92:1, 93:2
**Fifth** [3] - 2:15, 6:7, 6:8
**fight** [5] - 18:17, 18:22, 18:23, 20:4, 85:25
**figure** [3] - 21:1, 21:3, 71:13
**fill** [4] - 14:2, 14:13, 14:25, 15:2
**filled** [2] - 14:18, 14:20
**filmed** [1] - 13:21
**fine** [1] - 88:5
**finish** [1] - 55:14
**finished** [3] - 5:18, 6:8, 17:20

**firearms** [1] - 5:1
**first** [17] - 4:13, 6:1, 31:9, 31:12, 31:22, 34:12, 34:17, 42:2, 74:10, 74:11, 81:17, 81:19, 81:23, 89:16, 90:11, 94:8
**five** [3] - 58:22, 67:5, 90:5
**fixed** [1] - 32:18
**flag** [3] - 71:15, 75:8, 88:11
**flags** [5] - 70:20, 70:24, 71:3, 72:20, 76:21
**fled** [1] - 27:8
**floor** [1] - 43:15
**focus** [8] - 20:24, 29:7, 29:10, 29:14, 29:15, 85:18, 87:21, 87:23
**focused** [2] - 21:4, 33:16
**focuses** [2] - 66:6, 66:11
**follow** [1] - 55:15
**follows** [1] - 4:14
**food** [3] - 10:20, 11:5, 11:9
**foot** [2] - 19:8, 91:3
**FOR** [1] - 1:11
**force** [2] - 7:8, 30:1
**foregoing** [2] - 94:5, 94:11
**form** [9] - 13:11, 13:19, 13:23, 13:24, 14:2, 14:4, 15:10, 24:11, 35:2
**forms** [6] - 14:17, 14:20, 14:24, 15:5, 33:8, 66:15
**forth** [1] - 94:7
**fortunate** [2] - 8:4, 11:10
**four** [5] - 31:6, 41:15, 80:15, 82:1, 90:20
**Fourth** [5] - 6:6, 6:9, 6:11, 6:15, 6:18
**frame** [4] - 65:11, 65:23, 66:7, 66:12
**free** [4] - 10:12, 41:4, 85:20, 86:1
**freeze** [2] - 9:13, 75:14
**frequency** [1] - 29:23
**frisk** [7] - 24:9, 24:10, 24:13, 24:17, 24:18, 24:22, 25:5
**frisks** [2] - 24:3, 24:4
**front** [14] - 20:8, 20:9, 35:22, 39:24, 40:5,

41:14, 42:3, 54:16, 59:1, 60:23, 69:13, 76:4, 77:16, 79:15
**frozen** [1] - 73:6
**fugitive** [1] - 21:2
**fully** [2] - 43:15, 62:19
**fun** [2] - 29:20, 93:4
**furtive** [1] - 45:23

## G

**GABRIEL** [4] - 1:17, 4:2, 4:13, 94:5
**Gabriel** [3] - 4:11, 4:18, 68:7
**gang** [5] - 15:23, 20:11, 20:19, 20:25, 21:12
**gangs** [3] - 19:5, 19:6
**Garland** [2] - 45:21, 46:8
**gender** [1] - 91:13
**general** [11] - 13:18, 15:19, 18:23, 19:16, 22:7, 22:8, 25:21, 28:18, 32:9, 33:12, 65:17
**gist** [2] - 17:25, 79:22
**Given** [1] - 94:21
**given** [4] - 18:3, 18:15, 18:18, 33:7
**Glock** [1] - 43:15
**Goss** [3] - 43:10, 43:12, 43:18
**gotcha** [2] - 31:25, 64:19
**governmental** [1] - 87:20
**graduate** [3] - 5:3, 5:9, 5:11
**graduated** [1] - 6:2
**graduation** [1] - 5:16
**great** [2] - 68:25, 89:23
**greet** [2] - 34:13, 34:25
**grew** [2] - 8:4, 8:13
**ground** [1] - 85:16
**grounds** [1] - 70:15
**grow** [1] - 8:12
**growing** [1] - 9:25
**grown** [2] - 9:24, 32:5
**guess** [11] - 6:18, 8:8, 17:24, 24:20, 29:24, 31:3, 35:4, 50:12, 51:24, 73:22, 86:13
**gun** [10] - 8:24, 9:2, 16:16, 16:20, 31:13, 32:24, 46:25, 50:3, 62:18, 75:3

**guns** [1] - 16:19
**guy** [5] - 18:25, 32:24, 51:9, 78:8, 79:19
**guys** [3] - 8:20, 25:22, 93:3

## H

**half** [2] - 27:19, 28:2
**hand** [10] - 67:24, 68:2, 68:20, 68:23, 69:1, 71:17, 71:21, 77:22, 87:5, 94:21
**handcuff** [4] - 25:9, 25:12, 25:13, 25:16
**handcuffing** [1] - 25:8
**handed** [1] - 39:3
**handgun** [3] - 43:15, 62:18, 77:1
**handler** [1] - 25:23
**hands** [4] - 71:18, 77:18, 85:20, 85:25
**hard** [3] - 90:16, 90:17
**hardly** [2] - 90:15, 91:18
**head** [3] - 70:20, 70:25, 71:3
**headlight** [4] - 38:18, 38:21, 46:21, 47:3
**hear** [14] - 9:12, 12:5, 14:6, 14:7, 28:6, 28:13, 28:21, 73:17, 74:8, 81:22, 81:25, 82:3, 84:14, 85:4
**heard** [1] - 14:7
**hearing** [1] - 70:9
**heavy** [2] - 71:4, 92:7
**held** [1] - 48:16
**HELLARD** [6] - 1:17, 4:2, 4:13, 4:18, 90:15, 94:5
**Hellard** [6] - 4:11, 4:18, 67:13, 68:8, 89:14, 90:9
**help** [8] - 8:7, 12:5, 16:15, 16:24, 78:12, 78:20, 83:20, 84:25
**helped** [1] - 11:1
**hereby** [1] - 94:4
**hereto** [1] - 94:16
**hidden** [2] - 46:4, 61:4
**hide** [3] - 26:20, 61:5, 75:4
**high** [2] - 5:3, 57:25
**highlighted** [3] - 67:22, 68:19, 69:22
**Highway** [1] - 57:9
**Highway** [1] - 26:16
**Hills** [1] - 48:23
**himself/herself** [1] -

34:14
**Hispanic** [1] - 91:20
**history** [1] - 84:1
**hit** [1] - 74:8
**hitting** [1] - 22:2
**Hodge** [1] - 52:23
**hold** [1] - 68:4
**holder** [1] - 46:24
**Holman** [3] - 27:22, 28:1, 30:24
**hone** [1] - 27:19
**honestly** [2] - 86:5, 87:19
**hooked** [2] - 72:13, 72:14
**hope** [1] - 89:20
**hopefully** [2] - 37:23, 68:6
**hospital** [1] - 37:3
**hot** [12] - 15:25, 20:5, 27:3, 31:16, 43:18, 44:2, 44:7, 44:11, 44:13, 44:14, 48:23, 49:1
**hour** [7] - 4:5, 31:6, 31:20, 48:11, 48:12, 62:16, 62:17
**hours** [4] - 31:20, 31:21, 92:18
**house** [1] - 33:11
**human** [1] - 70:6
**hurry** [1] - 83:11
**hydrocodone** [1] - 64:2

## I

**ID** [1] - 33:1
**idea** [1] - 84:10
**identified** [7] - 10:5, 40:4, 50:5, 63:5, 71:6, 76:18, 91:22
**identifier** [1] - 60:10
**identifies** [3] - 49:10, 50:18, 60:9
**identify** [9] - 15:17, 15:25, 19:20, 34:14, 35:1, 38:25, 56:16, 66:7, 66:12
**IDR** [1] - 54:2
**II** [1] - 40:4
**imbedded** [1] - 9:23
**immediate** [4] - 54:19, 55:10, 59:19, 60:3
**immediately** [1] - 71:25
**implication** [1] - 92:12
**implicit** [6] - 9:4, 9:8, 9:10, 9:18, 9:20, 10:2

**important** [12] - 12:1, 12:6, 12:8, 12:15, 12:17, 12:19, 34:24, 36:10, 36:11, 36:25, 37:4
**impression** [2] - 92:15, 92:16
**improper** [17] - 38:17, 38:23, 43:5, 43:13, 47:20, 47:24, 52:21, 53:1, 54:1, 54:15, 54:17, 57:5, 57:10, 57:12, 59:17, 59:25, 74:11
**in-car** [1] - 72:15
**in-house** [1] - 33:11
**in-service** [3] - 18:5, 22:21, 23:10
**included** [1] - 92:7
**incorrect** [2] - 53:3, 53:19
**INDEX** [1] - 3:1
**indicate** [1] - 49:20
**indicated** [1] - 73:20
**indicates** [3] - 47:19, 48:8, 51:1
**indication** [1] - 54:14
**indicative** [2] - 20:18, 64:3
**indicators** [1] - 20:15
**indifferent** [1] - 88:4
**individual** [20] - 32:6, 38:12, 41:3, 44:23, 45:14, 47:12, 51:21, 52:15, 54:10, 56:3, 56:22, 56:25, 57:19, 59:11, 60:18, 60:21, 62:8, 63:13, 64:1, 64:11
**individuals** [2] - 65:1, 66:18
**information** [1] - 31:11
**inherently** [1] - 77:4
**initial** [3] - 40:9, 41:5, 61:16
**initiate** [1] - 74:4
**initiates** [2] - 74:12, 74:13
**Injury** [1] - 2:6
**inside** [5] - 41:11, 55:2, 58:23, 59:23, 70:24
**instead** [5] - 49:16, 54:19, 55:9, 59:19, 62:21
**instructed** [2] - 29:6, 29:17
**instruction** [1] - 18:15
**intelligence** [1] - 5:1

**intercept** [1] - 19:10
**intercepted** [2] - 17:10, 19:1
**interdiction** [1] - 26:16
**Interdiction** [2] - 4:24, 6:22
**interest** [1] - 94:17
**interfering** [2] - 87:19, 87:23
**Internet** [1] - 77:4
**intersection** [1] - 43:10
**interstate** [1] - 86:17
**interview** [4] - 67:16, 68:17, 79:6, 86:2
**Interview** [1] - 68:7
**interviewing** [1] - 72:11
**investigation** [1] - 52:2
**investigations** [2] - 86:16, 86:20
**investigative** [5] - 21:5, 22:15, 32:11, 64:16, 64:20
**issue** [1] - 79:14
**issued** [2] - 15:1, 91:23
**issues** [3] - 29:20, 30:1, 51:7
**itself** [2] - 77:6, 89:1

## J

**Jackson** [2] - 2:11, 53:18
**jail** [3] - 31:16, 31:17, 31:18
**jar** [1] - 63:23
**jbuckner@ kylawoffice.com** [1] - 2:9
**jeans** [2] - 54:23, 59:1
**Jeff** [6] - 27:1, 27:10, 84:14, 84:15, 84:18
**JEFFERSON** [1] - 94:2
**Jefferson** [1] - 2:14
**job** [15] - 4:21, 5:19, 7:12, 12:2, 13:5, 13:6, 13:7, 66:21, 71:10, 83:20, 85:2, 85:3
**joined** [1] - 18:2
**Josephine** [1] - 2:6
**Josh** [1] - 31:4
**July** [8] - 40:13, 41:20, 42:24, 44:19, 45:6, 45:11, 94:19

**jump** [6] - 21:16, 37:7, 82:11, 83:21, 90:5, 90:6
**jump-out** [1] - 21:16
**Junction** [1] - 8:13
**June** [4] - 7:23, 38:10, 39:9, 63:5
**justice** [1] - 5:15

## K

**K-9** [9] - 25:18, 25:20, 25:21, 25:23, 26:2, 26:6, 27:12, 27:14
**Keeling** [2] - 30:17, 30:18
**keep** [5] - 13:9, 44:15, 71:18, 85:20, 88:22
**keeping** [3] - 85:18, 85:19
**KENTUCKY** [2] - 1:1, 94:1
**Kentucky** [11] - 1:23, 1:24, 2:8, 2:16, 4:4, 8:13, 83:10, 83:25, 84:4, 94:4, 94:22
**kept** [2] - 13:2, 13:8
**kicks** [1] - 74:9
**kid** [1] - 16:5
**kids** [1] - 7:16
**kind** [7] - 9:23, 15:10, 17:7, 73:3, 75:14, 83:3, 86:5
**knife** [1] - 85:14
**knows** [1] - 35:5

## L

**lane** [20] - 38:22, 47:24, 52:25, 54:19, 54:20, 55:9, 55:10, 57:10, 59:19, 59:20, 60:2, 60:3, 75:9, 75:15, 75:16, 75:18, 75:20, 75:25, 76:1
**Lane** [1] - 1:24
**language** [1] - 24:25
**lap** [2] - 45:24, 52:6
**Large** [1] - 94:4
**large** [2] - 53:21, 64:1
**Larue** [1] - 8:15
**last** [1] - 63:4
**late** [2] - 63:5, 92:1
**law** [5] - 11:17, 22:21, 23:11, 23:13, 25:12
**Lawyers** [1] - 2:6
**layout** [1] - 33:14
**LEA** [1] - 1:7
**Lea** [17] - 2:10, 21:10, 21:11, 22:6, 33:24,

34:1, 34:12, 35:10, 55:8, 65:6, 68:1, 68:22, 82:7, 84:19, 85:5, 85:6, 89:8
**Lea's** [4] - 26:23, 57:1, 83:25, 90:24
**lead** [24] - 42:1, 45:13, 45:14, 46:13, 47:11, 49:11, 50:6, 50:19, 51:16, 52:13, 53:8, 54:7, 55:25, 56:20, 57:16, 58:9, 59:5, 60:15, 61:11, 62:5, 63:10, 65:12, 65:18, 84:23
**learn** [2] - 22:22, 65:10
**learned** [1] - 33:21
**least** [20] - 30:12, 30:24, 36:1, 44:25, 45:7, 46:11, 47:18, 48:8, 49:19, 50:6, 54:14, 55:18, 55:21, 63:5, 76:7, 77:17, 81:4, 92:6
**leave** [4] - 37:18, 67:9, 85:5, 85:7
**Lebanon** [1] - 8:13
**led** [4] - 10:23, 49:18, 49:24, 86:20
**left** [20] - 38:22, 39:11, 40:3, 40:14, 46:5, 52:24, 54:19, 54:23, 55:9, 57:9, 59:19, 60:2, 62:1, 67:2, 75:9, 75:20, 75:24, 75:25, 77:20, 77:25
**leg** [1] - 43:16
**legitimate** [1] - 36:8
**legitimately** [1] - 8:10
**length** [2] - 11:2, 75:8
**less** [5] - 8:4, 11:10, 90:21, 90:22, 91:11
**letter** [2] - 32:11
**letting** [2] - 84:16
**Level** [1] - 39:21
**license** [4] - 17:14, 53:25, 62:20, 83:8
**lie** [1] - 78:9
**lieutenant's** [1] - 13:6
**life** [1] - 8:5
**light** [2] - 12:3, 22:11
**lights** [3] - 16:6, 74:8, 74:22
**likely** [1] - 91:12
**limit** [2] - 58:1, 63:2
**line** [10] - 20:10, 45:22, 46:9, 67:22, 68:18, 69:21, 78:8, 80:25, 83:21, 86:3

**lines** [1] - 79:6
**Listed** [2] - 52:22, 57:21
**listed** [54] - 38:20, 39:20, 41:7, 41:8, 41:11, 42:21, 42:23, 43:7, 43:8, 43:9, 45:4, 45:19, 46:20, 47:22, 48:2, 48:9, 48:10, 52:13, 52:23, 53:8, 53:15, 53:17, 54:7, 55:25, 56:1, 56:6, 56:8, 56:9, 57:7, 57:8, 57:22, 58:10, 58:16, 58:18, 58:19, 59:5, 59:15, 59:17, 60:15, 62:5, 62:12, 62:13, 62:14, 62:15, 62:24, 63:7, 63:10, 63:18, 65:12, 65:20, 65:22, 90:11
**listen** [1] - 12:6
**listening** [1] - 82:13
**lists** [1] - 51:15
**live** [2] - 21:4, 52:7
**lives** [1] - 8:16
**LMPD** [5] - 5:23, 9:4, 9:8, 10:8, 14:1
**loaded** [1] - 62:18
**located** [9] - 40:1, 41:15, 42:7, 46:4, 48:15, 48:17, 59:22, 62:18, 63:23
**locating** [1] - 16:19
**location** [2] - 40:7, 52:8
**Logan** [1] - 43:18
**logical** [1] - 75:14
**loitering** [4] - 52:4, 64:11, 64:23, 64:24
**Lonita** [1] - 2:5
**lonita@kylawoffice. com** [1] - 2:9
**look** [19] - 26:20, 28:22, 28:25, 30:9, 38:15, 41:4, 41:23, 43:4, 45:17, 46:17, 47:8, 49:19, 50:9, 60:6, 62:11, 73:9, 82:20, 85:16, 91:25
**looked** [6] - 8:5, 50:2, 51:10, 64:11, 65:1, 72:1
**looking** [18] - 20:17, 20:20, 20:22, 21:23, 33:15, 67:19, 68:6, 68:8, 68:13, 68:16, 69:9, 69:10, 69:11, 69:12, 69:16, 69:21, 73:10, 81:1

**looks** [15] - 38:12, 40:14, 41:24, 42:20, 43:5, 44:19, 46:6, 49:12, 62:4, 73:10, 73:11, 75:5, 75:18, 75:23, 76:16
**losing** [1] - 8:23
**loud** [3] - 72:13, 74:21, 81:19
**LOUISVILLE** [1] - 1:2
**Louisville** [12] - 1:24, 2:8, 2:16, 4:3, 4:4, 4:20, 4:25, 5:8, 5:19, 5:20, 10:21, 94:22
**loved** [1] - 8:23
**low** [1] - 20:9

## M

**main** [2] - 43:23, 44:2
**major's** [1] - 13:6
**male** [23] - 38:13, 39:13, 41:1, 41:21, 43:1, 44:23, 45:15, 47:13, 47:16, 48:4, 50:16, 50:24, 51:13, 51:22, 53:11, 54:11, 56:3, 56:23, 58:13, 59:11, 60:19, 63:14, 91:19
**males** [4] - 29:14, 66:7, 66:12, 92:13
**man** [1] - 32:6
**manipulation** [2] - 24:22, 25:2
**manner** [1] - 79:3
**map** [1] - 43:22
**March** [2] - 4:5, 4:9
**MARCH** [1] - 1:17
**marijuana** [36] - 39:1, 39:3, 39:23, 40:1, 40:3, 40:5, 41:10, 41:15, 41:16, 42:6, 42:8, 42:9, 45:25, 46:2, 46:3, 46:22, 46:23, 47:1, 48:13, 48:14, 48:16, 50:2, 52:6, 52:7, 56:12, 56:13, 58:23, 58:25, 59:20, 59:23, 63:20, 63:22, 63:23, 64:1
**mark** [1] - 89:21
**MARKED** [1] - 89:24
**marriage** [1] - 94:16
**married** [1] - 7:14
**marshals** [4] - 7:9, 16:11, 21:2, 32:10
**Maryland** [1] - 23:14
**Mason** [1] - 63:23
**Matthews** [3] - 16:21,

16:23, 16:24
**Mc** [1] - 27:16
**McCauley** [4] - 27:17, 27:25, 30:25, 73:17
**McNeil** [3] - 27:22, 28:1, 30:24
**McVeigh** [1] - 17:13
**MDMA** [1] - 59:23
**meals** [1] - 11:2
**mean** [43] - 8:9, 10:15, 13:24, 16:4, 17:23, 20:6, 25:25, 26:8, 26:14, 28:7, 28:19, 31:8, 31:21, 33:5, 33:11, 33:12, 34:7, 34:19, 34:20, 36:25, 37:4, 44:10, 47:14, 48:18, 49:22, 51:6, 57:22, 61:11, 64:14, 64:16, 64:17, 75:19, 75:23, 81:9, 85:4, 87:10, 87:13, 87:15, 88:1, 88:11, 89:3
**measured** [1] - 42:5
**mechanism** [2] - 18:17, 19:20
**medications** [1] - 7:25
**member** [1] - 20:20
**members** [3] - 15:23, 20:11, 21:12
**memory** [3] - 31:7, 79:13, 81:2
**men** [1] - 11:9
**merge** [1] - 75:10
**merged** [1] - 6:21
**messing** [1] - 85:23
**meter** [2] - 41:14, 58:21
**methamphetamine** [1] - 55:1
**methamphetamine)** [1] - 54:24
**Metro** [5] - 4:3, 4:20, 4:25, 5:19, 5:21
**midnight** [1] - 92:2
**might** [4] - 18:24, 31:20, 37:10, 61:24
**mile** [3] - 48:12, 62:16, 62:17
**miles** [1] - 48:11
**Mimms** [1] - 23:14
**mind** [3] - 71:22, 72:3, 89:7
**mine** [1] - 40:19
**minor** [1] - 5:14
**minors** [1] - 7:20
**minute** [1] - 37:11
**minutes** [6] - 86:4, 86:6, 86:12, 86:21, 86:22, 87:6

**mirror** [4] - 69:3, 69:7, 69:10, 69:18
**missing** [1] - 50:13
**mission** [2] - 19:13, 19:15
**Mobile** [32] - 6:20, 6:24, 7:7, 7:13, 8:18, 8:24, 10:17, 10:18, 10:19, 12:22, 13:12, 13:14, 14:3, 14:14, 14:16, 15:15, 16:13, 18:2, 18:16, 19:13, 19:16, 23:24, 26:5, 29:7, 29:13, 33:16, 44:6, 49:1, 66:16, 66:19, 84:22
**model** [1] - 8:6
**monitors** [1] - 32:22
**months** [3] - 80:8, 81:3, 82:16
**morning** [2] - 47:7, 92:5
**most** [3] - 11:14, 30:21, 77:5
**mother** [2] - 87:9, 87:16
**motivating** [1] - 8:8
**mouth** [1] - 81:11
**move** [1] - 83:1
**movement** [4] - 45:24, 69:1, 69:2, 71:17
**movements** [1] - 43:14
**moving** [2] - 64:15, 64:17
**MR** [37] - 3:3, 3:3, 4:15, 4:16, 9:12, 9:15, 9:16, 14:4, 14:9, 14:11, 17:16, 17:18, 24:11, 24:20, 35:2, 36:23, 37:6, 37:10, 37:13, 37:15, 37:16, 37:22, 67:13, 78:21, 82:21, 82:24, 89:16, 89:20, 89:23, 89:25, 90:4, 90:6, 90:8, 90:9, 92:24, 93:4, 93:5
**Muhammad** [1] - 59:18
**multiple** [3] - 32:18, 61:7, 81:7
**must** [1] - 9:15

## N

**name** [7] - 4:17, 34:14, 35:1, 39:10, 40:18, 83:11, 83:25
**name's** [1] - 61:10

**names** [1] - 16:22
**Nancy** [1] - 1:23
**NANCY** [1] - 94:3
**narcotics** [6] - 54:24, 55:3, 55:4, 64:3, 75:3, 85:15
**narrated** [1] - 71:8
**narrative** [1] - 53:16
**narrow** [1] - 29:24
**narrowed** [1] - 33:15
**narrowed-down** [1] - 33:15
**nature** [2] - 69:25, 83:5
**NCIC** [2] - 63:19, 84:6
**near** [1] - 91:3
**nearly** [1] - 52:25
**necessarily** [3] - 15:20, 17:5, 65:17
**need** [16] - 9:13, 26:14, 26:20, 35:12, 37:10, 43:22, 70:19, 80:22, 83:15, 84:4, 84:5, 85:9, 85:25, 88:12, 90:4, 90:5
**needed** [5] - 16:15, 27:12, 28:11, 33:10, 33:21
**negate** [1] - 78:5
**negative** [1] - 11:15
**nervous** [4] - 89:1, 89:8, 89:10, 89:12
**never** [3] - 25:23, 83:22, 83:24
**Newburg** [3] - 47:23, 47:24, 49:3
**next** [29] - 31:23, 39:8, 40:12, 40:17, 41:20, 42:19, 44:18, 45:11, 46:10, 46:25, 49:7, 50:18, 51:5, 51:15, 52:9, 53:5, 54:4, 56:16, 57:13, 58:5, 59:4, 60:5, 60:12, 62:1, 76:3, 78:6, 83:1
**niches** [1] - 8:19
**night** [1] - 90:13
**nighttime** [1] - 92:18
**Ninth** [33] - 6:19, 6:20, 6:24, 7:7, 7:13, 8:18, 8:24, 10:17, 10:18, 10:19, 12:22, 13:12, 13:14, 14:3, 14:13, 14:16, 15:15, 16:13, 18:2, 18:16, 19:13, 19:16, 23:24, 26:4, 29:7, 29:13, 33:16, 38:22, 44:5, 49:1, 66:16, 66:19, 84:22

**NO** [3] - 1:5, 3:6, 89:24
**no/expired** [1] - 64:6
**nobody** [1] - 14:14
**noise** [1] - 81:20
**none** [2] - 65:10, 65:13
**normal** [1] - 30:25
**north** [1] - 57:9
**northbound** [7] - 43:9, 47:25, 52:23, 53:18, 54:18, 56:9, 63:18
**Notary** [2] - 94:3, 94:19
**NOTARY** [1] - 94:25
**noted** [1] - 70:17
**notes** [2] - 94:10, 94:13
**nothing** [2] - 31:22, 92:24
**Notice** [1] - 4:6
**notice** [2] - 81:19, 81:23
**noticed** [4] - 71:25, 81:18, 92:1, 92:2
**notified** [1] - 27:10
**notifying** [2] - 27:15, 73:18
**nugget** [1] - 48:14
**number** [2] - 31:2, 50:12
**Nunnelley** [1] - 1:23
**NUNNELLEY** [1] - 94:3
**nunnelleycourtreporter@gmail.com** [1] - 1:25

## O

**o'clock** [3] - 37:9, 47:7, 92:4
**Oak** [3] - 56:10, 57:22, 57:25
**object** [2] - 14:7, 24:11
**objection** [2] - 14:4, 35:2
**observe** [2] - 78:13, 82:6
**observed** [27] - 38:19, 39:19, 39:23, 41:7, 41:11, 41:13, 43:8, 43:14, 45:3, 45:23, 46:19, 46:23, 47:22, 48:9, 48:14, 52:2, 52:5, 53:17, 56:8, 56:13, 57:7, 58:18, 59:16, 59:20, 61:1, 62:13, 63:17
**obstructed** [1] - 87:12

**obviously** [3] - 43:5, 62:11, 74:9
**occasions** [1] - 16:11
**occupants** [5] - 23:15, 42:8, 71:5, 90:14, 91:8
**occupied** [1] - 21:12
**occurred** [1] - 91:23
**odor** [7] - 26:13, 26:19, 39:23, 42:6, 45:25, 46:22, 63:21
**OF** [3] - 1:1, 94:1, 94:2
**offenders** [2] - 9:1, 16:12
**offense** [5] - 23:3, 23:4, 64:18, 84:2
**office** [2] - 30:20, 32:11
**Office** [1] - 2:14
**officer** [31] - 6:17, 8:2, 10:16, 11:20, 12:1, 12:9, 12:14, 12:21, 17:6, 18:20, 23:12, 23:16, 23:17, 25:15, 25:20, 25:21, 27:2, 32:6, 34:13, 35:7, 35:11, 35:16, 36:6, 36:12, 40:17, 40:21, 41:25, 42:2, 43:21, 72:18
**officer's** [1] - 65:20
**officers** [9] - 8:4, 8:20, 12:23, 17:2, 17:10, 30:8, 71:11, 77:5, 86:14
**official** [2] - 10:12, 10:14
**oftentimes** [3] - 15:22, 20:11, 86:19
**Ohio** [1] - 22:25
**Oklahoma** [1] - 17:12
**OL** [2] - 53:2, 56:14
**old** [2] - 7:22, 39:24
**once** [5] - 6:2, 14:13, 74:9, 77:12
**one** [75] - 6:22, 8:3, 11:4, 11:22, 13:14, 13:18, 14:12, 16:14, 16:23, 17:25, 19:18, 20:16, 21:13, 31:20, 32:18, 34:16, 35:16, 35:18, 37:1, 38:5, 38:17, 38:21, 40:12, 40:23, 40:25, 41:20, 42:13, 42:16, 42:17, 42:19, 43:1, 43:18, 44:6, 44:13, 44:21, 45:11, 46:10, 46:21, 47:3, 48:1, 49:10, 50:4, 50:8, 50:13,

51:9, 51:18, 53:5, 54:7, 55:25, 56:16, 58:5, 59:4, 59:5, 59:23, 60:1, 60:6, 60:7, 60:16, 61:11, 62:1, 63:4, 63:10, 64:10, 64:25, 66:6, 66:10, 66:11, 69:17, 76:18, 76:21, 77:4, 83:1, 90:19
**ones** [2] - 8:23, 65:19
**open** [1] - 28:18
**operates** [1] - 20:20
**operating** [20] - 38:20, 39:20, 41:8, 41:19, 43:9, 45:4, 45:19, 46:20, 47:22, 48:10, 52:23, 53:17, 56:9, 57:8, 57:21, 57:24, 58:19, 59:16, 62:14, 63:18
**operation** [1] - 87:23
**Operation** [1] - 11:4
**operations** [1] - 87:20
**operator** [1] - 36:7
**operator's** [1] - 53:24
**opinion** [2] - 36:13, 36:19
**opportunity** [1] - 67:16
**opposed** [1] - 60:3
**order** [1] - 75:9
**organized** [1] - 10:24
**original** [1] - 45:18
**outcome** [1] - 94:17
**outdated** [1] - 13:23
**outreach** [1] - 11:8
**outside** [4] - 40:2, 43:22, 71:6, 87:2
**overall** [2] - 13:19, 33:5
**overcome** [1] - 10:6
**own** [9] - 10:12, 15:22, 18:7, 23:11, 23:17, 70:20, 84:18, 86:13
**owner** [1] - 71:5
**ownership** [1] - 42:9
**Oxycodone** [1] - 40:4

## P

**P.M** [3] - 4:5, 4:10, 93:9
**paced** [2] - 62:15, 63:3
**packaging** [1] - 55:4
**page** [17] - 24:24, 38:6, 42:15, 50:14, 55:21, 61:14, 67:21, 68:3, 68:5, 68:9, 68:14, 68:16, 69:20,

78:7, 79:6, 83:2, 86:2
**pages** [1] - 94:12
**paid** [1] - 5:18
**panel** [1] - 46:4
**park** [2] - 32:20, 32:22
**Park** [1] - 32:20
**parked** [1] - 76:9
**parking** [2] - 76:10, 76:14
**parole** [1] - 7:10
**part** [12] - 10:24, 12:1, 12:6, 12:8, 30:21, 65:17, 66:3, 66:21, 81:14, 82:2, 86:10, 89:9
**partially** [4] - 41:16, 46:23, 53:22, 77:9
**particular** [7] - 7:2, 8:3, 14:14, 18:8, 20:22, 29:16, 50:8
**PARTIES** [1] - 2:2
**parties** [1] - 94:16
**partner** [2] - 73:18, 84:16
**partnered** [1] - 10:19
**partners** [5] - 16:9, 27:4, 27:9, 28:20, 84:16
**passageway** [1] - 44:3
**passenger** [22] - 39:24, 42:3, 42:10, 42:13, 46:25, 51:6, 51:9, 54:14, 54:16, 55:5, 60:22, 60:23, 61:9, 69:2, 69:6, 69:8, 69:10, 69:13, 72:2, 77:16, 81:21, 82:3
**passively** [1] - 78:8
**past** [4] - 45:22, 46:9, 58:20, 76:14
**pat** [13] - 15:7, 15:11, 22:18, 22:19, 22:23, 24:7, 24:9, 24:10, 24:13, 24:16, 24:23, 25:3, 54:21
**pat-down** [11] - 15:7, 22:19, 22:23, 24:7, 24:9, 24:10, 24:13, 24:16, 24:23, 25:3, 54:21
**pat-downs** [1] - 22:18
**patrol** [12] - 5:25, 6:2, 6:15, 6:17, 10:16, 11:20, 14:21, 17:2, 17:6, 18:20, 43:20
**patrolled** [1] - 43:20
**pause** [1] - 73:7
**paying** [2] - 65:4,

85:16
**pedestrian** [2] - 16:4, 32:16
**Pennsylvania** [1] - 23:13
**people** [33] - 7:9, 9:22, 10:24, 16:6, 19:4, 19:7, 21:17, 22:9, 23:12, 30:13, 31:19, 32:9, 61:8, 61:24, 65:21, 66:4, 69:15, 71:6, 71:9, 71:12, 71:13, 74:25, 75:12, 76:25, 80:1, 87:2, 88:5, 89:10, 90:19, 91:13
**per** [7] - 47:18, 48:11, 48:12, 54:14, 62:16, 62:17, 63:19
**perceived** [1] - 69:24
**perceiving** [3] - 70:3, 70:5, 70:22
**percent** [4] - 41:15, 42:5, 58:22, 85:2, 91:18
**perfect** [3] - 73:10, 79:17, 82:16
**perform** [1] - 13:10
**performed** [1] - 54:21
**period** [2] - 12:20, 74:15
**permissible** [1] - 24:4
**person** [22] - 13:18, 14:12, 23:7, 35:4, 41:21, 46:14, 48:4, 49:13, 50:15, 50:23, 53:11, 54:13, 58:13, 58:24, 61:8, 64:22, 72:16, 75:4, 86:25, 88:15, 89:3, 89:5
**personal** [1] - 53:24
**personally** [1] - 85:11
**persons** [1] - 61:2
**pertaining** [1] - 80:5
**Peter** [3] - 2:14, 14:6, 37:7
**PETER** [2] - 3:3, 90:8
**peter.ervin@ louisvilleky.gov** [1] - 2:16
**phone** [8] - 72:12, 72:15, 72:16, 85:11, 85:12, 85:16, 85:23, 85:24
**Phone** [1] - 1:25
**picture** [2] - 69:14, 69:18
**pill** [2] - 40:4, 59:23
**pills** [2] - 61:2, 64:2
**pinpoint** [1] - 26:13

**place** [5] - 30:10, 36:3, 36:6, 80:7, 94:6
**plain** [6] - 46:24, 48:13, 48:14, 56:12, 59:21, 61:1
**PLAINTIFF** [2] - 1:7, 1:11
**Plaintiff** [1] - 2:4
**PLAINTIFF'S** [2] - 3:6, 89:24
**Plaintiff's** [1] - 89:21
**plan** [1] - 37:14
**plate** [6] - 17:14, 53:18, 54:1, 63:19, 64:6, 64:7
**play** [4] - 16:5, 20:7, 73:13, 80:11
**played** [1] - 78:16
**PLAYING** [5] - 73:15, 76:2, 77:7, 77:15, 80:13
**PLLC** [1] - 2:6
**pocket** [2] - 54:23, 59:1
**point** [17] - 11:4, 11:22, 19:4, 19:5, 19:7, 43:18, 74:7, 76:7, 76:17, 77:2, 77:17, 78:1, 82:22, 83:5, 85:10, 92:12
**police** [18] - 8:2, 8:4, 8:20, 10:4, 11:16, 12:1, 12:9, 12:14, 12:21, 17:4, 20:13, 27:1, 32:6, 71:19, 72:18, 74:20, 77:5, 89:4
**Police** [5] - 4:3, 4:20, 4:25, 5:20, 5:21
**policies** [2] - 34:3, 34:5
**policy** [8] - 14:23, 33:8, 34:8, 34:22, 35:22, 36:14, 36:16, 36:21
**poor** [1] - 91:14
**Poplar** [1] - 39:21
**portion** [1] - 58:21
**positive** [6] - 8:6, 8:7, 8:11, 8:25, 12:4
**post** [1] - 38:15
**posted** [3] - 58:1, 63:2, 64:24
**potentially** [1] - 65:21
**pouch** [1] - 55:2
**practice** [1] - 85:18
**predominantly** [1] - 12:16
**prepare** [2] - 28:22, 28:25

**prescription** [1] - 7:24
**presence** [1] - 21:20
**PRESENT** [1] - 2:10
**pretty** [4] - 71:25, 72:5, 86:4, 87:7
**previously** [1] - 40:6
**primarily** [1] - 29:11
**primary** [1] - 66:6
**proactive** [4] - 17:4, 17:12, 29:18, 32:17
**probable** [3] - 15:12, 26:11, 54:24
**probation** [1] - 7:10
**problems** [1] - 12:6
**Procedure** [1] - 4:7
**process** [2] - 31:15, 87:12
**processing** [1] - 31:18
**professional** [1] - 79:3
**program** [1] - 11:8
**progression** [1] - 6:15
**projects** [1] - 10:9
**prolong** [2] - 25:19, 26:3
**protect** [1] - 12:5
**provided** [1] - 25:17
**PSU** [10] - 29:3, 67:4, 67:15, 67:17, 80:18, 80:25, 82:5, 82:15, 86:3, 87:14
**Public** [2] - 94:3, 94:19
**PUBLIC** [1] - 94:25
**pull** [17] - 18:24, 21:24, 37:22, 66:7, 66:12, 71:7, 74:21, 74:24, 75:1, 75:6, 75:10, 75:15, 76:10, 76:11, 85:11, 85:23, 88:7
**pulled** [7] - 17:13, 65:16, 65:19, 71:19, 72:18, 89:3, 89:5
**pulling** [5] - 22:1, 29:22, 66:18, 70:15, 88:7
**pulls** [2] - 74:20, 76:13
**purposes** [1] - 88:17
**pursuant** [1] - 4:6
**put** [7] - 46:1, 55:12, 55:18, 64:19, 67:4, 81:10, 88:8
**putting** [2] - 87:21, 87:22

**Q**

**qualifying** [1] - 24:15
**questions** [6] - 35:9, 35:12, 55:15, 72:18,

89:15, 90:1

**quick** [8] - 72:21, 73:13, 78:4, 83:3, 83:18, 84:8, 87:7, 88:1
**quicker** [2] - 49:6, 83:20
**quickly** [1] - 72:6
**quite** [4] - 32:4, 32:14, 33:6, 83:10

**R**

**race** [7] - 90:13, 90:21, 90:22, 90:25, 91:2, 91:8, 91:12
**racial** [1] - 66:17
**racially** [1] - 12:25
**radio** [7] - 17:5, 17:8, 28:4, 28:10, 28:13, 28:15, 84:15
**raining** [1] - 30:7
**raises** [1] - 88:11
**Ramey** [1] - 2:19
**random** [1] - 20:24
**rate** [1] - 57:25
**rather** [3] - 24:23, 72:16, 83:21
**read** [6] - 29:2, 34:8, 35:22, 49:21, 49:22, 67:5
**reading** [3] - 42:12, 45:7, 55:7
**real** [2] - 72:21, 78:4
**really** [2] - 19:3, 34:4
**rear** [2] - 40:3, 46:4
**reason** [5] - 23:18, 35:7, 35:17, 36:8, 56:7
**reasonable** [3] - 15:6, 26:9, 70:14
**reasons** [3] - 23:12, 25:14, 25:16
**receive** [2] - 22:18, 23:6
**receiving** [1] - 79:4
**RECESS** [2] - 37:19, 67:10
**recognizing** [1] - 54:23
**recollection** [3] - 72:10, 80:7, 82:18
**record** [4] - 4:10, 14:25, 25:1, 37:7, 37:18, 37:21, 61:12, 61:14, 67:9, 67:12, 67:20, 73:8, 84:3, 92:25, 93:7, 94:13
**records** [2] - 83:3, 85:17

**recovered** [2] - 47:1, 58:25

**red** [9] - 70:20, 70:24, 71:2, 71:15, 72:19, 74:22, 75:8, 76:21, 88:11

**reduce** [10] - 9:1, 19:10, 19:11, 19:14, 19:17, 19:24, 29:17, 86:18, 86:19

**reduced** [1] - 94:10

**reduction** [3] - 18:10, 32:2, 32:3

**referencing** [2] - 83:3, 83:6

**referred** [1] - 89:18

**referring** [1] - 13:20

**refusing** [2] - 86:24, 86:25

**regard** [2] - 90:1, 91:21

**regarding** [1] - 25:18

**regardless** [1] - 14:25

**registration** [12] - 45:2, 45:5, 45:8, 53:18, 54:1, 58:2, 58:4, 63:19, 64:6, 64:7, 83:8

**relate** [1] - 67:3

**related** [1] - 94:15

**relationships** [1] - 11:25

**relevant** [2] - 36:13, 36:21

**remember** [26] - 7:3, 9:10, 11:7, 15:2, 15:4, 15:9, 16:22, 19:15, 30:15, 34:4, 34:18, 34:23, 35:6, 35:15, 43:19, 44:6, 47:5, 67:23, 68:19, 68:22, 79:20, 82:25, 83:23, 87:6

**remove** [1] - 23:12

**removing** [1] - 23:6

**repeat** [2] - 9:13, 35:13

**REPORTER** [2] - 9:14, 90:2

**represent** [1] - 51:6

**request** [1] - 26:6

**requested** [2] - 26:23, 84:10

**required** [2] - 14:21, 34:22

**requirement** [2] - 36:3, 36:6

**requirements** [2] - 33:9, 35:19

**resistant** [1] - 86:24

**respect** [1] - 81:10

**respectfully** [1] - 79:2

**responsibilities** [1] - 15:16

**rest** [2] - 8:15, 49:6

**result** [2] - 57:5, 65:8

**resulted** [2] - 65:14, 65:24

**retrieved** [2] - 46:2, 55:2

**return** [3] - 37:21, 67:12, 79:4

**review** [1] - 67:16

**reviewing** [1] - 41:5

**revolver** [1] - 46:4

**Rich** [1] - 2:19

**richramey@ bellsouth.net** [1] - 2:20

**rid** [1] - 75:2

**ride** [2] - 21:6, 27:3

**riding** [2] - 22:7, 22:8

**rings** [1] - 72:13

**risen** [1] - 16:2

**RMR** [2] - 1:23, 94:3

**Road** [4] - 39:21, 48:11, 48:22, 48:23

**road** [2] - 81:20, 82:16

**roadway** [1] - 64:8

**robbed** [1] - 16:17

**Rodriguez** [2] - 25:25, 26:1

**role** [8] - 8:6, 8:7, 16:14, 40:23, 40:24, 85:3, 85:10

**roles** [2] - 15:16, 17:24

**roll** [1] - 73:24

**rolled** [2] - 22:10, 74:1

**rolling** [2] - 74:16, 75:7

**rolls** [1] - 74:24

**roundabout** [1] - 30:6

**roundups** [2] - 7:9, 16:10

**Rules** [1] - 4:7

**run** [9] - 37:11, 37:13, 83:7, 83:24, 84:6, 84:24, 86:12, 87:1, 87:3

**running** [1] - 27:8

## S

**safe** [5] - 26:17, 26:20, 85:18, 85:19

**safety** [5] - 23:12, 23:17, 25:15, 39:25

**SAM** [2] - 3:3, 4:15

**Sam** [6] - 2:5, 2:6,
9:15, 89:16, 90:3, 93:4

**sam@kylawoffice. com** [1] - 2:8

**saw** [5] - 22:2, 22:11, 68:1, 69:6, 69:23

**scale** [2] - 50:3, 64:2

**scene** [2] - 83:7, 87:9

**Schedule** [1] - 40:4

**schedule** [1] - 47:5

**school** [2] - 5:3, 5:19

**science** [1] - 5:14

**screen** [8] - 37:23, 37:25, 38:5, 72:25, 74:2, 80:9, 80:10, 90:3

**search** [16] - 15:12, 24:13, 26:11, 26:14, 27:14, 39:6, 39:25, 42:7, 46:3, 53:21, 54:25, 59:21, 61:2, 63:22, 86:24, 86:25

**searched** [2] - 40:7, 85:13

**searching** [3] - 79:20, 79:22, 79:23

**seat** [15] - 39:25, 41:12, 41:13, 46:25, 60:23, 61:1, 62:18, 62:19, 63:25, 69:12, 72:2, 72:4, 75:5

**second** [2] - 42:2, 90:7

**seconds** [3] - 74:10, 74:14, 74:24

**secured** [1] - 39:25

**see** [51] - 13:22, 20:17, 29:19, 34:6, 34:10, 37:23, 37:25, 38:1, 38:2, 40:9, 61:25, 64:21, 67:20, 68:6, 68:10, 68:11, 68:25, 69:1, 69:2, 69:8, 72:21, 72:22, 72:25, 73:1, 73:2, 76:4, 76:8, 76:23, 77:13, 77:19, 77:25, 78:18, 80:1, 80:9, 80:11, 80:14, 81:5, 82:10, 83:4, 83:11, 83:14, 83:19, 84:7, 87:4, 90:16, 91:4, 91:12, 91:18

**seeing** [10] - 16:6, 16:7, 67:23, 68:19, 68:22, 70:4, 70:6, 70:7, 70:22, 71:17

**sees** [1] - 70:3

**segment** [1] - 73:13

**send** [1] - 89:22

**sense** [7] - 19:16, 36:15, 37:5, 44:3, 44:14, 44:15, 70:5

**sergeant** [3] - 30:16, 49:5

**Sergeant** [2] - 30:17, 68:17

**sergeant's** [2] - 13:5, 13:6

**series** [2] - 60:24, 61:20

**service** [8] - 10:10, 18:5, 22:21, 23:10, 30:2, 83:21, 84:6, 87:3

**serving** [1] - 12:11

**set** [1] - 94:7

**setting** [1] - 33:11

**Settle** [1] - 40:20

**seven** [1] - 82:15

**several** [7] - 16:11, 31:21, 49:3, 61:17, 62:15, 74:14, 92:10

**Shady** [1] - 39:22

**Shelby** [4] - 32:20, 43:9, 43:10, 43:17

**shelters** [1] - 10:21

**Shepherd** [4] - 11:22, 32:21, 43:23, 43:24

**Shepherdsville** [2] - 48:10, 48:22

**shift** [2] - 31:17, 92:5

**shoe** [2] - 46:2, 46:3

**shoot** [1] - 77:3

**shooters** [1] - 15:23

**shooting** [1] - 15:23

**short** [1] - 13:16

**shorter** [3] - 87:15, 88:1, 88:3

**shorts** [1] - 61:4

**shoved** [2] - 72:1, 72:4

**show** [5] - 12:3, 83:9, 87:2, 88:5, 88:21

**showed** [5] - 27:24, 41:14, 58:22, 88:4, 88:15

**showing** [2] - 81:18, 81:25

**shown** [3] - 87:16, 87:25, 88:3

**shows** [1] - 81:5

**shut** [1] - 85:6

**side** [23] - 12:4, 46:5, 67:24, 68:2, 68:21, 68:23, 69:3, 69:6, 69:7, 69:10, 69:13, 69:17, 70:7, 70:8, 81:17, 81:21, 82:3, 82:4, 82:6, 82:11,
**87**:17, 88:16, 91:4

**side-view** [1] - 69:7

**sign** [4] - 22:10, 43:6, 43:12, 46:8

**signal** [8] - 39:18, 39:20, 40:10, 50:2, 51:2, 51:4, 56:11, 56:15

**signature** [3] - 40:14, 40:17, 65:20

**signs** [2] - 52:4, 64:24

**single** [1] - 40:3

**siren** [2] - 74:9, 74:22

**sirens** [1] - 74:8

**sit** [1] - 87:4

**sitting** [2] - 52:3, 78:6

**situation** [5] - 38:24, 39:16, 46:15, 61:7, 89:1

**situations** [2] - 22:9, 60:1

**six** [5] - 30:12, 30:14, 80:8, 81:3, 82:15

**slow** [10] - 53:21, 71:7, 71:9, 71:13, 73:21, 73:23, 73:24, 74:1, 74:24, 86:23

**slowly** [3] - 74:15, 75:6, 75:7

**small** [4] - 7:8, 41:12, 56:13, 58:24

**smaller** [1] - 63:25

**smell** [3] - 39:22, 45:25, 46:22

**smelled** [6] - 41:10, 42:6, 48:13, 56:11, 58:23, 63:21

**smelling** [2] - 70:8, 70:9

**smoke** [1] - 52:7

**smoked** [2] - 41:16, 46:23

**Smoketown** [4] - 11:22, 32:20, 43:23, 43:24

**sniff** [3] - 26:7, 26:23, 84:10

**sniffs** [1] - 25:18

**sociology** [1] - 5:15

**someone** [1] - 88:13

**son** [1] - 93:2

**soon** [1] - 77:2

**sorry** [5] - 9:6, 9:16, 52:12, 72:14, 89:14

**sort** [17] - 9:4, 10:5, 15:6, 18:15, 18:18, 25:17, 25:23, 28:4, 28:8, 28:16, 30:2, 33:15, 33:17, 60:8, 84:1, 87:18, 88:10

**sound** [1] - 31:6
**sounds** [3] - 34:19, 35:21, 37:15
**South** [4] - 2:15, 38:22, 54:18, 59:18
**southbound** [7] - 38:21, 39:21, 41:8, 47:23, 48:10, 58:19, 59:17
**speakers** [1] - 72:15
**speaking** [2] - 70:1, 79:2
**specific** [13] - 13:18, 14:12, 16:14, 17:25, 18:3, 18:4, 18:18, 22:15, 23:13, 30:5, 33:17, 66:5, 69:17
**specifically** [10] - 5:1, 10:17, 22:5, 23:16, 26:14, 27:1, 27:10, 27:13, 68:24, 92:9
**specifics** [2] - 49:4, 82:15
**speed** [3] - 58:1, 63:2
**speeding** [5] - 48:7, 62:22, 62:23, 86:18
**spent** [3] - 32:1, 32:4, 32:14
**spike** [2] - 15:18, 15:21
**spiked** [1] - 21:7
**spot** [12] - 15:25, 20:5, 27:4, 43:18, 44:2, 44:8, 44:11, 44:13, 44:14, 48:23, 49:1, 53:19
**spring** [1] - 93:2
**squad** [15] - 5:1, 7:1, 7:2, 7:4, 7:5, 7:12, 15:15, 18:9, 18:14, 19:19, 27:23, 28:17, 30:12, 30:14, 32:1
**squads** [2] - 6:24, 7:7
**Square** [4] - 11:22, 32:21, 43:23, 43:25
**St** [3] - 16:21, 16:23, 16:24
**standard** [1] - 25:3
**standard's** [1] - 24:9
**standing** [3] - 41:12, 78:18, 85:12
**start** [6] - 5:22, 5:25, 10:15, 11:19, 27:13, 38:4
**started** [1] - 42:12
**starting** [2] - 69:21, 73:3
**STATE** [1] - 94:1
**state** [1] - 79:7
**State** [4] - 83:10,

83:25, 84:4, 94:4
**statement** [10] - 67:4, 67:21, 69:20, 71:9, 80:18, 80:25, 82:5, 83:2, 86:11, 87:14
**statement's** [1] - 79:16
**STATES** [1] - 1:1
**States** [1] - 11:24
**stating** [1] - 52:4
**stats** [4] - 13:2, 13:4, 13:8, 66:20
**stay** [1] - 88:20
**stayed** [2] - 84:19, 87:17
**steering** [4] - 71:18, 77:18, 77:22, 77:24
**stenographic** [2] - 94:10, 94:13
**step** [6] - 34:13, 34:17, 35:6, 36:11, 54:20, 82:10
**steps** [2] - 33:21, 35:16
**STEVE** [1] - 1:14
**stigma** [1] - 11:15
**still** [7] - 13:23, 13:24, 78:5, 78:7, 81:1, 84:5, 90:2
**stole** [1] - 18:25
**stolen** [6] - 15:20, 15:21, 15:23, 16:19, 18:24, 19:8
**stood** [1] - 88:15
**stop** [124] - 13:19, 14:22, 16:6, 18:13, 19:9, 21:10, 21:11, 22:10, 25:19, 26:3, 27:5, 28:21, 31:14, 31:21, 31:22, 31:23, 33:9, 33:10, 33:14, 33:22, 35:10, 38:25, 39:2, 39:22, 40:10, 41:5, 41:17, 41:18, 42:16, 42:17, 42:20, 43:6, 43:7, 43:11, 44:20, 45:1, 45:9, 45:12, 45:18, 45:20, 45:23, 46:6, 46:7, 46:8, 46:12, 46:18, 46:21, 47:2, 47:9, 47:18, 47:19, 48:2, 48:7, 49:17, 49:18, 49:24, 50:10, 51:2, 51:3, 51:25, 52:1, 52:19, 52:22, 53:14, 53:21, 54:3, 54:20, 56:7, 56:15, 57:5, 57:20, 58:17, 59:2, 59:14, 59:20, 59:25,

61:10, 61:16, 62:12, 63:16, 63:19, 64:5, 64:13, 64:15, 64:16, 64:18, 64:20, 71:1, 71:7, 71:9, 71:13, 73:19, 73:21, 73:23, 73:24, 74:1, 74:4, 74:13, 74:16, 74:25, 75:7, 75:12, 76:8, 78:11, 78:15, 79:12, 86:3, 86:21, 86:23, 87:3, 87:7, 87:15, 87:21, 87:24, 88:1, 88:7, 88:9, 88:18, 88:23, 88:25, 89:10, 91:9
**stopped** [18] - 22:6, 31:9, 31:12, 33:24, 34:1, 34:12, 35:5, 37:1, 38:17, 39:17, 42:4, 44:23, 50:1, 54:15, 54:16, 55:5, 60:24, 61:11
**stopping** [7] - 27:11, 35:7, 35:17, 84:15, 84:17, 86:16, 92:20
**STOPS** [6] - 33:8, 34:13, 34:17, 35:16, 35:19
**stops** [46] - 13:10, 13:11, 14:2, 14:17, 14:20, 14:24, 15:9, 16:4, 18:10, 18:17, 18:22, 19:2, 19:20, 19:24, 20:3, 20:6, 20:24, 23:23, 29:7, 29:10, 29:14, 29:16, 29:23, 30:3, 31:1, 32:1, 32:5, 32:15, 32:16, 33:5, 33:6, 33:8, 33:17, 65:8, 65:13, 65:24, 66:3, 66:4, 66:15, 77:4, 84:22, 86:6, 86:11, 91:6, 91:23, 92:14
**store** [2] - 16:16, 16:20
**Story** [1] - 2:7
**street** [16] - 7:4, 7:5, 7:6, 7:12, 15:15, 18:9, 18:14, 19:19, 30:14, 32:1, 44:2, 44:9, 44:13, 71:12, 74:17, 74:20
**Street** [18] - 2:15, 11:6, 38:22, 41:8, 43:9, 43:10, 43:18, 45:21, 52:24, 53:18, 54:18, 56:9, 56:10, 57:25, 58:19, 59:18,

63:18
**Street's** [1] - 57:23
**streets** [1] - 30:19
**studying** [2] - 22:21, 23:11
**stuff** [10] - 7:11, 8:21, 21:5, 22:15, 22:16, 26:16, 32:22, 33:20, 66:25, 86:20
**subject** [51] - 23:1, 25:6, 38:19, 38:21, 39:2, 39:19, 40:7, 41:7, 43:8, 43:14, 45:3, 45:19, 45:23, 46:1, 46:19, 46:25, 47:1, 47:22, 48:9, 48:11, 48:17, 52:3, 52:5, 52:7, 52:22, 52:24, 53:1, 53:2, 53:17, 53:21, 53:24, 54:16, 54:20, 54:25, 56:8, 56:10, 56:14, 57:7, 57:9, 57:21, 57:25, 58:18, 58:24, 59:16, 60:23, 61:5, 62:13, 62:17, 62:19, 63:17, 63:20
**subject's** [9] - 39:24, 41:12, 42:3, 43:16, 46:5, 53:23, 54:23, 55:1, 55:3
**subjects** [1] - 60:25
**substance** [1] - 54:22
**sudden** [1] - 44:13
**suggesting** [1] - 81:10
**Suite** [2] - 2:7, 2:15
**summer** [1] - 31:16
**summertime** [1] - 30:11
**supervision** [1] - 94:11
**support** [5] - 35:11, 40:23, 40:24, 85:3, 85:10
**surprise** [1] - 65:10
**surveillance** [1] - 30:3
**suspect** [5] - 25:8, 25:10, 32:25, 39:14, 40:25
**suspected** [5] - 39:7, 53:22, 55:1, 61:2, 61:3
**suspects** [1] - 15:23
**suspicion** [2] - 15:6, 26:10
**swallow** [1] - 75:3
**swear** [1] - 4:12
**sworn** [2] - 4:14, 94:9

**T**

**tactic** [3] - 32:3, 85:22, 85:23
**Tae** [33] - 2:10, 21:10, 22:6, 26:23, 33:24, 34:1, 34:11, 35:10, 55:8, 57:1, 57:2, 57:4, 65:5, 68:1, 68:22, 70:15, 71:2, 73:21, 75:9, 75:16, 76:4, 77:17, 78:14, 81:5, 82:7, 83:7, 83:22, 83:24, 84:19, 85:4, 85:6, 87:9, 89:8
**TAE** [1] - 1:7
**Tae-Ahn** [31] - 2:10, 21:10, 22:6, 26:23, 33:24, 34:1, 34:11, 35:10, 55:8, 57:1, 57:4, 65:5, 68:1, 68:22, 70:15, 71:2, 73:21, 75:9, 75:16, 76:4, 77:17, 78:14, 81:5, 82:7, 83:7, 83:22, 83:24, 84:19, 85:4, 85:6, 89:8
**TAE-AHN** [1] - 1:7
**Tae-Ahn's** [2] - 57:2, 87:9
**taillight** [1] - 17:14
**targeting** [1] - 92:13
**task** [2] - 7:8, 30:1
**Tatum** [1] - 68:17
**taught** [3] - 24:3, 33:13, 71:18
**tech** [1] - 29:20
**tedious** [1] - 55:12
**terms** [2] - 10:9, 76:18
**Terry** [1] - 22:25
**testimony** [2] - 94:8, 94:9
**THE** [7] - 1:11, 2:2, 9:14, 14:6, 14:10, 82:22, 90:2
**thereafter** [1] - 94:10
**thinking** [3] - 26:4, 31:5, 72:3
**thinks** [1] - 11:16
**third** [1] - 47:24
**Third** [2] - 16:16, 16:18
**thoroughfare** [1] - 43:24
**three** [6] - 6:18, 31:6, 39:24, 90:19, 92:6
**throughout** [5] - 6:12, 9:3, 9:7, 10:3, 10:8
**throw** [2] - 17:22, 80:2

**Thursday** [1] - 4:4
**tied** [2] - 17:5, 17:8
**Tiffany** [1] - 68:17
**Tija** [1] - 2:11
**timeline** [3] - 80:18, 80:23, 81:16
**Timothy** [1] - 17:12
**tint** [22] - 20:8, 20:9, 20:12, 20:18, 41:6, 41:9, 41:14, 41:19, 42:5, 45:21, 46:9, 58:20, 58:21, 59:2, 71:4, 76:19, 76:23, 90:16, 92:7, 92:11, 92:19
**tinted** [2] - 90:12, 91:7
**tire** [2] - 40:3, 40:5
**title** [2] - 4:21, 7:12
**today** [3] - 29:21, 89:19, 91:22
**together** [2] - 33:20, 67:6
**tone** [2] - 78:24
**took** [4] - 5:19, 27:7, 73:22, 86:4
**tool** [6] - 18:10, 18:22, 19:2, 19:9, 19:23, 32:2
**tools** [2] - 19:19, 32:19
**top** [2] - 68:8, 68:11
**tow** [1] - 31:15
**towards** [1] - 9:21
**town** [2] - 21:13, 21:14
**track** [6] - 12:24, 13:8, 13:9, 32:8, 66:17
**tracked** [4] - 66:19, 66:23, 66:24, 66:25
**traffic** [82] - 8:20, 13:10, 13:19, 14:22, 16:6, 18:10, 18:13, 18:16, 18:22, 19:2, 19:9, 19:20, 19:23, 20:3, 20:6, 20:24, 21:10, 21:11, 21:25, 23:23, 25:19, 27:5, 28:20, 29:7, 29:10, 29:14, 29:15, 29:23, 30:3, 31:1, 31:14, 31:21, 32:1, 32:5, 32:15, 33:5, 33:6, 33:9, 33:10, 33:14, 33:16, 33:22, 42:4, 49:18, 49:24, 50:10, 52:1, 54:17, 55:6, 60:24, 61:18, 61:20, 64:13, 64:15, 64:18, 65:7, 65:8, 65:13, 65:24, 66:3, 72:19, 73:19, 76:9, 77:4,

82:8, 84:1, 84:22, 86:6, 86:11, 86:17, 87:21, 87:24, 88:7, 88:18, 88:23, 88:25, 89:9, 91:6, 92:13
**trafficking** [2] - 55:4, 64:4
**trained** [3] - 6:5, 18:19, 22:21
**training** [22] - 6:4, 6:8, 9:4, 9:8, 9:11, 15:22, 18:3, 18:5, 18:16, 18:19, 20:11, 20:19, 22:18, 22:20, 23:6, 25:17, 25:20, 25:24, 33:7, 33:17, 71:10
**transcript** [4] - 55:16, 67:15, 82:15, 94:12
**transcripts** [1] - 29:3
**transferred** [1] - 6:9
**travel** [1] - 59:19
**traveling** [2] - 48:11, 63:2
**trespassing** [2] - 52:4, 64:24
**tried** [5] - 11:25, 15:17, 20:24, 21:3, 71:7
**trouble** [1] - 83:24
**truck** [3] - 18:24, 37:11, 37:13
**true** [1] - 94:12
**trunk** [1] - 46:4
**trust** [3] - 12:10, 12:17, 12:20
**Trust** [1] - 11:4
**try** [14] - 8:17, 12:3, 12:17, 12:19, 15:25, 16:18, 19:9, 20:23, 20:25, 22:14, 24:20, 29:17, 29:20, 49:6
**trying** [21] - 8:24, 31:10, 32:8, 69:13, 71:13, 75:1, 75:2, 75:5, 79:12, 79:13, 80:6, 80:17, 81:2, 81:12, 81:15, 82:5, 82:6, 82:7, 82:8, 86:18, 86:19
**turn** [27] - 38:17, 38:23, 39:17, 39:20, 40:10, 43:5, 43:13, 47:20, 47:24, 50:2, 52:21, 52:24, 53:1, 54:15, 54:17, 55:9, 56:11, 57:5, 57:10, 57:12, 59:17, 59:25, 60:2, 74:4, 74:11, 74:12
**turned** [6] - 13:3,

38:21, 54:19, 56:10, 57:9, 74:17
**turning** [2] - 39:21, 43:12
**two** [9] - 6:5, 7:19, 27:19, 28:2, 50:14, 62:1, 64:1, 76:14, 90:19
**type** [3] - 11:17, 22:15, 71:17
**typewritten** [2] - 94:11, 94:12

## U

**U.S** [2] - 25:24, 26:1
**ultimate** [1] - 49:24
**ultimately** [3] - 17:1, 17:24, 38:25
**uncommon** [1] - 32:23
**under** [6] - 34:17, 62:18, 62:19, 65:20, 94:11, 94:21
**undergoing** [1] - 9:4
**underlying** [1] - 10:2
**underneath** [1] - 75:4
**underwear** [2] - 55:1, 55:3
**unfortunately** [1] - 73:9
**uniform** [2] - 16:7, 37:24
**unit** [9] - 4:25, 17:3, 21:2, 32:5, 32:14, 32:17, 33:5, 86:17
**United** [1] - 11:24
**UNITED** [1] - 1:1
**University** [1] - 5:8
**unreasonable** [1] - 89:11
**up** [42] - 8:4, 8:5, 8:12, 8:13, 9:13, 9:24, 9:25, 22:2, 22:12, 27:24, 29:22, 31:18, 32:11, 34:25, 37:22, 38:5, 55:14, 55:16, 60:6, 67:4, 67:14, 68:11, 71:24, 72:13, 72:14, 72:22, 76:6, 77:2, 77:8, 77:12, 77:16, 80:25, 87:2, 87:16, 87:25, 88:3, 88:4, 88:5, 88:15, 88:21
**upper** [1] - 12:24
**UPS** [1] - 5:18

## V

**vague** [2] - 22:3, 79:25

**valid** [1] - 83:17
**variable** [1] - 32:16
**variables** [2] - 26:15, 31:24
**vehicle** [87] - 20:17, 20:23, 21:24, 23:7, 23:15, 24:1, 26:2, 26:7, 26:23, 36:7, 38:16, 38:20, 39:20, 39:23, 40:1, 40:2, 41:8, 41:9, 41:11, 41:13, 42:4, 42:7, 43:4, 43:9, 43:11, 43:12, 45:4, 45:19, 45:21, 46:1, 46:20, 46:23, 47:23, 48:10, 48:13, 48:15, 51:7, 52:3, 52:23, 52:25, 53:17, 53:20, 54:14, 54:18, 54:21, 55:5, 56:9, 56:12, 57:8, 57:22, 57:24, 58:2, 58:19, 58:20, 58:23, 59:17, 59:22, 60:7, 60:8, 60:9, 60:10, 60:24, 60:25, 61:9, 62:14, 62:15, 63:18, 64:8, 64:14, 65:25, 68:25, 69:4, 69:15, 70:16, 71:2, 71:6, 71:16, 71:24, 72:9, 76:24, 77:8, 77:13, 81:22, 82:3, 92:19
**vehicles** [1] - 20:21
**verbal** [2] - 15:3, 78:9
**verbally** [1] - 78:9
**verbatim** [1] - 26:1
**verified** [1] - 20:25
**verify** [1] - 33:2
**versus** [11] - 23:13, 23:14, 24:4, 25:25, 26:1, 29:14, 70:7, 70:9, 80:4, 80:6, 81:2
**VIA** [1] - 2:2
**VIDEO** [5] - 73:15, 76:2, 77:7, 77:15, 80:13
**video** [23] - 28:14, 28:21, 29:2, 37:18, 37:21, 55:14, 67:9, 67:12, 72:22, 74:5, 74:9, 78:17, 80:17, 80:19, 81:1, 81:4, 81:5, 81:8, 81:19, 81:25, 82:19, 93:7
**videoconference/ teleconference** [1] - 4:1
**VIDEOCONFERENC**

**E/ TELECONFERENCE** [2] - 1:10, 2:2
**VIDEOGRAPHER** [6] - 4:9, 37:17, 37:20, 67:8, 67:11, 93:6
**Videographer** [1] - 2:18
**videos** [1] - 77:3
**videotaped** [1] - 4:2
**view** [7] - 46:24, 48:14, 48:15, 56:12, 59:21, 61:1, 69:7
**Villa** [1] - 39:22
**violation** [20] - 7:10, 21:25, 22:11, 38:9, 42:4, 42:23, 46:11, 49:8, 50:5, 51:19, 53:5, 54:17, 55:6, 55:8, 55:22, 60:13, 63:7, 63:8, 64:15, 72:19
**violations** [4] - 7:10, 60:25, 61:18, 61:21
**violator** [4] - 34:14, 34:25, 35:8, 35:17
**violence** [2] - 8:24, 9:2
**violent** [20] - 7:1, 9:1, 12:2, 15:18, 15:20, 16:12, 18:17, 18:22, 18:23, 19:14, 19:17, 19:21, 19:24, 20:4, 20:5, 21:7, 21:9, 29:17, 86:15, 86:19
**visibility** [1] - 91:11
**visible** [1] - 53:19
**visual** [1] - 21:20
**voice** [3] - 73:16, 73:18, 78:24
**volunteer** [1] - 10:13
**VS** [1] - 1:11

## W

**W.J** [1] - 52:23
**walk** [4] - 11:21, 11:22, 77:2, 79:13
**walked** [1] - 77:8
**wants** [1] - 85:8
**warm** [2] - 30:11, 31:4
**warning** [2] - 15:3
**warrant** [7] - 7:9, 16:10, 30:2, 47:2, 83:14, 83:16, 84:3
**warranted** [1] - 25:5
**warrants** [2] - 7:11, 16:12
**WAS** [1] - 89:24
**watch** [3] - 75:21, 78:19, 82:7

**watched** [1] - 29:2
**watching** [2] - 69:15, 82:13
**weapon** [6] - 72:9, 77:6, 78:6, 80:3, 80:5, 85:14
**weapons** [6] - 54:21, 79:18, 80:16, 81:7, 81:24, 84:2
**west** [3] - 19:6, 57:23, 57:24
**West** [1] - 45:4
**westbound** [3] - 57:8, 59:18, 62:14
**WESTERN** [1] - 1:1
**wheel** [4] - 71:19, 77:18, 77:23, 77:24
**Whispering** [1] - 48:22
**white** [9] - 12:14, 12:21, 26:9, 65:7, 65:14, 65:25, 66:4, 75:24, 91:20
**whole** [17] - 32:5, 32:13, 49:17, 69:18, 75:19, 78:10, 78:11, 78:14, 78:25, 79:14, 82:13, 83:20, 86:3, 87:7, 88:17
**William** [1] - 30:17
**Wilson** [1] - 23:14
**window** [14] - 41:6, 41:19, 42:5, 45:21, 46:9, 69:11, 69:12, 69:13, 71:4, 76:19, 76:23, 90:16, 92:11
**windows** [6] - 41:14, 77:9, 90:12, 91:4, 91:7, 92:8
**windshield** [6] - 20:8, 20:9, 20:12, 20:18, 45:22, 92:10
**wish** [1] - 74:3
**witness** [21] - 4:3, 4:12, 40:19, 40:20, 40:21, 41:24, 42:21, 44:20, 47:10, 48:2, 49:11, 50:19, 52:13, 53:9, 56:1, 56:20, 57:17, 62:6, 65:12, 65:18, 94:8
**WITNESS** [5] - 2:2, 14:6, 14:10, 82:22, 93:9
**witnesses** [2] - 58:10, 59:9
**Women** [1] - 11:1
**women** [1] - 11:9
**word** [1] - 91:15
**wording** [1] - 72:7

**words** [1] - 81:10
**works** [1] - 29:19
**wrap** [1] - 67:13
**write** [1] - 87:4
**writing** [1] - 32:11
**written** [1] - 15:3
**wrote** [1] - 65:18

## X

**Xanax** [1] - 61:2

## Y

**year** [2] - 5:11, 5:22
**years** [4] - 6:18, 27:20, 28:3, 39:24
**yesterday** [1] - 29:20
**you-all** [11] - 9:12, 28:4, 28:8, 28:10, 28:11, 30:19, 43:19, 73:10, 90:2, 92:25, 93:5
**your-all's** [1] - 93:1
**yourself** [1] - 35:1

## Z

**ZIP** [2] - 11:23
**zone** [2] - 48:12, 62:17