1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:19-CV-419-GNS-RSE

TAE-AHN LEA                                      PLAINTIFF

VS.          DEPOSITION FOR THE DEFENDANTS

STEVE CONRAD, ET AL                      DEFENDANTS


**VIDEOTAPED DEPOSITION OF TAE-AHN LEA**


The deposition of TAE-AHN LEA, taken before
Lynn B. Kornick, Court Reporter and Notary
Public in and for the Commonwealth of
Kentucky, on the 20th day of August, 2021,
beginning at approximately 10:14 A.M., at
the offices of Sam Aguiar Injury Lawyers,
located at 1900 Plantside Drive, Louisville,
Kentucky.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *


**Lynn Kornick, Reporting & Video**
**11915 Brookmoor Drive**
**Louisville, Kentucky  40243**
**502.500.7627    lynnkornick@msn.com**

2

A P P E A R A N C E S

FOR THE PLAINTIFF:
     Lonita Baker, Esq.
     Josephine Buckner, Esq.
     Sam Aguiar Injury Lawyers
     1900 Plantside Drive
     Louisville, KY  40299

FOR THE DEFENDANTS:
     Peter F. Ervin, Esq.
     Susan K. Rivera, Esq.
     Assistant Jefferson County Attorneys
     200 South Fifth Street, Suite 300N
     Louisville, KY  40202

ALSO PRESENT:     Mable Barnes, Videographer
                  859.808.0086

3

<u>I N D E X</u>

                                              <u>P A G E S</u>

Examination by Mr. Ervin                      4 - 1 9 3
                                                1 9 7

Examination by Ms. Baker                      1 9 3 - 1 9 7
                                                1 9 8

<u>E X H I B I T S</u>

Defendants'
No. 1      Hand drawing                        1 4 1

Lynn B. Kornick, Court Reporter

lynnkornick@msn.com

502.500.7627

Arbitrations - Depositions - Audio & Video Transcription Services

4

1                      T A E - A H N   L E A ,

2       called upon oral examination by counsel for

3       Defendants, having been first duly sworn,

4       was examined and testified as follows:

5

6       EXAMINATION

7       BY MR. ERVIN:

8           Q.   Mr. Lea, will you tell us your full

9       name, please?

10          A.   It's Tae-Ahn D'Quanshae Clarence

11      Lea.

12          Q.   Where do you live?

13          A.   At 1618 Lois Morris Drive,

14      Louisville, Kentucky 40211.

15          Q.   How long have you lived there?

16          A.   Almost 19 years.

17          Q.   Okay.  Do you live with anyone else

18      there?

19          A.   Yes.  My mother.

20          Q.   Is there anyone else in the

21      household besides your mother and you?

22          A.   Yes, sir.

23          Q.   Who is that?

24          A.   My sister, T'nija, and my

25      grandmother, Linda.

Lynn B. Kornick, Court Reporter

lynnkornick@msn.com

502.500.7627

Arbitrations - Depositions - Audio & Video Transcription Services

5

1   Q. Your sister, did you say Maya?

2   A. T'nija.

3   Q. T'nija.  Okay.  Is she younger or

4 older?

5   A. She's younger than me.

6   Q. How old is she?

7   A. Sixteen.

8   Q. Is she in high school?

9   A. Yes, sir.  She is.

10   Q. Where does she go to school?

11   A. She goes to Doss High School.

12   Q. And you graduated from where?

13   A. Central High School.

14   Q. Central.

15   A. Yes, sir.

16   Q. What year did you graduate?

17   A. 2018.

18   Q. And how old are you now?

19   A. Twenty-one years old.

20   Q. Okay.  When was your birthday?

21   A. XX-XX-2000.  (Redacted by the court

22 reporter for identity protection purposes

23 but may be retrieved from backup audio

24 recording upon request.  Video timestamp:

25 10:16:46 A.M.)

1      Q.  So you just turned 21.

2      A.  Yes, sir.

3      Q.  Did you have a big day?

4      A.  I worked actually.

5      Q.  Yeah?

6      A.  I did.  A lot of guys wanted to take

7  me out, but I worked.

8      Q.  My birthday always seems to fall on

9  a workday and, somehow or another, I like

10  it.

11      A.  Yes, sir.  It was on a Saturday.  It

12  could have been a fun day but, you know,

13  it's a busy day for my line of work.

14      Q.  Well, for your line of work, that's

15  the day you want work probably more than any

16  other --

17      A.  Yes, sir.

18      Q.  -- is that a fair statement?

19      A.  That is true.

20      Q.  Let's talk a little bit about your

21  line of work.  What do you do?

22      A.  I'm a car salesman for Oxmoor Auto

23  Group.

24      Q.  Okay.  How long have you been there?

25      A.  I've been in Auto Group about --

7

1  almost four years.  Then, at the current
2  location, about three and a half.
3      Q.  Okay.  So the Auto Group implies
4  that it's more than one dealership.
5      A.  It is.
6      Q.  Did you work at any other of the
7  dealerships?
8      A.  Yes, sir.  I started at Oxmoor Ford
9  and Lincoln, and now I work at Oxmoor
10  Hyundai and Genesis.
11      Q.  Okay.  And how long were you at the
12  Ford-Lincoln?
13      A.  Four months.
14      Q.  And did you start there before you
15  graduated from high school?
16      A.  I did not.  I graduated high school,
17  had a couple months off, then started.
18      Q.  Okay.  And was that your first job,
19  with the Auto Group?
20      A.  It was.
21      Q.  Okay.  I'm a little bit confused,
22  because you said you had been with the Auto
23  Group a little over four years?
24      A.  Mm-hmm.
25      Q.  Okay.

8

1      A.   So the total line of when I was
2   there, then I went to school -- went to
3   barber college -- and then during that time,
4   I was still connected with the desk manager,
5   like my GSM now, and he brung me back on
6   board when he moved over to Hyundai due to
7   my performance at Ford.
8      Q.   Okay.  I'm still confused and let me
9   explain my confusion to you and then I'm
10  sure you'll straighten it out for me.
11     A.   Yeah.
12     Q.   When you graduated from high school,
13  were you 18 years old?
14     A.   I was.
15     Q.   All right.
16     A.   Yeah.
17     Q.   Okay.
18     A.   Seventeen right there, and then 18
19  was --
20     Q.   Okay.
21     A.   -- right there on line --
22     Q.   You graduated mid May or so --
23     A.   Mm-hmm.
24     Q.   -- and then, at the end of May, you
25  turned 18.

1        A.   Mm-hmm.

2        Q.   And it was at that point you got

3   your first job with the Auto Group.

4        A.   Yep.  Yeah.

5        Q.   And so four and 18 is 22, but you're

6   only 21.

7        A.   Right.

8        Q.   So that's my confusion.  How have

9   you worked there four years?

10       A.   So I guess, on technicality, what,

11  three -- yeah, a total of three years.

12       Q.   About three years --

13       A.   Yes, sir.

14       Q.   -- it sounds like, right?

15       A.   Yes, sir.

16       Q.   Three years and a couple of months

17  maybe?

18       A.   Uh-huh.

19       Q.   Okay.  All right.  You said that --

20  well, let me ask you.  When you first began

21  there out of high school --

22       A.   Uh-huh.

23       Q.   -- what did you do?

24       A.   I was a salesman.

25       Q.   Okay.  Did you have a connection to

10

1    the group?  How did you land the job?
2            MS. BAKER:  The court reporter is
3    asking you to say yes or no, instead of
4    uh-huh.
5            THE WITNESS:  Oh.
6            MR. ERVIN:  Yeah.  My fault.  I
7    should have asked you the same.
8            THE WITNESS:  Yes, sir.
9            MR. ERVIN:  It's just for clarify of
10   the record.
11           THE WITNESS:  Yes, sir.
12           MR. ERVIN:  She is -- this is Lynn
13   Kornick.  She's a court reporter and her job
14   is to take down every word that is spoken in
15   this room --
16           THE WITNESS:  Yes, sir.
17           MR. ERVIN:  -- by whoever says it.
18           THE WITNESS:  I understand.  I
19   apologize, I'm sorry.
20           MR. ERVIN:  No, no need to
21   apologize.  It's common -- a common problem
22   for all of us.  But, yes, if you can answer
23   yes or no and, if you need to explain an
24   answer, please do that.
25           THE WITNESS:  Yes, sir.

1          MR. ERVIN:  That helps with the
2     clarity instead of uh-huh and uh-uh, because
3     sometimes they don't come across very well,
4     on the written record anyway.
5          THE WITNESS:  Yes, sir.
6     Q.   (BY MR. ERVIN)  So back to my
7     question.  How did you have occasion to get
8     the job with the Auto Group?
9     A.   My father sold cars.  Very first
10    started off in Oxmoor Auto Group, and the
11    desk manager and him were very close
12    friends.  His name is Tim Robinson.  He took
13    me up aboard and put me on the sales staff.
14    Q.   Okay.
15    A.   Started selling cars at 18.
16    Q.   Had you ever been sold anything else
17    or been involved in any kind of sales before
18    that time?
19    A.   No, sir.  Didn't know anything about
20    sales.
21    Q.   But from what I understand, that
22    I've learned in this case, it sounds like
23    you're kind of a natural.
24    A.   Yes, sir.  It was really for the
25    experience, the line of credit, the how to

1   negotiate the numbers, the way to work

2   things like that.  It was more of a learning

3   experience that my dad was putting me in it

4   for.  Also the money that can be made in the

5   business and I did fair -- I would say I did

6   fairly well.

7        Q.   Yeah.  And so are you still part of

8   the sales staff?

9        A.   I am.  Yes, sir.

10       Q.   But you're at Hyundai now?

11       A.   Yes, sir.

12       Q.   Okay.

13       A.   Hyundai and Genesis.

14       Q.   What are your aspirations now four

15   years into it?

16       A.   Just keep doing what I'm doing, you

17   know, leading the board.  Top salesman of

18   the month.

19       Q.   How many months out of the last 12,

20   or let's say 24, have you been top salesman;

21   would you say?

22       A.   I've won every single month except

23   for March of last year due to COVID.  They

24   let us all go during the time and they brung

25   me back and two other guys, because I was

1    top sales, and I've won ever since then.

2        Q.   That's amazing.

3        A.   Yes, sir.

4        Q.   And congratulations.

5        A.   Thank you.  I appreciate it.

6        Q.   Do you know, is there something --

7    what do you think it is?  Or what would you

8    attribute your success to is a better story

9    or question.

10       A.   It's honestly the amount of hours I

11   put in there, you know, to -- honestly, I

12   use it as a distraction to keep me from, you

13   know, thinking about, you know, things.

14       Q.   Mm-hmm.

15       A.   It's a very relaxed job.  You know,

16   a lot of down time but, when you're up and

17   moving, you know, you're moving.  I enjoy

18   the sale, you know, just the accomplishment

19   of, you know, the seven-year loan, six-year

20   loan, financial decision, relationship I

21   build with customers.

22            But, truly, I get asked that

23   question a lot, and I do work 30 days.  I'm

24   there at work 7:30, 6:30.  Don't get off

25   till 8:00, sometimes 10:00.

14

1          But it's honestly like home, you

2    know, and I -- you know, salesmen make jokes

3    about it, bosses make jokes about it, but I

4    live there just because, like I said, it's a

5    distraction from -- I'm seeing the world and

6    everything that's going on nowadays.

7          So, at that moment, I can focus on

8    the buyer and the car and the numbers.  It's

9    all controlled by me.

10         Q.   Interesting.  So how does it work

11   when they're -- and let's say there are

12   three of you, three salespeople there at a

13   given time.

14         A.   Mm-hmm.

15         Q.   Do you take turns with customers who

16   come onto the lot?  How does the division of

17   the opportunity go?

18         A.   It's what we like to call a

19   gentleman's agreement.  It's who's really

20   not more seniority but who got there first,

21   you know.  Who has been sitting there in the

22   chair waiting on a customer the longest, you

23   know?

24         Q.   Okay.

25         A.   Where are you sitting at for the

15

1    month?  How many cars do you have out?  Does

2    this guy need one more car to cover his draw

3    or this guy just need one more car just for

4    the heck of it?

5          So it's a gentleman's agreement.

6    It's a staff of about 18 salesmen.

7        Q.   Okay.

8        A.   So it's a lot of guys and it gets

9    tough at times, but.

10       Q.   You work every day.

11       A.   I do.

12       Q.   Virtually.

13       A.   I do.  Except for today.

14       Q.   And are the other salespeople -- are

15   they generally trying to work, you know,

16   five days a week and an eight or a 10-hour

17   shift or --

18       A.   They do.  They work their normal

19   schedule.  That's the difference.  I always

20   know what's going on.  But it's already a

21   lot of hours, you know, just normal

22   schedule.

23          That's probably -- you know, that's

24   one of those big things of people in sales

25   though, you know.  You've got to be there

16

1    for the sale of the product.  Nothing is

2    done until something is sold.

3        Q.   Kind of like fishing for me.  You've

4    got to be there to catch them.  If you're

5    not --

6        A.   You do.

7        Q.   -- you won't.

8        A.   I do.  I enjoy fishing.

9        Q.   Oh, really?

10       A.   I do.

11       Q.   What kind of fishing do you do?

12       A.   Honestly, catfish, bluegill.  Out at

13   Diddles Creek.

14       Q.   Where do you go?

15       A.   Diddles.

16       Q.   Diddle Creek?  Where is that?

17       A.   It's near Shively area.  It's a

18   little pay lake.  It costs about 15 bucks to

19   get in, throw two rods out there, and I sit,

20   look at the water.

21       Q.   Great.  Are you usually with

22   someone?  You go by yourself?

23       A.   Yeah, my best friend.  He's probably

24   actually the one who taught me really how to

25   do it.  Fish.

1      Q.   And when was that?

2      A.   We started fishing right out of high

3   school together, and that's why we always

4   went to Diddles.   It's just a place we

5   always went to.   It's simple.   Throw the

6   rods in the back of the car and go.   Costs

7   15 bucks.

8      Q.   Have you thought about expanding

9   your horizons on that?

10      A.   One day.   We'll figure it out, you

11   know, as life goes on.

12      Q.   And by that, I guess I mean, I would

13   guess that, if you like it, you maybe have

14   thought about a boat and --

15      A.   I have.   You know, sometimes I see a

16   nice little pickup truck come in on

17   trade-in, thinking about maybe getting it,

18   going on, you know.   One day.

19      Q.   Yeah.   Yeah.   Well, you're busy

20   right now and you're enjoying it, it sounds

21   like.

22      A.   Yes, I am.

23      Q.   Okay.

24      A.   I'm very enjoying it.

25      Q.   Good.   Is there -- have you noticed,

18

1   is there any animosity from any of the other

2   salespeople in regard to your success; do

3   you think?  You know, you've got a crotchety

4   old 35-year-old in there who's not able to

5   make the same kind of sales.

6       A.  Honestly, no.  If anything, they

7   encourage me, you know.  Young, you know,

8   not very long in the business.  Probably the

9   hardest part for me is -- was the age

10  barrier.  You know, 30, 40-year-old man and

11  woman, and, you know, I'm asking them about

12  credit, income, what can you afford, you

13  know.  That was probably the biggest thing.

14      But other than that, the first month

15  I won salesman of the month, they all were

16  happy for me, encouraged me.  I beat the guy

17  who had won it the year before.  He was

18  happy for me as well, you know.

19      You know, when we get new salesmen,

20  they always tell them about me and my story.

21  Sit them down and let them know what they

22  can do, you know.  So I have a good team.

23  Good management.

24      Q.  Do you attribute any of your success

25  to your youth?  Do you think that people

1   say, yeah, it'd be good for this young guy
2   to get this sale?  Do you ever think people
3   think that?
4        A.   I do.   That was my sales pitch when
5   I started at Ford, you know.   Young, don't
6   know much, just trust me, you know, and
7   they'd send me out sometimes if -- we call
8   them TO's.   If one salesman can't sell the
9   person, they just send another face out
10   there.   Baby face, you know, they'll say
11   things like that just to maybe ease them
12   down.   That's all a part of sales.
13        Q.   I used to think that was part of my
14   success as a trial lawyer when I was
15   younger.
16        A.   Uh-huh.
17        Q.   When I was 25, 26, 27, you try a
18   case and I think that the youth, if you at
19   least demonstrate a little knowledge and
20   confidence, I think it can be an advantage.
21        A.   Yes, sir.   True believer in that.
22        Q.   Okay.   And I was asking you earlier
23   about aspirations and, by that, I guess I
24   was wondering do you ever see yourself in a
25   sales management position maybe or, better

1  yet, where I understand the money is is the

2  finance guy?

3       A.   That's what people believe, but the

4  best position on the floor is the salesman.

5       Q.   Okay.

6       A.   And when you think about it, you

7  know, you don't have to be there, you know.

8  You can leave when you want to.  Finance

9  guys nowadays are very limited because the

10  average customer is in and out of a car

11  every two or three years.  So that extended

12  warranty is not really getting bought like

13  it used to in the earlier days.

14       Q.   Gotcha.

15       A.   Being a desk manager, GSM, the one

16  who makes the numbers, that's probably the

17  funnest job because you get to sit down.

18       Q.   Mm-hmm.

19       A.   But you have to be there.  You can't

20  get up.  You can't go out.  You have to work

21  leads over the internet.

22            Honestly, if I was to get any job

23  besides a salesman, I'd like to be the GM,

24  that's the General Manager.  It's the head

25  honcho.  So it's the guy who sees the

1    numbers, but it's also the guy who gets to
2    talk to the owner the most.
3          But usually the toughest part is, in
4    the position I am, getting bumped up to
5    manager, you know, management, they usually
6    don't take their top salesman off the floor.
7          Q.   Right.
8          A.   This guy sells 30 to 40 cars for us
9    a month.  Why would we promote him?  I have
10   no problem with that.
11         Q.   Yeah.
12         A.   I mean, I make good money doing just
13   sales, you know.
14         Q.   It makes sense to me.  I don't
15   understand the promotional process
16   sometimes.  I think a lot of times you take
17   the best nuts-and-bolts person out of the
18   works --
19         A.   Yes.
20         Q.   -- and you no longer have that
21   productivity.
22         A.   Yes, sir.
23         Q.   Okay.  So with the idea -- say you
24   do think you want to be a GM some day, have
25   you thought about any further education, any

1    -- you know, to pursue management classes,

2    anything like that?

3        A.   I have not, honestly.  You know,

4    that's one of the biggest things that I like

5    about the car business.  You're fine with

6    just a high school diploma, you know.  No

7    college experience at all, and you don't

8    have to take it to income, but you still

9    have to provide for your family, but you're

10   making just as much as the doctor or the

11   lawyer who comes in, you know, with no

12   degree.  Just sales.

13          It's not for everybody though but,

14   you know, it has its ups and its down, its

15   times or highs, you know, but no.

16       Q.   Well, what about something else

17   other than cars?

18       A.   I graduated from barber school.  To

19   cut hair, that was always my goal from

20   middle school all the way through high

21   school, and I got put in the car business

22   for four months at Ford, and I don't even

23   think about picking up a pair of clippers

24   anymore.  I still went to school.

25          So, if it wasn't for the car

23

1    business, I would probably cut -- be a

2    barber.

3        Q.   Well, I guess I was asking about

4    selling something else, selling something

5    that maybe has even a higher profit margin.

6        A.   No.

7        Q.   Cars.

8        A.   Cars, yeah.

9        Q.   Okay.

10       A.   It's always -- everybody always is

11   going to need a car.

12       Q.   What do you drive?

13       A.   I drive a -- I have a 2003 Lexus LS

14   430.  I have a 2004 Honda Accord.  I have a

15   2021 Genesis G70.  Those are my vehicles.

16       Q.   I don't know cars that well, but is

17   the Genesis, is that something that you

18   sell?

19       A.   It is.

20       Q.   Or I'm guessing is at least within

21   the group there.

22       A.   It is.  It's Hyundai's luxury brand.

23       Q.   Yeah.  It's a high-end car, isn't

24   it?

25       A.   It is.  It's comparable to the BMW,

1    Mercedes, Lexus.  It's very under-looked

2    because it's sold on the same floor as a

3    Hyundai, and that was -- that's the biggest

4    problem from it.

5            That's why your average buyer -- I

6    mean, last year, the store probably sold 27

7    of them like the whole year, but recently

8    Tiger Woods -- you're familiar with him --

9    was driving one, and that's what he wrecked

10   and they said it saved his life.  We've now

11   sold over 150 of them this year --

12       Q.   Really?

13       A.   -- and I've bought one.

14       Q.   How many of those have you sold?

15       A.   That's weird.  Now that I drive one,

16   I sell more.  I've probably sold 20, 30 of

17   them.

18       Q.   You think owning makes it an easier

19   sell for you in terms of, you know, how

20   you're able to describe it and, you know, of

21   course, and say this is what I choose to

22   drive.

23       A.   Yes.  You know, you have a passion

24   for that vehicle.

25       Q.   Yeah.

25

1      A.   Know everything about it.  You're in
2   it every day.  It definitely is.
3      Q.   Mm-hmm.  This is a little touchy and
4   I'm not doing it to make you uncomfortable,
5   but it's sort of relevant to the issues in
6   this case, so I feel I need to ask it.
7          But, you know, at what kind of
8   income level are you with your business?
9      A.   Income last year, I made 207,
10  206,000, including bonuses and sales in
11  income.
12     Q.   Yeah.  You're way above a lot of
13  doctors and lawyers.
14     A.   Yes, sir.
15     Q.   That's great.
16     A.   I appreciate it.
17     Q.   I think it's terrific.
18     A.   Thank you.
19     Q.   Do you feel like you're on track to
20  do as well or perhaps better this year?
21     A.   I am.  Probably.  Possibly be a lot
22  higher.
23     Q.   Do you track it?  I mean, do you --
24  maybe you don't keep a spreadsheet, but I
25  bet you can look back and see how many cars

1    you sold in the month of February of --

2         A.   I do.

3         Q.   -- 2020.

4         A.   I do.  I sold 407 cars last year for

5    the Oxmoor Auto Group.  I was the second guy

6    for most cars ever sold at Auto Group.  This

7    year, I've had the highest gross deal paid

8    that the store has ever done in the lifetime

9    they've been open.

10             I always in the beginning of the

11   year -- you know, it's something I do

12   personally, something we do as a dealership.

13   We have like a goal sheet for the amount of

14   income that we want to make, you know,

15   throughout the year.  My goal is always just

16   a little over six figures, you know, I

17   should be fine.

18        Q.   Yeah.  That's -- that is amazing.

19   But you work hard for it.

20        A.   I do.

21        Q.   It's like any other successful

22   person I know, is it didn't just fall in

23   your lap, does it?

24        A.   No, sir, it does not.  There is that

25   -- definitely does not.

1      Q.   Well, tell me a little bit about
2  barber school and how this passion when you
3  were in middle school developed.
4      A.   You know, it's the enjoyment of a
5  haircut.  You know, the art behind it, the
6  design, the creation that you can do.  The
7  feeling that you get when you get out of a
8  chair.
9          I got that passion in middle school,
10  you know, the fresh haircut for school.  I
11  then started watching YouTube videos about
12  it.
13          And then I told my barber one day I
14  wanted to be a barber.  Gave me a pair of
15  clippers and, from there, I was practicing
16  on myself.  Just cutting friends.  It took a
17  while for them to trust me but, after they
18  seen me, you know, the trust was there.
19          Throughout high school, I played
20  drums and I had the opportunity -- I got a
21  couple of scholarships to play drums in
22  college, but I always wanted to be a barber,
23  so I decided to take the leap of faith.  I
24  always wanted the success story without
25  college.  That was always a goal of mine.

1      Q.   Really?

2      A.   Yeah.

3      Q.   What do you think is the root of

4  that goal?

5      A.   It wasn't that -- I loved school.

6  You know, I was Homecoming King, Mr.

7  Central, was very well known.  I just -- I

8  didn't want to go through another four

9  years.

10         You know, I didn't want to -- I

11  didn't have the passion to be a music

12  director.  I made beats, you know, and

13  Fruity Loops and films, but a lot of those

14  guys just get successful off later on in the

15  years off of one beat.

16         So I was going to be a barber.  And

17  I remember in high school, all my teachers

18  -- I will never forget -- they were all

19  like, you know, you can go to college and

20  play drums in the band.  I'd rather cut hair

21  though, you know, make an income to provide

22  for my family right out of high school.

23         It was only a nine-month program.  I

24  was like it's a no-brainer.  This is what --

25  you know, this is what I want to do.  And my

1    mother stuck behind it, and she was like,

2    okay, you want do to it, you want to do it.

3    So that's how it came along.

4         Q.   Okay.  So you were -- you played

5    drums?

6         A.   I did.

7         Q.   Were you in the band at Central?

8         A.   Uh-huh.

9         Q.   I had two boys play football and

10   when we would go to Central --

11        A.   Uh-huh.

12        Q.   -- you were that guy?

13        A.   I was that guy.

14        Q.   You were one of those guys?

15        A.   I was.  Yes, sir.

16        Q.   That was awesome.

17        A.   It is.

18        Q.   It was a great -- you all are

19   terrific.

20        A.   Yeah.  It was a very good

21   experience.

22        Q.   Yeah.

23        A.   I played drums in middle school, and

24   I went to Noe, which usually, you know, when

25   you go to Noe, you go to Manual and you try

1    out for YPAS.  I did the audition for YPAS.

2    You know, I could have made it.

3        Q.   Drums?

4        A.   Yep.  But there was something about

5    Central's band that I liked the style

6    better, yeah, than Manual's.  It was the

7    difference in Manual is playing, you know,

8    Beethoven, you know, Frieze.  Central was

9    playing the newest hits, you know, on the

10   radio.  I'm going to Central.

11       Q.   Mm-hmm.  So I have to ask, is this

12   on your eyebrow, is that style or is that a

13   scar?

14       A.   It is scar at the top.  At the

15   bottom of it, I was in barber school, and

16   one of the guys convinced me -- he was like,

17   hey, you should just follow it all the way

18   through.

19            I did it, and now the hair barely

20   grows back there anymore, so it's like I

21   think I kind of just opened it up.  It's

22   just there.  But yes, sir, it is a scar.

23       Q.   Okay.  So when did you -- you

24   started barber school -- did you start

25   barber school about the same time you

1   started at Ford and Lincoln?

2        A.   No, I started Ford and Lincoln, and

3   the reason why I left is because there was a

4   waiting list for barber school and, in order

5   for the waiting list, I was just at home,

6   and that's when my dad -- go to see this guy

7   at Oxmoor Ford.  Get you a job.

8        Q.   So when did barber school start that

9   year?  This would have been 2018.

10        A.   I think it was Nov -- if I recall,

11   it was November.

12        Q.   Okay.

13        A.   I think.

14        Q.   And how long is that course of

15   study?

16        A.   It's a nine-month program.

17        Q.   Which school did you go to?

18        A.   I went to Tri-City Barber College.

19        Q.   Were you satisfied with them and the

20   instruction that you got?

21        A.   I was very satisfied.

22             (INTERRUPTION)

23             MS. BAKER:  I sent a text, but they

24   got quiet -- louder before they could get

25   the text, I guess.

32

1          MR. ERVIN:  Oh.  Are you okay?  You
2     need a break or anything?
3          THE WITNESS:  No, sir.
4          MR. ERVIN:  Okay.  And anytime that
5     you do --
6          THE WITNESS:  Yes.
7          MR. ERVIN:  -- just let us know and
8     it's --
9          THE WITNESS:  Yes, sir.
10     Q.  (BY MR. ERVIN)  Well, so did you
11     learn to cut -- is there a -- was your
12     school primarily for African American, white
13     people, everybody?  Whose hair did you learn
14     to -- or what was your objective?
15     A.   It was right there near Louisville
16     campus, so it was a lot of, you know, like
17     Caucasian hair, straight hair.
18     Q.   Mm-hmm.
19     A.   But then we did, you know, get
20     African American clientele as well.
21          When I was cutting hair, you know, I
22     was cutting mostly African American hair
23     just because that was more of what the
24     instructor instructed to us.  Sit down in
25     our chair, the type of, you know, barbershop

1    we were into -- which barbershops we liked
2    in Louisville, you know, more of them was in
3    there.
4            But you definitely should learn how
5    to cut both, you know, you shouldn't be
6    biased on any hair.  I cut women's hair, did
7    -- I did a perm or two.  Never do it again,
8    but it -- too long of a process.  Cut
9    women's dead ends, you know, things like
10   that.
11           So I cut all hair.  I did shampoos,
12   dyes.  Did it all.  There was a lot of
13   Louisville campus students though.  There
14   was a $5 haircut, $3 shave.
15       Q.  So your opportunities were dependent
16   on who walked in the door.
17       A.  It was.
18       Q.  Okay.
19       A.  But after that, you know, after
20   you've been there for a month or two, you
21   end up it's like a client now.  I'm going to
22   this guy, you know.  He did good on my hair
23   last time, finish off a conversation that we
24   had, so.
25       Q.  Okay.  And did you go continuously

34

```
 1    from start to finish through barber school?
 2        A.  I did.
 3        Q.  Okay.  So, if you started in
 4    November, you would have graduated roughly
 5    in about August that next year or --
 6        A.  I don't recall exactly when --
 7        Q.  Okay.
 8        A.  -- I graduated.  It was -- of
 9    course, it's the consistence of hours.
10    That's how it plays off.  If you go every
11    day that you're supposed to, it should be
12    this many hours.  You should graduate then.
13        Q.  Sure.
14        A.  But there was a few days I did miss.
15        Q.  Mm-hmm.
16        A.  There's some time I took off, you
17    know, almost two weeks, three weeks that I
18    took off.  So, as soon as you take off, you
19    know, it pushes the date back.
20        Q.  Mm-hmm.  Gotcha.  Was there one
21    primary instructor there or how was the
22    instruction?
23        A.  There was three.
24        Q.  Three.
25        A.  The owner's name is Steve.  He was
```

1    there Tuesday, Wednesday.  His son was there

2    Thursday.  His other son was there Friday.

3    Steve was back Saturday.

4        Q.  Okay.  Did you retain any of the pay

5    for any of the haircuts or was that part of

6    the tuition that you were paying?

7        A.  I'd receive tips --

8        Q.  Okay.

9        A.  -- from cutting the hair.  On days

10   -- I think some days I could make 70, you

11   know, bucks.  Some days 10 bucks.  But Steve

12   was pretty good on, when you got the

13   haircut, if he sees you worked hard on it

14   and you didn't get a tip, he would give you

15   money.  You know, he'll take care of you.

16   You know, pay you for your hard work.

17        It's already -- he was a little

18   leery, you know, all these haircuts you do a

19   day and you get -- you know, it's not like

20   you're paid for them.

21        Q.  So but, at present, you don't have

22   any further aspiration to be a barber.

23        A.   I would always have that passion,

24   you know, to cut hair.  Do I cut it as much

25   as I used to?  No, sir.

Lynn B. Kornick, Court Reporter

lynnkornick@msn.com

502.500.7627

Arbitrations - Depositions - Audio & Video Transcription Services

1       Q.   I was going to say, you're cutting

2   hair now though, I would guess at times,

3   aren't you?

4       A.   No, sir.

5       Q.   Nobody at home?

6       A.   I do a friend every now and then if

7   he can catch me after work when I'm not

8   tired, but I can cut my own hair.  Other

9   than me, that's it.

10      Q.   So what's a typical day for you now?

11      A.   A typical day?

12      Q.   Yes, sir.

13      A.   What do I do?

14      Q.   Yes.

15      A.   I wake up.  I'm at work by 7:30 at

16  the latest.  I unlock the doors.  I'm the

17  first one there.  We don't open up until

18  9:00, so I'm clearing out tasks, sending out

19  happy birthdays, thank you letters.

20          By the time 9:00 rolls around, I'm

21  outside waiting on somebody to pull up.

22  Usually, I have a customer by then.  I go

23  through my customers throughout the day.  I

24  eat.

25          It's a lot of flying and buying, you

1    know.  You fly/buy type thing in the car

2    business.  So I'm out getting food all day.

3         Q.  I don't know what you mean by

4    fly/buy.

5         A.  You know, you send a guy out, he

6    buys, you know, for you.  If you drive and

7    go get it, you know, he'll pay for the meal.

8         Q.  I'm still not following you.

9         A.  So usually like, when it's lunch

10   time, I would say, hey, I'm going to

11   Bravo's, you know.  All right.  If you go,

12   get me something, I'll pay for it.

13        Q.  Gotcha.

14        A.  I say okay.  So that's flying and

15   buying.  You fly/buy.

16        Q.  Gotcha.  Okay.

17        A.  It's a lot of like -- it's a lot of

18   hours in the car business, so you eat

19   probably two or three times a day.

20        Q.  So, if you can avoid it, you don't

21   take the time to go.

22        A.  I do not.

23        Q.  You're going to make more money

24   there than you're going to lose in buying

25   his lunch.

1      A.   Yep.

2      Q.   Gotcha.

3      A.   A missed opportunity, so.  And they

4  know that.  You know, they know the amount I

5  work now, so usually they just text me and

6  ask me if I want something to eat, because

7  I'm outside waiting for a customer.  Get me

8  this.  They take care of me.

9      Q.   Okay.  So lunch time comes and goes.

10     A.   Throughout that time, I'm constantly

11  -- I probably talk to three or four people a

12  day.  8:00 rolls around.  If I still have a

13  customer, still have to go through finance.

14  Usually, I'm out of the dealership by 8:30,

15  9:00.

16          After that, go home.  Shower.  Now I

17  just go to sleep, and then sometimes leave

18  work, get off work, I'll ride by -- I

19  usually do a loop through my rental

20  properties that I have, take a loop through

21  there, and then I go to my girlfriend's

22  house and home around 10:00.

23     Q.   Okay.  You just told me way too much

24  to handle.

25     A.   I'm sorry.

1       Q.   You like to fish.

2       A.   Uh-huh.

3       Q.   You've got a girlfriend.

4       A.   Uh-huh.

5       Q.   You're managing rental properties.

6       A.   Yeah.

7       Q.   And you're working at least 72 hours

8    a week, if not 80.

9       A.   Yes, sir.

10       Q.   That's a busy life.

11       A.   It is.  But it keeps me -- it keeps

12    me busy.  It keeps me going.  It keeps me

13    moving.

14       Q.   You like the lifestyle?

15       A.   I do.  You know, I don't know why I

16    do it, you know.  At such a young age, I

17    don't have a lot of free time.  I'll say

18    that.  But it's more of a mental thing.

19    Like I said, to just keep my mind, you know,

20    busy.

21       Q.   Mm-hmm.

22       A.   You know, I just -- I think it's

23    habit.  I'm the first to admit, you know, an

24    idling mind is where the devil lives, you

25    know, all those bad thoughts.

40

1      Q.   Idle hands are the devil's workshop.

2      A.   Yes, sir.

3      Q.   Did you grow up hearing that one?

4      A.   I did.  So that's why, you know, I

5   stay busier than I did when I was younger,

6   you know.  I was in the house.  I was

7   playing drums.  I would like to watch

8   Netflix.  I liked to watch YouTube, you

9   know.

10          But, more of that now, and I read,

11   just do things like that to keep me busy.

12   It is a busy life though.

13      Q.   How often do you see your

14   girlfriend?

15      A.   Probably four days.  Four or five

16   days out of the week.  We see each other

17   enough.  You know, she understands I work a

18   lot.  She knows that.  She can obviously

19   tell, but.

20      Q.   Does she have a career in school?

21      A.   She is a dental assistant at

22   Mortenson Family.  She's just graduating --

23   she's soon to graduate dental assistant

24   school.  But, you know, she works quite a

25   bit too.  So it kind of works out perfectly.

41

Q.   You have the Genesis, and then you
mentioned two other cars.

A.   Mm-hmm.

Q.   What's the objective of holding onto
those other two cars and paying -- are you
keeping insurance on them?

A.   I am.  Honestly, the Honda Accord is
more of a -- like that -- it's weird to put
it.  It's like a car that I'll always
remember.

Q.   Sentimental?

A.   Yes, it is.  It's a success car.
You know, it's a -- I was driving a Charger
at first, you know, and then everything went
on and I got the Honda Accord.  You know, I
wouldn't say it was -- it wasn't the biggest
upgrade.  It was an upgrade to me though,
you know --

Q.   Mm-hmm.

A.   -- and a lot of, you know, Warren
Buffett, you know, books that I read is
about the average guy would just keeps --
keeps that one car.

     The '03 [sic] Honda Accord, I'll
never forget, I was going to work one day

1    and I seen when they was building the new

2    Oxmoor apartments, one of the guys out there

3    in a suit and tie was at the light, and I

4    seen him get into a Honda Accord.  It was an

5    older Honda Accord.  Looked like a well-off

6    guy.

7        Q.   It wasn't about the car he drove --

8        A.   It wasn't.  It was free and clear.

9        Q.   -- except that it worked.

10       A.   Didn't have payment, and that's

11   the -- that was mindset that I had, and that

12   was -- and that's what gave me the passion

13   to keep the car, you know.  I have that

14   Honda Accord, and it still runs.  Check

15   engine light pops on every now and then.

16   It's almost 200k miles but, hey, it's a

17   Honda, you know.

18        The Lexus was more of a project car.

19   You know, I got it -- when we got it in,

20   it's that nice pearl white with that cream

21   interior.  I got it for a good deal, of

22   course, and it was more of like I wanted to

23   work on it.  I wanted to buff it.  I wanted

24   to put, you know, some subs in there.  I put

25   over three grand worth of music in there, an

1    aftermarket screen at Roberts Audio right up
2    the street.  That's that car.
3        Q.   Like a tailgate car.
4        A.   There you go.  Yes, sir.
5        Q.   Any sports?  You follow any sports?
6        A.   Not really.  I just got into soccer.
7        Q.   You been out to the new stadium at
8    all?
9        A.   I have.  I went to the Louisville FC
10   Stadium.  I get tickets from the Oxmoor Auto
11   Group, and we have like front row seats
12   right there, especially made for Oxmoor Auto
13   Group on the back of it.
14           I went to watch Mexico and -- I
15   forget the other team that played -- and
16   Nashville.  But I never understood the
17   sport.  I always used to see it on.  It was
18   a long game, but I've slowly got into and
19   like it now.
20       Q.   A lot of action.
21       A.   It is.  You know, it's very intense.
22   Two, three goals a game, you know.  All
23   those shots.  It's nice though, yeah.
24       Q.   Did your girlfriend go with you?
25       A.   She did.  I took her whole -- all

1      her family.  We all went.

2            Q.   You got the box?

3            A.   We did not get the box.  We did get

4      --

5            Q.   But enough seats to take who you

6      wanted.

7            A.   Yes, sir.

8            Q.   Gotcha.

9            A.   We got good seats.

10           Q.   You mentioned books that you read.

11           A.   Mm-hmm.

12           Q.   What books do you read?

13           A.   I'll be honest.  I'm a one or two

14     book type guy, and I will reread it and

15     reread it.

16           Q.   Really?

17           A.   The book is Napoleon Hill.  It's

18     Think and Grow Rich.  That's my book.

19           Q.   Say that again.

20           A.   It's called Napoleon Hill.  That's

21     the author's name.

22           Q.   Uh-huh.

23           A.   It's called Think and Grow Rich.

24           Q.   Think and Grow Rich.

25           A.   Yes, sir.  It's more of a live by a

1    lifestyle type book.  You know, stories of
2    -- you know, one of the biggest lessons in
3    that book is to take a poster board, you
4    know.  Went and got a poster board.  You
5    write down six goals on there that you want
6    with your life.
7           You know, my goal list, it was, you
8    know, graduate barber school, you know, own
9    two rental properties by the age of 19.
10   Make around this income in life.  Have a
11   2005 Ford Mustang.
12          And it was basically to -- the book
13   was entitled on -- if you wake up every
14   morning and you look at that poster board
15   and you say it, you have desire when you say
16   it and you believe in it, that you can
17   achieve it.
18          I've achieved every goal on that
19   list except for the 2005 Ford Mustang.
20   That's because I realized that I'm not a big
21   fan of Ford Mustangs anymore being in the
22   car business.  They have problems with that
23   car.
24          So that's what that book is about.
25   It's about the stories of, you know, being

grateful, you know.  Don't give up.  Achieve
your goals.  Say it over and over in your
head every day.  You know, work hard.

One of the main stories is about the
guy who knew somewhere where gold was, and
he went back to his hometown and got a whole
bunch of money from everybody in town to dig
in that one location and, when he'd dig in
that one location, there was no gold.

So he took the machinery and sold it
to a guy who works at a junkyard.  Guy took
the machine and went two feet over from
where the guy was digging from and found the
gold.

It's basically to keep going.  Keep
pushing through it.

Q.  Are a lot of the lifestyles that are
examples in that book the type that you're
leading?

A.  It is.

Q.  A lot of hard work?

A.  It is.  It's, you know, the wake up
early, get the couple of extra hours that
the average human sleeps during.  Get to
work early, you know, have passion behind

47

1   what you do.

2       Q.   Those are all values that are taught

3   in that book.

4       A.   Yes, sir.  It is, and it's worked.

5       Q.   So you're living by those values.

6       A.   I am.

7       Q.   And it's working.

8       A.   Yes, sir.  First to admit it.

9       Q.   Yeah.  Well, that's great.  Is there

10  another book or books?

11      A.   You know, I attempt to read the

12  Bible.  It's a long book, but I really

13  attempt it.  There's a lot of words in there

14  that I also don't understand.  It's the

15  365-year-old [sic] Bible that you should

16  read, it's like six pages a day and, you

17  know, I've always told myself -- I've had it

18  for almost two years now.

19      Q.   Haven't gotten there yet?

20      A.   I have not.

21      Q.   My wife did that one year, and I

22  don't know if she made it in the year

23  either, but.

24      A.   I have not gotten through it.

25      Q.   I think maybe she just did the New

1  Testament and let it go.

2       A.   Right.  I'm not really sure what it

3  is.  Those are one of those books, you know,

4  I just got it, and then I tried.  I've tried

5  it for, like I said, two years.  I think

6  it's still on February, you know.

7       Q.   Yeah.

8       A.   It's bookmarked still in February.

9       Q.   Do you feel -- are you a religious

10  person; do you think?

11       A.   Yes, I do believe in God.

12       Q.   Do you attend church?

13       A.   I did a lot.  My biggest problem

14  with church is the money, the as many times

15  as the preacher asks us for money.  And I

16  gave my money, you know, I did, I did, I

17  did.  But it's more the message that I went

18  for.

19       Q.   Mm-hmm.

20       A.   You know?

21       Q.   Mm-hmm.

22       A.   The lesson.

23       Q.   Where did you go to church?

24       A.   I went to Saint Stephen's.  I

25  listened to Reverend Cosby.

49

```
 1        Q.   Yeah.  Has that always been your
 2   home church?
 3        A.   It has been.  That's where I went
 4   when I believe I was younger.
 5        Q.   So, if you went this Sunday, is that
 6   where you would go?
 7        A.   Mm-hmm.
 8        Q.   If you marry this young lady, is
 9   that where you'll be married?
10        A.   Yes, sir.
11        Q.   Gotcha.
12        A.   It will be.
13        Q.   I want to talk a little bit more
14   about your high school experience and your
15   -- it's becoming apparent to me, but I want
16   to ask you more about your popularity and
17   how you feel like that got -- how you feel
18   like that started.  You had to be an
19   outgoing person.
20        A.   Mm-hmm.
21        Q.   Right?
22        A.   (Nods head affirmatively)
23        Q.   So you got involved in band --
24        A.   Yep.
25        Q.   -- when you started high school.
```

50

1    What other things were you involved in?

2         A.   Really, band.  You know, being in

3    the band at Central is like being on the

4    football team, being a basketball player,

5    you know.  You are that guy, you know.

6              Where it came from, you know, I

7    played drums in middle school, of course,

8    and then the band director seen me in middle

9    school, and that's how I kind of got the

10   letter and audition to go on to Central as

11   well.

12             But I played snare my freshman year.

13   Snare drum is usually a drum you have to

14   work up to your junior and senior year.

15   It's -- you know, it's a difficult drum to

16   learn, but I played it freshman year coming

17   right in.  I was the first freshman to be on

18   the snare line.

19             After snare, I played quads, which

20   is another difficult drum.  It's five drums

21   at one time.  But being the ability and

22   everybody knowing about the band at Central,

23   there's this freshman on the snare.  Who is

24   this guy?

25             You know, you asked me if I sold

1    anything before.  I used to sell chips in
2    school.  I was also the guy who sold chips.
3    So I'd provide people lunch -- you know, a
4    snack during the day.  So I was also known
5    for that.
6            Teachers liked me, you know.  I was
7    always involved in the lesson.  I was the
8    one who listened and I'd ask the question
9    that nobody would ask.  That was it.
10           Like when one of the big ones was --
11   just like, you know, I was a question
12   person.  I would ask you anything.  If I
13   wanted to know it, I'll ask it, you know.
14   He who asks the question is a fool for a
15   moment, but he who would never ask the
16   question is a fool forever.  So I would
17   always ask something -- anybody and
18   everybody.
19           So that's where my popularity --
20       Q.   And that's how you learned that you
21   endure yourself to people, isn't it?
22       A.   Uh-huh.
23       Q.   You agree with that?
24       A.   Yes, sir.
25       Q.   I mean, if you and I go fishing and

1   all I do is talk about me --

2        A.   Uh-huh, right.

3        Q.   -- well, you're not going like me

4   very well.

5        A.   No, sir.

6        Q.   But if I want to know about you,

7   then you start relationships that way, and

8   I'm sure that's what you do with your

9   customers too, you know.

10       A.   Yes.

11       Q.   Have you got family and, you know,

12  what do you do and --

13       A.   It's truly a -- it's a sell

14  yourself.  You have to sell yourself to the

15  customer.  You don't sell the vehicle.  You

16  sell your personality.

17       Q.   Sure.

18       A.   You have to like me.

19       Q.   Which is what all the lawyers around

20  this table try and do.

21       A.   That's fair.

22       Q.   But I'm sure I'm not as successful

23  as you.

24       A.   I wouldn't say that.

25       Q.   No, truly.  You're a very likeable

1    person.

2         A.   Thank you, sir.

3         Q.   So you weren't a class clown by any

4    stretch, right?  I mean, you were the

5    question asker and maybe sometimes the

6    questions were funny --

7         A.   Yes, sir.

8         Q.   -- or, as you said, the one no one

9    else would ask.

10        A.   Uh-huh.

11        Q.   But that gave you notoriety.

12        A.   Yes, sir.

13        Q.   Is that a fair statement?

14        A.   That is true.

15        Q.   Okay.

16        A.   Yes, sir.  I didn't joke off.  You

17   know, I respected my teachers.  I respected

18   people, you know, and I probably showed --

19   you know, if somebody shows respect, I

20   probably stepped a little bit further of

21   more respect to the teachers, so that's why

22   they liked me even more.  But, yeah.

23        Q.   Well, and you knew -- you figured

24   out which side your bread was buttered on.

25   Is that a fair statement?

1    A.   That is true.

2    Q.   I mean, you catch more bees with

3    honey than vinegar, right?

4    A.   Yes, sir.  You do this, this'll

5    happen, you know.  That type thing, so.

6    Q.   That's harder for a lot of us to

7    learn than others.

8         So the chip deal.  I mean, were you

9    buying them at the grocery and selling them

10   at school or --

11   A.   I was.

12   Q.   -- how does that work?

13   A.   It was Gordon Food Service.  You buy

14   a box of 32 bags of chips for 14.99.  You

15   sell a bag of chips for a dollar.  It was a

16   good profit there.  Especially, it pushed me

17   to go to school, you know, of course, Monday

18   through Friday.  I was leaving money on the

19   table if I wasn't.  But -- so my attendance

20   was perfect.  But, yes.  It was.  That's how

21   it was.  I saved up a lot.

22   Q.   How many cases would you sell in a

23   week?

24   A.   You know, believe it or not, I would

25   probably sell three boxes -- two boxes a day

1   myself.

2        Q.   Two boxes a day.  So how did your

3   storage and all of that, how did this work?

4        A.   That's pretty funny.  I had so many

5   boxes from Frito-Lay in my bedroom, it

6   probably took over my wall.  I had got to a

7   point to where I started to realize how much

8   money could be made that I could start

9   employing people.

10            So I probably had two friends that I

11  did retrieve to do it.  I left three

12  backpacks full of chips in my car, and they

13  sold for me, and they made 60 bucks a week

14  doing it.  I mean, when you're in school,

15  you've got to be at school.  It's as simple

16  as, hey, you got chips?  Yeah.  Thank you.

17  You know.

18       Q.   Nobody in administration ever gave

19  you any --

20       A.   So that was the thing.  I got caught

21  one time doing it when I wasn't supposed to

22  do it, and I stopped for -- doing it, and

23  that's when the employees came along, but

24  teachers, you know, that's where -- like you

25  said, bread and butter.  This teacher likes

1      me.

2           So they allowed me to do it.  You

3      know, I was giving them a pack of Skittles,

4      bag of chips here every now and then but,

5      other than that, you know, Tae, somebody's

6      at the door for you.

7      Q.   I think you are the next Warren

8      Buffet.  Interesting.

9           Did you hold any student government

10     positions during school?

11     A.   I did not.  I didn't shoot for that

12     -- that type of stuff.  You know, I

13     encouraged, you know, the people who did.

14     Q.   I'm sure.

15     A.   I was there.  I was alone, you know,

16     but I did not participate in anything like

17     that only because I was focusing on chips

18     and band honestly.

19     Q.   So let's talk about how your days

20     were in high school.

21     A.   So --

22     Q.   I'm getting the impression they were

23     long days then also.

24     A.   They were.

25     Q.   Is that a fair statement?

1      A.   It was.  I would probably be at
2  school an hour early.  I drove to school,
3  loaded my backpacks in the morning time,
4  walk in.
5      Q.   So you'd fill your backpack with
6  chips.
7      A.   Yes, sir.
8      Q.   Okay.
9      A.   I'd have two backpacks.
10      Q.   That was my big question about
11  storage, is how are you getting two cases of
12  chips to school to get them sold?
13      A.   Oh, yes.  So that was like the bag
14  that usually my drumsticks are in.  Drum
15  book, band paperwork.  It was full of chips,
16  and I had a back pack on.
17          And then, be at school, go to class,
18  store a bag in my locker.  Go throughout
19  classes, lunch.  After school, you had 30
20  minutes before band practice started.  Get
21  dressed and was out on the field from -- I
22  don't recall the exact time, but I think it
23  was like 4:30.
24      Q.   In a lot of ways, it was as hard as
25  football too, wasn't it?

58

1          A.   It was.  You know, we were out there
2     in the sun.  I was carrying a heavy drum.
3     It was -- something that was funny --
4          Q.   I had a brother who played tuba, so
5     I know.
6          A.   That's a heavy instrument.
7          Q.   Yeah.
8          A.   You know, you're talking -- it's
9     funny, you know, you have your debates with
10    the football team and band.  You know, a
11    football player get a break through every
12    play.  There in the band, you know, you're
13    marching for 20 minutes straight, you know,
14    legs up, had to keep the music, what's next.
15    You know, this is harder than football, you
16    know.  But that was a normal day after
17    school.
18         Q.   Then so what time would you get home
19    from band practice?
20         A.   I'd be at home probably at 6:00
21    right then and there, because I also -- at
22    the time, I was participating also in River
23    City, River City Drum Corps.
24         Q.   Okay.
25         A.   And usually that practice started

59

1   around 6:00.  So I was juggling between

2   those two things.  I eventually stopped

3   River City Drum Corps, just did high school

4   band, and then I would be home the rest of

5   the day until the next day.

6        Q.  And then, I mean, so how would your

7   evenings go?  At some point, you ate, I

8   guess?

9        A.  Yep.  I would eat at home.  I didn't

10  go outside much to play around the

11  neighborhood.  Occasionally I would, but I'd

12  stay home.

13       Q.  Did you practice your drums later in

14  the evening also?

15       A.  I did have a drum set, yes.  I would

16  --

17       Q.  Okay.

18       A.  -- practice my drums sometimes, but

19  I wasn't -- I wasn't -- I have a drum set.

20  I can play a drum set.  I wasn't big into

21  drum sets.

22       Q.  You were more about the --

23       A.  I was more of the snare, you know,

24  or a quad.  I was --

25       Q.  In the march-type cadences.

1      A.   Mm-hmm, yep.

2      Q.   Gotcha.

3      A.   Yes, sir.

4      Q.   Studies?  I mean, what occupied your

5   time then after supper?  Seven, eight

6   o'clock in the evening?

7      A.   Just bed.  I would literally be in

8   bed.  I'm a very at-home person.  I don't go

9   out much.  I don't like parties.  I'd be at

10  home.

11       Just Netflix, like I said.  That was

12  when I was Netflixing and YouTubing, and I

13  had a piano.  I play piano just a little

14  bit.  I took piano lessons for a little

15  while, so I practiced my chords and things

16  like that.  That's it.

17       MR. ERVIN:  Okay.  Let's take a

18  short break.  All right?

19       THE WITNESS:  Yes, sir.

20       MR. ERVIN:  About five minutes or

21  so?

22       THE WITNESS:  Yes, sir.

23       (OFF THE RECORD, 11:13-11:26 A.M.)

24     Q.   (BY MR. ERVIN)  Mr. Lea, I wanted to

25  ask you about your rental properties.

1      A.   Okay.

2      Q.   Tell me about them.

3      A.   I now have -- I have three.

4      Q.   So you've exceeded your goal.

5      A.   Yes, sir.  I have one

6 commercial-zoned property, and I'm soon to

7 close on another one in about a month or so.

8      Q.   Will the fourth one be a commercial

9 property, also?

10     A.   It'll be a rental.

11     Q.   Okay.  And are these homes or an

12 apartment building?

13     A.   They're homes, actual individual

14 houses.

15     Q.   How do you work the maintenance of

16 them?

17     A.   Truly, it's like a group of five

18 guys, six guys, that do the work.  Very

19 simple.  Just get the place, get a quote,

20 get another quote, and go with that one.

21          But the guys that we've had, have

22 worked on two of our houses, so we have them

23 kind of underneath our belt.  They like to

24 work with us and they do the work pretty

25 fast.  They do good work.

1      Q.   You're saying "us."  Are there other
2  investors involved?
3      A.   It's not investors.  It's my father.
4      Q.   Mm-hmm.
5      A.   He does more of it, I'll be honest
6  with you -- do more of the money part of it
7  and I do my money part of it.  He does the,
8  you know, the finding.  When it comes to
9  negotiations, we both negotiate.
10         When it comes to this color wall or
11  that color wall, that's all him, you know.
12  I'm more of, hey, you should invest your
13  money in this.  I'll take a gamble at it.
14  That's how I got into it honestly.
15      Q.   Okay.  Are you in any other ventures
16  with your father?
17      A.   Yes.  I have the commercial-zoned
18  property, and I soon to -- right now I'm
19  getting certified plumbers and everything
20  like that to get that up and going.  Soon to
21  make it almost like a Dairy Kastle, which if
22  you're familiar with that.
23      Q.   Yes.  It's not the -- is it an
24  existing Dairy Kastle?
25      A.   It is not an existing Dairy Kastle.

1    That's -- I plan to have the same concept of

2    that.

3        Q.   Gotcha.

4        A.   The style of it.  You know, just a

5    nice, fun place.

6        Q.   So you're not buying a building to

7    lease to somebody.  You're buying a building

8    to operate a business out of.

9        A.   I am.

10        Q.   Oh, wow, and the restaurant business

11    at that.

12        A.   Yes, sir.  Didn't see that coming

13    from anywhere, but it was a great

14    opportunity to buy the building, and it was

15    commercial-zoned.

16            We thought about a little small used

17    car lot maybe, you know, just because we're

18    both familiar with the car business, but

19    they were like we've seen profitable things,

20    and who doesn't like sweets.

21            So that's kind of -- we came up with

22    that and we're swinging for it.  We own the

23    building.  Doesn't work out?  On to the next

24    idea, you know.

25        Q.   Does anybody have any experience in

1  that business?

2      A.   No experience at all.  It is swing

3  from the wing, you know.

4      Q.   Where is it located?

5      A.   It's on Robin Street.  So it's right

6  there where the Sonic used to be by

7  Churchill Downs.  It's near the Louisville

8  campus area.  It's at the very, very end of

9  Algonquin.

10     Q.   Okay.

11     A.   Very high popular area.

12          MS. BAKER:  Is that Winkler?

13     A.   I don't know the exact street right

14  there by the Walgreens and there's a Family

15  Dollar, and there's the building.

16     Q.   Yeah.

17     A.   It's in a good spot.

18     Q.   Yeah.  I drive past it all the time.

19     A.   Yeah.  I've -- I'm using that area

20  as the value of it.  It's crazy right now.

21  Of course, the realtor market is crazy at

22  all --

23     Q.   Yeah.

24     A.   -- but, I mean, it's the value of

25  the houses that I've bought, you know, what

1    they're worth now.

2         Q.   I'll bet they're double, aren't

3    they, or more?

4         A.   Yeah.  So, yes, sir.  Yes, sir.

5    It's crazy.  Three times the value of it, so

6    pull the equity out of one of them and buy

7    two more.  That's -- I kind of got really

8    lucky on my very first one.  Bought it

9    really low, and it appraised for about 150

10   grand more than what I bought it for, so.

11        So a steal, and then they got the

12   building, and then now that they're

13   announcing the, you know, the casino and the

14   hotel for Churchill Downs they announced

15   about two weeks ago.  They've been talking

16   about it for years, but that's what made me

17   buy in that area, around that area really.

18   It's just a great area.

19        Q.   Between that and UofL, that type of

20   a restaurant, you would think --

21        A.   Yeah.  It ought to be.  We'll see.

22        Q.   Tell me a little bit about your

23   relationship with your dad.  Was he in the

24   home when you were growing up?

25        A.   As a baby, yes, sir.  Growing up,

no, sir.  He started -- we started getting

really more involved around 17, and now we

have a phenomenal relationship.  You know, a

business partner.

        We have a true -- we have a fine

line that, hey, we are business partners,

you know.  He's a man, I'm a man.  You're

grown, you're grown.  We live off of each

other, but we're business partners, and he's

also my father, you know.  You only get one

dad and one mom.

        So he's -- no matter what, at the

end of the day, he is my father, but we have

a good relationship, you know.

        He -- you know, he brags sometimes

because he put me in the car business, so

it's kind of like, hey, man, you wouldn't be

here, you know.  But, you know, I had the

talent for it, but probably wouldn't have

gone for it.

    Q.   During the time, was he aware of

your chip sales business?

    A.   He didn't know I sold chips.  After

the fact, when he asked me, have you ever

sold anything.  You know, I sold chips in

1    high school.  You know, okay.

2           But he was in the car business for

3    25 years, and he has always been a salesman.

4    He's never had a management position.  So he

5    is a believer in, you know, like I said,

6    nothing happens until something is sold.

7         Q.  Has he had anywhere near the type of

8    success that you have had?

9         A.  He has not.  I wouldn't say that

10   that way.  He's very known in the car

11   business.  Any dealership in Louisville.  He

12   probably sold 15, 20 cars a month, but his

13   motto and the way he worked was he'll go to

14   a dealership for three to four months.

15   He'll go in.  He'll beat the top guy, make a

16   lot of money, he'll leave.

17          That's what some guys do.  You know,

18   you go in, you get your sign-on bonus.  You

19   get a demo, sell cars and you're gone.

20   That's what he did about 25 years.

21        Q.  So maybe he didn't have the same

22   type of success that you have, I guess, but

23   certainly successful in that it kept him in

24   the business and, I guess, a good provider

25   to you.

1     A.   Yes.   He motivates me.   You know,

2   beginning of the month, it's a rough time.

3   He knows the ins and outs.   The car business

4   will always be the car business.   It has not

5   changed since the 19-somethings until now,

6   you know.   It's still ABC -- always be

7   closing -- you know.

8     Q.   What do you -- he helped you through

9   some rough times.   What do you mean there?

10     A.   As in, you know, periods of the

11   month.   You know, I'm a -- I try to average

12   one a day.   If I don't get one a day, you

13   know, it's like I'm two behind or if I'm

14   here, you know, and I'm down mentally,

15   something's on my mind, you know, I'm not

16   sure what it is.

17        It's a different feeling when you

18   sell a car.   You know, it is a whole

19   different feeling, but it's going to work,

20   man.   Sell a car, you know, or what are you

21   upset for?   You know, you have three rental

22   properties.   You've got this.   You're 21

23   years old.   Doing great.

24        So he motivates me that way.

25     Q.   He's a good cheerleader for you.

69

1       A.   He's a very good cheerleader.   Tells

2   me I need to pay him for it.   But he is.   He

3   pushes me along.

4       Q.   Good.   What do you know about his

5   background?   Educationally?   How he grew up?

6       A.   He is an intelligent guy.   I mean,

7   he knows a lot, and I'm not saying that

8   because he's my father.   That was his

9   biggest benefit to success in the car

10  business.   He could relate to any customer.

11          You know, Indian, you know, he knew

12  their religion.   You know, he could bond

13  that way after -- you know, he could talk

14  about anything.

15          I mean, he's a smart guy.   Very,

16  very smart guy.   You know, he helped me

17  build my credit right when I got out of high

18  school.   Got me to a 730, you know, so.

19          He told me -- he taught me how buy

20  -- you know, put me in the process in the

21  car business, teach me how to buy a car.

22  When to buy a car, how to do it, about what

23  rates I want to go for.   Things of the

24  outside financing, this rate.

25          How to buy a house.   How to find

1    those closing costs that you don't really
2    have to pay.  Why real estate's important.
3    You know, how to pass this, how to do that.
4    Yeah.
5         Q.   Had he been in the -- had he owned
6    any rental properties before you got
7    involved?
8         A.   Never.
9         Q.   So whose idea was it?
10        A.   At work, you know, I work with
11   gentlemen who make 300 to 400k a year in the
12   car business, and they have rental
13   properties.  They have success in it and,
14   like I said, in books, even Think and Grow
15   Rich, you always hear about real estate.
16             In the car business, you know, a car
17   is nothing -- it's a depreciation asset
18   honestly, but people love them, people buy
19   them, you know, but it's a money hole really
20   when you think about it.  But a house, it's
21   not a depreciation asset.
22             Somebody's always going to need a
23   home.  Something over their head.  A house
24   is always going to be around.  Buy a house.
25   Your money is still right there.  You know,

71

1    it's -- you can't just, you know, go grab

2    the 10, $20 from the house, but it is there

3    if you need it.

4          To have that stable income from

5    renters that I have in there to get it.  So

6    that's why and, as I said, I was making good

7    money and it was just like, hey, you want a

8    swing at this?  We swung.

9          Like I said, my first time, we just

10   -- we did a big score the first time, which

11   usually it takes a lot of people a lot of

12   years.  So, yeah.

13       Q.  Do you have anybody that helps you

14   manage your assets, and I'm talking about an

15   accountant or anybody?

16       A.  I don't.  My boss -- you know, me

17   and my boss are very involved.  It's because

18   he and my dad are like best friends.  Him

19   and my dad really, you know.

20          I wouldn't say they manage my money,

21   but they talk to me and -- I don't -- I've

22   got everything I need really, you know,

23   right now, and I don't have anything crazy

24   that I want, so I'm fine.

25       Q.  You're not looking to buy a house

1    apparently.

2        A.    That's funny you say that.  I kept

3    hearing from the guys, you know, how do you

4    own four properties and you still live with

5    your mom?  How does that make sense?  My mom

6    loves me.  You know, I've got the basement,

7    you know.

8            Well, after hearing -- after hearing

9    that, I finally started looking for a house.

10   I couldn't really find a house that grabbed

11   my attention.  And the way the value is

12   right now, it's just crazy the price of

13   houses.

14           So I went and applied for an

15   apartment two days ago -- actually going

16   today.  I just got a call yesterday that I

17   got approved for it.  So I actually go get

18   the keys today for it.  Approved me right

19   away.  They ran my credit and see my file.

20           So, yeah, I will be living on my own

21   here soon.  Eight minutes away from work, so

22   now I can get to work earlier.

23       Q.    How does your mom feel about that?

24       A.    She's happy but sad at the same

25   time, you know?

1          Q.   Mm-hmm.

2          A.   I was really tempted on doing it,

3     but my boss, you know, he was -- a mother's

4     job is to -- he said -- you know, he said a

5     mother's job is to teach her son how to flap

6     his wings and she's taught you how to flap

7     her wings -- you know, flap your wings.

8     Time to go, you know.

9               So I'm going to experience it and

10    I'm going to live in this apartment, and go

11    from there.

12         Q.   Okay.  Tell me -- I want to talk to

13    you a little bit about your relationship

14    with your mom.

15         A.   Okay.

16         Q.   From what I've seen and learned in

17    trying to understand and plan for your case,

18    you're very close to your mother?

19         A.   Very close to my mother.

20         Q.   Yeah.  What was your mother -- let

21    me ask it this way.  Was your mother

22    generally home when you would get home from

23    school?

24         A.   For a nice period of my life, yes,

25    she was.

74

1        Q.   I'm sorry, what period?

2        A.   For a good period of my life, yes.

3   She was.

4        Q.   Okay.

5        A.   Yeah, by the time I'd get home, she

6   was there.

7        Q.   Okay.  I'm talking about in, you

8   know, grade school, high school?

9        A.   Mm-hmm.  She was there.  She would

10  be -- I'll never forget.  She got off work

11  at 4:30 from the public defender's office

12  downtown.  I always knew right when she got

13  off work, she was going to be home.

14           Sometimes she would have to go out

15  and do different things, but we have a good

16  relationship.  Call her whenever I need her.

17  I'm her only son, so.  They say she kind of

18  held onto me a little bit different, you

19  know.  She would make sure I was involved in

20  things, activities, kind of prioritize, you

21  know.

22       Q.   What kind of activities would she

23  get you in in your grade school years?

24       A.   I played football.  I was a

25  quarterback for Shawnee.  But, I don't know,

1   I guess, growing up with all three sisters,
2   I never had that rough -- the rough side.
3   So anytime I got hit, I'm quitting, you
4   know, I don't want to do this, you know.
5           But I played football all the way up
6   till junior -- peewee, junior.  I then left,
7   and I played baseball.  I was a catcher,
8   first base.  And then it was right there
9   around middle school time is when I started
10  drums.  I played for the River City Drum
11  Corps.
12          So she kept me in activities to, you
13  know, keep me involved in different things
14  like that, because I was a sat-at-home
15  person, so I always wanted to be at home.
16      Q.   What was the River City Drum Corps
17  or is the River City Drum Corps?
18      A.   River City Drum Corps is located in
19  Park Duvalle.  It is a -- they show you how
20  to make a pipe drum, which is an African
21  drum.  It's got a cow skin on the top of it.
22  It's basically like a bathroom pipe.  Teach
23  you basic rhythms, the heartbeat of a drum.
24          That's the first thing you ever hear
25  is the sound of a drum.  It's the sound of

1    your mother's heartbeat.

2            After that, as you get older, I

3    can't recall the exact age, but they put you

4    in the drum line.  Once you're in the drum

5    line, you start to perform at different

6    events -- pretty big events actually.  I've

7    performed for the Prince of England and the

8    Yum! Center, football games.  They take you

9    all around.

10       Q.   Pegasus Parade?

11       A.   I was always in the Pegasus Parade.

12   But it's -- to get out, you know, good

13   relationship, learn drums, learn the meaning

14   behind drums, teach you manners, respect.

15           So I did that for, I think, like

16   sixth grade all the way to like 10th, 11th.

17   You know, it goes all the way up to 12th,

18   but I stopped going because I was then in

19   Central's band.  Some older people, a little

20   more fun.

21           I had been in for so many years, and

22   I had played the same songs for so many

23   years, because it's younger kids and they're

24   just coming up and coming up.  So I was

25   playing the same songs for years.  Was ready

1  to adapt.

2      I still have a great relationship

3  with them.  The owner of it is Ed White.

4  He's a great guy in the community, very big

5  in the community high school names like

6  that.

7      Q.  Was your mom the kind of person, did

8  she like did you all have regular sit-down

9  meals in the evenings?

10     A.  We did.  I had -- I would go to her

11 room.  This is pretty embarrassing to say,

12 but she babied me.  I probably didn't -- I

13 was in my mom's bed till probably about

14 seventh, eighth grade, because I love my mom

15 so much, you know.

16     I was the only boy.  We'd have

17 conversations all the time about things.

18 We'd talk about stuff.  I feel comfortable

19 talking to her about girls, you know.  She

20 was my mom and dad, you know, at that time

21 type thing, you know.

22     Q.  So when you say you developed --

23 your relationship became stronger when you

24 were about 17 with your dad, was he pretty

25 much out of the picture until about that

78

1    time or --

2         A.   He wasn't out of the picture.   He

3    was, you know, here and there.   He is a --

4    you know, he has a -- he has a way -- he was

5    working in the car business but, you know,

6    he was also not a strict father but, you

7    know, you should -- you know, if you don't

8    know this word, you should highlight it in

9    the alphabet.   You know, he would used to

10   try to make me read the dictionary, try to

11   do this.   I just wanted to lay in bed.   I

12   didn't want to do that, do that.

13        So when I was -- and my mom was like

14   he doesn't want to do that, you know.   It's

15   -- let him do his own thing.   So I still did

16   those things, you know.   I still read up,

17   but when I kind of got eight -- 17, 18 years

18   old, he was like, all right, you're a man

19   now.   You know, you've got to get credit.

20   You've got to get a car, you know.

21        Q.   Put you more on an equal footing

22   with him at that point?

23        A.   He did, and he waited until I was

24   that age for a reason just because, I guess,

25   I could experience the real world.

1     Q.   It sounds like he has a work ethic a
2  lot like the one that you practice.  Is that
3  a fair statement?
4     A.   It is a fair statement.  That is.
5  It is a fair statement.
6     Q.   So he's pretty much an early riser.
7  Get there.  You're busy until you go to bed.
8     A.   Yes, sir.
9     Q.   Is that the way he is?
10    A.   He's not an early riser, but he does
11 work, you know.  He goes to work --
12    Q.   He's busy when he's -- once he
13 rises.
14    A.   Yeah.  He develops his -- you know,
15 his ability just to be able to walk in a
16 dealership, show the man, you know, like
17 these are my numbers.  You want to hire me
18 or not.  You know, he had that type of
19 mentality.
20         So, and that means a lot in the car
21 business.  A guy that can go in and do that.
22 So he had his ways, you know.
23    Q.   Has he stayed with the Oxmoor Auto
24 Group?
25    A.   No, sir.

1        Q.    Okay.

2        A.    He's been all around.

3        Q.    Okay.

4        A.    He no longer sells cars.  He's out.

5        Q.    What does he do now in addition to

6    the property management?

7        A.    That's it.

8        Q.    That's what he's doing?

9        A.    Pretty busy thing he tells me, so.

10   I wouldn't know.  I don't get the phone

11   calls about the leaking pipe and the hot

12   water not working and things like that.  He

13   does.

14       Q.    Was there ever a time where you had

15   what I would call maybe a rebellious period

16   with either of your parents?

17       A.    No.  You know, me and my father had

18   disadvantages -- I don't mean disadvantages,

19   but disagreements sometimes about things --

20   on the way you should do things.  But that's

21   a father and son relationship, you know.

22            He'd like to say fathers know best.

23   That's always -- you know, if you do this,

24   this will happen.  I'd try to do something

25   else, it wouldn't work.  I'd try his way,

81

1    it'll work.  There was a lot of that, you

2    know.  He'll be right.  He'll be right, but

3    it's just the way he comes off with it.

4         Q.   Right.

5         A.   It's like, all right, dude, you

6    know.  Good guy though.

7         Q.   That's hard for us sometimes.

8              Part of what you have claimed in

9    this lawsuit are damages for mental pain and

10   suffering.  You're aware of that.

11        A.   Yes, sir.

12        Q.   And you had occasion to meet with a

13   psychologist --

14        A.   Mm-hmm.

15        Q.   -- at one time during the course of

16   all of this; is that right?

17        A.   Yes, sir.

18        Q.   What was the lady's name; do you

19   recall it?

20        A.   I called her Josie.  J.  Ms. J.

21        Q.   Okay.

22        A.   That's what I referred to her.

23        Q.   Do you recall how long you met with

24   her?

25        A.   Like how long we were with each

82

1   other or --

2       Q.   Yes, sir.  How long -- how many --

3   she was -- would you consider her your

4   counselor for the period of time or --

5       A.   Yes.

6       Q.   -- how would you have identified

7   with her?

8       A.   I would consider her my counselor.

9   It took me a while to adapt to say I needed

10  that.  I would try to get through it myself

11  but, when I talked to her, it did help.

12          She was good -- you know, she was --

13  you know, just put it out there, just say it

14  type thing because what I went through, I

15  never went through before, so she was a good

16  lady.

17      Q.   Have you had occasion to meet with

18  or treat with anybody else since the time

19  that you met with her?

20      A.   A professional, no.  I had met with

21  her, you know, she -- you know, when we was

22  going through the process, I was meeting

23  with her.

24          It got to a point to where it was

25  call me or text me if you want to schedule,

83

1   and, you know, I've done it once or twice.
2   I don't recall exactly how many times.  I
3   was, you know, bringing it back up thinking
4   about it.  Just something that I always
5   think about.  You know, the incident.
6           But it's something that, just the
7   way I am, the way I try to carry myself, the
8   need to talk to somebody, you know, about
9   how I feel, it was -- like I said, it was
10  tough to get to say that.  It was tough to
11  say, Mom, I want to talk to somebody, you
12  know, but I don't regret doing it.  I don't.
13      Q.  So I asked you whether you had seen
14  anybody else or treated with anybody, and
15  you said, professionally, no.
16          Is there somebody else who you feel
17  like you've gone to for that same type of
18  support?
19      A.  My desk manager and, I mean, he's
20  the guy that I worked with those 30 days.
21  We've sat in offices and talked one-on-one.
22  We went outside and talked all the time
23  really.  My father.  My mom, of course.
24  That's about it.
25      Q.  And those are people you naturally

84

1 would go to with whatever might be bothering

2 you.  Is that a fair statement?

3    A.   It is.  I talk to my boss about it

4 sometimes, you know, but we've built a

5 relationship over the years, so, yes.

6    Q.   And, again, I don't mean to be

7 prying, but I need to as part of my effort.

8 In the counselor's records, Jodi Bessinger

9 -- does that sound right?

10    A.   Mm-hmm.

11    Q.   Is that her name?

12    A.   Yeah.

13    Q.   She made notes regarding your family

14 history.

15    A.   Mm-hmm.

16    Q.   And some of the notes that she made

17 were in regard to your father and

18 grandfather and the idea of whether they may

19 be bipolar or schizophrenic.  Do you recall

20 that?

21    A.   I do have -- I have a brother who is

22 bipolar schizophrenic, and my grandfather

23 and my father always just told me about it,

24 you know, how to relate to it.  And the way

25 my father felt like sometimes, you know, he

85

1   was too as well.

2        Q.   Can you tell me how that played out?

3   How, I mean -- you're saying you became

4   aware of it through his telling you --

5        A.   Mm-hmm.

6        Q.   -- correct?

7        A.   Yeah.

8        Q.   Have you ever observed behavior or

9   conduct that you thought, oh, that's part of

10  that process playing out or --

11       A.   I have not.  You know, sometimes I'd

12  have mixed emotions about things, but

13  nothing too out of the -- you know, talk

14  like that, and I talk to my brother

15  sometimes.  It's just try to get through it,

16  you know.  It's the only thing you can do.

17  You can't change it.  It's just what it is.

18       Q.   You're a very resolute kind of guy.

19       A.   Yes, sir.

20       Q.   When you have a problem, your

21  intention is to conquer it and move on.

22       A.   Yes, sir.

23       Q.   Let me ask you more about your

24  siblings.  I guess, I was thinking, while I

25  had read this when we were talking earlier,

1    I was thinking you had a little sister and
2    that was about it.  But you've got more
3    siblings.
4         A.   I do on my father's side.  I have --
5         Q.   Okay.
6         A.   -- three brothers --
7         Q.   Okay.
8         A.   -- one sister and one sister on the
9    way.
10            MS. BAKER:  And your mom's side too.
11   Tell him about your mom's side.
12            THE WITNESS:  Yeah, on my mom's
13   side, I have three sisters.
14         Q.   (BY MR. ERVIN)  So, including
15   step-siblings, you have, well, seven and one
16   on the way.
17         A.   (Nods head affirmatively)
18         Q.   Where do you fit in the order of
19   your sisters who you grew up with?
20         A.   I'm the third.  So I have --
21         Q.   You're the third.  Okay.
22         A.   Two older sisters, I'm the third,
23   and then I have a younger sister.
24         Q.   And were you ever -- do you feel a
25   part of your step-siblings' family?  You

1  have three stepbrothers, a sister and one on
2  the way.  Are you part of that family do you
3  feel like or is that --
4      A.  My two brothers live over in -- I
5  have two brothers, older brothers, who live
6  over in Virginia.  I have a younger brother
7  that lives here and, you know, we're
8  involved a little bit.  My younger sister,
9  she's four or five.  I'm very fragile with,
10  you know, the younger they are.  Wait till
11  she's 10, you know, and we'll click then.
12  And then other one is not here yet --
13      Q.  Right.
14      A.  -- you know.  But my three sisters,
15  I'm very involved with them.  That's who I
16  grew up around.  That's who raised me, you
17  know.
18      Q.  When your mom might be busy or
19  something, were they caregivers to you?
20      A.  Mm-hmm.
21      Q.  What are their ages in relationship
22  to you?
23      A.  Their ages?
24      Q.  Yes, sir.
25      A.  One sister, I think 31, 32.  Other

1     one is 27, 28, and then there's me.  Another

2     one is 16.

3          Q.  Are your sisters all the children of

4     your father?

5          A.  No, sir.

6          Q.  Okay.  Are any of them children of

7     your father?

8          A.  No, sir.

9          Q.  Okay.  Have you -- with the brother

10    that lives here in Louisville, your -- well,

11    I'm not -- I'm saying step.  He's a half

12    brother, right?

13         A.  Yes, sir.

14         Q.  Yeah.  The one that lives here in

15    Louisville, have you ever observed any

16    mental health issues that he has

17    experienced?

18         A.  No.  Not from the times I've been

19    around him, no.  He's almost like me -- only

20    difference is he plays video games.  Other

21    than that, he's very to himself, quiet.

22    That's it.

23         Q.  Does he have the same work ethic?

24         A.  He's young, but he's --

25         Q.  Okay.  How old is he?

1     A.   I'd say he's 12 if I recall right.

2     Q.   Okay.

3     A.   So he's just school and games, you

4   know.

5     Q.   Before this occurred, had you ever

6   had occasion to have any mental health type

7   of counseling or become aware of any mental

8   health issues for yourself?

9     A.   The only time like emotions, you

10   know, against things.  I just have more

11   passion for something.  I'd react a certain

12   way.  So something means more to me than

13   anybody else.  That's about it though.

14     Q.   What kind of negative emotions can

15   you recall that you experienced?

16     A.   You know, it would be as simple as

17   my sister got this, but I didn't get this,

18   you know, or just things I've seen growing

19   up other kids have I didn't have.

20        I was very -- my mother, you know,

21   did everything for me.  You know, I had

22   everything I ever needed, but just the

23   normal things, I guess, looking back growing

24   up on.  Just like that.

25     Q.   Is that part of your motivation; do

1    you think?

2         A.   You know, I would like to provide

3    for my family.  I mean, they're all there,

4    you know.  I'd like to take care of my

5    mother.  You know, set up myself financially

6    for my family when I get older, you know.

7              But the things I needed, my mother

8    made sure I had, you know.  There was never

9    a time like I didn't have anything, you

10   know, I didn't need.

11        Q.   But you're -- I mean, you're an

12   entrepreneur.  Would you agree with that?

13        A.   You can say that.

14        Q.   And it's your expectation to have

15   financial success.

16        A.   Yes.

17        Q.   Right?

18        A.   Should be for anybody.

19        Q.   Pardon me?

20        A.   It should be for anybody.

21        Q.   Well, yeah.  I think it's more so

22   for some than others, but I agree with that.

23   I mean, your, I would guess, favorite book

24   is Think and Grow Rich --

25        A.   Mm-hmm.

1      Q.   -- and that's your objective.

2      A.   (Nods head affirmatively)

3           MS. REPORTER:  Yes or no?

4      Q.   Is that a fair statement?

5      A.   Yes, sir.

6      Q.   Okay.  Have you ever kept a journal?

7 Done any journaling?  You know, a diary type

8 thing?

9      A.   So I had a piece of paper that I

10 kept in my wallet that I would always write

11 down my ideas, thoughts down on.  That paper

12 eventually filled up.  It's time for a new

13 paper.  But not as much as I used to, so I

14 did used to write things down like that.

15           I don't have that paper anymore.

16 Like I couldn't even tell you what it was.

17 But, yeah.

18      Q.   Okay.  So do you have any of those

19 papers still?

20      A.   No, sir.

21      Q.   Do you not make notes for yourself

22 anymore?

23      A.   No, sir.

24      Q.   Have you ever thought about updating

25 your poster board of objectives or goals, or

1    do you?

2         A.   I have thought about it.   In this

3    day and age and how everything is going on

4    in the world, it's hard to see out further

5    now, you know, what life is going be like.

6    It's a very -- very scary really --

7         Q.   Yes, sir.

8         A.   -- in a way, you know.   I just don't

9    know what -- and, you know, I didn't know

10   what was coming back then, but if I knew

11   what was coming back then right now, you

12   know, I wouldn't have anything but I don't

13   know what my poster board would say, you

14   know.   Hope to not have a mask and not have

15   any of this, so.

16          I've achieved a lot of my goals.

17   Yeah, I have.

18        Q.   Yes, sir.

19        A.   You know, they should say you always

20   should come up with more goals, more goals

21   to achieve.   We'll see.

22        Q.   Well, you've achieved more than a

23   lot do in a lifetime.   Do you -- we've --

24   you know, there's a lot of video of this

25   situation that you were involved in.

93

1        A.   (Nods head affirmatively)

2        Q.   I think at least three officers or

3    maybe four have body cam video that we've

4    seen.  Do you -- and I think I've observed

5    that your mother made some video with her

6    phone.  Are you aware of that?

7        A.   Yes, sir.  She was recording over on

8    the side.

9        Q.   Yes, sir.  Have you seen that video?

10       A.   I have not.

11       Q.   Do you know whether she still has

12   that video?

13       A.   I do not know.  Ask her.  I'm not

14   sure she was recording.  She was on Facebook

15   Live.  She was going live at the time or

16   something like that.  That's it.

17       Q.   Okay.  So you don't know whether --

18   if she had made the recording whether she

19   had given that to your attorneys?

20       A.   I do not know.

21       Q.   Okay.  But your understanding is

22   that she was -- I don't know, for lack of a

23   better word, I'm going to say broadcasting,

24   because I'm -- I don't know what the right

25   word is --

1      A.   Yes, sir.

2      Q.   -- on Facebook Live.  Did you hear

3   about it?  People tell you, oh, I saw it on

4   Facebook --

5      A.   Facebook Live.

6      Q.   -- Live or anything?

7      A.   I don't really recall.

8      Q.   Okay.  Is that -- how did that make

9   you feel when you learned about it?  Did it

10  seem odd to you that --

11     A.   No.

12     Q.   -- that would be put out there for

13  the world to see as it was occurring?

14     A.   No, sir.  If anything, I'm thankful

15  that she did that in that time --

16     Q.   Okay.

17     A.   -- you know.  Another set of eyes.

18  It's there.  It's going to be there.

19  Anything the body cam missed, you know, it's

20  got that I didn't see.

21     Q.   So is it your understanding that

22  there should be some record of that Facebook

23  Live offering somewhere?

24     A.   You'd have to ask her.

25     Q.   Okay.

1       A.   I don't know.

2       Q.   Outside of whatever your mom may

3  have and the body cam videos captured by the

4  police, are you aware of any other video of

5  what occurred that day?

6       A.   No, sir, not that I recall.

7       Q.   Do you -- I want to kind of walk you

8  through what happened that day.  Do you

9  recall what time of day this was that it

10 occurred?

11      A.   I don't recall the time of day.

12      Q.   Couldn't say whether it was morning

13 or afternoon at this point?

14      A.   At this point, no.

15      Q.   Okay.  You'd been to a gas station

16 to get gas; is that right?

17      A.   Yes.

18      Q.   Or were you getting gas or were you

19 getting something else?

20      A.   I was getting something else.

21      Q.   Okay.  So where did you park when

22 you were at the gas station?

23      A.   Oh, I parked on the very end.

24 There's a gas pump here (indicating) and

25 there's another gas pump here (indicating).

96

1    So I was on the very end of the Thornton's

2    gas station pump.  Not the last one, but the

3    one on the very other side.

4        Q.  I want to test your artistic skills

5    a little bit.

6        A.  All right.

7        Q.  Can you basically just diagram for

8    me, you know, where's the gas station?

9    Where are the pumps in relationship?  If it

10   were on a corner, identify the streets --

11       A.  Yes, sir.  I can do the best I can.

12       Q.  -- and then where your car was

13   parked.

14       A.  I think have a pen.

15       Q.  Okay.  Oh, to close the deal, you've

16   always got to have a pen.

17       A.  Yes, sir, that's right.  (Draws

18   diagram)  If I recall right, my car was

19   right here (indicating on diagram).

20       Q.  What mark are you making there?

21       A.  Which one?

22       Q.  It looks like a nine to me.

23       MS. BAKER:  "G" for gas.

24       THE WITNESS:  "G" for gas.  I'm

25   sorry.

```
1              MR. ERVIN:  Yeah.
2              THE WITNESS:  That's that sloppy
3     handwriting, you know.  You think it's a
4     nine, right?
5              MR. ERVIN:  You remember, I've got
6     to ask -- you ask questions or you don't
7     know.  Right?
8              THE WITNESS:  That's right.
9          Q.  (BY MR. ERVIN)  So where is this gas
10    station, this Thornton's located
11    specifically?
12         A.  It's at the end of Algonquin -- not
13    at the very end.
14             MS. BAKER:  Seventh and Algonquin.
15             THE WITNESS:  Seventh and Algonquin.
16    It's --
17             MR. ERVIN:  Oh, I know which one.
18    Yeah.
19             THE WITNESS:  Across from the White
20    Castle?
21             MR. ERVIN:  Yeah, yeah.  Okay.
22         Q.  (BY MR. ERVIN)  So you're at Seventh
23    and Algonquin.
24         A.  Mm-hmm.
25         Q.  I know, yeah.  I can picture this in
```

1    my mind now.  So were you parked at a pump?

2         A.   I was parked at a pump.

3         Q.   Okay.  Did you buy any gas?

4         A.   Did not buy any gas.

5         Q.   Okay.  But you went in to get a

6    Slushie, I think you said, and anything

7    else?

8         A.   I went in the store to get -- I

9    wanted to get money out of the ATM.  I went

10   and got a bag of Funyuns, and I went and got

11   a breakfast egg and cheese sausage sandwich.

12   That was what I got.

13        Q.   Did you see anybody while you were

14   there?

15        A.   Anybody that I know or --

16        Q.   Yeah.  Well, I know you saw -- I

17   understand you saw police cars there --

18        A.   I did.

19        Q.   -- or police there.  Tell me about

20   that.

21        A.   Okay.  When my car was here

22   (indicating), there was a police car here.

23        Q.   And just -- I'm sorry to interrupt

24   you but, from my understanding, you are --

25   you're on the -- you're at the next to the

1    last pump closest to the direction going to

2    Dixie.

3         A.   Mm-hmm.

4         Q.   Is that right?

5         A.   Going to --

6              MS. BAKER:  That direction.

7         A.   Yes.  So I would have to go back out

8    Algonquin.

9         Q.   In other words, if you drive --

10        A.   This is --

11        Q.   This is Algonquin --

12        A.   Yes.

13        Q.   -- running this way, right?

14        A.   Yeah.  And this is the entrance.

15        Q.   And then Seventh is over there?

16        A.   Yep.  (Drawing on diagram)

17        Q.   Okay.

18        A.   So, yes, I pulled in here.  I could

19   see there a little --

20        Q.   Right.

21        A.   Parked here.  Well, I came around

22   and parked like that.  When I got out of the

23   car, there was a blue Ford Escape right here

24   (indicating).

25        Q.   All right.

100

1      A.   There was a gentleman standing right
2  here (indicating) with a vest and a gun on.
3      Q.   Okay.
4      A.   I could obviously tell that they
5  were police officers.
6      Q.   He was a cop.
7      A.   When I got out of my car, we made
8  eye contact, like me and you are right now,
9  but it wasn't a good eye contact.  He was --
10      Q.   Okay.  Describe what you mean by
11  that.
12      A.   It wasn't a good feeling.  He -- it
13  was almost a -- you know, when you see
14  someone and you twirl your eyebrows and, you
15  know, almost like do-I-know-you-type thing.
16  That's when he got out of the car.  It was
17  right away.  It was right when I closed the
18  door.
19           As I was closing the door, we made
20  the eye contact.  I turned to go into the
21  gas station.  It was such a weird feeling.
22  I patted for my wallet.  Felt like my wallet
23  was in the back of my pants.  It wasn't.  So
24  I went back to my car, got my wallet, came
25  back, closed the door.

101

1      Q.   Any more interaction with the --

2      A.   (Nods head affirmatively)  So, at

3  that moment, as I was doing that, I noticed

4  the officer was pumping gas and opened back

5  up his door and he kind of like sat inside

6  of the car -- because he was doing

7  something.  I don't know.

8      Q.   Okay.

9      A.   Want me to keep going?

10     Q.   Sure.

11     A.   When I walked into the gas station,

12 I went over to the ATM, which is right here

13 (indicating on diagram).  It was such a

14 weird feeling that I called my mom.

15         I called her for two reasons.  Hey,

16 Mom, I'm at a gas station.  I need help.  I

17 didn't know how to get money out of the ATM

18 at that time.  I had a debit card, but I

19 didn't know how to withdraw cash, PIN, all

20 that.  She said okay.

21         I also said there's a police officer

22 up here and he looked at me funny, and she

23 was just get what you've got to get, get in

24 the car and come home.  You know, don't

25 worry about it.  You'll be fine.  Okay.  And

1    I went about my time.

2           I grabbed my items, and then went to

3    the cash register.  As I was at the cash

4    register, I see a Ford Edge pull up right

5    here (indicating on diagram).  What made me

6    notice the Edge is the way it pulled up.  It

7    was almost like it was in a rush.  Pulled

8    up, popped out type thing.

9           Two officers got out of the vehicle,

10   walked inside the store.  I paid no

11   attention.  I seen it though.  Like my mom

12   said, just go about my day.

13       Q.   Did you tell your mom about the Edge

14   also?

15       A.   I did not tell her about the Edge --

16       Q.   Okay.

17       A.   -- at that point in time.  No, sir.

18   I didn't call her again.  I was off the

19   phone.

20       Q.   So you paid for your items.

21       A.   I did.

22       Q.   And then what?

23       A.   I walked out of the gas station.  I

24   don't recall if the car was still there.

25   I'll say that.  I got in the car.  I -- you

103

1    know what -- I went this way (indicating),

2    if I recall right.

3         And then the reason for that is

4    because if I was to go from this way right

5    here (indicating) and to go out back on

6    Algonquin -- -

7         Q.   I know exactly where you're talking

8    about.

9         A.   -- I would have to pull out in front

10   of a lot of vehicles.

11        Q.   Right.

12        A.   There was officers around.  I didn't

13   want to take -- them catch me doing

14   something, you know, pull over, something

15   like that.  So I went a whole different way.

16   I went this way (indicating on diagram) to

17   avoid that.

18        I knew if I went this way, I could

19   go behind Thornton's, go over where the

20   railroad tracks is, make a right in the

21   neighborhood, and go about my day.

22        As I did that, as I get right here

23   (indicating on diagram), I turn out.  I go

24   down the road and, as I go down the road,

25   further down -- and I'll just draw it like

1    that -- there's a railroad track right
2    there.  It's a little hill.
3              As I was going down, there was a
4    jump.  When I did the jump, I noticed the
5    Ford Edge that pulled up with the two
6    officers behind me.
7         Q.  What do you mean by a jump?
8         A.  So it's just like -- it's a hill.
9    You know, I wanted to be able to see all the
10   way back, because the way the neighborhood
11   is you can't see a car behind you.  It's
12   like the street dips down.  As I went over
13   the railroad tracks, you go up.  I could see
14   in my rearview mirror the Ford Edge.
15             It's a very -- I wouldn't say it's
16   not a popular road, but it's a very, you
17   know, weird way to go.  It's like the back
18   way.  I'll call it the back way, because not
19   a lot of cars go back there.
20             I called my mom right there because
21   I felt -- as the phone was ringing, made a
22   right.  He made a right.  Told my mom I felt
23   like I was being followed.  In fact, I knew
24   I was being followed, you know.  (Shakes
25   head)  It was a coincidence.

105

1          Made a right down this random road
2    that I'm not usually making a right on, and
3    then made a left back onto Algonquin,
4    because I got to a light or a stop sign.
5    They're still following me.
6          I then proceeded to stay in this
7    lane (indicating) but instead of starting to
8    go straight, I hopped in the right lane.
9    Hopped into the right lane.  That car got
10   behind me as well.
11         At the time, like I said, I was on
12   the phone with my mom.  They're following
13   me.  She's like where are you at?  I said
14   I'm going down Algonquin.  I know they're
15   following me.  She said, well, you'll be
16   fine.  Keep straight, go home.  Straight
17   home.  All right.  Hung up.
18         I got to the light, and it was a red
19   light, and then that's when I made the
20   right, and that's how it came on.  There was
21   a siren.
22   Q.  The siren came on as soon as you
23   turned -- basically as soon as you turned
24   right.
25         A.  As soon as I turned right.  Yeah.

106

1     Q.   Then what happened?

2     A.   The siren came on.  The siren came

3  on.  I proceeded to pull over.  When I

4  pulled over, I put on my right blinker to

5  let them know I was getting over.  I got

6  over.

7          I put my hands up.  My mom walked me

8  through, if I ever get pulled over, to put

9  both my hands on the steering wheel, just

10 keep them up there.  You know, my window was

11 already down.

12         I heard an officer.  Officer on this

13 side (indicating) yelled out, hands up on

14 the steering wheel.  If I recall right, I

15 heard him say something about hands a little

16 low.  And I'll never forget that moment

17 because I remember my hands are so high up.

18 There's no way my hands is low type thing.

19         Officer came over.  Hey, bud, you

20 know why I pulled you over?  I told him, no,

21 I don't know why you pulled me over.

22 Something -- you made a turn back there, you

23 made a wide turn.

24         I'd never heard of that before, and

25 you can in the video through my body

1    language, you know, it just dropped.  A wide

2    turn?  Like what's that?  I thought I did

3    something else, and then from there --

4        Q.  Let me --

5        A.  Yeah.

6        Q.  -- interrupt you for a second and

7    just kind of walk you back through some of

8    what you said.

9            So, when you turned the corner, you

10   heard the sirens come on.

11       A.  Mm-hmm.

12       Q.  Right?  It was immediately when you

13   turned the corner?

14       A.  It was just about immediately --

15       Q.  Yeah.

16       A.  -- if I recall right.

17       Q.  Okay.  Within a second or two?

18       A.  Yes, sir.

19       Q.  All right.  And to your

20   recollection, did you pull over immediately

21   or did you go some way before you pulled

22   over?

23       A.  I pulled over as soon -- you know,

24   as soon as I felt comfort -- you know,

25   comfortable turning on the blinker and

1    getting over.

2         Q.   Okay.

3         A.   You know, I don't feel like I drove

4    --

5         Q.   How long -- in your mind, about how

6    long was it before you pulled over, time and

7    distance?

8         A.   I don't -- I can't recall right --

9    you know, if I remember right or recall

10   right, I almost pulled over near the --

11   there's a store right there.  There's a hair

12   store, and I wanted to pull over in a way of

13   safety, to make sure I wasn't, you know, on

14   -- is it Dixie?

15        Q.   Yes, sir.

16        A.   You know, it's a busy strip.  So it

17   was in the way of -- you know, like I said,

18   I turned my blinker on right away, because I

19   wanted to get over, and I got over and, as I

20   got over, I cruised up and I stopped.  Exact

21   time, I don't know.

22        Q.   Okay.  Were you at the hair store --

23        A.   I was a little bit in front of --

24        Q.   -- the other side or past it?

25        A.   I was a little bit in front of the

1    hair store.

2         Q.   A little before you got --

3         A.   Mm-hmm.

4         Q.   -- to the hair store?

5         A.   Yes, sir.

6         Q.   Okay.

7         A.   Like I said, blocked entrance to it,

8    and I wanted to go up a little bit.  There's

9    so much -- you know, I was getting pulled

10   over.  I've got blinker, you know, over, you

11   know.  It's like -- at that moment, it's

12   like steps, broken steps, you know.

13        Q.   Were you still on the phone with

14   your mom --

15        A.   I was not.

16        Q.   -- at that time?

17        A.   I was not on the phone.

18        Q.   When did you get off with her; do

19   you recall?

20        A.   I don't recall.  I think it was as I

21   -- when I was back, and I seen them.  When I

22   did the jump, I called her.  I was going

23   through there.

24             She was like just get home, you

25   know, go -- keep coming, and I made the left

110

1    onto Algonquin.  It was right there, I

2    think, where we hung up.

3        Q.  So is what you're calling the jump

4    where the railroad tracks cross?

5        A.  Yes, sir.

6        Q.  Okay.  Do you jump it when you go

7    across it?

8        A.  It is.  It's truly a bounce.  That's

9    the only way I was able to see into my

10   mirror, you know.

11       Q.  Because the hill you had gone down

12   was so steep.

13       A.  Steep, yeah.  And it's not -- I

14   wouldn't say a hill, but it's just the way

15   the road is.  You can't really see behind

16   you.  So, when you go over that thing, it's

17   like --

18       Q.  Mm-hmm.  And that's the same

19   railroad that if you were on Algonquin, you

20   would be going under, right?

21       A.  Yes.  That is.  That little bridge

22   thingy.

23       Q.  Right.

24       A.  Yes.  It is that.

25       Q.  So you've gotten -- when -- I'm

1    sorry.  I either didn't hear you or I'm not

2    doing my job and paying close enough

3    attention.

4           When do you think that you got off

5    the phone with your mom?

6         A.  Right there when I made the left on

7    Algonquin.

8         Q.  Okay.

9         A.  It was -- because it was the words

10   of, Mom, they're following me.  Just come

11   home.  All right.  You know, it was simple.

12        Q.  Okay.  And where is your home in

13   relationship to where you were at that time?

14        A.  Distance-wise?

15        Q.  Yes.

16        A.  Probably two minutes.

17        Q.  Location-wise, where is it?

18        A.  1618 Lois Morris Drive.

19        Q.  Yeah.  I don't know Lois Morris.

20        A.  Park Duvalle.  Right in front of the

21   police station.

22        Q.  Is it -- would you -- so you would

23   go on out Algonquin to Dixie and turn right.

24   Would that have been your normal route to

25   get home?

112

1      A.   It is.

2      Q.   And then would you take a left at

3  some point?

4      A.   Yep.  So you would go down

5  Algonquin, make a right on Dixie, and you

6  make the right on Dixie, you make a left at

7  the light near Rally's, go straight down,

8  make a left, a right, straight shot home.

9  It's right there.

10      Q.   Okay.  All right.  So you got pulled

11  over.  He approached the car, hey, bud, or

12  words to that effect, I think you said, and

13  he asked if you knew why he was pulling you

14  over?

15      A.   Yes, sir.

16      Q.   And you said no.

17      A.   (Nods head affirmatively)

18      Q.   You didn't realize you had done

19  anything wrong.

20      A.   Yes, sir.

21      Q.   And he said you had made a wide

22  turn.

23      A.   Yes, sir.

24      Q.   Did you understand what he meant at

25  that point?

113

1      A.   Honestly, no.  I believe his words

2  were -- and I don't remember the exact

3  words, I don't recall, of course, I mean,

4  back there on Algonquin, you made a right.

5  Made a right, and you turned wide, you know

6  -- he was trying to do that, and I was so

7  confused, and I was nervous as well, you

8  know.  There was officers on both sides of

9  the car.  Okay?  You know, sorry type thing,

10  you know.

11      Q.   Yeah.

12      A.   I apologize.

13      Q.   Did you apologize?

14      A.   I don't think so, because I didn't

15  -- at the time it was -- you know, you don't

16  apologize for a thing you know you --

17      Q.   Right.

18      A.   -- and this guy was -- he was a

19  hundred percent sure I did it.  You did

20  this, and he got into details.

21      Q.   Do you agree now, in retrospect,

22  that whether you think it's right or wrong

23  or whether or not it's truly an infraction,

24  did you go into that left lane as you made

25  your right turn onto Dixie?

114

1        A.   You know, I don't know the laws.
2    That's the only law that -- I just turned --
3        Q.   Right.
4        A.   -- like I normally turn.  When I
5    turn, there's still there -- there's two
6    lanes.  It was -- I had the right of way to
7    go, and I just turned.  I obviously -- and I
8    turned on my blinker to get over to the
9    right lane.  So I had to be in another lane,
10   but.  So, yes.
11       Q.   Okay.  So you understand that you
12   did go into that left lane when you made
13   your right turn.
14       A.   Yes, sir.
15       Q.   Okay.  So, and, at that time, you
16   weren't on the phone with your mom.
17       A.   Um-mm.
18            MS. REPORTER:  Say yes or no.
19            MS. BAKER:  No?
20            THE WITNESS:  No.  I'm sorry.
21            MR. ERVIN:  That's all right.
22       Q.   (BY MR. ERVIN)  And so, at some
23   point in time, I think your mom called you;
24   is that correct?
25       A.   Yes, sir.

115

1       Q.   Do you recall when in the scenario
2    of events that occurred?
3       A.   It was during the -- as I'm asking
4    can I reach for my license, handed him my
5    license, go up for insurance.  Insurance is
6    right up above, hand it to him, I make a
7    comment, and then the phone rings.
8       Q.   Made what comment?
9       A.   I told him it was -- it was truly --
10   it was my only day off from work of selling
11   cars.  I finally decided to take a day off.
12   I just wanted to go home.  You know, those
13   few seconds that that happened, I just
14   wanted to go home, eat my chips, my sandwich
15   and enjoy my day off.
16      Q.   And here you were getting pulled
17   over for something you couldn't even
18   understand --
19      A.   Yes, I did.
20      Q.   -- you had done anything wrong.
21      A.   Yes, sir.  That was my frus --
22   because I was nervous.  I was frustrated
23   about it.  I'd been followed.  You know, I'd
24   been looked at funny.
25      Q.   So you were a little irritated.  Is

116

1    that a fair statement?

2        A.  Yes, sir.

3        Q.  Now, as you understood it I guess,

4    was this the -- is it a Flex?  Is that what

5    you called it?  What's that Ford?  Is it a

6    Flex?  Is that what they call it?

7        A.  It's a Ford Edge -- which one, at

8    the gas station?

9        Q.  Yeah.

10       A.  It was a Ford Escape.

11       Q.  So there was an Escape, and that's

12   the guy who --

13       A.  I made eye --

14       Q.  -- you saw.

15       A.  Yes, sir.

16       Q.  And you made eye contact with.

17       A.  Mm-hmm.

18       Q.  When you came back and you went back

19   out to get your licence -- or your billfold

20   --

21       A.  Mm-hmm.

22       Q.  Is that what it was?

23       A.  Wallet.

24       Q.  Your wallet?

25       A.  Yes, sir.

1     Q.   You'd left it in the car?

2     A.   Yes, sir.  I probably went four

3  feet.

4     Q.   Yeah.  Okay.  You went back, and you

5  saw him again.  He was sitting -- I guess,

6  the way you describe it, his feet were out

7  on the ground, but he was sitting in the car

8  seat.

9          Is that a fair -- did I understand

10 it correctly?

11    A.   Like he was in the car.  I don't

12 know exactly how he was positioned.  I just

13 know he had left from the gas pump from

14 making eye contact with me to inside the

15 car.

16    Q.   Right.  And you didn't have eye

17 contact when you came back that second time.

18    A.   I did not.

19    Q.   And then when you came back the

20 third time, or after you'd made your

21 purchase and ready to leave --

22    A.   Mm-hmm.

23    Q.   -- you didn't see his car there or

24 you have no recollection of seeing his car

25 there.

1        A.   Yes, sir.

2        Q.   All right.  And then what car had

3   pulled up abruptly, I guess, is the way you

4   described it?  Is that a fair statement?

5        A.   Mm-hmm.  Ford Edge.

6        Q.   That was an Edge.

7        A.   It's a blue Ford Edge.

8        Q.   So we've got an Edge and an Escape.

9   And did you see what those officers were

10   doing when -- after you paid your bill and

11   left the store?

12       A.   No, sir.

13       Q.   You didn't have any eye contact with

14   them when they came in?

15       A.   No, sir.

16       Q.   You didn't -- did you see what they

17   were doing while they were in the store?

18       A.   I don't recall that part -- what

19   part they was in.

20       Q.   Okay.  Did you see their car there

21   where it had been parked -- where it came to

22   an abrupt stop -- do you recall whether it

23   was there as you left the gas station?

24       A.   It was.

25       Q.   It was.  Still parked there?

1      A.   Yes.

2      Q.   All right.

3      A.   Were they in it, I don't know.

4      Q.   Whether they were in it --

5      A.   Yes.  Because the way I --

6      Q.   -- you couldn't say.

7      A.   The way I took back, their car was

8   right here (indicating).  So I passed them.

9      Q.   So you would have come back around

10   behind their car --

11      A.   Yes, sir.

12      Q.   -- to leave.  And you don't recall

13   whether -- or you didn't see whether anyone

14   was in the car as you did that.

15      A.   Mm-hmm.

16      Q.   Is that a yes?

17      A.   Yes, sir.

18      Q.   All right.  And so then, after you

19   came down that back street -- and we'll --

20   I'll have to get a -- need to try and

21   identify it.

22           MS. BAKER:   It is Bernheim.

23           MR. ERVIN:   Bernheim?

24           MS. BAKER:   My mom lives a block

25   over.  So I'm very familiar with that.

1          MR. ERVIN:  Okay.  Well, I'm

2    reasonably familiar with the area too, but I

3    don't know that one.

4          MS. BAKER:  It's Bernheim.

5          MR. ERVIN:  Then I want to try and

6    figure out --

7          MS. BAKER:  I can't tell you which

8    one he turned off of unless I know it was a

9    stop sign or a light.

10         MR. ERVIN:  Yeah.  Well, that's what

11   I'm going to try and figure out if we can

12   identify what that is.

13         THE WITNESS:  After Thornton's,

14   there's literally a store -- there's that

15   one little strip --

16         MS. BAKER:  The tire store, yeah.

17         THE WITNESS:  -- right there, and

18   there's this store right over here.  I just

19   turned like that (indicating on diagram).

20         MS. BAKER:  Yeah.  This is a tire

21   store.

22         THE WITNESS:  Mm-hmm.

23         MS. BAKER:  You turned behind it --

24         THE WITNESS:  Mm-hmm.

25         MS. BAKER:  -- and went over the

1   railroad.  There's two streets you can turn

2   right on.  So that's what he's doing to get

3   to Algonquin.

4        Q.  (BY MR. ERVIN)  Okay.  The first

5   opportunity -- and there's a light there --

6   is 16th Street.  Do you think --

7        A.  I won't be able to say the exact

8   street.

9        Q.  (Displaying image on cell phone)

10  There's Seventh Street --

11       A.  Mm-hmm.

12       Q.  -- and here is Algonquin.  There's

13  Bernheim.

14       A.  Yes.

15       Q.  You came out of Algonquin onto

16  Seventh and then back down Bernheim, right?

17       A.  If you could show me where the

18  Thornton's is.

19       Q.  The Thornton's is right here, right

20  above that eight on my 86 right there.

21       A.  Okay.  So right there?

22       Q.  Yeah.

23       A.  That looks so.

24       Q.  Yeah.  Here's the Thornton's is

25  right here.

1        A.   Okay.

2        Q.   White Castle is right there.

3        A.   Okay.   So, well, there is -- right

4    here, there is another little way for you to

5    turn on --

6        Q.   Mm-hmm.

7        A.   -- and I turned like that.   So I

8    just looped right like that.

9        Q.   Right.   Okay.   So you came down

10   Bernheim.   Here's the railroad tracks, the

11   jump, right?

12       A.   Yeah.   That's it.

13       Q.   And then the -- if you took your

14   first right after that --

15       A.   Mm-hmm.

16       Q.   -- that would 16th Street, and I

17   know that there's a stop light at 16th.

18       A.   So, when you say that, I think I

19   passed the stop light when I went to the

20   stop sign.

21       Q.   Okay.

22       A.   It was either one of those.

23       Q.   The next road up --

24       A.   Yes.

25       Q.   -- which would be --

1          MR. ERVIN:  What did you identify
2  it?
3          MS. BAKER:  Wingfield.
4          MR. ERVIN:  Wingfield, yeah.
5  Wingfield Avenue.
6      Q.  (BY MR. ERVIN)  So you think you
7  went up to Wingfield?
8      A.  I went to the stop sign.  I think it
9  was by the grace -- there wasn't cars flying
10  past --
11      Q.  Was there a stop sign -- I'm sorry
12  to interrupt you.
13      A.  No, you're fine.
14      Q.  Was there a stop sign at Wingfield
15  also or did you not have a stop sign till
16  you got up here at Algonquin?
17      A.  So there's no stop sign here.
18  There's a stop sign in the residential area.
19      Q.  Is that Dixie Dale [sic]?
20      A.  Yeah.  Like in the actual
21  neighborhood, there was that stop sign.  The
22  car was still behind me.  I went up to the
23  next one.  Still behind me.  Then I made my
24  left onto Algonquin.
25      Q.  Okay.  And you say the Bernheim

124

```
1   Avenue way would be an unusual way to go.
2        A.   Have I went that way before?  Yes.
3   Do I usually go that way?  No.  I usually
4   just pull out on Algonquin, and, like I say,
5   I get lucky, somebody let me out.
6        Q.   Yeah.
7        A.   Look over, and I go.
8        Q.   Yeah, I mean, I know that
9   intersection --
10       A.   Yeah.
11       Q.   -- and it's kind of -- I hear what
12  you're saying.  Okay.
13            So you think that you took Bernheim
14  to Wingdale [sic], follow Wingdale up to the
15  stop at -- well, there was a stop on
16  Wingdale probably at Dixie Dale.
17       A.   Right.
18       Q.   You observed that they were still
19  behind you at that point.
20       A.   Mm-hmm.
21       Q.   And then you went on up to Algonquin
22  to that stop there and took a left.
23       A.   Mm-hmm.
24       Q.   I just --
25       A.   Yes.  Yes.
```

1       Q.   All right.

2       A.   Yes, sir.  Yes, sir.

3       Q.   Okay.  All right.  So let's get back

4    to the stop, and he had asked you for your

5    -- to see your driver's license.  You asked

6    him whether it was all right for you to dig

7    in your pockets to get it, I think.

8       A.   Yes, sir.

9       Q.   Correct?  And then he asked for your

10   insurance and you got that from the visor --

11      A.   Yes, sir.

12      Q.   -- right?

13      A.   The eyeglass holder.  That's where I

14   keep it at.

15      Q.   Okay.  And then is that about when

16   your mom called?

17      A.   Yes, sir.  It was right about then.

18      Q.   Okay.  And you answered the phone.

19      A.   Yes, sir.

20      Q.   That seems a little bit unusual to

21   me.  Does it to you that, in the middle of a

22   traffic stop, you would answer your

23   telephone while you're talking to the

24   police?

25      A.   No, sir.

1      Q.   Okay.

2      A.   Not at all.  It was my mother.  I

3  was nervous.  Who else would I -- I wouldn't

4  want nobody else there to talk to but my

5  mother with me.  So, yes.

6      Q.   Okay.  What was in that conversation

7  that you recall?

8      A.   That I recall?  Did they pull you

9  over?  Yes, I'm pulled over.  Yeah.  And I

10  think I said Algonquin.  Okay.  Put me on

11  speaker phone.  All right.  And that was it.

12      Q.   Okay.  And then at about that point

13  is when he got you out of the car.

14      A.   That's when I announced to him, hey,

15  my mother is on speaker phone.  He goes

16  okay, bud, do me a favor, put your hands

17  back up on the steering wheel.  I put them

18  back up there, and he reaches inside of the

19  car, unlocks my door and opens it up.

20      Q.   Did you tell him that your mom was

21  on the phone with you?

22      A.   I did.

23      Q.   All right.  And you told him that

24  you had the speaker on.

25      A.   Yes, sir.

127

1      Q.  And it's apparent that you put the
2  speaker on, isn't it?
3      A.  Yes, sir.
4      Q.  Okay.
5      A.  It was there.
6      Q.  And take me from there as you recall
7  it.
8      A.  It was at the moment when he opened
9  up the door that I knew this wasn't going to
10  go how I was hoping it was going to go, and
11  a thousand things were going on in my head
12  that could happen.  I was like why are you
13  opening up the door, because I asked him.  I
14  think that's wrong.
15      Q.  Your irritation started to go up.
16      A.  Yes, sir.  You know, what's going
17  on, you know?  I'm thinking all these
18  things.  I'm not yelling at him.  What did
19  you open up the door for?  And he says, do
20  me a favor, and now take the stuff off your
21  lap.  I say for what.  Why did he want me to
22  take stuff off my lap?  I didn't take the
23  stuff off my lap.  He goes all right, well,
24  I'll do it for you.
25          He unplugged my phone, takes my

128

1    wallet, throws it up on the center dash.  My

2    phone was plugged in, and music started

3    playing as my hands were up there.  I hit

4    the mute button on the volume and he --

5        Q.   What would make the music start

6    playing on your phone?  Somebody just hit

7    something --

8        A.   Uh-huh.

9        Q.   -- a mute button or something?

10        A.   Yes.  The phone is hooked to it.

11   And then he takes my hands and then he takes

12   me out of the car.  I just -- and now I'm

13   following with him.

14        Q.   You didn't resist that.

15        A.   No, sir.  I didn't.  I knew not to,

16   you know.  But it's clear as day that the

17   power is in this guy's hands, and I'm

18   following him --

19        Q.   He had the gun and the badge.

20        A.   Yes, sir.  So we -- you know, I

21   inadvertently going on to keep asking why,

22   but I am going to go with you.

23            Steps out of the car, my key -- a

24   pair of keys fall out of my pocket or

25   something falls out of my pocket, and he

129

1   goes that's why I asked you to take the

2   stuff off your lap, bud, so I could take you

3   out of the car.  This guy can't wait to take

4   me out of the car.

5        I think the other officer comes

6   over.  He's allowed to.  Puts me over to the

7   back of my vehicle, turns me around, and he

8   lets me know he's going to search me.  I

9   asked him why, I haven't did anything.  He

10  says I didn't say you did anything.  Then

11  why did you take me out of the car then?

12       You know, it was kind of a -- you

13  know, you say this, but you're doing this.

14  Then why are you doing this type thing?  He

15  goes I'm going to pat you down.  It's the

16  first time I've ever been patted down

17  before.

18       It was very uncomfortable.  I think

19  I said it.  Every moment, I can't do nothing

20  with this guy patting down.  I didn't have

21  anything on me anyway, but what is this for,

22  you know.

23       Didn't find anything on me.  He

24  takes me to the back of my vehicle.  He

25  takes me to the back of my vehicle.  Left my

130

1    door wide open right there on Dixie and cars

2    are just flying by and, at this moment, I

3    think I -- I say this is bull, you know.  I

4    cussed.

5         Q.  You call him on it.

6         A.  I do.  I'm not a big cusser, but

7    when wrong is done, it'll -- you know, like

8    you're doing something --

9         Q.  You know the right words.

10        A.  Yes, sir.  You know, I will say it,

11   and it's the only I can -- you know, I can't

12   physically do anything.  This is bull, you

13   know.

14        And he goes I've got to search your

15   car.  No.  There's no need for it to even to

16   go to that far, you know.  You say I did --

17   you say I did this.  Just give me my traffic

18   ticket and let me go, please, you know.  I

19   just -- I want to go home, you know.

20        He goes, okay, well, unfortunately,

21   you committed a traffic violation in front

22   of us so, you know, we're allowed to do all

23   this.  Of course, he kept using the term,

24   traffic violation, and like I said at the

25   time, I didn't know I had, you know.

1        Officer goes somewhere, something

2   happens, and I ask the other officer can you

3   shut my door.  He goes, no, I can't leave

4   you to go there to do that.  He says -- he

5   tells me to stop with the attitude, young

6   man, you know, that's when he starts to

7   ramble off it's a crazy world.  Someone gets

8   shot every day.

9        And as that's happening, the other

10  officer -- my back is turned towards my

11  vehicle.  I know the window is down because

12  I left the window -- you know, the window

13  was down.

14       He goes behind me to the back -- so

15  my back is turned against the car, and he's

16  talking, he's talking.  You know, 2018,

17  people get shot every day.  You're wasting

18  your time, wasting our time.  We're going to

19  do this 30 times more today.

20       And I'm looking over my shoulder,

21  because I don't know what this officer is

22  doing, you know, and it's 2018.  I was 18

23  years old.  You know I've seen videos and

24  seen YouTube videos.

25       I don't know if the guy is planting

132

1    something in my car.  It's just me and two
2    officers at the time, and for, you know,
3    what he says is a traffic violation.  It
4    should have been a ticket and go home or a
5    warning.  Hope for a warning.
6         And that's the reason why I kept
7    looking over my shoulder, and the officer
8    kept using the term that me looking over my
9    shoulder was suspicious as I was doing
10   something wrong, but it was more of because
11   I was -- there's two of you guys.  There's
12   one of me.  I want to make sure everything
13   is going how it's supposed to be since you
14   all took it to this extreme.  It didn't have
15   to go this far.  That's why I'm looking over
16   my shoulder.
17        That was -- of course, I was
18   nervous.  My heart -- he says my heart's
19   beating outside of me.  You can see my heart
20   beating through my shirt, calling your mom,
21   you're narrating to her what you're doing,
22   you know.  It was almost as if he belittled
23   me for calling my mom.  That was the only
24   person I could think to call, you know.
25        At that time, I think a silver Ford

1    Taurus pulls up.  Officer goes back to talk
2    to that guy.  Right away, the guy is like --
3    he comes over and they're talking, and the
4    other guy is -- you know, he's still
5    rattling off to me quit clinching your
6    fists.  You know, you're balling up your
7    fists.  Quit doing that.  You know, your
8    heart's beating through your chest.  You
9    seem nervous and all that type stuff.
10             And I was.  It's clear as day.  The
11   officer gets a K9 dog -- you know, no, the
12   officer comes back over and asks can he
13   search the car again.  I tell him, no, you
14   know, you can't.  Goes back over, talks to
15   the guy in the Ford Taurus.  I see the K9
16   dog.  It was at that moment I realized, you
17   know, these officers think that I have
18   drugs.
19             And it all started to click together
20   from when the officer had got out when I was
21   at the gas station and we made the eye
22   contact.  I was driving and they were
23   following me.  I was judged at the gas
24   station, you know.  That's when they -- they
25   had picked me out there.

134

1    They had -- the dog was already --

2    like they attempted to already have the dog,

3    and they got the dog, walked him to the

4    other side, walked me to their car.  Told me

5    to sit on the Ford emblem.

6         I sat on the Ford emblem.  The dog

7    went to the corner of the car.  You can see

8    in the video, I'm there as calm as day at

9    that time, because I'm like this officer is

10   silly.  There is nothing in that car.

11       Q.   You knew that.

12       A.   Nothing in that car.  Nothing at

13   all.  Goes around the car one time.

14   Nothing.  First time I ever seen a K9, you

15   know, act in a way -- looked like a young

16   dog, and it was like pulling against the

17   guy.  He had to control it, and he keeps

18   going around the car.  I'll never forget the

19   noise.  (Gestures)  He was making that type

20   of noise.  I didn't understand it.

21       Q.   The dog was?

22       A.   The guy was.  He was going around.

23   He comes back to the same corner that he

24   started at, and I'm sitting there, and I see

25   him go like this (gesturing), because I'm

135

1    watching.

2              I don't know what he says, and the

3    officer who's next to me goes did he hit?

4    And the officer goes K9 indication, and they

5    take me, turn me around and put me on the

6    car, in handcuffs.

7              Then my mom is pulling up, and I

8    start to get a little teary-eyed, but I'm

9    just determined -- you know, I'm 18 years

10   old, I'm a man, you know.  You know, hey, my

11   dad would say welcome to the real world.

12   That's all I could think the whole time.

13             As I am put in handcuffs, the

14   officer is rattling off to me, and my mom's

15   in -- you know, back there.  It's

16   embarrassing my mom has to see me in

17   handcuffs.

18             He's -- and I don't even know what

19   the guy is saying.  You're not under arrest,

20   but you're not free to go.  You're not

21   detained.  You're -- and the officer hit on

22   your car, you know, if it's weed or pills,

23   we'll work with you.

24             The guy's assuming I had weed or

25   pills in my car, you know.  It's starting to

136

1    all fall into place.  These guys think I
2    have drugs, you know, and now the dog thinks
3    I have drugs in the car.
4          He just goes over there talking to
5    my mother.  I can hear my mother telling the
6    officers there's nothing in the car.  You
7    know, he didn't do anything.  He called me
8    as soon as he spotted you all.
9          I was sitting there, and my head is
10   down.  At that time, I'm praying that I just
11   make it through.  Scared for -- you know.
12   They already picked me out at the gas
13   station.  They've already been following me.
14         Who's to tell what's going to happen
15   next.  You know, too many terrible things
16   are happening in the world, things been
17   happening in the world.  I've seen videos of
18   things happening.
19         It's just quick (gestures) and so, a
20   snap, I hear them threaten to take my mom to
21   jail if she gets any closer.  My mom raises
22   her voice.
23        Q.  Did they threaten to take your
24   mother to jail?
25        A.  She -- if you approach my traffic

137

```
 1    stop, I will take you to jail.  She said I'm
 2    going to -- he says you're on private
 3    property.  She said it's for sale.  I didn't
 4    -- at that time, he was trying to get my
 5    mother's boyfriend to get my mother back.
 6           My mother's like I'm not going
 7    anywhere.  She's yelling.  My mother doesn't
 8    yell that much, and then she does.  I can
 9    hear it in her voice.  It was very hard to
10    hear with handcuffs on.
11           In the moment -- at that moment, I
12    had -- I always try to, you know, stay away
13    from stuff like that, not even involve
14    myself with stuff like that.  I'd never been
15    in handcuffs.  You know, my mother worked
16    around police officers.  I always seen
17    police officers.  It's a cop, you know.  It
18    is what it is, you know.  Didn't do nothing
19    to me.  Just keep going on, do everything by
20    the book, you'll be fine.
21           And that wasn't the case that day.
22    Getting a Slushie and some chips.  You say I
23    made a wide turn.  The next thing you know,
24    I'm outside the car and I'm in handcuffs.
25           The guy is -- he started opening up
```

138

1   the door, searching the heck out of the car.

2   Nothing.  Nothing there.

3          Guy starts to ask some questions.

4   Why do you have this negative view towards

5   the police?  You know, what ever happened in

6   your life that you don't like the police?  I

7   don't know what this guy knew and --

8   nothing until now.  This incident.

9          You know, I have been around police.

10  I've seen police, you know.  Interact with

11  police all the time.  It is what it is, you

12  know.  I never had a negative view.  Is this

13  how you treat everybody?  For it -- you

14  know, you pulled me over and you say I did

15  this.

16         So, you know, he -- we don't have

17  X-ray vision, you know.  We can't -- we

18  didn't know you had a scholarship.  How old

19  are you?  Ever had any trouble in your

20  juvenile days?  No.  Eighteen.  Never got in

21  trouble before.  Never did anything before.

22  Played drums, you know, and -- I know the

23  guy didn't know me, you know.  But just

24  don't judge.  You know, it's just don't take

25  -- assume.  I don't like that.  And he's --

1    you know, he assumed very highly.

2         And they go through the car, and

3    they start to ask me if I know -- social,

4    you know, how much do I weigh and my height.

5    At that moment, I'm ready to go.  I know

6    you're not going to find nothing in the car.

7         Officer -- K9 officer came over, he

8    goes the dog liked your wallet.  Have you

9    touched, been around any types of drugs or

10   anything like that and maybe some touched on

11   your wallet?  No.  Nothing like that.  I'd

12   just put money in it, you know, at the ATM.

13   There was money in there.  He walks away.

14        I turn around.  Out of the corner of

15   my eye, I see the same officer who I made

16   eye contact with at the Thornton's gas

17   station there.  It was the third vehicle.

18   It was the blue Ford Escape.  That was the

19   same guy I made eye contact with.  He wasn't

20   doing much talking, but he was there.  I

21   knew it was a connection.

22        And, you know, he -- the officer

23   started rattling off, you know, if I take

24   you out of these handcuffs, are you going to

25   try to run because, you know, I had to chase

140

1    somebody last night, I'm not fully recovered

2    from it.  So, if I take these handcuffs off,

3    you being calm now?  Take the handcuffs off,

4    would you?  Just take these things off of

5    me.  I'm ready to go.

6            And he takes them off.  Officer

7    says, all right, you have court.  Here's

8    your ID back.  You have court

9    October-something.  You understand

10   everything?  Didn't understand everything,

11   so I didn't answer the officer.  Dropped my

12   head.  He said, all right, have a nice day.

13           My mother walked over.  Officer

14   seemed to announce you'll have to get out of

15   the road.  His car was on the side of the --

16   you've got to get out of the road.

17           I drove to -- I was on Dixie, so I

18   had drove down to that Thornton's right

19   there, not even a minute away, 20 seconds

20   away.  Pulled over and parked.  Like I

21   couldn't even drive home.  Hopped out of the

22   car.  My mother got over, drove me home, and

23   that was it.

24           I was in total disbelief.  I was

25   shocked.  It's reality.  First time being

141

1    pulled over.  It's like a -- I felt

2    violated.  The car had been ran through.  My

3    chips were -- I guess the dog stepped on my

4    chips.  The bag was popped.  Just got home,

5    laid in bed.

6              MR. ERVIN:  You want to take a

7    break?

8              THE WITNESS:  Yes.

9              MR. ERVIN:  All right.  Let's do

10   that.

11             (OFF THE RECORD, 12:54-1:33 P.M.)

12             (A LUNCH BREAK WAS TAKEN)

13             (DOCUMENT WAS MARKED FOR PURPOSES OF

14   IDENTIFICATION AS DEFENDANT'S EXHIBIT 1.)

15        Q.   (BY MR. ERVIN)  Mr. Lea, before we

16   broke, we had finished up in your testimony

17   where you had walked through basically

18   everything that had occurred in the stop and

19   you said, when you got home, you went to

20   bed; is that right?

21        A.   Actually, I went to my room and laid

22   in bed.

23        Q.   Went to your room and -- okay.  What

24   was the rest of your day?

25        A.   The rest of my day was my sisters

142

1   coming over, asked me if I was okay.  My

2   mother asked me if I was okay.  They know

3   how I am and I just -- let me be in my room.

4   Ponder over it and just stayed in my room

5   the rest of the day.  My mom, you good now?

6   You know, just kept asking me, you all

7   right?

8          And that was pretty much till the

9   end of the day.  Just everybody asking me if

10  I was okay, you know, what had happened.

11     Q.   Do you know, did you -- whether

12  there were any calls to you or your mom

13  about anyone who had seen it -- seen what

14  occurred on Facebook or --

15     A.   My aunt.  She called.  I do remember

16  that.  Other than that, anything else, I

17  don't recall.

18     Q.   Did you go to work the next day?

19     A.   I did.  I did.  Because that day I

20  took off, it took two, three people to

21  convince me to take off from the car lot

22  that day.

23          Like I had -- it was like my second

24  month in the business, so I was -- the first

25  month I had a really good month.  That's

143

1       when I -- was trying to work really hard.  I
2       wasn't working as hard as now, like because
3       I was still new into it, but I'd just take a
4       day off.  Sort of let your mind breathe.
5       All right.  Then everything that happened
6       that day.
7            Q.  Yeah.
8            A.  Went back to work.  I told my boss
9       what happened and just went on from there.
10           Q.  What was your boss's reaction?
11           A.  His first reaction, he tried to ease
12      me up -- you know, ease me out of it.  I
13      guess you shouldn't have took off type
14      thing, and then it was terrible that I went
15      through it, you know, it's crazy that you
16      went through it.
17              And that was pretty much it until
18      all the interviews started to happen and
19      everybody at work started to see it.  But
20      that was, you know, later on.  Well later
21      on, yeah.
22           Q.  Take me back, I want to ask you or I
23      failed to ask you about in relationship to
24      your mom.  What does she do?  What is her
25      occupation?

1       A.   There's the way I understand it.

2       Q.   Okay.

3       A.   Growing up, she was a juvenile

4    probation officer, private investigator.

5    She worked at the public defender's office.

6    She used to ride around with K9 units

7    serving warrants and things like that.

8            She's had a handful like in that job

9    position-type thing.  That's from my

10   experience from being around a couple

11   officers.  Guys who worked down at the jail

12   system, comes, you know, from hearing them,

13   that's what she does.

14           Right now, she's in a -- she's going

15   to teach a semester at Spalding.  Criminal

16   Justice --

17      Q.   Teacher?  I'm sorry?

18      A.   A semester at Spalding, Criminal

19   Justice 101.  That's what she's about to be

20   doing now, because she's always been

21   involved in that side of work.

22      Q.   Does she have aspirations to be more

23   involved in law enforcement, I guess?

24      A.   I don't know.  There was a time

25   where she was trying to do something, but

145

1    she had to pass the physical part of it.

2    She struggled at that.  I don't know what

3    that was for, but I'm assuming it had to be

4    something out in the field, and that's it.

5        Q.  At what point -- how was it that you

6    ended up at the -- Jodi Bessinger's office?

7        A.  As this was all going on and all the

8    interviews, and I was started to miss barber

9    school, I was mentally weak.  I took two

10   weeks off of barber school because my head

11   was hurting.  I couldn't do nothing but

12   think about the incident, think about the

13   interviews, think about what happened.  My

14   mom could see it on me.  She could

15   definitely tell.  I didn't want to get out

16   of bed.

17        Then sat there and realized I was --

18   you know, they say it's fine to talk to

19   yourself, you know.  Once you answer back to

20   it, that's when you need some help, you

21   know.

22        So I realized and talked to my mom,

23   and then from there, she found Josie and did

24   that whole process, and within a week or so,

25   I was there talking to her.

1          And first time, you know, it took --
2     she had to open me up a little bit and it
3     was -- it was a weird experience.  My first
4     time ever dealing with somebody in that
5     profession, what their job is.  She used to
6     sit on the other side of the table.  The
7     more they get you to talk, the more you
8     start to release.
9          That's kind of in my job, you know.
10    That's part of my profession, so it's you
11    say one thing and you just keep going and
12    going, and then you release everything.
13    That's what she was doing.
14         So the first time, it was good, but
15    I realized what she was doing and I'd never
16    opened up to anybody like that besides
17    family.  So it took a while to get used to,
18    and me and Ms. J, we had a little
19    relationship, you know.
20         It was when I was going to see her
21    throughout the process for a little while,
22    and then it got to the point to where she
23    could understand where I was coming from.
24    She could relate.  She had a child that was
25    adopted, a young black male.

147

1          Ms. Josie is -- she's white and so
2     she was -- could have understood.  He was
3     around the same age as me if he would have
4     went through this type of stuff, so, and it
5     was -- that had a click for us right there.
6          She could relate to it and that's --
7     when I was -- during that time, it was --
8     she was like, well, is it the interviews?
9     Well, I wanted to do the interviews so I
10    could get this out there so other people
11    could see how to react in situations like
12    this.
13         You know, I always had been telling
14    her I keep my calm, you know, because I'm
15    not, you know, and there's -- you know,
16    react the way you want me to fully react.
17    Just handle myself.
18         And then that's -- that's what she
19    says, you know.  She watched the video, and
20    it demonstrated in the video I did.  She
21    applauded me for that.
22    Q.   The video that was released to the
23    media, what role did you have in putting
24    that together?
25         A.   I had no role at all.  The role I

148

1    did have, which is probably the biggest

2    role, is my mom said do you want people, you

3    know, to see this?  Because if they see it,

4    you know, they're going to see it.

5           And it probably took me a few hours

6    to a day to go, yeah, let's put it out

7    there, you know.  Let them see.  My first

8    experience with a police officer is like

9    this?  Everybody's first experience with a

10   police officer like this, they should see

11   this.  Expose what's going on.

12          A traffic stop turns into a what

13   they thought was a drug bust.  Nowhere near.

14   This is a true definition of never judge a

15   book by its cover.  That's how I felt about

16   that whole situation.

17       Q.   What do you mean by that?

18       A.   Just because you live in that part

19   of town, you know, just because you drive a

20   fairly nicer car, just because the color of

21   your skin is black and you live in the west

22   end and you live in a high profile area as

23   they call it, does not mean that you're

24   involved in high -- you know, violent

25   things.

149

1          Not everyone in the area is a
2     criminal.  Some people just live there.  I
3     just live there.  I've lived there -- my
4     whole life.  Stayed away from that type of
5     stuff.  Always angled myself away from that
6     type of stuff to not be judged like that,
7     and here I am getting pulled over for a very
8     first -- you know, a traffic stop and they
9     treat me like I was a criminal.
10          Just judged me right away from the
11     moment I stepped out of the car and made eye
12     contact with that guy, I was just judged.
13     Q.  Do you think it was the color of
14     your skin or do you think it was where you
15     were?
16     A.  Both if you asked me.  Where I was,
17     color of my skin.  It all played a role into
18     it.
19     Q.  Do you think they don't pull white
20     folks over in that area?
21     A.  I don't know what they do, you know.
22     I didn't know they did, you know, that type
23     of stuff.  I didn't know that's the way
24     police police.  So I don't know.
25     Q.  When did you make a decision that --

1       or how did the decision get made that you

2       were going to seek redress, file a lawsuit?

3            A.   When I put it out there, I truly

4       didn't understand that I did wrong, you

5       know, that I did anything wrong.  You know,

6       the right turn that he said I did, and I'm

7       not no lawyer.  I don't know laws or

8       anything like that.

9            But I do know it's not that if it's

10      right or if it's wrong, but it didn't feel

11      right.  The whole situation didn't feel

12      right.  You know, and you know it didn't

13      feel right when you can't stop thinking

14      about it.

15           And that's -- I've heard that before

16      -- like don't look at right or wrong.  If it

17      doesn't feel right, that's how you know for

18      sure.  It didn't feel right.

19           I talked to my mother about and, you

20      know, not saying she's a lawyer or anything

21      like that.  That's when she asked me did I

22      want to pursue with it, and I said yeah.  I

23      gave it to -- yeah, I thought more about it.

24      Yeah.  Let's do it.

25           Q.   You said this came up after you put

1    it out there.

2         A.    Mm-hmm.

3         Q.    Are you talking about the video?

4         A.    Yeah.  I don't recall the exact time

5    that I discussed that with her, if it was

6    before the video, after the video, but it

7    was more of it was during that time I knew,

8    like I said, it didn't feel right.

9         One -- actually, it was everything

10   they did right, I guess, in the law, can

11   they do that type of stuff?  I mean, pull

12   people over and just suspect, you know, that

13   they have drugs in their car?

14        And I did my research, the little

15   bit that I could on Google, seen what the

16   Ninth Mobile, you know, was capable of and

17   how many guns they took off the streets, you

18   know, the previous years that they did it.

19        But in the article I could read

20   where -- you know, different articles that

21   are out there, and I don't remember exact

22   which ones they were, since it was several

23   years ago -- how many guns they took off the

24   streets, and I'm all for that.  I'm the

25   first to admit it, you know, especially

1      growing up in that part of town.

2              But if they do that to everybody,

3      how many people have they pulled over that's

4      like me?  Hasn't done anything, and that was

5      their first experience with the police

6      officers.  That was what made me curious on

7      this.  Is this how it always is done?

8              Well, no wonder why incidents

9      happen.  You know, if people don't react the

10     same way or they do this, they do that, and

11     why they -- you know, what happens out

12     there.  A lot of people get shot.  People

13     get killed in incidents like this.

14             You keep your calm, you do the right

15     thing for 18 years, and they still treat you

16     like that.  I didn't have to.  I didn't grow

17     up living like that.

18             I didn't -- it gets to a point

19     where, you know, is it the car I drive?  Is

20     it my skin color?  You have to live your

21     life though.  For years I didn't feel

22     comfortable even driving, you know, a nicer

23     car, going around like that.

24             But talking to Josephine and them,

25     it's you have to live your life.  You're

1    doing well.  You can't preclude yourself

2    doing that situation, so.

3        Q.  You don't want that to define you.

4        A.  No, and it did for a while.  It

5    still does.  It's still in the back of my

6    head still.  It'll always be there.  It's

7    going to be out there on YouTube.  Over a

8    million people have seen it, you know.

9            It's crazy the numerous amount of

10   people come through that car lot and realize

11   who I am.  You look really familiar.  Have I

12   seen you before?  I've gotten letters.  You

13   know, didn't realize who you were until we

14   left after we bought the car.  Thought I

15   seen you on the news the other day, you

16   know.

17           So that's always going to be carried

18   with me.  Sorry about that.

19       Q.  That's all right.  Sorry.

20       A.  It's always -- you know, going to

21   carry it with me.  I grow up, my kids are

22   always going to see that.  You can't -- you

23   search my name now and you see all that type

24   stuff.  You don't see Tae-Ahn Lea's Facebook

25   page.  You don't see Tae-Ahn Lea, the top

154

1     salesman, Oxmoor.  You see Tae-Ahn Lea,

2     traffic stop.

3          Q.   You put that video out.

4          A.   Mm-hmm.

5          Q.   Who put the video together?

6          A.   I don't recall exactly who it was.

7          Q.   Well, did you work with anybody

8     putting it together?

9          A.   Um-mm.

10         Q.   Is it something that your mom did?

11         A.   Yeah.  I don't know exactly how it

12    all tied into -- that was a very well-edited

13    video, you know, the way it works, and it

14    was all right there.  You know, I didn't

15    record it or anything like that, but the

16    exact person that did it, I do not know.

17    Did I sit down with them and do it?  No.

18         Q.   Do you know whether your attorneys

19    did it?

20         A.   I don't know.

21         Q.   Do you know whether it was put

22    together before or after you hired your

23    lawyers?

24         A.   I don't know.

25         Q.   Do you remember when you hired your

1    attorneys?

2         A.   No, I don't.

3         Q.   Do you know whose idea it was to put

4    it on -- put it out there, put it on YouTube

5    or wherever it was first published?

6         A.   No, before putting it out there, I

7    believe we asked Lonita -- I'm not sure --

8    before we put it out there.  I don't know if

9    we put it out there beforehand.  I don't

10   recall.

11        Q.   Okay.  I don't want to know anything

12   about your conversations with Ms. Baker or

13   Ms. Buckner or Mr. Aguiar.

14        A.   Mm-hmm.

15        Q.   You understand that, and that's

16   confidential between you and them.

17        A.   Yeah.

18        Q.   But it sounds like you had your

19   lawyers on board before it got out there.

20            MS. BAKER:   (Video timestamp:

21   13:50:24)  I'm going to object to -- asked

22   and answered that he doesn't recall, but if

23   you do recall, you can say.  But you don't

24   have to guess on that.

25            MR. ERVIN:   Well, I think he just

156

1    testified that he said something to you
2    before it went out there or vice versa.
3              MS. BAKER:  But he also said he
4    didn't recall --
5              MR. ERVIN:  Well --
6              MS. BAKER:  -- and we can go back to
7    the reporter.  I'm just saying he can answer
8    as he has.  I just don't want it to be --
9              MR. ERVIN:  You made an objection
10   and you're more than entitled.  I apologize.
11        Q.  (BY MR. ERVIN)  It sounds to me like
12   that you had retained your attorneys before
13   that it went out there.
14        A.  I don't recall.
15        Q.  Okay.  And you said that you and
16   your mom talked about it before it went out;
17   is that right?  She wanted to make sure you
18   were okay with it?
19        A.  Mm-hmm.  Yeah.
20        Q.  And so it was all put together by
21   the time you had that conversation.
22        A.  No, because it had to go through the
23   process of -- and I don't recall the whole,
24   you know, step-by-step.  I had to go to
25   court first for the traffic ticket to -- I

1    think in order to get, you know, the body
2    cam footage if I recall right.
3          Q.   Okay.  Did you have a lawyer when
4    you went to court?
5          A.   I did.
6          Q.   Who was that?
7          A.   His name was Mark, if I'm not
8    mistaken.  I don't know the exact name.
9               MS. BAKER:   Hall.
10         A.   Mark Hall?  There we go.  Balder
11   guy.
12         Q.   A what guy?
13         A.   He was bald.  That's all I remember.
14   And he used to sell cars -- in a letter.  He
15   sold cars for a while.
16         Q.   Do you know how you ended up
17   retaining Mark?
18         A.   Well, my mom said this guy will help
19   you do this.  I had never been to court
20   before.  I had never had to stand in front
21   of a judge.  You know, the only thing I seen
22   was movies.  How that process worked.
23         Q.   Do you know whether Mark had any
24   affiliation with this law firm?
25         A.   I don't.  I don't recall.

158

1       Q.   Do you know how your mom -- or who
2  chose this law firm?
3            MS. BAKER:  I wasn't around at that
4  point, so he's --
5            MR. ERVIN:  Okay.
6            MS. BAKER:  -- looking at me, and I
7  don't know, so.
8            MR. ERVIN:  No.  That's all right,
9  and I understand your natural --
10           MS. BAKER:  So soon after that
11  point, yeah.
12           MR. ERVIN:  -- inclination.  But I
13  have to ask you just to tell me what you
14  know.
15           THE WITNESS:  What I know.  If I --
16           MR. ERVIN:  So, if you don't know,
17  that's the right answer as far as I'm
18  concerned.
19           THE WITNESS:  I don't recall.
20      Q.   (BY MR. ERVIN)  Okay.  It sounds
21  like then that it wasn't you who, you know,
22  did any research or made the determination
23  as to which law firm would represent you.
24      A.   No, sir.  I don't recall doing
25  anything like that, no.

1      Q.   Okay.  So it wasn't so much -- what

2  you did, you did on the recommendation of

3  somebody else it sounds like to me, and it

4  may have been your mother, but someone else

5  said I think you should go with this firm or

6  that firm or whatever.

7           Is that a fair statement?

8      A.   I don't fully recall how that

9  process went down at the time.  It's -- like

10  I said, when you don't under -- you know a

11  little bit of this and a little bit of that,

12  you know.

13      Q.   Yeah, I understand.  You were 18 and

14  --

15      A.   I was -- yeah --

16      Q.   Sure.

17      A.   -- I just finished high school,

18  yeah.

19      Q.   But I'm just trying to find out

20  whether it was you or someone else --

21      A.   Well, in order for it to be done, I

22  had to be a part of it as well.

23      Q.   Sure.

24      A.   I would say it was me.

25      Q.   Okay.  But you don't have any

160

1  recollection of doing the research of making

2  the decision of what law firm it would be.

3      A.  I don't recall.

4      Q.  Okay.  And you don't know when that

5  was.

6      A.  Don't remember the exact time.

7  Don't recall.

8      Q.  What's your best recollection?

9      A.  Like my best guess?

10     Q.  Your best recollection, not a guess.

11 As best you can recall, when would it have

12 been?

13     A.  Somewhere after I went to court, and

14 the ticket got dismissed.

15     Q.  Okay.

16     A.  Around that time.

17     Q.  And that was in October?

18     A.  Mm-hmm.

19     Q.  So you don't have any recollection

20 -- do you have any recollection of meeting

21 with Ms. Baker or anyone else with this law

22 firm before you went to court and it got

23 dismissed?

24     A.  I don't recall.

25     Q.  Okay.  But you did work with this

161

1    attorney named Mark.

2         A.   Mm-hmm.

3         Q.   And I think you had two court

4    appearances; is that right?  Do you recall

5    that?

6         A.   I don't -- I went to court one time

7    myself, if I remember right, and Mark went

8    the first time --

9         Q.   Okay.

10        A.   -- and it was being handled that

11   way.

12        Q.   All right.  Is it your recollection

13   that the -- so you only recall having gone

14   to court one time?

15        A.   Mm-hmm.

16        Q.   All right.  And that's yes?

17        A.   Yes.

18        Q.   All right.  And the time that you

19   went, the case got dismissed.

20        A.   Yes.

21        Q.   All right.

22        A.   Dismissed the ticket, yes.

23        Q.   All right.  And my question is do

24   you have a recollection of meeting with Ms.

25   Baker or, to your knowledge, anybody else in

162

1    this law firm before that time?

2         A.   No, not that I recall.

3         Q.   Okay.  Do you recall when the video

4    was released?

5         A.   I don't know -- recall.

6         Q.   Do you know, was it released on

7    YouTube or do you recall what format it got

8    released on originally?

9         A.   It is on YouTube.  Everywhere it's

10   released and --

11        Q.   I mean, I guess I'm asking, and I'm

12   really dumb about this, because I don't do

13   it.  But a Facebook page, would it --

14        A.   It'd be on there as well.  You can

15   post videos on Facebook and YouTube.  Exact

16   which one was first at the time, I don't

17   recall.

18        Q.   Okay.  Do you know a way that you

19   could determine that?

20        A.   No, sir.

21        Q.   Are you the person who put it out

22   there or someone else?

23        A.   The video?

24        Q.   Yes.

25        A.   I'm not the person that -- I was

163

1     there, you know, because my mother asked me.

2          Q.   Right.

3          A.   I don't recall exactly.

4          Q.   So you don't recall being the person

5     to upload it to put it out there.

6          A.   I don't recall.

7          Q.   Do you know whether it was your mom?

8          A.   I don't recall.

9          Q.   You did see the video before it went

10    out though.

11         A.   I've seen so many videos, I don't

12    recall really.

13         Q.   Okay.

14         A.   Different ways and angles.

15         Q.   Well, you recounted for us the

16    conversation that you had with your mom

17    about whether you wanted it to go out.

18         A.   Uh-huh, I did.  So I was part of

19    that.  So, you know, I was --

20         Q.   Right.

21         A.   I was all for it.  Whether it was I

22    clicked the button or my mother clicked the

23    button --

24         Q.   Right.

25         A.   -- whoever clicked the button.

164

1      Q.   Okay.  But that's not my question

2   now.  I'm getting to it.

3           The fact that you recall that

4   conversation about whether this should be

5   published implies to me that you had at

6   least seen it.  You knew what it was that

7   she was asking whether you were comfortable

8   that it be published.

9      A.   Yes.

10     Q.   Okay.  And that video is a series of

11  editing between the three or four or however

12  many body cams there were; is that right?

13     A.   Yes, sir.

14     Q.   And, for example, the times that you

15  may have cursed in your exchange with the

16  police officer weren't on that video, were

17  they?

18     A.   On like --

19     Q.   On the one that you published.

20     A.   It is.

21     Q.   Okay.

22     A.   Yes.  As far as I recall, yes, sir,

23  it is.

24     Q.   Okay.  Do you remember testifying to

25  the Council, the City Council?  Louisville

165

1    Metro Council?

2         A.   Yes, sir.  I do.

3         Q.   How did that come about?

4         A.   I don't recall exactly how it came

5    about.  If I remember right, getting asked

6    to go there and do it and, like I said, at

7    that time, I was all for it, because I

8    wanted it, you know, to be exposed that --

9    what happened to me, so I did.

10          But I remember going to it.  But

11   about the message, you know, the phone call

12   or who I talked to, I don't fully remember

13   or recall that part.

14        Q.   Okay.  Did you have any preparation

15   for it?

16        A.   No.

17        Q.   So you didn't meet with Ms. Baker or

18   anyone else to try and get ready for what

19   kind of questions you might have or the

20   message you were going to deliver?

21        A.   No, sir.  It was all me.  It was

22   what I felt.

23        Q.   Before that time, you had been

24   contacted to give a statement to the police

25   about what had happened.  Do you remember

1   that?

2        A.   Yes, sir.

3        Q.   But you did not do that.

4        A.   No, sir.

5        Q.   Why?

6        A.   Didn't feel like I need to.

7        Q.   Why?

8        A.   It was all on video.

9        Q.   Well, why did you give the statement

10   to the Council?

11       A.   They asked me to do the interview,

12   they could see it.  When I went up to the

13   Council, I was going up in front of a board,

14   you know.  I was going to be out there.  So

15   I decided to do that.

16       Q.   If I'm understanding you correctly,

17   you wanted to do it somewhere where you

18   could expose it more.

19       A.   Mm-hmm.  Yes.

20       Q.   Did you not understand that the

21   police wanted to interview you for their

22   investigation into the conduct of the

23   officers involved?

24       A.   No, sir.

25       Q.   You didn't understand that?

1       A.   No, sir.

2       Q.   But you knew they had contacted you.

3       A.   Mm-hmm.  Yes, sir.

4       Q.   And asked to interview about this.

5       A.   Yes, sir.

6       Q.   And you refused to do it.

7       A.   Yes, sir.

8       Q.   Why did you refuse to do it?

9       A.   Just didn't want to.  Didn't feel

10  like I needed to.  Like I said, they could

11  see it from the videos.

12      Q.   Did you think the officers should be

13  disciplined --

14      A.   I do.

15      Q.   -- for what happened?

16      A.   I asked -- I did.  I asked for an

17  apology.  You know, I asked for an apology

18  mainly to my mother for the way that they

19  talked to her.

20      Q.   Who did you talk to and ask that?

21      A.   It's on the interview.  Which

22  interview it was, I don't fully remember.  I

23  think I might have even said it at the

24  council board.  I asked for an apology.

25           You know, admit that they treated me

1    in a way that I feel like I shouldn't have

2    been treated.  Like if I did something

3    wrong, I will apologize for it.  I would

4    stick up behind it.

5        Q.  Specifically -- can you specifically

6    itemize the various ways in which you think

7    that you were done wrong?

8        A.  The interrogation in the back of my

9    car, you know, the questions I was asked.

10   The way he made me feel as if, like I said,

11   he belittled me, my heart beating through my

12   chest, calling my mom, narrating.  My

13   negative view -- why do I have a negative

14   view towards the police, my opinion and why

15   I have a view towards him.

16          You know, the threat that he thought

17   I was going to run.  The reason why he

18   pulled me out of the car.  I mean, what did

19   I do to make it so tempting for you to feel

20   like you needed to take me out of my vehicle

21   to search it, even for drugs.

22          You know, what -- where at in the

23   whole process did I make you feel like

24   there's something in the car, you need to

25   bring the dogs.

1          You need -- you know, so it was --
2    that's why it all -- from the gas station,
3    you know, the eye contact with that
4    gentleman.  That totally could speak for
5    that.  That set the stone [sic] right there.
6    That's what started it all.  The following,
7    everything.
8          Q.  Do you know, do you have a picture
9    in your mind of what the criminal they're
10   looking for, if you will, looks like?
11         A.  I can't picture what they, you know,
12   want to see, but I can picture what they
13   seen of me.  A young black male in the west
14   end of Louisville driving a Dodge Charger.
15   It was why, you know.  That's what they
16   picked out.
17         Q.  So you felt you were a target.
18         A.  Oh, yes.  From the moment I stepped
19   out of the car.
20         Q.  That Escape, that didn't show up to
21   your stop until -- or at least you didn't
22   notice it there until about the time or near
23   the time you were released from the
24   handcuffs; is that right?
25         A.  Yes, around that time.  They were

170

1     all dressed the same.

2          Q.   Mm-hmm.

3          A.   You could tell they rode together.

4          Q.   Do you know who all you sued in this

5     case?

6          A.   Who all I sued?

7          Q.   Yes.

8          A.   Don't recall.

9          Q.   Do you know whether you sued the

10    officer who you made eye contact with at the

11    Thornton's?

12         A.   I don't recall.

13         Q.   I want to talk to you about whatever

14    -- what your feelings were, what your

15    emotions were that led to your talking to

16    your mom about seeing someone to talk to

17    about this.

18              What, in your words, would you

19    describe what your feelings were at that

20    point in time?  And let me try and put it in

21    the right timeframe for you.  I think your

22    first visit was like about the third week of

23    January in 2019.  So roughly five months

24    after this happened.

25              Can you tell me what you were

1    experiencing that caused you to want to talk

2    to your mom about that?

3         A.   It was the -- it still honestly --

4    living in that area, driving.  You know, a

5    Ford got behind me, an unmarked car got

6    behind me, a police car got behind me.

7              It's a feeling of, you know, my

8    heart beating fast.  I didn't feel

9    comfortable driving.  You know, what do I do

10   with my next interaction with a police

11   officer if anything ever happens.

12             And that went on for a time and, as

13   I explained, the way that I am, I had to try

14   to get through it myself.  You know, I still

15   get nervous when a police officer gets

16   behind -- I still get nervous when I see a

17   police officer's car behind me.

18             But it took for me to finally go

19   through -- you know, it was a couple of

20   trips to school -- I'd miss school.  You

21   know, I couldn't help from keep thinking

22   about it.  You know it -- the video -- I

23   just kept watching everything like that, so.

24             It did -- it took for me to just

25   realize that, hey, this is -- you know, you

1      go through this stuff every day of life.
2      There's always going to be cars that get
3      behind you.
4            For me to -- I didn't know if I was
5      going to be able to talk to somebody.  It'd
6      be like, hey, this makes me feel a certain
7      way and I don't understand why.  Like talk
8      that out.
9            Q.  You got to the point where you felt
10     like you needed to work it out --
11           A.  Yes.
12           Q.  -- and get to where you could move
13     on.
14           A.  Yes, sir.  I had to keep living.  I
15     had to keep going.  I was missing school.  I
16     was just laying in bed.  I didn't want to
17     eat.  It took a while.  I had to finally --
18     I finally tried to get up to go to school,
19     went to school.  That lasted in school for
20     two, three hours.  I'd call my mom right
21     away, come get me.
22           So, yeah.  It was that idling mind,
23     like I said, just keep spinning and thinking
24     it over and over.  You know, in your ear,
25     what happens if this happens?  I'm young.  I

173

1    get -- I'm -- let's say I get eventually

2    pulled over later on.  I don't know what's

3    going to happen.

4        Q.  Do you think re-watching that video

5    helped you or hurt you?

6        A.  Video or no video, I always remember

7    it in my head.

8        Q.  Sure.

9        A.  You know, watching it, you know, of

10   course, if I watch it, I watch it.  But do I

11   want to keep watching myself do that or, you

12   know, it's there.  It's always going to be

13   there.  I'm always going to have to live it.

14   Every second.  Yeah.

15       Q.  You said now or even now you get

16   nervous if you look in your mirror and a

17   cop's behind you --

18       A.  Yes, sir.

19       Q.  -- is that right?

20       A.  Yes, sir.

21       Q.  Now, on this day before you were

22   pulled over, you were nervous with them

23   being behind you, weren't you?

24       A.  Not really, because I had never been

25   stopped before.  It was just -- like I said,

174

```
1    I was involving with my mother, and a cop
2    was a cop.  They're going to pull you over
3    if you did something, you know.
4            And from the officer, when we looked
5    at each other at the gas station, and he
6    followed me, and he was following me just
7    waiting for something.
8        Q.   But it wasn't him who was following
9    you, was it?
10       A.   It wasn't, but it was somebody
11   dressed just like him.  Same type of vehicle
12   unmarked.  It was the weirdest feeling ever.
13       Q.   So you were nervous then.
14       A.   Before I got out of the car?
15       Q.   When you went over the jump and saw
16   that police car behind you --
17       A.   Yes, sir.
18       Q.   -- you were nervous.
19       A.   Yes, sir.
20       Q.   Okay.
21       A.   I was nervous when I stepped out of
22   the car.  That's what made me call my
23   mother, and she told me come on, you know.
24       Q.   So you got nervous when you first
25   made eye contact.
```

1      A.   Yes, sir.

2      Q.   Okay.  How long did this eye contact

3  last?

4      A.   It was a few seconds, but it was a

5  -- like I said, it was this drug eye

6  contact.  It was the what-are-you-doing eye

7  contact to the point where it made me call

8  my mother.

9           I didn't -- one second, two seconds.

10  It was enough seconds for me to call my

11  mother and it made me uncomfortable.

12      Q.   You know, with your father, your

13  grandfather and your brother's history as

14  you understand it involving some types of

15  mental concerns, has that ever been a

16  concern to you, that you may have similar

17  conditions?

18      A.   Going through life?

19      Q.   (Nods head affirmatively)

20      A.   Like I said, it's sometimes the way

21  I said I have emotion or a deep feeling

22  about something maybe, but I've got older

23  now.

24      Q.   Your emotions, though, they haven't

25  debilitated you --

1      A.   Right.

2      Q.   -- have they?

3      A.   No.  I hadn't been through a lot of

4  things in life yet though.  Like I said,

5  this was an eye opener.

6      Q.   Yeah.

7      A.   It was a -- like I said, it was like

8  welcome to the real world.  You know, I had

9  just graduated, started working.  I was

10 doing good at work.  I was going down the

11 right path.

12     Q.   Well, you are going down the right

13 path, and you know that.

14     A.   Yes, sir.

15     Q.   Right?

16     A.   Yes, sir.

17     Q.   Regardless of what anybody might say

18 or how this might appear, Tae-Ahn Lea knows

19 he's on the right path.

20     A.   (Nods head affirmatively)

21     Q.   Is that a fair statement?

22     A.   Yes, sir.

23     Q.   And you're comfortable with who you

24 are and the path you're taking.  Do you

25 agree with that?

177

1          A.   Yes, sir.

2          Q.   Have you ever -- as you were growing

3     up, did you ever have any history or

4     difficulty with headaches?

5          A.   I'd say occasionally.  Nothing too

6     serious that I recall.

7          Q.   Do you ever --

8          A.   I did have them over where -- like I

9     think it was my grandmother would call it a

10    migraine was what I was having.  That was

11    the only thing.

12         Q.   Do you think it was migraines or do

13    you think you had a bad headache at the

14    time?

15         A.   I'm still not a doctor, so I didn't

16    know really know the difference between a

17    headache or migraine.  Whatever it was, it

18    didn't feel good.

19         Q.   Yeah.  Did you have any headaches --

20    and when was that; do you recall?

21         A.   No.

22         Q.   Okay.

23         A.   Throughout life, they just came and

24    went.  I'd get through it.

25         Q.   Did your father ever discourage you

178

1    from barber school?  I mean, did you all
2    ever have these discussions where it was
3    like, you know, you can sell cars.  You need
4    to come on, get with the program with me,
5    anything like that?
6         A.   There was.  It was a -- you know, he
7    never, you know, had any passion to be a
8    barber, but it was a discussion on you can
9    make this type of money selling cars.  And
10   the numbers he was saying, you know, eight,
11   20, 15 grand a month selling cars.  I rode
12   past car dealerships all the time.  The
13   place looks like nobody's there.  I didn't
14   believe it.
15        So, when he put me in the car
16   business for those, you know, four months
17   and I made that type of money in four months
18   right out of the gate, I was like whoa.  But
19   I still had a passion for cutting hair.  I
20   still wanted to go to barber school.  I left
21   the car lot.  A lot of guys was like why are
22   you leaving?  I'm going to barber school.
23        So we had a discussion on -- you
24   know, some disagreements on why are you
25   leaving the car business to go cut hair?

1    You can make more money doing this.  You can

2    make good money cutting hair.  It takes a

3    while longer.  You're on your feet a lot

4    more but -- I knew how to cut hair, but I

5    didn't know how to sell a car, but.

6          Q.   Thought you didn't know how to sell

7    a car.

8          A.   That's true.

9          Q.   You can sell a bag of chips, you can

10   sell a car.

11         A.   That's right.

12         Q.   Were you ever conscious of whether

13   your mom's work was dangerous?

14         A.   Yes.

15         Q.   Did you ever have that perception,

16   or understanding maybe is a better word?

17         A.   Definitely did.

18         Q.   Okay.  How so?  What and how did you

19   -- when did you develop that understanding?

20         A.   Her line of work as a private

21   investigator going to people's houses,

22   investigating things for different people.

23   A truant house, you know, you enter

24   something like that.

25              I knew my mother was a strong mother

180

1    for her to be willing, to be able to do

2    that.  That showed me, you know, she was a

3    strong woman.

4         Q.  My guess is that your mom has seen a

5    lot of children who have, well, maybe not

6    had a mom like her.

7         A.  Yes.  Funny you make that comment.

8    That was always my goal, is to not end up

9    like the kids that she was always around.

10        Q.  Well, that's what I was going to

11   say, and I'll bet you she worked on you

12   pretty hard to ensure that you weren't going

13   to be one of those kids.  Is that a fair

14   statement?

15        A.  Yes, sir.  That is very true.  And I

16   promised her I wouldn't be.

17        Q.  Well, and you've succeeded in that

18   goal also, and I guess that's where the idle

19   hands are the devil's workshop kind of came

20   from.  If she didn't use that phrase

21   specifically, it's the same idea --

22        A.  Yes, sir.

23        Q.  -- communicated to you.

24        A.  Yeah.  Yes, sir.

25        Q.  Does Saint Stephen have a school?

1      Don't they have a school, or not?

2          A.   Yes.   It's called Simmons College.

3      It was --

4          Q.   Oh, the college?

5          A.   Yep.

6          Q.   Well, I know that Dr. Cosby is there

7      now, right?

8          A.   Yes.

9          Q.   Okay.  But I thought that the church

10     itself -- did the church itself ever have a

11     school?

12         A.   They had a form of --

13         Q.   Okay.

14         A.   You know, just Simmons.

15         Q.   You ever thought about going to

16     Simmons?

17         A.   I had a scholarship to Simmons to be

18     in the marching band to play quads.   Julian

19     was the band director.  I went to a couple

20     of the practices here and there, but.

21         Q.   It wasn't Central?

22         A.   Actually, it is a -- it's an HBCU-

23     type college.

24         Q.   What does that mean?

25         A.   It's an Historical Black College, so

1    --

2        Q.   Yeah.

3        A.   -- usually your Historical Black

4    Colleges' is like Central's band.  That's

5    what makes Central's band a little bit

6    different than from other bands.

7        Q.   Mm-hmm.

8        A.   But I still wanted to be a barber.

9        Q.   Well, and did Simmons -- I mean,

10   they don't have a football program, I don't

11   believe, do they?  I mean, you weren't going

12   to have any marching band experiences there

13   --

14       A.   It was --

15       Q.   -- would you?

16       A.   There was a marching band.  They had

17   a basketball team.  I think they were trying

18   to -- they're -- they haven't yet but are

19   trying to develop a football team, but it

20   was a very newly-opened college.  So that

21   was kind of the push.  Like you can be the

22   first, you know, this or achieve that in

23   this college.

24       Q.   And had Dr. Cosby -- had he been

25   your pastor when you were younger?

183

1        A.   Yes.   Yes.

2        Q.   Does he still pastor Saint Stephen

3    --

4        A.   Yes.

5        Q.   -- at the same time as far as you

6    know?

7        A.   Yes, sir.

8        Q.   Okay.

9        A.   He pastors a lot of churches there

10   now as far as I remember.  I haven't been to

11   church in a while, but.

12       Q.   He sounds like a hard worker too.

13   Is that your impression?

14       A.   Yes, sir.

15       Q.   When you left Ms. Bessinger, I think

16   your last visit was -- you had had a visit

17   on March 4th, and then you saw her again on

18   May 14th, and I think you started when -- on

19   the 4th -- I apologize.  I've got my pages

20   out of order.

21            Yeah, when you finished your visit

22   on March 4th, the plan was discussed;

23   termination and they decided they would call

24   if needed.

25            And then I think you did see her

184

1    again.  You called and saw her a little over

2    a couple of months later on May 14th, and

3    the symptom given at that time was that you

4    had stress due to all the activity.

5            And I'm thinking that was in

6    relation to the media attention around your

7    -- the video that had gone out.  Do you

8    recall that?

9        A.  I don't recall the exact dates that

10   you're listing, no.

11       Q.  Let me try and help put it in

12   perspective for you.  I don't know the exact

13   date that the video came out at all.  You

14   know better than I, and you can't recall

15   either, so we're in the same boat there.

16           But I do know that you went before

17   the Metro Council on April 16th.  So that

18   would be right in the middle of the March

19   4th visit and then your last visit on May

20   14th.

21       A.  Yes, sir.

22       Q.  So you think it's -- that's what

23   you're referring to there?  That's what's

24   referred to there?

25       A.  That, yes, sir.  And just all the

185

1    attention.

2         Q.   Yeah, it says he talked about doing

3    news interviews this week, testifying in

4    front of Metro Council, how the community

5    church, his family, people were shaking your

6    hand.

7         A.   Yes, sir.

8         Q.   And that's -- I mean, you sort of

9    got a hero's, for lack of a better word,

10   welcome.  People were proud of you for

11   coming forward.

12        A.   Yes, sir.

13        Q.   Do you agree with that?

14        A.   Yes, sir.

15        Q.   And you were proud for having done

16   so, weren't you?

17        A.   Yes, sir.

18        Q.   And you have not been back or asked

19   to see Ms. Bessinger since that May 14th

20   date, correct?

21        A.   Yes, sir.

22        Q.   And you haven't felt the need to go

23   back to see her.  Is that a fair statement?

24        A.   Yes, sir.

25        Q.   And you haven't been to anybody

1    else, professional at least.

2         A.   No, sir.

3         Q.   I think you say, but you do -- if

4    something comes up, whether it's related to

5    this or anything -- any other change that

6    you go through in life, you have a very

7    close relationship with your dad.

8         A.   Yes, sir.

9         Q.   And is it a coworker or one of your

10   bosses that you --

11        A.   It's my boss.

12        Q.   Okay.  Who is that?

13        A.   His name is Tim Robinson.  He's the

14   GSM.

15        Q.   Yeah, you said that earlier.

16        A.   Yes, sir.

17        Q.   I have a case I'm defending with a

18   Tim Robinson, but I know it's not the same

19   one.

20        A.   No.  Let's hope not.

21        Q.   And is he the same boss that you've

22   had always there?

23        A.   It is.  He was first a desk manager,

24   and now he got promoted up to GSM and that

25   --

1      Q.   Is that General Sales Manager?

2      A.   Yes, sir.  Yes, sir.

3      MR. ERVIN:  Let's -- I think I'm

4    probably getting close to being finished.

5    Let's take a break and let me review a

6    little bit and talk with my colleague and --

7           THE WITNESS:  Yes, sir.

8           MR. ERVIN:  Thank you.

9           (OFF THE RECORD, 2:29-2:45 P.M.)

10      Q.   (BY MR. ERVIN)  Mr. Lea, you used a

11    very appropriate phrase to describe your

12    feeling about -- to believe that you had

13    been targeted, and the phrase that you used

14    was that you can't judge a book by its

15    cover.  Do you recall that?

16      A.   Yes, sir.

17      Q.   And so you felt like the cover of

18    your book was brown skin and basically --

19      A.   (Nods head affirmatively)

20      Q.   -- and that's what your beef is,

21    right?

22      A.   Yes, sir.

23      Q.   You do know that the neighborhood

24    where you live is a dangerous neighborhood

25    though; do you agree?

188

1        A.    You could say that.

2        Q.    Well, I mean, you hear gunfire,

3    don't you?

4        A.    Hear gunfire?  Personally, myself,

5    I've never heard gunfire.

6        Q.    Okay.

7        A.    Does gunfire occur out there?  Yes,

8    sir.  I stay in my room.

9        Q.    I have a friend, a good friend, who

10   lives on Beech Street --

11       A.    Mm-hmm.

12       Q.    -- at Beech and Algonquin.

13       A.    Yes.

14       Q.    That's how I know the geography a

15   little bit --

16       A.    Okay.

17       Q.    -- and I know they hear gunfire --

18       A.    Mm-hmm.

19       Q.    -- and that's pretty much your

20   neighborhood, isn't it?

21       A.    Yes, sir.

22       Q.    And you know that, in that

23   neighborhood, there are a lot of homicides,

24   don't you?

25       A.    Yes, sir.

189

1      Q.  You know that there's gang violence
2  in that neighborhood --
3      A.  Yes, sir.
4      Q.  -- and drug trade in that
5  neighborhood.
6      A.  (Nods head affirmatively)
7      Q.  Is that right?
8      A.  Yes, sir.
9      Q.  Do you know whether it's greater in
10 that neighborhood than maybe other
11 neighborhoods in Louisville?
12     A.  (No response)
13     Q.  Or do you think there are more
14 murders in that area than in other areas of
15 Louisville?
16     A.  I don't know the exact stats.
17     Q.  You don't know.
18     A.  Yes, sir.  I don't recall.
19     Q.  Would it surprise you to learn that
20 there are more there than in other areas?
21     A.  What, to learn about it?
22     Q.  Yes, sir.  Would it surprise you to
23 learn that or know that?
24     A.  It wouldn't surprise me, no.
25     Q.  Okay.  Do you recall, or as you

1    recall, your testimony is is that when you
2    made the turn from Algonquin onto Dixie,
3    that immediately the lights -- a siren came
4    on?  I guess lights also; is that correct?
5         A.   Yes, sir.
6         Q.   And then you put your signal on, and
7    you got over and pulled to a stop.
8         A.   Yes, sir.
9         Q.   Would it surprise you to learn that
10   you drove 20 seconds or more after you made
11   that turn before you stopped?
12        A.   I don't recall the exact timeframe
13   right there, but I know I pulled over.
14        Q.   Would it surprise you to learn that
15   police officers are trained that when there
16   is a delay in a person pulling over or
17   stopping that that is an indication that
18   that person may be hiding something?
19   Whether it be a weapon or contraband of some
20   nature.  Would it surprise you to learn
21   that?
22        A.   I don't know.
23        Q.   Had you not thought about that?
24        A.   No.  I have not.
25        Q.   Would it surprise you to learn that

191

1    when -- if someone is pulled over and they
2    take a phone call while the officers are
3    talking to them, and they start talking
4    about where they are, that there have been
5    times when officers have been surrounded or
6    even attacked because that person was giving
7    their location?
8        A.  I'm not saying that's never happened
9    to anybody, but that's unclear, so.
10       Q.  It's not something that you would
11   have thought about.
12       A.  Yes, sir.  No.
13       Q.  And that phone call happened -- that
14   you got from your mother was just before
15   they got you out of the car; isn't that
16   right?
17       A.  Yes, sir.
18       Q.  You know, and you used -- you felt
19   like you had been pre-judged.  I'm the kind
20   of person -- maybe you are -- let me ask you
21   this.  I'm the kind of guy who, generally,
22   I'm going to trust you until you give me a
23   reason not to.  You follow me?
24       A.  Yes, sir.
25       Q.  Are you kind of like that or --

1       A.   You can say that.  Yes, sir.

2       Q.   And do you know that, for officers'

3  safety, you know that the police can be that

4  way too or is that the way you expect them

5  to be?

6       A.   Yes, sir.  I can.  Yes, sir.  I can.

7       Q.   All right.  You made mention of your

8  grandfather earlier.  Is your grandfather

9  still living?

10       A.   No, sir.

11       Q.   Okay.  Do you have any living

12  grandparents?

13       A.   Yes, sir.

14       Q.   Who is that?

15       A.   My mother's mother.  My mother's

16  father.

17       Q.   Oh, yeah.  You said -- does your

18  grandmother live in -- at the house where

19  you are?

20       A.   Yes, sir.

21       Q.   Okay.

22       A.   And my dad's mother is still alive.

23       Q.   And did you say your mother's father

24  was still living also?

25       A.   Mm-hmm.  Yes, sir.

193

1      Q.   So you've got three of four.

2      A.   Yes, sir.  I'm very grateful.

3      Q.   Sounds like they've all played a

4   role in your life?

5      A.   They have.  Everyone has, yes, sir.

6           MR. ERVIN:  I think that's all we

7   have for you, Mr. Lea.  Thank you.

8           THE WITNESS:  Okay.

9           MR. ERVIN:  Thank you very much.

10          MS. BAKER:  I have just a few

11   followups, so leave it on real quick.

12

13   EXAMINATION

14   BY MS. BAKER:

15      Q.   There were some questions about how

16   you came to find your criminal law attorney.

17   Your mother, you indicated she's a private

18   investigator?

19      A.   Yes.

20      Q.   And do you know if she works with a

21   lot of criminal defense attorneys?

22      A.   Yes.

23      Q.   And in her private investigation, is

24   that the majority of the people that she

25   works with?

194

1      A.   Yes.

2      Q.   Do you know if that stems from the

3  time she worked at the public defender's

4  office?

5      A.   Exact timing, probably throughout

6  her whole career really.  Probably the

7  public defender office, yes.

8      Q.   Okay.

9      A.   A lot of people.

10     Q.   But to your knowledge -- or do you

11  remember if your criminal case was complete

12  before you ever met with anyone at our

13  office?

14     A.   No.

15     Q.   You don't remember.

16     A.   I don't remember.

17     Q.   Okay.  And then, at one point, you

18  were asked would it be fair if there was no

19  need -- that if you thought there was no

20  need for you to see Ms. J, and you paused

21  for a long time.  Why did you pause?

22     A.   Because I wouldn't say I don't need

23  to see her again, you know, I've adapted and

24  learned what she -- what her job is to do,

25  and I'm not -- I'm not disrespecting her

1    job, but it's just to honestly sit there and

2    listen to me and open me up.  I developed

3    that with my boss at work and that is why I

4    do it with him a lot.

5         I like Ms. J, but I don't find the

6    need to do it just yet.  Later on down the

7    line, yes.  But I'm not going to say I'm

8    completely good, I don't need her anymore.

9    I use, like I say, my work to distract me to

10   do this.  I've -- throughout the years, I've

11   found this that I could use to keep me, you

12   know, going.

13        So that's the reason why I paused

14   for a while.  Just didn't how the answer.

15        Q.   Would you say that's coping

16   mechanisms when you say things to use?

17        A.   Yes.  It is.

18        Q.   And then knowing that there are

19   murders, gang violence and drug activity in

20   your neighborhood, do you think that it's

21   right what happened to you in August of

22   2018?

23        A.   I don't.

24        Q.   Okay.  And do you think it's right

25   -- and I'm using the officer's language --

196

1    for them to do that to 30 other cars on that
2    day, if they did?
3         A.   I don't.
4         Q.   And were you hiding anything before
5    you pulled over?
6         A.   I was not.  So I never thought of
7    that.
8         Q.   And were you honest with the officer
9    about who was on the phone?
10        A.   I was very honest.
11        Q.   Did they inform you why they pulled
12   you out of the car?  Did they ever inform
13   you of that?
14        A.   No.
15        Q.   And did they ever claim that they
16   felt you were calling folks to surround
17   them?
18        A.   No.
19        Q.   And did any of the officers there
20   ever inform you that they felt like you were
21   a threat to them?
22        A.   No.
23        Q.   Okay.  And did you ever receive any
24   explanation that day or later of why what
25   happened to you happened?

1       A.   No.

2            MS. BAKER:   Okay.   I don't have any

3    other questions.

4

5    FURTHER EXAMINATION

6    BY MR. ERVIN:

7       Q.   You had the opportunity to talk to

8    the police, and you elected not to do that.

9    You remember they called you for an

10   interview?

11      A.   As in -- I don't specifically

12   remember it saying this officer, this

13   officer -- this officer wants to talk to

14   you.   So I don't remember that.   But I did

15   deny access to go to talk to them.

16      Q.   And did you understand that you

17   would have the opportunity there then to

18   explain what you thought had gone wrong in

19   your stop?

20      A.   Yes, sir, pretty sure, but it was

21   clear in the video.

22           MR. ERVIN:   All right.

23           MS. BAKER:   Just one followup on

24   that.

25           MR. ERVIN:   Sure.

```
 1    FURTHER EXAMINATION
 2    BY MS. BAKER:
 3        Q.   The officers that you could have
 4    talked to after were not the officers that
 5    pulled you over; is that correct?
 6        A.   Right.  That's why I didn't know, if
 7    it was somebody else, if they would do it,
 8    you know, I wouldn't get the full emotion
 9    effect if it was somebody else.
10            MS. BAKER:  Okay.  That's all I
11    have.
12            MR. ERVIN:  Okay.
13            MS. VIDEOGRAPHER:  Anything else?
14            MR. ERVIN:  No.  Thank you.
15
16            (Deposition concludes at
17    approximately 2:57 P.M.)
18            (Further, the deponent sayeth
19    naught.)
20
21
22
23
24
25
```

199

1    STATE OF KENTUCKY

2    COUNTY OF JEFFERSON

3

4         I, Lynn B. Kornick, Court Reporter and

5    Notary Public in and for the Commonwealth of

6    Kentucky, State-at-Large, hereby certify

7    that, at the time and place stated herein,

8    the foregoing testimony was reported by me

9    and transcribed under my personal direction

10   and supervision and that said typewritten

11   transcript is complete and accurate to the

12   best of my ability and understanding; that

13   the appearances are as set forth in the

14   caption; that prior to giving the testimony

15   the witness was first duly sworn by me; that

16   I am not related by blood or marriage to any

17   of the parties hereto; and that I have no

18   interest in the outcome of this case.

19              My Commission as Notary Public

20   expires June 14, 2024.

21              Given under my hand the 30th day

22   of August, 2021, at Louisville, Kentucky.

23

24                        _____
                          LYNN B. KORNICK, REPORTER
25                        KY NOTARY ID KYNP6968