## Preliminary LMPD YTD UCR Annual Comparison
### January-December  2018

### 5 Year YTD Crime Rate Totals

| Year | Violent Crime | Murder* | Rape | Robbery | Aggravated Assault | Property Crime | Burglary | Larceny | Motor Vehicle Theft | Part I Crime | Population | Population % Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January-December 2013 | 3,819 | 48 | 277 | 1,450 | 2,044 | 28,938 | 6,934 | 19,918 | 2,086 | 32,757 | 666,200 | -- |
| January-December 2014 | 4,141 | 55 | 270 | 1,533 | 2,283 | 28,403 | 6,424 | 19,687 | 2,292 | 32,544 | 671,120 | 0.74% |
| January-December 2015 | 4,441 | 80 | 262 | 1,538 | 2,561 | 28,056 | 6,227 | 18,753 | 3,076 | 32,497 | 677,710 | 0.98% |
| January-December 2016 | 4,832 | 117 | 227 | 1,549 | 2,939 | 29,922 | 5,899 | 19,822 | 4,201 | 34,754 | 680,550 | 0.42% |
| January-December 2017 | 4,657 | 102 | 214 | 1,333 | 3,008 | 28,107 | 5,531 | 18,785 | 3,791 | 32,764 | 684,489 | 0.58% |
| January-December 2018 | 4,346 | 80 | 238 | 1,083 | 2,945 | 27,187 | 4,617 | 18,845 | 3,725 | 31,533 | 688,997 | Projected Pop. Change |
| Difference | -311 | -22 | 24 | -250 | -63 | -920 | -914 | 60 | -66 | -1,231 | | |

### Yearly Percent Change Crime Rate

| Year | Violent Crime | Murder* | Rape | Robbery | Aggravated Assault | Property Crime | Burglary | Larceny | Motor Vehicle Theft | Part I Crime |
|---|---|---|---|---|---|---|---|---|---|---|
| Percentage 2013 vs 2014 | 8.43% | 14.58% | -2.53% | 5.72% | 11.69% | -1.85% | -7.36% | -1.16% | 9.88% | -0.65% |
| Percentage 2014 vs 2015 | 7.24% | 45.45% | -2.96% | 0.33% | 12.18% | -1.22% | -3.07% | -4.74% | 34.21% | -0.14% |
| Percentage 2015 vs 2016 | 8.80% | 46.25% | -13.36% | 0.72% | 14.76% | 6.65% | -5.27% | 5.70% | 36.57% | 6.95% |
| Percentage 2016 vs 2017 | -3.62% | -12.82% | -5.73% | -13.94% | 2.35% | -6.07% | -6.24% | -5.23% | -9.76% | -5.73% |
| Percentage 2017 vs 2018 | -6.68% | -21.57% | 11.21% | -18.75% | -2.09% | -3.27% | -16.53% | 0.32% | -1.74% | -3.76% |

### YTD Crime Rate per 100,000

| Year | Violent Crime | Murder* | Rape | Robbery | Aggravated Assault | Property Crime | Burglary | Larceny | Motor Vehicle Theft | Part I Crime |
|---|---|---|---|---|---|---|---|---|---|---|
| January-December 2013 | 573.25 | 7.21 | 41.58 | 217.65 | 306.81 | 4,343.74 | 1,040.83 | 2,989.79 | 313.12 | 4,916.99 |
| January-December 2014 | 617.03 | 8.20 | 40.23 | 228.42 | 340.18 | 4,232.18 | 957.21 | 2,933.45 | 341.52 | 4,849.21 |
| January-December 2015 | 655.30 | 11.80 | 38.66 | 226.94 | 377.89 | 4,139.82 | 918.83 | 2,767.11 | 453.88 | 4,795.12 |
| January-December 2016 | 710.01 | 17.19 | 33.36 | 227.61 | 431.86 | 4,396.74 | 866.80 | 2,912.64 | 617.29 | 5,106.75 |
| January-December 2017 | 680.36 | 14.90 | 31.26 | 194.74 | 439.45 | 4,106.28 | 808.05 | 2,744.38 | 553.84 | 4,786.64 |
| January-December 2018 | 630.77 | 11.61 | 34.54 | 157.18 | 427.43 | 3,945.88 | 670.10 | 2,735.13 | 540.64 | 4,576.65 |
| Percentage 2013 vs 2014 | 7.64% | 13.74% | -3.24% | 4.95% | 10.87% | -2.57% | -8.03% | -1.88% | 9.07% | -1.38% |
| Percentage 2014 vs 2015 | 6.20% | 44.04% | -3.91% | -0.65% | 11.09% | -2.18% | -4.01% | -5.67% | 32.90% | -1.12% |
| Percentage 2015 vs 2016 | 8.35% | 45.64% | -13.72% | 0.29% | 14.28% | 6.21% | -5.66% | 5.26% | 36.00% | 6.50% |
| Percentage 2016 vs 2017 | -4.18% | -13.32% | -6.27% | -14.44% | 1.76% | -6.61% | -6.78% | -5.78% | -10.28% | -6.27% |
| Percentage 2017 vs 2018 | -7.29% | -22.08% | 10.49% | -19.29% | -2.74% | -3.91% | -17.07% | -0.34% | -2.38% | -4.39% |

The information contained in this report includes figures extracted from LMPD's Records Management System (RMS) and is calculated by the FBI's Uniform Crime Reporting Standards (UCR). This information will not match any figures published within the FBI's Semi Annual and Annual Crime in the United States Report. Figures within the FBI's Crime in the United States Report are static figures calculated at one point in time while figures within this report, are obtained from the live RMS system and include any updates to reports not reflected within the published Crime in the United States Reports. All data provided reflects solely incident reports taken within the jurisdiction of Louisville Metro Police Department (LMPD) and does not include statistics from other cities within Jefferson County, Kentucky unless the incident report was taken by an LMPD official and is chronicled in LMPD's Records Management System. Population counts are as reported by the FBI's Crime in the U.S. Annual Report (Table 8). Projected Population is calculated as the summation of the median of the annual percent change in population and 2015's population.

ACS/ 1/17/2019

LMG00480