# Planning Template


OFFICE OF PERFORMANCE IMPROVEMENT AND INNOVATION

**Problem Statement:** There were 118 homicides and 515 shootings in Louisville in 2016

**Goal Statement:** Reduce homicides and shootings by 25% by focusing in the six targeted neighborhoods which accounted for 50% of homicides in 2016

**Background and Context:** 2016 was a violent year in Louisville. Statistics on homicides and shootings are below:

| Homicides | Shootings |
|---|---|
| Louisville had 118 Homicides in 2016; 80 in 2015 | Louisville had 515 shootings in 2016; 21% were fatal. 348 shootings took place in 2015, 18% were fatal |
| 70% occurred in the 1st, 2nd, & 4th division | 75% of shootings occurred in the 1st, 2nd, & 4th divisions |
| 85% of homicides involved gunshots, the average of victims was 31; the youngest was 5 months; the oldest was 72 | 51% of victims were 25 or younger |
| 13 homicides were the result of domestic violence | 75% of victims were black; 79% Male |
| 55% of homicides were cleared by arrest | |

**Initiative Title:** *Louisville Unloaded: Homicide Prevention Strategy*

## Framework for Change:

| Pillars | Definition | The Six Targeted Neighborhoods |
|---|---|---|
| Prevention: | Reaching individuals, families, and communities before violence happens so that violence is less likely to occur | - Park Hill<br>- Russell (includes Beecher Terrace & City View)<br>- Shawnee<br>- Shelby Park<br>- Smoketown<br>- Victory Park |
| Intervention: | A coordinated approach to intervening at the first sign of potential violence in the streets, schools, and hospitals to reduce violence and to produce a more positive outcome | |
| Enforcement: | Placing laser focus of law enforcement efforts on the small percentage of people who commit gun violence while ensuring the safety and security of our citizens | |
| Re-Entry | Assisting those who have committed crimes come back into the community by providing resources and opportunities to prevent recidivism and re-build community | |
| Community Mobilization: | Pulling together youth, neighborhood residents, community organizations, and law enforcement to ensure a culture where gun violence is not tolerated | |
| Organizational Change & Development: | Transforming policies, practices, and systems in our city to reduce gun violence. | |



OFFICE OF PERFORMANCE IMPROVEMENT AND INNOVATION

# Planning Template

Planning Table: The activities in the table below started on 1/1/17 and end on 12/31/17.

| Pillars | Engagement Tactic (What will be done?) | Why? (Why is the "what" being done?) | Owner (Who does the work?) | Name of Initiative(s) (How is the "what" being done?) | Age Group Served |
|---|---|---|---|---|---|
| **1. Enforcement:** Placing laser focus of law enforcement efforts on the small percentage of people who commit gun violence while ensuring the safety and security of our citizens | Data driven Hotspot Policing | For efficient proactive enforcement in neighborhoods specifically reporting and requesting police engagement. The data driven maps assist with the effectiveness of crime prevention in areas where crime is actively being reported. | Louisville Metro Police Department (LMPD) | Hotspot Policing | |
| | Active Surveillance | Tactical Analysts can report criminal activity in real time and have the capabilities of reviewing past activity for suspect/event details. | LMPD | Real Time Crime Center | |
| | Rapid Warrant Service [59 svc'd w/sniper] | The Full-Time SWAT Team allows for direct response to contain, isolate, and neutralize individuals or situations for the overall safety of the community. | LMPD | Rapid Warrant Service | |
| | Cross-agency collaborative taskforce; Multi-gang Unit Taskforce [newberr opens means devices] | The direct relationships with the federal partners allows for increased resources and options in the adjudication process. | LMPD, FBI, DEA, ATF, US Marshall | Louisville Metro INTEL   SHOOTING 45  47 M 16    6/0 Down  Parker 1 10% | |
| **2. Intervention:** A coordinated approach to intervening at the first sign of potential violence in the streets, schools, and hospitals to reduce violence and to | Data driven deployment interrupters | Conflict resolution, behavior, and norm changes are evidence based strategies to reduce violence. | Louisville Urban League, Office of Safe & Healthy Neighborhoods (OSHN) | Zones of Hope; No More Red Dots | |
| | Resource access and deployment | The dissemination of information, resources, and opportunities helps drive community norm changes. | OSHN | OSHN Community Outreach Team | |

# Planning Template

| Pillars | Engagement Tactic (What will be done?) | Why? (Why is the "what" being done?) | Owner (Who does the work?) | Name of Initiative(s) (How is the "what" being done?) | Age Group Served |
|---|---|---|---|---|---|
| | Trauma Informed Interventions | Witnessing and experiencing gun violence is traumatic, and can lead to further violence if that trauma is not addressed. | Community Response Team; Clergy Resource Team | Trauma Response Collaborative | |
| | De-escalation of hospital based conflict | De-escalating hospital conflicts reduces retaliatory violence | OSHN, Kentucky One Health, Peace Education | No More Red Dots | |
| | Immediate family engagement | Providing immediate support and referrals for families reduces trauma and the likelihood for retaliatory violence | A group of Clergy in Louisville | Clergy Resource Team | |
| | Trauma informed case management, including mental health support for victims and family. | To identify and address the factors that have put victims at risk of further violence; to provide an opportunity to develop a plan to stay safe and prevent further injury or harm. The U of L Community Institute Evaluation Team will assess progress. | Peace Education Program | Pivot to Peace | |
| | Conflict Resolution | To provide skills to: manage conflict, to respect differences, and to solve problems non-violently. | Peace Education Program | Pivot to Peace, Peace Education Program | |
| 3. Prevention: Reaching individuals, families, and communities before violence happens so that violence is less likely to occur | Employment opportunities for youth | Summer employment reduces the likelihood of youth experiencing or perpetuating violence. | Mayor's Office, Youth Build, KentuckianaWorks, OSHN | Mayor's Summer Works Program | |
| | Recruiting high-risk, high need for employment | Targeted employment efforts for individuals at risk reduces the risk of them experiencing or perpetuating violence. | Louisville Urban League, Kentucky Youth Career Center, OSHN | Zones of Hope 100, ReImage | |

(produce a more positive outcome)

OFFICE OF PERFORMANCE IMPROVEMENT AND INNOVATION

# Planning Template

OFFICE OF PERFORMANCE IMPROVEMENT AND INNOVATION

| Pillars | Engagement Tactic (What will be done?) | Why? (Why is the "what" being done?) | Owner (Who does the work?) | Name of Initiative(s) (How is the "what" being done?) | Age Group Served |
|---|---|---|---|---|---|
| | Jobs; employment training | Skill development is needed for individuals to obtain meaningful employment. | Youth Build, KentuckianaWorks, ReImage | ReImage | |
| | One-to-one Mentoring | Mentoring reduces the risk that youth will engage in or experience violence. | Mayor's Office, Big Brothers Big Sister, KentuckianaWorks, OSHN | Re-Image, Right Turn, Metro Mentors | |
| | Educational Retention effort: Alternatives to suspension of high-risk students | Youth who are connected to a supporting school environment are less likely to engage in or experience violence. | JCPS, Mini-grant recipients | JCPS in collaboration with Mini-grant recipients | |
| | Increased educational opportunity | Youth who are connected to a supporting school environment are less likely to engage in or experience violence. | JCPS, Mini-grant recipients | JCPS in collaboration with Mini-grant recipients, PARKS | |
| | Conflict resolution training | To provide skills to: manage conflict, to respect differences, and to solve problems non-violently. | Peace Education, Center for Women & Families | Pact In Action, Youth Led Interventions/PAL Coalition, Metro PARKS/LMPD Youth Chats, Project Ready | |
| 4. Community Mobilization: Pulling together youth, neighborhood residents, community organizations, and law enforcement to ensure a culture | Public health model that focuses on Violence interruption and behavior and norm changes | Recipients that receive funds from OSHN will be trained. | OSHN | Cure Violence | |
| | Increase intra-resident engagement | Need goal for increasing blockwatches in 6 targeted neighborhoods. | Center for Neighborhoods, LMPD | Blockwatch, Neighborhood Associations | |

# Planning Template

| Pillars | Engagement Tactic (What will be done?) | Why? (Why is the "what" being done?) | Owner (Who does the work?) | Name of Initiative(s) (How is the "what" being done?) | Age Group Served |
|---|---|---|---|---|---|
| where gun violence is not tolerated | Support for the neighborhood by developing and training stakeholders | Neighborhood and cultural norms are predictive of the prevalence of violence. A connected and supported neighborhood reduces violence. | OSHN | One Love Louisville Ambassadors | |
| | Activate community influencers | Cross sector collaboration and champions demonstrate how violence prevention is embedded throughout our city | OSHN | OSHN Advisory Council | |
| | Provide mini-grants and technical support to projects/programs | Agency funding for violence prevention efforts produces more resources and support for neighborhoods | OSHN | OSHN External Agency Fund | |
| 5. Organizational Change & Development: Transforming policies, practices, and systems in our city to reduce gun violence. | Applying modern best practices in policing | | LMPD | 21st Century Policing Initiative | |
| | Regular convening's of stakeholders through OSHN | Collective impact models are proven methods to generate progress on large scale problems. | OSHN | One Love Louisville Work Groups | |
| | Adopting a community-wide public health model for violence prevention | Recipients that receive funds from OSHN will be trained[1] | OSHN, Public Health & Wellness Dept. | Cure Violence[1], One Love Louisville Campaign | |
| | Adopting Civil Citations for Juvenile offender in order to reduce the disproportionate minority contact | Legislation, policies, and practices impact the root of how systems perpetuate inequitable outcomes demographically and geographically. | Criminal Justice Commission, Juvenile Justice Advisory Council | Civil Citation Initiative, Restorative Justice | |

OFFICE OF PERFORMANCE IMPROVEMENT AND INNOVATION

# Planning Template

| pillars | Engagement Tactic (What will be done?) | Why? (Why is the "what" being done?) | Owner (Who does the work?) | Name of Initiative(s) (How is the "what" being done?) | Age Group Served |
|---|---|---|---|---|---|
| | Provide weekly sessions teaching residents at YDS conflict resolution | | LMPD, Youth Detention Services (YDS) | 10-Day Fatality Review Team Cardinal Success program | |
| | Detention (is this Corrections or YDS?) and Parks & Recreation employees are being trained in de-escalation and trauma informed care | | LMPD, Dept. of Parks & Recreation, Dept. of Corrections | | |
| 6. Re-Entry: Assisting those who have committed crimes come back into the community by providing resources and opportunities to prevent recidivism and re-build community | Establish a transition and re-entry program for youth being released from detention after serving six (6) months of service | Citizens re-entering the community need meaningful support to reduce recidivism and become contributing members to the community. | Youth Detention Services | Re-entry Program for Incarcerated Youth | |
| | Job training and placement; educational attainment and mentoring for individuals who have previously been charged with a crime | | Youth Build, KentuckianaWorks, Louisville Urban League, OSHN | ReImage | |
| | | | Dept. of Corrections | 2 FACT Program | |

# Planning Template


OFFICE OF PERFORMANCE IMPROVEMENT AND INNOVATION

**Definitions:**

1. **Youth:** Anyone under the age of 24; source –OJJDP
2. **Interrupter:** Individuals trained in preventing shootings by identifying and mediating potentially lethal conflicts in the community, and following up to ensure that the conflict does not reignite; source – The Cure Violence Health Model
   a. **Prevent Retaliations** – Whenever a shooting happens, trained workers immediately work in the community and at the hospital to cool down emotions and prevent retaliations.
   b. **Mediate Ongoing Conflicts** – Workers identify ongoing conflicts by talking to key people in the community about ongoing disputes, recent arrests, recent prison releases, and other situations and use mediation techniques to resolve them peacefully.
   c. **Keep Conflicts 'Cool'** – Workers follow up with conflicts for as long as needed, sometimes for months, to ensure that the conflict does not become violent.

**Risks:**

What risks will prevent our team from achieving success and what are we doing to address the risks?

**Communication:**

How will we communicate and engage key stakeholders?

Conduct a dry run before the LLT by 2/15

Present before Metro Council on 2/28