

Office of Safe & Healthy Neighborhoods
March 1, 2017

ONE LOVE LOUISVILLE

VIOLENCE REDUCTION STRATEGY

Mayor Greg Fischer
Louisville Metro Government

# VIOLENCE REDUCTION STRATEGY

## PRESENTATION OVERVIEW

- ∨ STRATEGIC APPROACH
  - ▪ APPROPRIATIONS BREAKOUT
    - • OSHN - $234,000
    - • URBAN LEAGUE - $220,000
    - • PEACE EDUCATION - $10,000
    - • NEIGHBORHOOD HOUSE - $17,000
    - • EXTERNAL PARTNERS - $143.00
  - ▪ PROGRAM DESCRIPTION & IMPACT

- ∨ STRATEGIC PLAN
  - ▪ THE DATA
  - ▪ THE GOAL
  - ▪ ENGAGEMENT PILLARS & INITIATIVES
  - ▪ TARGET AREAS

# APPROPRIATIONS BREAKOUT

## PUBLIC HEALTH & WELLNESS/ OFFICE OF SAFE & HEALTHY NEIGHBORHOODS

| Initiatives | Funds |
|---|---|
| OSHN Staff Expansion | 120,000 |
| Urban League/No More Red Dots | 150,000 |
| Urban League/Expungement | 10,000 |
| Urban League/Zones of Hope | 20,000 |
| Urban League/Housing Rehab Training | 40,000 |
| One Love Louisville Youth Team | 15,000 |
| Therapeutic Support | 16,200 |
| Peace Education for Little Hands/Little Feet | 10,000 |
| Neighborhood House/Peace Basketball League | 17,000 |
| Cure Violence | 83,000 |
| Restricted | 143,800 |
| TOTAL | $625,000 |

# OSHN: $234,000

## $120,000 -- STAFFING

The increase in funds of $120,000 will allow OSHN to go from 4 full-time staff members to 7 full-time employees a 75% increase in our capacity.

## $15,000 -- YOUTH IMPLEMENTATION TEAM (ONE LOVE LOUISVILLE)

Youth ages 13 to 21 who meet regularly to provide input, feedback, and guidance to violence reduction efforts. These youth give of their time and talent and have to this point not been compensated for their work. These youth will earn stipends for their work in the community as well as have resources for youth led projects.

## $16,200 -- CARDINAL SUCCESS PROGRAM

Cardinal Success connects kids with resources for counseling and therapeutic support while incarcerated, also allows the family to receive assistance through the program once the young person is released and integrated back into their community.

## OSHN: $234,000

### $83,000 — CURE VIOLENCE

The **Cure Violence Health Model** is a proven and cutting edge disease control method to reduce violence. Carefully selected members of the community — trusted insiders — are trained to anticipate where violence may occur and intervene before it erupts. The community is engaged to change behavior and recognize that violence is unacceptable and there are other solutions to conflict.

**Site Visit Feb 21st through Feb 23rd**

- Provided Cure Violence 101 Training to Community Partners
- Met with LMPD and partners to review local data
- Met with Dr. Eddie Woods and No More Red Dots to understand current work and methodology
- Developing site visit report that will include recommendations for moving forward

## OSHN: $234,000

## CURE VIOLENCE: ESSENTIAL ELEMENTS - $83,000

- **Formulate and regularly update** (daily, weekly, and quarterly) **a strategic plan of action** for gathering information and assessing its accuracy and use.

- **Identify situations that are likely to result in violent acts**, such as a prior shooting, group conflict, territory dispute, formation of new group, major arrest, anniversaries, release of key individual from incarceration, and ongoing conflicts.

- **Respond to shooting victims at partner hospitals** by approaching the injured patient, as well as their family and friends, who may be planning to retaliate on their behalf.

- **Peacefully mediate conflicts using training in techniques** such as creating cognitive dissonance, derailing, changing the thinking, changing the decision, providing information, buying time, and negotiating compromise.

# URBAN LEAGUE: $220,000

## $150,000 -- NO MORE RED DOTS/INTERUPTERS

The identified neighborhoods will have an NMRD team that will be established to engage the hardest to reach youth where they live. We will be armed with jobs, relevant programs and assistance that mean something to the community. Our focus will be multi-faceted. Staff works 5 hrs/day, $15-17/hr -- coverage 1pm -- 1am.

| QUESTION | RESPONSE |
|---|---|
| Status of the appropriations? | Received, but not dispersed; contract signed |
| Number of positions created as a result? | 10 -- expanded from 14 to 24 part-time staff |
| Criteria for selecting positions? | Must be familiar w/the community; have a commitment to community safety; trainable |
| What are the measurements for success? | Number of direct contacts; number of youth who opt out of gangs; reduced homicides |
| How much as been spent thus far? | $0 |
| How many people can the expansion help to serve? | Several hundred each year |

# URBAN LEAGUE: $220,000

## $10,000 -- EXPUNGEMENT SERVICES

The Louisville Urban League is partnering with the Legal Society to host monthly expungement clinics for the community. Individuals will be able to work with lawyers and have their request processed on site.

| QUESTION | RESPONSE |
|---|---|
| Status of the appropriations? | Received, but not dispersed |
| Number of positions created as a result? | N/A |
| Criteria for selecting positions? | N/A |
| What are the measurements for success? | 9 Felony Expungements completed; 12 Misdemeanor Expungements completed |
| How much as been spent thus far? | $0 |
| How many people can the expansion help to serve? | Approximately 21 |

# URBAN LEAUGE: $220,000

## $40,000 — JESUS AND A JOB (HOUSING REHAB TRAINING)

A local program integrating ex-felons back into the community by giving them jobs, supplying them with the tools to get back on their feet. The program employees them to renovate abandoned houses in Louisville. The participants even have the opportunity to live in the homes once they are finished.

| QUESTION | RESPONSE |
|---|---|
| Status of the appropriations? | Received and dispersed |
| Number of positions created as a result? | 10 |
| Criteria for selecting positions? | Previous offenders with a desire to work, learn new skills, and contribute to the community |
| What are the measurements for success? | On the job training for 10 participants over a 2 week period |
| How much as been spent thus far? | $0 |
| How many people can the expansion help to serve? | 10 |

# URBAN LEAUGE: $220,000

## $20,000 -- ZONES 100 (ZONES OF HOPE)

Zones of Hope (ZOH) is a comprehensive neighborhood-based initiative designed to change the odds for black men and boys in Louisville by reinvigorating the community and by ensuring that practices, policies and programs support and deliver more equitable outcomes. Better outcomes for black men and boys will lead to better conditions for families and neighborhoods. ZOH focuses on black men and boys 16 through 27 years old, along with their families and communities in five Louisville neighborhoods: California, Newburg, Russell, Parkland and Shawnee

| QUESTION | RESPONSE |
|---|---|
| Status of the appropriations? | Received, but not dispersed |
| Number of positions created as a result? | 3 |
| Criteria for selecting positions? | Familiarity with the community(s), detail oriented, basic background check |
| What are the measurements for success? | At least 100 Black males connected to a job, better job or educational opportunity |
| How much as been spent thus far? | $0 |
| How many people can the expansion help to serve? | 250 |

# PEACE EDUCATION: $10,000

## $10,000 -- LITTLE HANDS/LITTLE FEET

Youth focused program that teaches children the importance of gun safety, staying away from firearms, and informing a trusted adult if a gun is accessible to them. Program also distributes free gun locks to participating households.

| QUESTION | RESPONSE |
|----------|----------|
| Status of the appropriations? | |
| Number of positions created as a result? | N/A |
| Criteria for selecting positions? | N/A |
| What are the measurements for success? | Gun Locks Distributed<br>Number of youth completing curriculum |
| How much has been spent thus far? | |
| How many people can the expansion help to serve? | |

# NEIGHBORHOOD HOUSE: $17,000

## $17,000 -- PEACE BASKETBALL LEAUGE

The athletic program is designed specifically to get opposing neighborhoods and youth to participating in an organized athletic program together as teammates. This approach is the vision of Norman Martin, Director of Youth Development at Neighborhood House and Dr. Eddie L. Woods Co-Founder of the No More Red Dots Street Intervention Program. Youth (18 years of age & up) will sign-up to play and teams will be selected in an NBA-style draft. This will directly impact who has to play together. Priority for coaches will be given to members of LMPD or LMFD with coaching experience

| QUESTION | RESPONSE |
|---|---|
| Status of the appropriations? | MOA to be signed; League will start in late March |
| Number of positions created as a result? | 5 |
| Criteria for selecting positions? | Interviews and Experience |
| What are the measurements for success? | Number of community participants |
| How much as been spent thus far? | $0 |
| How many people can the expansion help to serve? | 80 directly (Players); 100s – 1000s over time |

# EXTERNAL PARTNERS: $143,000

| Organization | Amount Requested | Amount Funded |
|---|---|---|
| AMPED | $10,000 | $10,000 |
| 2not1: Fatherhood and Families | $10,000 | $10,000 |
| Kentucky Museum of Arts and Crafts | $10,000 | $10,000 |
| KY Shakespeare: Teaching Tolerance | $12,750 | $10,000 |
| Bridge Kids/Roots and Wings | $16,250 | $10,000 |
| Big Brothers Big Sisters/Allan Houston Foundation | $10,000 | $8,500 |
| YMCA Safe Place | $10,000 | $8,500 |
| Family and Children's Place: PAL | $13,300 | $8,500 |
| Life Development Center | $10,000 | $8,500 |
| Center For Women and Families: PACT | $10,000 | $8,500 |
| Michael White KY Recovery Center | $17,800 | $8,500 |
| Stand Up Louisville | $7,000 | $5,700 |
| Auto Club For Kids | $25,000 | $5,700 |
| Hope By Hope | $10,000 | $5,700 |
| Kristy Love Foundation | $10,000 | $5,700 |
| Who's Next Elite Basketball | $13,200 | $5,700 |
| Tailored and Tied to Succeed | $15,000 | $5,700 |
| Americana Community Center | $15,000 | $5,700 |
| 100 Black Men | $20,000 | $5,700 |
| | $15,000 | $5,700 |



STRATEGIC PLAN
- THE DATA
- THE GOAL
- TARGET LOCATION
- ENGAGEMENT PILLARS & INITIATIVES

VIOLENCE REDUCTION STRATEGY

# VIOLENCE REDUCTION STRATEGY

## PROBLEM STATEMENT

*In 2016 nearly half of the shootings involved victims 25 years old or younger. About 20% of those shootings resulted in homicide.*

| HOMICIDES | SHOOTINGS |
|---|---|
| Louisville had 118 Homicides in 2016; 80 in 2015 | Louisville had 504 shootings in 2016; 20% were fatal. 353 shootings took place in 2015; 20% were fatal |
| 75% occurred in the 1st(20), 2nd(35), & 4th(33) division | 76% of shootings occurred in the 1st, 2nd, & 4th divisions |
| 85% of homicides involved gunshots, the average of victims was 31; the youngest was 6 months; the oldest was 72 | 39% of victims were 25 or younger |
| 12 homicides were the result of domestic violence | 76% of victims were black; 80% Male |
| 56% of homicides were cleared by arrest | |

# FRAMEWORK FOR CHANGE

## THE GOAL

*Reduce homicides and shootings by 25% by focusing in the six targeted areas which accounted for 50% of homicides in 2016.*

## AREAS

- Park Hill
- Russell (includes Beecher Terrace & City View)
- Shawnee
- Shelby Park
- Smoketown
- Victory Park

## ENGAGEMENT PILLARS

- Enforcement
- Intervention
- Prevention
- Community Mobilization
- Organizational Change & Development
- Re-Entry

## TARGET AREAS

➤ WHY THESE SIX TARGET AREAS?

- Most affected by violent crime.

- Over the past five years the majority of the homicides and shootings have occurred in these areas.

- Located in either the 1st, 2nd or 4th divisions and these divisions accounted for 72 % of our homicides and 75 % of our shootings in 2016.

# TARGET AREAS

## ▷ DEMOGRAPHIC INFORMATION

| NEIGHBORHOOD | ZIP CODE | APPROX. POP. | % WHITE | % AFRICAN AMERICAN |
|---|---|---|---|---|
| PARK HILL | 40210 | 15,000 | 10% | 88% |
| VICTORY PARK | | | | |
| RUSSELL (includes Beecher Terrace & City View) | 40212 | 18,500 | 36% | 60% |
| SHAWNEE | | | | |
| SHELBY PARK | 40203 | 19,000 | 38% | 58% |
| SMOKETOWN | | | | |

*All of the above information came from the 2015 US Census Data.

# ENGAGEMENT PILLARS

## ENFORCEMENT

Placing laser focus of law enforcement efforts on the small percentage of people who commit gun violence while ensuring the safety and security of our citizens.

| EXAMPLES |
|---|
| Hotspot Policing |
| Focus on Violent Offenders |
| Narcotics Trafficking |
| Federal Agency Partnerships |

# ENGAGEMENT PILLARS

## INTERVENTION

A coordinated approach to intervening at the first sign of potential violence in the streets, schools, and hospitals to reduce violence and to produce a more positive outcome.

| Examples |
|---|
| Zones of Hope |
| No More Red Dots |
| Trauma Response |
| Pivot to Peace |
| Clergy Resource Team |

# ENGAGEMENT PILLARS

## PREVENTION

Reaching individuals, families, and communities before violence happens so that violence is less likely to occur.

| EXAMPLES |
| --- |
| Mayor's SummerWorks |
| Right Turn/Relmage/Metro Mentors |
| JCPS – Mini-grant Recipients- PARKS |
| Pact in Action/Youth Chats |
| Zones of Hope |

# ENGAGEMENT PILLARS

## COMMUNITY MOBILIZATION

Pulling together youth, neighborhood residents, community organizations, and law enforcement to ensure a culture where gun violence is not tolerated.

| EXAMPLES |
| --- |
| Cure Violence |
| Blockwatch/Neighborhood Associations |
| One Love Louisville Ambassadors |
| OSHN Advisory Council |
| OSHN External Agency Fund |

# ENGAGEMENT PILLARS

## ORGANIZATIONAL CHANGE & DEVELOPMENT

Transforming policies, practices, and systems in our city to reduce gun violence.

| EXAMPLES |
| --- |
| 21st Century Policing |
| One Love Louisville Work Groups |
| Civil Citation Initiative |
| One Love Louisville Campaign |
| Restorative Justice/Cure Violence |
| Cardinal Success Program |

# ENGAGEMENT PILLARS

## RE-ENTRY

Assisting those who have committed crimes come back into the community by providing resources and opportunities to prevent recidivism and re-build community.

| EXAMPLES |
| --- |
| Re-Entry Program for Incarcerated Youth |
| ReImage |
| 2 FACT Program |
| Second Chance Employment |