# EXHIBIT 11

3:19-CV-419-GNS-RSE, Tae Ahn Lea v. Steve Conrad, et al.

April 16, 2019 Metro Council Public Safety Committee Hearing

To be Conventionally Filed