1/13/22, 11:00 AM
Case 3:19-cv-00419-GNS-RSE   Document 65-15   Filed 01/18/22   Page 1 of 6 PageID #: 1283
Louisville ends 2021 with record year of homicides

Closings And Delays ✕

ADVERTISEMENT

# Louisville ends 2021 with record year of homicides



The city of Louisville has faced its deadliest year yet with a record number of homicides in 2021. (WAVE 3 News)

By Dustin Vogt
Published: Jan. 1, 2022 at 10:23 AM EST



LOUISVILLE, Ky. (WAVE) - The city of Louisville has faced its deadliest year yet with a record number of homicides in 2021.

Homicide total for the Louisville Metro at the end of 2021 is 188 homicides, according to LMPD data obtained by non-violence advocate Christopher 2X.

The previous record was set back in 2020 with 173 homicides.

With 12 homicides in the month of December alone, 2X said it was the 23rd straight month of double-digit homicides in the city.

ADVERTISEMENT

In addition, 583 people were injured by gunfire in 2021, with 33 people reported in the month of December.

2X said from those numbers, 24 children have died from shootings in Louisville and another 123 children were injured.

"We've never had a year when so many kids were killed or wounded by gunfire," 2X said in a release. "You just can't fathom how much suffering these kids and their families are going through."

2X tracks shootings and homicides through his Christopher 2X Game Changers organization, helping to draw attention to gun violence and offer guidance and support to families affected.

☰   News   Weather   Watch Live   Video   Coronavirus                                                                                               🔍



            

WAVE 3 News Now  (WAVE 3 News)

Copyright 2021 WAVE 3 News. All rights reserved.

▶

### Around The Web

**[Photos] Take A Look At The Property Sarah Palin Calls Home**
Doctor Report

**Research Psoriatic Arthritis Pain Treatments. For Common Signs & Symptoms**
Yahoo Search

**The New Face Mask That's Causing A Spike In Sales In Kentucky**
Hope Health Supply

☰   News   Weather   Watch Live   Video   Coronavirus                                            🔍

[Pics] Guy Fieri Has A Famous Wife Not Many People Know About
Spicy Trends

[Pics] Inside Hillary Clinton's Mansion Where She Lives With Her Partner
Investment Guru

[Photos] Tiger Woods' Daughter Is All Grown Up And She Looks Just Like Her Mom
Hollywood Tale

Sponsored    3/5

Read More ›

## Recommended For You





### Spencer County Schools off Thursday and Friday due to COVID

### School apologizes for 92-4 win in girls' hoops, coach suspended

☰   News   Weather   Watch Live   Video   Coronavirus

### 30 Memes Accurately Capturing the Agony of a Sunburn
refinery29.com

### 41 Old Toys That Are Worth More Than Your House
BleacherBreaker

### 30 Weird Rules All First Ladies Still Follow, No.5 Is Mandatory
Adventure Crunch

### This woman pours vinegar on her feet and this is what happens next!
Good To Know This

### [Pics] Octomom's 8 Are All Grown Up. Here's How They Turned Out
HorizonTimes

### We're Mailing Free KitchenAid Samples. Free Shipping & No Credit Card Required.
TheSavvySampler

## Sponsored Stories

**Kentucky: Say Bye To Your Auto Insurance Bill If You Live In These Zip Codes**
brunchescrunches.com

**"Nature's Morphine", Could Help Against Joint Pain & Arthritis**
behealth.space

**Kirkland Products That Are Actually Big Brands In Disguise**
Money Wise

**Unsold Camper Vans For Pennies On The Dollar**
Camper Van Warehouse | Search Ads

## More From This Site

**Bearno's Pizza to raise funds for family of LMPD officer Zach Cottongim**

**Florida deputies take their own lives, leave behind 1-month-old son**

**Off-duty officer fatally shot protecting girlfriend during robbery**

**GRAPHIC: Headless torso in freezer, bloody power saw found in bus at New Orleans man's home, court documents say**

Recommended by

ADVERTISEMENT

## Most Read

**Cluster of dead birds litter Elizabethtown roadways**



**ATF agents shot at during Louisville murder, kidnapping investigation; suspects arrested**



1/13/22, 11:00 AM

Case 3:19-cv-00419-GNS-RSE   Document 65-15   Filed 01/18/22   Page 5 of 6 PageID #: 1287
Louisville ends 2021 with record year of homicides

News   Weather   Watch Live   Video   Coronavirus



 8-year-old boy shot at Louisville apartment complex; investigation underway



I-65 reopened following collision that killed pedestrian



 SnowTALK! Weather Blog Update 1/12



ADVERTISEMENT

## Latest News

Woman killed in Wabash Place homicide identified



Man arrested for firing at federal agents serving warrant



 Community members weigh in on JCPS' proposed security plan



☰  News  Weather  Watch Live  Video  Coronavirus  



   **8-year-old boy shot at Louisville apartment complex; investigation underway**

| News | Watch Live | Coronavirus | WAVE |
| Weather | Sports | About Us | 725 S. Floyd Street |
| Community | | | Louisville, KY 40203 |
| | | | (502) 585-2201 |

Public Inspection File   PUBLICFILE@WAVE3.COM - (502) 585-2201   Terms of Service   Privacy Policy   EEO Statement   FCC Applications   Closed Captioning

Advertising

A Gray Media Group, Inc. Station - © 2002-2022 Gray Television, Inc.