# EXHIBIT 21

3:19-CV-419-GNS-RSE, Tae Ahn Lea v. Steve Conrad, et al.

DETECTIVE MCCAULEY BODY CAMERA VIDEO

To be Conventionally Filed