**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**CIVIL ACTION NO. 3:19-CV-419-GNS-RSE**

**TAE AHN LEA**                                                                      **PLAINTIFF**

**vs.**                                                  **ORDER**

**STEVE CONRAD,** *et al.*                                                **DEFENDANTS**


      On Motion of the Defendants, Steve Conrad, William Hibbs, Kevin Crawford, Gabriel Hellard, Jeffrey McCauley, Jason McNeil, and Kiersten Holman, for Summary Judgment pursuant to Fed. R. Civ. P. 56 and this Court being fully advised;

      **IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment is granted, and all claims against Defendants Conrad, Hibbs, Crawford, Hellard, McCauley, McNeil, and Holman are dismissed with prejudice.