# EXHIBIT 22

3:19-CV-419-GNS-RSE, Tae Ahn Lea v. Steve Conrad, et al.

VIDEO OF MAY 4, 2020 TRAFFIC STOP

To be Conventionally Filed